**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-mj-8589-RMM**

**UNITED STATES OF AMERICA**

**v.**

**MICHAEL GORDON DOUGLAS,**

**a.k.a. "DaddyBreedsFam,"**
**a.k.a. "Michael,"**

**Defendant.**
______________________________/

FILED BY SP D.C.
Dec 4, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek M. Maynard)?

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)?

3. Did this matter involve the participation of or consultation with now Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023?

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By: Gregory Schiller

Gregory Schiller
Assistant United States Attorney
Southern District of Florida
Fla. Bar # 0648477
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
P: 561-209-1045
E: gregory.schiller@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

FILED BY SP D.C.
Dec 4, 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

United States of America
v.

MICHAEL GORDON DOUGLAS,
a.k.a. "DaddyBreedsFam,"
a.k.a. "Michael,"

*Defendant(s)*

Case No. 23-mj-8589-RMM

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 3 - November 27, 2023 in the county of Palm Beach in the Southern District of Florida, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2252A(a)(2) & (b)(1) | Distribution of Child Pornography (7 counts) |

This criminal complaint is based on these facts:

See attached Affidavit incorporated herein by reference sworn to by HSI Special Agent Aisha Rahman.

☑ Continued on the attached sheet.

AISHA A RAHMAN Digitally signed by AISHA A RAHMAN Date: 2023.12.04 15:22:50 -05'00'

*Complainant's signature*

HSI Special Agent Aisha Rahman

*Printed name and title*

Subscribed and sworn to before me in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (FaceTime).

Date: 12/04/2023

*Judge's signature*

City and state: West Palm Beach, Florida

United States Magistrate Judge Ryon M. McCabe

*Printed name and title*

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Aisha A Rahman, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent with Homeland Security Investigations (HSI) since August 2020. Prior to federal employment, I worked for the Port St. Lucie (Florida) Police Department for nearly five-and-a-half years, serving in the capacity of a Police Officer, and a Persons Crimes Detective. Among my responsibilities as an HSI Special Agent, I am trained and empowered to investigate crimes against the United States, as more fully described in Titles 8, 18, 19 and 21 of the United States Code, amongst others. This includes investigating crimes against children, particularly offenses involving child pornography and the exploitation of children, including but not limited to matters related to the sexual exploitation of minors, Internet child pornography, and offenses in violation of Title 18, United States Code, Sections 2251, 2252, 2252A, and 2422 et. seq. I have attended and received training in this area of law enforcement, and have both personally investigated, as well as assisted, in investigations involving the exploitation of children. I have also spoken with and investigated many individuals who have sexually abused children. From those conversations, I am aware of common methods individuals use to sexually exploit children online.

2. I am submitting this affidavit in support of a criminal complaint and arrest warrant for Michael Gordon Douglas ("DOUGLAS") a.k.a. "DaddyBreedsFam", year of birth: 1976, social security number: XXX-XX-0355. I submit there is probable cause to believe that from October 3 through at least November 27, 2023, in the Southern District of Florida and elsewhere, DOUGLAS distributed child pornography in violation of 18 U.S.C. § 2252A(a)(2) and (b)(1). The

term "child pornography," as used in this affidavit, refers to the definition set forth in 18 U.S.C. § 2256(8)(A).

3. The statements contained in this affidavit are based in part on information provided by HSI Special Agents; written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents; the results of physical and electronic surveillance conducted by law enforcement agents; and my experience, training and background as a Special Agent with the HSI. Since this affidavit is being submitted for the purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe Michael Gordon DOUGLAS has violated 18 U.S.C. § 2252A(a)(2) and (b)(1).

## II. PROBABLE CAUSE

An HSI West Palm Beach (WPB) undercover Special Agent (herein referred to as "the UC") acted in an undercover capacity online on the mobile messaging application "Kik" to detect and investigate violations of federal law related to the sexual exploitation of children. The UC assumed the persona of a 29-year-old female with an 8-year-old daughter, herein referred to as Child1. The UC was monitoring numerous chatrooms including those created for individuals to discuss their interests in "taboo" sex, family incest, child pornography, and the like. At all times, for the following probable cause, the UC was in the Southern District of Florida.

