UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-MJ-8589-RMM

UNITED STATES OF AMERICA

v.

MICHAEL GORDON DOUGLAS
_____/

**UNITED STATES' *EX PARTE* MOTION TO UNSEAL PROCEEDINGS**

Plaintiff, the United States of America, respectfully requests that the Court enter an Order unsealing these proceedings and all filings and Orders in this case. This matter was filed under seal on December 4, 2023. At the government's request, the Court entered an Order Sealing Proceedings, which sealed this action and all filings therein until "the subject of said documents is arrested."

The Defendant was arrested on December 12, 2023, in the Southern District of California. The government requests that the Court enter an Order unsealing these proceedings. A proposed order accompanies this motion.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:    *s/Gregory Schiller*_____
     GREGORY SCHILLER
     ASSISTANT UNITED STATES ATTORNEY
     Fla. Bar No. 0648477
     500 S. Australian Ave., Suite 400
     West Palm Beach, FL 33401
     Office: (561) 209-1045
     Email: Gregory.Schiller@usdoj.gov