UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

23-CR-80219-AMC

UNITED STATES OF AMERICA

v.

MICHAEL GORDON DOUGLAS,

        Defendant,
_____

**ORDER GRANTING TEMPORARY STAY OF RELEASE OF DEFENDANT ON BOND**

**THIS CAUSE** came before the Court on the United States' Motion for a Stay of Bond Pending Appeal [ECF No. ___]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion for Stay is **GRANTED**. The Magistrate Judge's Order entered in the Southern District of California in case number 23-mj-04483-MSB on January 25, 2024, as to this Defendant, setting a $100,000 bond secured by a trustee to the United States, with conditions, is **STAYED** pending the resolution of the United States' appeal of the denial of its request for pretrial detention. The United States share file its anticipated appeal on or before February 2, 2024, and shall attach to its motion the transcript of the detention hearing. A response by the Defendant shall be filed on or before February 7, 2024.

**DONE AND ORDERED** in Ft. Pierce, Florida, this ___ day of January 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE