UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**MICHAEL GORDON DOUGLAS,**
    a/k/a "DaddyBreedsFam,"
    a/k/a "Michael"

      Defendant.
_____/

## ORDER GRANTING TEMPORARY STAY OF RELEASE OF DEFENDANT ON BOND

**THIS MATTER** is before the Court upon motion of the United States of America for a Stay of Bond Pending Appeal [ECF No. 8]. Being fully advised in the premises following a review of the record available to date, it is

**ORDERED AND ADJUDGED** that the Motion for Stay [ECF No. 8] is **GRANTED**. The Magistrate Judge's Order entered in the Southern District of California in Case Number 23-mj-04483-MSB on January 25, 2024, as to this Defendant, setting a $100,000 bond secured by a trustee to the United States, with conditions, is **STAYED** pending the resolution of the United States' appeal of the denial of its request for pretrial detention. The United States shall file its anticipated appeal on or before **February 5, 2024,** and shall attach to its motion the transcript of the detention hearing. A response by the Defendant shall be filed on or before **February 12, 2024**.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 26th day of January 2024.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc:    counsel of record