# 3:23mj4483, USA v. Douglas

US District Court Criminal Docket

United States District Court, California Southern

(San Diego)

**This case was retrieved on 01/24/2024**

## Header

**Date Filed:** 12/13/2023
**Other Docket:** None

**Class Code:** Open
**Closed:**

## Participants

### Defendant

**Name**
Michael Gordon Douglas

**Attorneys**
Federal Defenders
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
12/14/2023
Federal Defenders of San Diego
225 Broadway Suite 900
San Diego, CA 92101-5008
USA
cassd_ecf@fd.org
(619)234-8467
Fax: (619)687-2666
Designation: Public Defender or Community Defender Appointment

Cassidy Ann Heverling
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
01/04/2024
Federal Defenders of San Diego, Inc.
225 Broadway Suite 900
San Diego, CA 92101
USA
cassidy_heverling@fd.org
619-234-8467
Designation: Public Defender or Community Defender Appointment

John David Kirby, Attorney at Law
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
John D. Kirby,
401 West A Street Suite 1150
San Diego, CA 92101
USA
jkirby@johnkirbylaw.com
619-557-0100
Fax: 619-915-6065

Designation: Retained

Leila W Morgan
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
01/04/2024
Federal Defenders of San Diego
225 Broadway Suite 900
San Diego, CA 92101-5008
USA
Leila_Morgan@fd.org
(619)234-8467   Fax: (619)687-2666   Designation: Public Defender or Community Defender Appointment

## Charges

**Complaints:** 18:2252A(a)(2), 2252A(b)(l) - Distribution of Child Pornography
**Pending:** none

**Terminated:** none

**Case Assigned To:** Magistrate Judge Michael S. Berg

## Disposition

## U.S. Attorneys

U S Attorney CR

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

12/19/2023

U S Attorneys Office Southern District of California

Criminal Division 880 Front Street Room 6293

San Diego, CA 92101

USA

Efile.dkt.gc2@usdoj.gov

(619)557-5610
Fax: (619)557-5917
Designation: Assistant United States Attorney

Calen A. Bennett

LEAD ATTORNEY;ATTORNEY TO BE NOTICED

DOJ-USAO

880 Front Street Room 6293

San Diego, CA 92101

USA

calen.bennett@usdoj.gov

619-546-9619
Designation: Assistant United States Attorney

## Proceedings

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   | 12/12/2023 | Arrest of Michael Gordon Douglas. (no document attached) (mef) (Entered: 12/13/2023) |  |
| 1 | 12/13/2023 | OUT OF DISTRICT COMPLAINT as to Michael Gordon Douglas. (Attachments: # 1 Info Sheet)(mef) (Main Document 1 replaced on 12/13/2023) (mef). (Main Document 1 replaced on 12/14/2023 to unseal) (jpp). (Entered: 12/13/2023) |  |
| 2 | 12/13/2023 | Set/Reset Duty Hearings as to Michael Gordon Douglas: Initial Appearance - ODC set for 12/13/2023 before Magistrate Judge Michael S. Berg. (no document attached) (fjp) (Entered: 12/13/2023) |  |
| 3 | 12/13/2023 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg: Government oral motion to unseal the case is granted. Initial Appearance - Out of District Complaint as to Michael Gordon Douglas held on 12/13/2023. Oral proffer confirmed. Federal Defenders appointed for Michael Gordon Douglas on behalf of defendant. Government oral motion to detain (Flight/Danger). ( Detention Hearing - RF/DC set for 12/19/2023 01:30 PM before Magistrate Judge Michael S. Berg. Removal/ID Hearing set for 12/26/2023 01:30 PM before Magistrate Judge Michael S. Berg.)Rule 5 advisement provided. (Sealed Clerk Notified) (CD# 12/13/2023 MSB 23-1:3:15;3:21-3:25). (Plaintiff Attorney Amanda Griffith AUSA). (Defendant Attorney Nina Papachristou FD-S/A). (no document attached) (aje) (CD# 12/13/2023 MSB 23-1:3:15;3:21-3:25). (Plaintiff Attorney Amanda Griffith AUSA). (Defendant Attorney Nina Papachristou FD-S/A). (no document attached) (aje) (Entered: 12/13/2023) |  |
| 4 | 12/13/2023 | ***English. No Interpreter needed as to Michael Gordon Douglas (no document attached) (aje) (Entered: 12/13/2023) |  |
| 5 | 12/13/2023 | Oral MOTION to Detain (Flight/Danger) by USA as to Michael Gordon Douglas. (no document attached) (aje) (Entered: 12/13/2023) |  |
| 6 | 12/13/2023 | ORDER as to Michael Gordon Douglas: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.. Signed by Magistrate Judge Michael S. Berg on 12/13/23. (aje) (Entered: 12/14/2023) |  |
| 7 | 12/14/2023 | NOTICE OF ATTORNEY APPEARANCE: Leila W Morgan appearing for Michael Gordon Douglas  (Morgan, Leila)Attorney Leila W Morgan added to party Michael Gordon Douglas(pty:dft) (ggv). (Entered: 12/14/2023) |  |
| 8 | 12/19/2023 | NOTICE OF ATTORNEY APPEARANCE Calen A. Bennett appearing for USA.  (Bennett, Calen)Attorney Calen A. Bennett added to party USA(pty:pla)(stn). (Entered: 12/19/2023) |  |
| 9 | 12/19/2023 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg: Detention Hearing as to Michael Gordon Douglas held on 12/19/2023. USA oral motion for detention; motion granted as to Michael Gordon Douglas. Defendant ordered detained without prejudice. Order of detention to be filed by Court. Defense counsel request to continue Removal/ID Hearing; granted. Removal/ID Hearing continued to 12/28/2023 at 1:30 PM before Magistrate Judge Michael S. Berg. (CD# 12/19/2023 MSB 3:14-3:29). (Plaintiff Attorney Amanda Griffith, AUSA). (Defendant Attorney Cassidy Heverling, FD S/A for Leila Morgan). (no document attached) (mxl) (Entered: 12/19/2023) |  |

