UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-80219-CR-CANNON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant.. | ) |
| | ) |
| _____ | ) |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL**

TO THE CLERK OF COURT:

PLEASE ACKNOWLEDGE this instrument as the Notice of Appearance of John R. Howes, Esq., as local counsel for John D. Kirby, Esq. on behalf of the Defendant, Michael Gordon Douglas. This appearance is for purposes of representation in this Court only and is not intended for the purpose of appeal.

DATED this 15th day of February, 2024.

*John R. Howes, Esq.*
John R. Howes, Esq.
Howes Law Group, P.A.
110 SE 6th St., Suite 1700

Ft. Lauderdale, FL  33301  
Phone:  954.328.2358  
Email:  FloridaLawyer@outlook.com  
Florida Bar No. 219193

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice of Appearance has been furnished by Electronic Delivery using CM/ECF and to Assistant United States Attorney Gregory Schiller, Esq. at Gregory.schiller@usdoj.gov and to John D. Kirby, Esq. at jkirby@johnkirbylaw.com this 15th day of February, 2024.

*John R. Howes, Esq.*
John R. Howes, Esq.