# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cr-80219-AMC

UNITED STATES OF AMERICA

    Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

    Defendant.

_____/

## MOTION TO APPEAR *PRO HAC VICE*, CONSENT TO DESIGNATION, AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING

In accordance with Local Rules 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of John D. Kirby of the law firm of Law Offices of John D. Kirby, APC, 401 W. A Street, Suite 1150, San Diego, CA 92101, 619-557-0100, for purposes of appearance as co-counsel on behalf of Michael Gordon Douglas in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit John D. Kirby to receive electronic filings in this case, and in support thereof states as follows:

1. John D. Kirby is not admitted to practice in the Southern District of Florida and is a member in good standing of the California Bar and Southern District of California.

2. Movant John R Howes Esquire, of the law firm of Howes Law Group, P.A. 110 SE 6th St Ste 1700 Fort Lauderdale, FL 33301-5047, 954-328-2358, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance

with the CM/ECF Administrative Procedures.  *See* Section 2B of the CM/ECF Administrative Procedures.

3.     In accordance with the local rules of this Court, John D. Kirby has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4.     John D. Kirby, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to John D. Kirby at email address: jkirby@johnkirbylaw.com.

### CERTIFICATION OF John D. Kirby

John D. Kirby, Esquire, pursuant to Rule 4(b)(l) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida;  (2) I am a member in good standing of California Bar and Southern District of California and (3) I have not filed more than three pro hac vice motions in different cases in this District within the last 365 days.

*[signature]*
John D. Kirby

WHEREFORE, John R. Howes moves this Court to enter an Order John D. Kirby, to appear before this Court on behalf of Michael Gordon Douglas for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to John D. Kirby.

Date: February 15, 2024                                Respectfully submitted,

*[signature]*
John R. Howes, Esq.

/s/ *John D. Kirby, Esq.*
John D. Kirby, Esq.                                   John R. Howes, Esq.
401 W. A Street, Suite 1150                           110 SE 6th Street
San Diego, CA 92101                                   Suite 1700
619-557-010                                           Fort Lauderdale, FL 33301
CA Bar No. 149496                                     Fla. Bar No. 0219193

619-557-0100                                    FloridaLawyer@outlook.com
jkirby@johnkirbylaw.com                         Cell:  954.328.2358
                     Attorneys for Michael Gordon Douglas

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Appear *Pro Hac* Vice has been furnished by Electronic Delivery using CM/ECF and to Assistant United States Attorney Gregory Schiller, Esq. at Gregory.schiller@usdoj.gov and to John D. Kirby, Esq. at jkirby@johnkirbylaw.com this 15th day of February, 2024.

*John R. Howes, Esq.*
John R. Howes, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 23-cr-80219-AMC

UNITED STATES OF AMERICA

    Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

    Defendant.

_____/

**ORDER GRANTING MOTION TO APPEAR**
***PRO HAC VICE*, CONSENT TO DESIGNATION AND REQUEST TO ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

THIS CAUSE having come before the Court on the Motion to Appear *Pro Hac Vice* for John D Kirby, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filing (the "Motion"), pursuant to the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys in the United States District Court for the Southern District of Florida and Section 2B of the CM/ECF Administrative Procedures. This Court having considered the motion and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that:

The Motion is GRANTED. John D. Kirby may appear and participate in this action on behalf of Michael Gordon Douglas. The Clerk shall provide electronic notification of all electronic filings to John D. Kirby, at jkirby@johnkirbylaw.com.

DONE AND ORDERED in Chambers at _____, Florida, this ____ day of _____.

_____
United States District Judge

Copies furnished to: All Counsel of Record