UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR- 80219-RLR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL GORDON DOULGAS, | ) |
|     a/k/a "DaddyBreendsFam," | ) |
|     a/k/a "Michael," | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**GOVERNMENT'S RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

A.   1.   Attached, please find a copy of any written statements made by the defendant during the online chat communication, summarized in the law enforcement reports.

Video recordings and screen capture of these statements made of the defendant's online chat communication can be obtained by making arrangements with undersigned counsel. Specifically, these recordings can be reviewed at the discovery conference as set forth in paragraph A.5 below. As said recordings contain images and videos of child sexual abuse material, they are not attached to this discovery filing.

One audio recorded call with the defendant and one video send by the defendant are included in this discovery filing.

Attached is the portion of the written, audio recorded and video recorded record containing the substance of any oral statement made by the defendant before or after arrest in response to interrogation by any person then known to the defendant to be a government agent.

3.   No defendant testified before the Grand Jury.

1

4. The defendant's prior criminal record is attached.

5. Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at: the Office of the United States Attorney, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400.  Please call the undersigned within 48 hours if you intent to review the evidence to set up a date and time that is convenient to both parties.

The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

Additionally, the government is in possession of the following devices seized from the defendant's residence during the execution of search warrants which are available for review at the West Palm Beach office of Homeland Security Investigations:

   a. Samsung Cellular Phone
   b. HP Laptop Pavilion Notebook
   c. Micro SD Card
   d. SIM Card
   e. Black Camera with SD CARD
   f. Vivitar 5-megapixel Camera with SD CARD
   g. Schok Cellphone
   h. Five (5) Flash drives
   i. HP Laptop

Additionally, the government is in possession of the following device seized from the defendant's vehicle at the time of his arrest which is available for review at the West Palm Beach office of Homeland Security Investigations:

   a. Verizon Cellular Phone

6. There were no physical or mental examinations or scientific tests or experiments made in connection with this case.

B. DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

C. The government will disclose any information or material which may be favorable on the issues of guilt or punishment within the scope of Brady v. Maryland, 373 U.S. 83 (1963), and United States v. Agurs, 427 U.S. 97 (1976).

D. The government will disclose any payments, promises of immunity, leniency, preferential treatment, or other inducements made to prospective government witnesses, within the scope of Giglio v. United States, 405 U.S. 150 (1972), or Napue v. Illinois, 360 U.S. 264 (1959).

E. The government will disclose any prior convictions of any alleged co-conspirator, accomplice or informant who will testify for the government at trial.

F. No defendant was identified in a lineup, show up, photo array or similar identification proceedings.

G. The government has advised its agents and officers involved in this case to preserve all rough notes.

H. The government will timely advise the defendant of its intent, if any, to introduce at trial extrinsic act evidence pursuant to F.R.E. 404(b). Pursuant to Local Rule 88.10, the notice will be provided regardless of whether the evidence may be used in the case-in-chief, for impeachment or possible rebuttal, and will include the general nature of the evidence.

You are hereby on notice that all evidence made available to you for inspection, as well as all statements disclosed herein or in any future discovery letter, may be offered in the trial of this cause, under F.R.E. 404(b) or otherwise (including the inextricably-intertwined doctrine).

Specifically, on April 27, 2011, the defendant plead guilty to three (3) counts of distribution of matter depicting person under 18 in sexual conduct, 1 count of possession of matter depicting person under 18 in sexual conduct, and 1 count of attempted harmful matter sent to a minor via electronic means in the Superior Court of California, County of San Diego from incidents occurring on or between February 14, 200 - November 27, 2006. The records, conviction and fingerprints of the same have been provided in discovery.

I. The defendant is not an aggrieved person, as defined in Title 18, United States Code, Section 2510(11), of any relevant electronic surveillance that was authorized pursuant to 18 U.S.C. §2516 and 18 U.S.C §2518 and that

3

|   |   |
|---|---|
|   | has been unsealed in accordance with 18 U.S.C §2518. |
| J. | The government has ordered transcribed the Grand Jury testimony of all witnesses who will testify for the government at the trial of this cause. |
| K. | The contraband involved in this indictment is the child pornography distributed and possessed by the defendant. |
| L. | The government does not know of any automobile, vessel, or aircraft allegedly used in the commission of this offense that is in the government's possession. |
| M. | The government is not aware of any latent fingerprints or palm prints which have been identified by a government expert as those of the defendant. |
| N. | The government will make every possible effort in good faith to stipulate to all facts or points of law the truth and existence of which is not contested and the early resolution of which will expedite trial.  These stipulations will be discussed at the discovery conference. |

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

The attachments to this response have been uploaded to USAfX in a folder entitled, "Douglas Discovery", and made available via secured link to defense counsel identified below, and includes include the following:

1. One (1) .PDF file entitled: "US v. Douglas, 23CR80219-CANNON, RSDO1, Bates Numbers 00001 – 01091_redacted";
2. Three (3) .m4a audio files, entitled: "DOUGLASA UC call 12-12-23," "Interview with Crystal Tesarallen 12-12-23", and "Interview with DOUGLAS - HSI Jay driving to Booking 12-12-23";
3. Two (2) .MOV files, entitled: "IMG_0652.MOV" (evidence from defendant's car) and "IMG_0656.MOV" (defendant at police station);
4. One (1) .MP3 file, entitled, "Interview with DOUGLAS";
5. One (1) .MP4 file, entitled, "Kik Live Video from DOUGLAS on 10-26-23";
6. Four (4) folders and eight (8) subfolders, with thirty-six (36) files, entitled, as follows:

