UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,          )
                                   )
        Plaintiff,                 )
                                   )
vs.                                )
                                   )
MICHAEL GORDON DOUGLAS,            )
                                   )
        Defendant..                )
                                   )
_____     )

**DEFENDANT'S MOTION TO FILE**
**MOTION AND ORDER <u>UNDER SEAL</u>**

The Defendant, Michael Gordon Douglas, pursuant to undersigned counsel, and with the permission of the Court, granted *ore tenus* at the Defendant's appellate hearing conducted on March 5, 2024.

The reason for the request for filing <u>under seal</u> is because the subject exhibit contains the Defendant's personal medical records, which are protected by the Health Insurance Portabiility and Accountability Act (HIPPA).  AUSA Gregory Schiller advised that he has no objection to the granting of the relief sought herein.

DATED this 13th day of March, 2024.

*/s/ John R. Howes, Esq.*
John R. Howes, Esq.
HOWES LAW GROUP, P.A.
110 SE 6th St., Suite 1700
Ft. Lauderdale, FL  33301

Phone:  954.328.2358  
Email:  FloridaLawyer@outlook.com  
Florida Bar No. 219193

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion to File Motion to Under Seal, a proposed Order and the subject medical records are electronically filed with the Clerk of Court using CM/ECF to all counsel of record, John D. Kirby, Esq. at jkirby@jkirby@johnkirbylaw.com and to AUSA Gregory Schiller at Gregory.schiller@usdoj.gov.

*John R. Howes, Esq.*
John R. Howes, Esq.