**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**WEST PALM BEACH DIVISION**

**CASE NO. 23-80219-CR-CANNON**

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MICHAEL GORDON DOUGLAS,**
    a/k/a "DaddyBreedsFam",
    a/k/a "Michael"

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE TRIAL

**THIS CAUSE** comes before the Court upon Defendant's Unopposed Motion to Continue Trial Date [ECF No. 26]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that Defendant's Motion to Continue Trial Date [ECF No. 26] is **GRANTED** for the reasons stated in the Motion, including Defendant's acknowledgment that the period of this continuance should be excluded under the Speedy Trial act to serve the ends of justice [ECF No. 26 ¶ 6]. The Court finds that the interests of justice served by a continuance outweigh any interest of the public or the Defendant in a speedy trial. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.*, from the date the Motion was filed, March 26, 2024, to the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, September 3, 2024, at 1:45 pm.** The case is

set for **Jury Trial** during the two-week trial period that begins **September 9, 2024,** in the Fort Pierce Division.

2. All pre-trial motions *in limine* must be filed by **June 14, 2024.** Each party is limited to filing one motion *in limine*, if there is more than on Defendant, Defendants shall file a combined motion.

3. All other instructions set forth in the Court's Omnibus Order Setting Trial [ECF No. 20] remain in effect except as modified by this Order.

4. The parties are reminded to adhere to the Court's Local Rules in all respects.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 1st day of April 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record