On October 3, 2023, at approximately 9:33pm (EST for all times), the UC received a private message from Kik user "DaddyBreedsFam" stating, "Hi [UC's Kik name]. Hope we can chat sometime". The UC responded the next day on October 4th stating, "Hey there how are you". DaddyBreedsFam responded with, "I'm good. My Daughter is making me horny. Hbu?" The UC

asked how old she is. DaddyBreedsFam stated, "She is 16" and then sent two images of a female. The first image was a close-up of a blonde, juvenile female's face who appeared to be under twelve. The next image was a close-up of a female with brown hair who appeared to be a teenager, and she had an edited filter with a flower headband across her forehead. She appeared to possibly be the same female as the one in the first photo, but older. DaddyBreedsFam wrote, "When she was younger and now. How old is yours?"

(**Distribution Count 1**) On **October 5, 2023,** the UC responded and stated that her daughter is 8 and asked if DaddyBreedsFam "plays" with his daughter, to which he responded at about 10:42 A.M., "Yes I play with her, we started when she was 6, sitting on my lap rubbing herself. I took over and had d made her tingle and squirm ever since except for the occasional mom or girl. Have you played with yours yet?" The UC asked "how far" he has gone and explained that she and her daughter play too. At about **11:06am**, DaddyBreedsFam responded and sent an **image** of a fully nude pre-pubescent female (face not shown). The child was laying on a nude adult male in the supine position, and the male's erect penis was protruding through the child's legs resting against her vulva. DaddyBreedsFam wrote "I've gone all the way, the night she was rubbing herself something took over me, I rubbed my daughter, it wasn't enough, I locked her, it didn't satisfy me, I carried her to the bedroom laid her dowhn. Used lots of lube and slowly slid my cock along her slit and then inside her. She didn't cry. Just a wince. It took a long time but I was able to slowly fuck her. She made little grunting noises. Her whole body stiffened up then shook." DaddyBreedsFam then sent an image that was zoomed in on the vaginal area and anus. There was no pubic hair but due to how zoomed in the photo was, it was difficult to determine the age of the individual in the photo.

DaddyBreedsFam asked the UC if she has “tried a minute or skinny dildo/vibrator” on her daughter, and then at about **11:16am,** sent an approximately sixteen-second **video** of a fully nude pre-pubescent female (face not shown) straddled over a fully nude adult male. The male was holding the child up while vaginally penetrating her with his penis. The UC responded and stated that she has not tried any toys on her daughter yet, and then asked if the video was of DaddyBreedsFam and his daughter. DaddyBreedsFam did not answer the question but told the UC “Start with a bullet egg”.

The UC inquired of DaddyBreedsFam’s age, sex, and location. He stated that he is a 47-year-old male from San Diego, California. The UC told him that she is a 29-year-old female from Florida. DaddyBreedsFam stated that he has family in Tampa and Ocala, and that he “spent some time in Miami & Coral Gables. I went to the U”. (“U” is an abbreviation for the University of Miami). DaddyBreedsFam added, “You can start training her ass with a small butt plug and lots of lube”. The UC told him that it would take a lot of lube. He responded, “If you haven’t start licking, rubbing and fingering her pussy and ass ro help her get used to it and relax”.

DaddyBreedsFam sent another message and stated that he went back to California after a knee injury and became a photographer and wildland firefighter. He then sent several images and videos of wildfires. At about 6:38 P.M., he sent an image of a firetruck and wrote “This is my engine a Type III wildland rig”. The side of the firetruck displayed the numbers “3388”, and the logo of CAL FIRE – California Department of Forestry & Fire Protection. DaddyBreedsFam then sent several photos of women playing volleyball and said, “It started off with pro beach volleyball”.