| # | Date | Proceeding Text | Source |
|---|---|---|---|
| 10 | 12/19/2023 | ORDER OF DETENTION as to Michael Gordon Douglas. Signed by Magistrate Judge Michael S. Berg on 12/19/2023. (cxl) (Entered: 12/20/2023) | |
| 11 | 12/22/2023 | NOTICE OF ATTORNEY APPEARANCE: Cassidy Ann Heverling appearing for Michael Gordon Douglas  (Heverling, Cassidy)Attorney Cassidy Ann Heverling added to party Michael Gordon Douglas(pty:dft) (ggv). (Entered: 12/22/2023) | |
| 12 | 12/27/2023 | TRANSCRIPT ORDER - For hearing(s) on 12/19/23 by USA (Bennett, Calen) (rxc). (Entered: 12/27/2023) | |
| 13 | 12/27/2023 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Detention Hearing as to Michael Gordon Douglas held on December 19, 2023, before Judge Michael S. Berg. Court Reporter/Transcriber: Amanda M. LeGore. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 1/17/2024. Redacted Transcript Deadline set for 1/29/2024. Release of Transcript Restriction set for 3/26/2024. (alg)(jrd) (Entered: 12/27/2023) | |
| 14 | 12/28/2023 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg: Removal/ID Hearing as to Michael Gordon Douglas not held on 12/28/2023. Defense counsel request to continue hearing; granted. Removal/ID Hearing continued to 1/4/2024 at 1:45 PM before Magistrate Judge Michael S. Berg. (CD# 12/28/2023 MSB 1:44-1:49). (Plaintiff Attorney Calen Bennett, AUSA). (Defendant Attorney Leila Morgan & Cassidy Heverling, FD). (no document attached) (mxl) (Entered: 12/29/2023) | |
| 15 | 01/04/2024 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg: Removal/ID Hearing as to Michael Gordon Douglas held on 1/4/2024. Removal/ID Hearing set for 1/25/2024 01:30 PM before Magistrate Judge Michael S. Berg. Attorney Cassidy Ann Heverling and Leila W Morgan relieved in case as to Michael Gordon Douglas. (CD# 1/4/2024 MSB 24 2:24-2:30). (Plaintiff Attorney Calen Bennett, AUSA). (Defendant Attorney John Kirby, RET). (no document attached) (bas1) (Entered: 01/05/2024) | |
| 16 | 01/04/2024 | MOTION to Substitute Attorney by Michael Gordon Douglas. (stn) (Entered: 01/05/2024) | |
| 17 | 01/04/2024 | MINUTE ORDER granting 16 Motion to Substitute Attorney. Added attorney John David Kirby as to Michael Gordon Douglas (1). IT IS SO ORDERED by Magistrate Judge Michael S. Berg on 1/4/2024.(no document attached) (mxl) (Entered: 01/08/2024) | |
| 18 | 01/22/2024 | MOTION for Bond  by Michael Gordon Douglas. (Kirby, John) (rxc). (Entered: 01/22/2024) | |
| 19 | 01/23/2024 | NOTICE OF HEARING as to Defendant Michael Gordon Douglas. Motion Hearing set for 1/25/2024 01:30 PM before Magistrate Judge Michael S. Berg. (no document attached) (acc) (Entered: 01/23/2024) | |
| 20 | 01/23/2024 | SUPPLEMENTAL DOCUMENT by Michael Gordon Douglas re 18 MOTION for Bond   (Attachments: # 1 Proof of Service)(Kirby, John) (stn). (Entered: 01/23/2024) | |
| 21 | 01/24/2024 | RESPONSE in Opposition by USA as to Michael Gordon Douglas re 18 MOTION for Bond (Bennett, Calen) (Entered: 01/24/2024) | Events since last full update |
| 25 | 01/26/2024 | NOTICE OF DISTRICT COURT JUDGE ORDER GRANTING | Events since last full |