*Media DOUGLAS sent to UC*

| Name | Size | Type |
|---|---|---|
| 0357259c-d515-4797-aeff-ef6d99945063.mp4 | 2273K | MP4 Video File (VLC) |
| 1fbb2068-787b-416b-9524-f819624ae3bd.mp4 | 2276K | MP4 Video File (VLC) |
| 4b8db6d4-9eb1-480f-89c2-2655499611e3.mp4 | 2030K | MP4 Video File (VLC) |
| 5ba2ffa1-8317-4516-af1f-7f7878b3db59.jpg | 1176K | JPG File |
| 6e89b15e-e203-49a7-8dcb-c94071b67a8c.mp4 | 2309K | MP4 Video File (VLC) |
| acaa329c-76c5-40a8-ad77-cd67c80327d9.mp4 | 5064K | MP4 Video File (VLC) |

| Name | Size | Type |
|---|---|---|
| eb783110-d218-42d7-87d1-42b106ea0288.jpg | 319K | JPG File |
| f3ea9348-7b53-41eb-b085-cf1acab70215.mp4 | 2282K | MP4 Video File (VLC) |

### Gmail Subpoena - Miked14691

| Name | Size | Type |
|---|---|---|
| Letter 47087052.pdf | 225K | Adobe Acrobat Document |

#### Gmail Subpoena - Miked14691\Billing Info

| Name | Size | Type |
|---|---|---|
| GOOGLE~1.TXT | 0K | Text Document |
| NoRecords.txt | 0K | Text Document |

#### Gmail Subpoena - Miked14691\GooglePay

| Name | Size | Type |
|---|---|---|
| CUSTOM~1.TXT | 4K | Text Document |
| GOOGLE~1.TXT | 0K | Text Document |

#### Gmail Subpoena - Miked14691\Subscriber Info

| Name | Size | Type |
|---|---|---|
| GOOGLE~1.TXT | 0K | Text Document |
| MIKED1~1.HTM | 1K | Chrome HTML Document |

#### Gmail Subpoena - Miked14691\Voice Communication

| Name | Size | Type |
|---|---|---|
| NORECO~1.TXT | 0K | Text Document |
| VOICEC~1.TXT | 0K | Text Document |

### Gmail Subpoena - Rmfiorg

| Name | Size | Type |
|---|---|---|
| Letter 47087052.pdf | 225K | Adobe Acrobat Document |

#### Gmail Subpoena - Rmfiorg\Billing Info

| Name | Size | Type |
|---|---|---|
| BILLIN~1.TXT | 21K | Text Document |
| GOOGLE~1.TXT | 0K | Text Document |

#### Gmail Subpoena - Rmfiorg\GooglePay

| Name | Size | Type |
|---|---|---|
| CUSTOM~1.TXT | 17K | Text Document |
| GOOGLE~1.TXT | 0K | Text Document |
| INSTRU~1.TXT | 92K | Text Document |
| STORED~1.TXT | 0K | Text Document |

#### Gmail Subpoena - Rmfiorg\Subscriber Info

| Name | Size | Type |
|---|---|---|
| GOOGLE~1.TXT | 0K | Text Document |
| RMFIOR~1.HTM | 2K | Chrome HTML Document |

#### Gmail Subpoena - Rmfiorg\Voice Communications

| Name | Size | Type |
|---|---|---|
| NoRecords.txt | 0K | Text Document |
| AMVOICEC~1.TXT | 0K | Text Document |

### Verizon - Douglas 7608038825

| Name | Size | Type |
|---|---|---|
| ActDeact__MTN-7608038825.csv | 0K | Microsoft Excel Comma Separated Values File |
| AttachedFax_11-03-2023_15-17-32.pdf | 521K | Adobe Acrobat Document |

| | | |
|---|---|---|
| Certification of records NJ conformed copy sesig.html HTML Document | 2K | Chrome |
| DeviceId__MTN-7608038825.csv | 0K | Microsoft Excel Comma Separated Values File |
| Features__7608038825.csv | 3K | Microsoft Excel Comma Separated Values File |
| OtherNumbers__7608038825.csv | 0K | Microsoft Excel Comma Separated Values File |
| PaymentActivity__MTN-7608038825.csv | 0K | Microsoft Excel Comma Separated Values File |
| Subscriber__MTN-7608038825.csv | 0K | Microsoft Excel Comma Separated Values File |

Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY


By:   s/*Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
Florida Bar No.
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
Email: gregory.schiller@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 11, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

       *s/Gregory Schiller*
       Gregory Schiller
       Assistant United States Attorney

**SERVICE LIST**
United States v. MICHAEL GORDON DOULGAS
Case No. 23-CR- 80219-RLR
United States District Court
Southern District of Florida

| Party | Counsel |
| --- | --- |
| Plaintiff: United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant: Eric Raymond Bahre | John D. Kirby, Esq.<br>The Law Office of John D. Kirby<br>401 West A. Street, Suite 1150<br>San Diego, CA 92101<br><br>John R. Howes, Esq.<br>Howes Law Group, P.A.<br>110 SE 6th St., Suite 1700<br>Ft. Lauderdale, FL 33301<br>Email: FloridaLawyer@outlook.com<br>**via Notice of Electronic Filing generated by CM/ECF** |