Minutes later, DaddyBreedsFam stated his name was “Michael”. Later in the evening, he added that he is 5’10”, 240 pounds. The UC asked what he was looking for on Kik or what he is

into. He responded, "Like minded women/mom's with a possibility of maybe meeting. What about you?" The UC told him that she also likes talking to like-minded people and seeing what opportunities are out there. Michael then stated, "Exactly, mind me asking if you're into kinky or more traditional even with your daughter? With mine, we started traditional and have moved with time to more kinky". The UC asked what he would consider more traditional versus kinky. He responded, "Hmmm good point, I supposed soft and loving or more hard at times? Mine wanted hard at first but since she was so little I was more gentle and by 8 well she loved daddy daughter time anyway she could take it and by 10 she was into girls too and had her own strap on. I'm always curious. A friend of mine at 12 was fucked hard and became pregnant soon afterwards. My ideal family is where we all play together, mom getting our daughter's ready for me, licking them clean after, me breeding our daughter's and our son mom. Something sexy about a son cumming in the same womb he came from."

The UC responded and said that it sounded way too good to be true for him to be with his daughter. In response, Michael stated "She is as horny as I am and just as kinky". Several minutes later at about **9:27pm** (still on **October 5, 2023**), Michael sent **one image and four videos** to the UC. The image was of a pre-prepubescent white female who appeared to be under ten-years-old, laying on her back wearing a black shirt with cartoons on it. She was nude from the waist down and the photo was focused on her genitals. The first video was approximately forty-five seconds in length and depicted a pre-pubescent white female who was nude from the waist down. Both of her ankles were bound and tied up in the air by white cloth while the child was being vaginally and anally penetrated by an adult white male's erect penis. The male then digitally penetrated the child's vagina as he continued to anally penetrate her with his penis. The second video was approximately fifty-three seconds in length and depicted a fully nude white female teenager kissing

a fully nude pre-pubescent female child who appeared to be under ten-years-old. The child was grabbing the teenager's breasts at the same time. The teenager then picked up the child, wrapping the child's legs around her, continuing to kiss the child and spread the child's buttocks. The video also displayed in small red writing "telegram: @scutecat628". The third video was approximately thirty-two seconds in length and depicted a fully nude adult white male laying on his back. A fully nude juvenile female was straddled on top of him while masturbating his erect penis as he was rubbing her vaginal area, until he ejaculated. More conversation ensued regarding Child1 over the next several days.

(**Distribution Count 2**) On **October 10, 2023,** at about **10:27 A.M.,** Michael sent **two images** to the UC. One image was of a pre-pubescent white female who was fully nude. The photo was zoomed in on her chest and genitals with her legs spread. The other image was the same one distributed on October 5 at 9:27pm with the female child wearing the black shirt with the cartoon images on it.

(**Distribution Count 3**) On **October 17, 2023,** at about **9:47 A.M.**, Michael sent an image that was zoomed in on the genitals of a white female. The photo was very zoomed in, making it difficult to determine the age of the female. Michael then sent an image of a white, blonde juvenile female wearing eyeglasses and a white shirt, smiling, sitting in a car. Following that, Michael sent **three videos** to the UC. The first video was approximately thirty-seconds long and depicted a nude, white, pre-pubescent female recording herself while laying down. Her chest and above were visible. It appeared that she was masturbating. The second video was sixteen seconds long and was the same CSAM video distributed to the UC on October 5, 2023, at about 11:16 A.M. The third video was about sixty-five seconds in length and depicted a pre-pubescent white female who appeared to be under six-years-old. She was wearing a blue dress that was pulled up, and she was

nude from the waist down. An adult white male in a red t-shirt kissed her buttocks. He then had the child position herself on her hands and knees, he zoomed the camera in on her vaginal area and anus and began licking and kissing her anus and buttocks.

Michael asked if Child1 looked like any of the girls in the videos he just sent. He then sent the same image of the blonde juvenile female he sent on October 3, 2023, and sent the same image he sent of the blonde female child wearing the eyeglasses in the car. They appear to possibly be the same child. At about **9:51am,** Michael sent an image that appeared to be the same image he sent on October 5 at 11:06 A.M.