| # | Date | Proceeding Text | Source |
|---|------|-----------------|--------|
|   |      | TEMPORARY STAY OF RELEASE OF DEFENDANT ON BOND by USA (Attachments: # 1 DISTRICT COURT JUDGE ORDER GRANTING TEMPORARY STAY OF RELEASE OF DEFENDANT ON BOND)(Bennett, Calen) (Entered: 01/26/2024) | update |
| 26 | 01/25/2024 | Minute Entry for proceedings held before Magistrate Judge Michael S. Berg:Bond Hearing as to Michael Gordon Douglas held on 1/25/2024. Defense counsel request for bond reconsideration; granted. Bond set at $100,000 P/S secured by trust deed to the United States. Travel is extended to the state of Florida. Removal/ID Hearing as to Michael Gordon Douglas held on 1/25/2024. Defendant admits identity. Waiver of rule 5 and warrant of removal filed. Defendant ordered transferred to the Southern District of Florida. (CD# 1/25/2024 MSB 1:49-2:02; 2:20-2:27). (Plaintiff Attorney Calen Bennett, AUSA). (Defendant Attorney John Kirby, RET). (PTSO: Thalia Duarte)(no document attached) (mxl) (Entered: 01/26/2024) | Events since last full update |
| 27 | 01/26/2024 | TRANSCRIPT ORDER - For hearing(s) on 1/25/2024 by USA (Bennett, Calen) (Entered: 01/26/2024) | Events since last full update |
| 28 | 01/26/2024 | NOTICE OF HEARING as to Defendant Michael Gordon Douglas. Status Hearing set for 1/29/2024 01:30 PM before Magistrate Judge Michael S. Berg. (no document attached) (mxl) (Entered: 01/26/2024) | Events since last full update |
| 29 | 01/25/2024 | ORDER Setting Conditions of Release. Bond set for Michael Gordon Douglas (1) $100,000 P/S secured by trust deed to the United States. Travel is extended to the state of Florida. Signed by Magistrate Judge Michael S. Berg on 1/25/2024. (rxc) (Entered: 01/26/2024) | Events since last full update |
| 30 | 01/25/2024 | WAIVER of Rule 5 Hearings by Michael Gordon Douglas (rxc) (Entered: 01/26/2024) | Events since last full update |
| 31 | 01/26/2024 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT of Removal/ID and Bond Hearing as to Michael Gordon Douglas held on 1/25/2024, before Judge Michael S. Berg. Court Reporter/Transcriber Anne Roldan. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER or the Court Reporter/Transcriber. If redaction is necessary, parties have seven calendar days from the file date of the Transcript to E-File the Notice of Intent to Request Redaction. The following deadlines would also apply if requesting redaction: Redaction Request Statement due to Court Reporter/Transcriber 2/16/2024. Redacted Transcript Deadline set for 2/26/2024. Release of Transcript Restriction set for 4/25/2024. (dim) (Entered: 01/26/2024) | Events since last full update |

Copyright © LexisNexis CourtLink, Inc. All Rights Reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***

**End of Document**