At about **9:52 A.M.** (still on **October 17**), Michael wrote "[UC Name], I hope you get soaking wet thinking of me inside your daughter. Mmmm have you been getting her ready? Licking, rubbing, using toys?" and then sent **two videos** to the UC. The first video was about twenty seconds long and depicted a nude, white pre-pubescent female who appeared to be under ten-years-old. She was lying on her back while an adult white male was ejaculating on the child's face as she kept her eyes closed and grimaced. The second video was thirty seconds long and was the same video he distributed several minutes before of the pre-pubescent female recording herself from the chest up while likely masturbating.

At about 11:37am, Michael asked the UC "how close to ready do you think [Child1] is? I'm about 7 inches long, very thick". He then sent a pornographic image. The UC asked Michael if all the videos and photos he is sending are of him. In reference to his question about how much of him Child1 can take, the UC stated "Shes probably close but not for all 7". At about 11:49 A.M., he responded and sent the UC an image that was zoomed in on an unknown-aged white female's vaginal area and anus. Michael wrote, "Most are not all this is my breeding my cousin. She is close and can probably take 5 inches. Do you want to heat her moan or scream? Be more gentle?" The

UC told him that this would be Child1's "first time", so he would have to be gentle. Michael responded at about **12:05 P.M.** stating, "I'm very gentle, mine never cried I rubbed her, licked her and made sure she was very stimulated before using lots of lube and putting 2 inches in and holding me inside her". He also sent a **video**, which was the same sixteen-second video he distributed on October 5 and earlier in the morning on October 17. After sending the video he said, "In a month's time this will be yoir daughter". He then added, "The little one in rhe last video is 4. I know just where to stop before hitting her cervix over and over. She'll beg us to be on me, you can even wrap your hand around my shaft while I bounce her up and down. Lick her clit make her body tingle when I'm inside her".

(**Distribution Count 4**) On **October 18, 2023**, at about 2:01pm, Michael added the UC to a group he created named "Escondido Taboos, enjoy your favorite sins". There were multiple other Kik users that were already added to the group. Michael sent images of pornography in the chatroom and then at around 2:05pm wrote, "This is a local but worldwide taboo chat room. Possible meet-ups to party and play in Escondido. CA Let me know if I should put an orgy together? Enjoy any sin you desire, be respectful, or you're gone." The UC did not observe anyone respond to his request in the chatroom. He then sent numerous images and videos of pornography in the chatroom throughout the afternoon and evening, to include **one video** at around **10:33pm that** was the same thirty-second video he previously sent to the UC multiple times that showed a pre-pubescent white female who was nude and recording herself lying in bed while likely masturbating. Michael wrote, "Post what you want. No judgment, it's a safe place for any desire." Over the ensuing days, Michael inquired of members of the group regarding if any would like to join a sex party that would include minors. There were no public responses in the group to these inquiries. Michael posted in the chatroom, "I'm Mike, I'm 47, have a cock. In San Diego. CA. I'm


a white male penetrating a vagina with his penis, however the camera was very zoomed in on the genitals therefore it was difficult to determine the age of the female.

Michael stated that some of the videos and photos he sent are of Avaya, and some are not. The UC asked him which were actually Avaya. He stated, "Okay here they are" and sent nine images at around **10:55am.** One of the photos was the same **photo** he distributed to the UC on October 5 at around 11:06 A.M. depicting a fully nude pre-pubescent female (face not shown) as she was laying on a nude adult male in the supine position, with the male's erect penis was protruding through the child's legs resting against her vulva.

After many requests, the UC sent a photo of the purported Child1 and asked for a photo of Michael in return. At about 8:30pm he responded with, "Lol what a cutie I'll be very gentle. I may not be able to get deep inside her or at all the first time but I will and you'll see her stomach bulge". He then sent numerous photos and videos of wildfires. Then, at around 8:34pm he sent a twelve-second long and depicted a white male masturbating his penis while standing on a blue rug, but the video was zoomed in on the penis and did not show the male's face. He wrote, "Just started stroking on last one, show [Child1] it. I'm not a shower but a grower". The UC stated that she was asking for a live photo of him in return and did not need more wildfire videos or photos[1]. At about 8:38pm he responded, "I'm sorry" and sent a live photo of himself. The photo depicted a bald white male in his 40s with a red mustache and beard. He was standing indoors next to a window with open blinds. The top portion of his dark t-shirt was visible, which had the writing "The Homeplace" on it. The male in the photo clearly matched the male in Michael Gordon DOUGLAS'

---

[1] When Kik users take and send a new photo or video using the camera within the Kik application rather than an old/already-existing photo or video, the Kik application adds the word "Camera" under the photo or video that the Kik user sent. If a Kik user receives a photo or video from someone and it says "Camera" underneath it, the Kik user knows that the photo or video was just taken in real time. Kik users often request live photos or videos from one another to prove that the other user is a "real" person.

California Driver's License photo (see below). The UC asked him what he wanted her to tell Child1 when she shows her the video of him masturbating, per his request. He stated, "[redacted]".

The UC told him that he would be Child1's "first" (male sexual experience). He said that he promised he would be "loving and caring" and "will be making love to her". The UC asked how he would start off the experience, and if he would be going straight into sex with Child1. He replied, "[redacted]". Michael then discussed his desire to impregnate Child1 once she is "fertile". He stated that he "can deliver a baby if there isn't too many complications. I'm a firefighter/paramedic i know a OBGYN who would help make sure the baby was healthy and be there for an at home birth." The UC told him that she did not want to plan that far ahead. He said, "but I love breeding young and incest". Michael stated that he may be able to fly to Florida during Veteran's Day weekend. He said, "[redacted]".

On October 26, 2023, Michael sent the UC a live video, about twelve seconds long, that depicted Michael (the same person from the photograph above) standing indoors, possibly in a bathroom. The walls were white or beige, there was a closed door behind him, the floors were brown, and he was standing on a blue rug. It looked like the blue rug seen in the masturbation

video he sent. He was wearing a dark green t-shirt that said "I'M A FIREFIGHTER OF COURSE I'M CRAZY! DO YOU THINK A SANE PERSON WOULD DO THIS JOB?", and dark shorts with a white skull on it. The video started with Michael showing his face and said, "Hi [UC's first name]". He then moved the camera down to show his legs and his shin injury, which looked the same as in the previous photo he sent. He said, "So look. This thing's nasty. [inaudible] my foot, calf, and knee, and thigh".

(**Distribution Count 6**) On **October 30, 2023**, regarding an upcoming Holloween sex party that Michael was preparing for, the UC told him to enjoy his upcoming party. At about **8:32am**, he responded and said, "I don't trust anyone not to hurt her, I'll make sure she is stretched out to take any size man but that does take time". He then immediately sent the UC a **two-minute video** that began with an adult white male spreading the labia of a white female toddler and zooming the camera inside of her vagina. The male then rubbed his erect penis on her vulva. The child was blonde, wearing a pink t-shirt and was nude from the waist down. She appeared to be two to three-years-old. The adult male then spread her labia with his fingers and zoomed in inside of her vagina again while touching her vulva. The male then performed oral sex on the toddler. He then inserted what appeared to be a small black flashlight inside of her vagina. After, he zoomed in inside of her vagina again and then continued to try to penetrate her vagina with the tip of his penis. The video ended with the male penetrating the child's anus with his penis.

The UC told him that the girl in the video is smaller than Child1, and asked Michael how old he thought the child in the video was. He responded, "4". The UC said, "Yeah way smaller than [Child1]". At about **1:35pm**, Michael sent the UC the **same video again** and wrote, "[Child1] will still be tight and will take me time to get her stretched open".

On November 2, 2023, at about 12:10am, Michael messaged the UC and said that he did not end up having the Halloween taboo sex party. He also said the Kik app has been "acting up" and provided the UC with his phone number and said she could text him. The phone number was (760) 803-8825. He stated he was fine with talking on Kik and on text. The UC provided him with her UC phone number in return.

At about 8:52am, the UC received a phone text message from phone number (760) 803-8825. The text stated, "Hi it's Daddy aka Michael from Kik". The UC responded. He told her about some health issues he was dealing with and then said, "I glad I didn't come there during this time. I'm not sure if I could fuck much. I would have to just hold her and lower on shaft and bounce [Child1] up and down." He let the UC know that he will "lookup airfare", "but right now I'm stroking myself to your daughter and her first time as we talk".

On November 17, 2023, Michael texted the UC that his phone was broken.

On November 18, 2023, the UC's phone displayed that "RCS chat with Michael" has started, which is encrypted text messaging for Android phones.  At about 10:39 A.M., Michael told the UC that he is using a "back up phone". The UC asked him about what the RCS chat messaging was but he stated that he was not sure.

On **November 27, 2023**, at around 1:30 P.M., Michael texted the UC that he has a new phone but none of his contacts switched over. He then claimed he could not get vacation days approved to fly to Florida right now.  The UC told him that she was still planning her trip to Arizona.  Michael asked what the dates were, as he wanted to see if he would be working or not. The UC advised that she was looking at two weeks from now.  Michael stated that he will have to work some days, "but can meet, were you going to come to Carlsbad for Legoland at all?" The UC told him that she was going to take Child1 to Legoland or one of the zoos.  Michael stated, "How

about we meet when you come in I'm only a few miles from Legoland and the Animal Park is about the same let's see where it takes us? Besides Child1's legs spread eagle and me inside her". The UC told him that he would be Child1's lucky first. He replied, "She'll be lucky. I'll slowly take my time with her and make sure she loves cock and cum. I'll even tell about how baby's are made so she begs for one". The UC said that she wants him to wear a condom and take it slow with Child1.  Michael said that he will take it slow, but that he cannot wear a condom because they "tend to break even with magnum size. With lube and skin it's better the first time". The UC said that she is afraid of Child1 catching something, and prefers that he at least tries. Michael said, "I'm clean, I'll even test if you want but trust me a condom may hurt her. I know many who sre younger who have issues with latex". (**Distribution Count 7**) Between 2 P.M. and 3 P.M., Michael sent the UC thirteen (13) pornographic videos, most of which involved children.  In one of those **videos**, about 46 seconds' long, a white juvenile male, who appeared to be under 10-years-old, performed oral sex on a white male who appeared to be a teenager in a black sweater. In a second video, about 32 seconds' long, a pre-pubescent, white juvenile female, who wore clothing, laid on a bed, while a pre-pubescent white juvenile male pulled her pants and underwear down exposing her pubic region. The boy performed oral sex on the girl, while the girl was performing oral sex on an adult white male.

HSI served a subpoena to Kik requesting subscriber records for the Kik account "DaddyBreedsFam".  HSI received records back from Kik showing that the Kik account was created with an email address of MikeD14691@gmail.com. The records also included an IP address activity log, including the re-occurring residential IP address 98.176.180.40.

Cox Communications provided information for IP address 98.176.180.40, Port # 47176, for the date/time of October 16, 2023, at 00:40:35 UTC (obtained from the Kik IP activity log)

with the subscriber as person with the initials "P.D." at 525 W El Norte Pkwy, Spc 75, Escondido, CA 92026, home phone number of (760) 803-8823.

A search of public and law enforcement databases of this address, identified 47-year-old Michael Gordon DOUGLAS, Year of Birth: 1976, SS# xxx-xx-0355, with an associated address of 525 W El Norte Pkwy, Spc 75, Escondido, CA 92026.  The photo on his U.S. Passport and the photo on his California Driver's License match the same male seen in the live Kik photo and live Kik video that "DaddyBreedsFam" sent to the UC.

A response from Google for subscriber information for MikeD14691@gmail.com returned a username "Mike D" which was created on May 22, 2023.

The (760) 803-8825 phone number that DOUGLAS provided to the UC is a Verizon phone number. A search of this phone number in a popular mobile payment application, CashApp, located a CashApp account "$ChicagoMikeMGD" with the display name "Michael Douglas" and a profile photo of a wildfire. It showed that he joined CashApp in November 2022. Verizon responded to a subpoena for subscriber info for this phone number.  Verizon provided that the subscriber name is "P.D." at 525 W El Norte Pkwy, Spc 75, Escondido, CA 92026.  The records also show that this phone number is linked to a Samsung Galaxy S20 FE 5G Navy phone with IMEI # 354630367224710.

"DaddyBreedsFam" a/k/a "Michael" a/k/a Michael Gordon DOUGLAS was convicted on April 27, 2011 in California Sate Court, having plead guilty, to distributing child pornography (3 counts), possession of child pornography (1 count), and attempting to send harmful material to a minor (1 count) when he communicated with an undercover detective who was posing as a teenaged girl.  He was sentenced to 5 years' probation (expired 4/26/2016); a two-year prison sentence was stayed.  He was ordered to register as a sex offender under California State law.  On

June 25, 2021, Judge David Gill signed an order removing DOUGLAS from the sex offender registry as he had been properly rehabilitated.

There is no record that DOUGLAS has worked for CAL FIRE. However, CAL FIRE does have an inmate program which DOUGLAS may have participated in while incarcerated or learned about firefighter-related information through another inmate.

During surveillance of the Escondido residence (a double-wide mobile home), two vehicles have been seen, a black 2006 Acura TSX registered to L.D., and a Gray 2007 Toyota Highlander registered to P.D. Public records indicate the residence was purchased on April 25, 2023, for $400,000.

L.D. is listed on DOUGLAS' birth certificate (seen from his passport application) as his mother. A public news article related to his previous conviction mentioned that he was living with his mother at the time of that case. P.D. (the name on the phone Verizon phone number connected to the Kik account) is another family relative of DOUGLAS.

On November 8, 2023, HSI CA agents observed DOUGLAS leaving the Escondido residence at 10:30 A.M. He walked through the foliage of the freeway onramp and met with a homeless person and then walked to the Vons shopping plaza where he met with a woman wearing a red sweatshirt, later identified as T.M.G.-S. After talking to the woman for a few minutes, DOUGLAS walked towards the Children's Paradise preschool in the same plaza. He walked around the preschool, took his phone in his hand, and held it up – either to look at something on his phone or possible take photographs in the direction of the preschool. DOUGLAS returned to T.M.G.-S. and entered a car with her and drove to her residence in the Lawrence Welk Champagne Village trailer park.

## III. CONCLUSION

For these reasons, your Affiant respectfully submits that there is probable cause to believe that Michael Gordon DOUGLAS, a.k.a. "DaddyBreedsFam," a.k.a. "Michael" violated 18 U.S.C. § 2252A(a)(2) and (b)(1) within the Southern District of Florida and elsewhere by distributing child pornography as a repeat offender. I therefore respectfully request that the Court authorize a criminal complaint and arrest warrant for DOUGLAS under seal.

Respectfully submitted,

AISHA A RAHMAN Digitally signed by AISHA A RAHMAN Date: 2023.12.04 15:24:26 -05'00'

Aisha Rahman
Special Agent
Homeland Security Investigations

Subscribed and sworn to me by applicant by telephone (Facetime) per the requirements of Fed. R. Crim. P. 4(d) and 4.1 on this 4th day of December 2023.

HON. RYON M. MCCABE
UNITED STATES MAGISTRATE JUDGE

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

PENALTY SHEET

**Defendant's Name**: Michael Gordon Douglas

**Case No**: 23-mj-8589-RMM

Counts #1-7:

Distribution of Child Pornography

18 U.S.C. § 2252A(a)(2) and (b)(1)

* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

***Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.**