UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-80219-CR-CANNON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant.. | ) |
| | ) |
| _____ | ) |

**DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST**
**(MEDICAL RECORDS OF DEFENDANT FILED UNDER SEAL)**

Attached are the medical Records of Michael Gordon Douglas. The Defendant wishes to preserve his Constitutional Rights to Privacy as provided by the United States Constitution , the Federal Rules of Evidence, as well as all statutory privileges to which he is entitled, including but not limited to the Health Insurance Portability and Accountability Act of 1996 (HIPPA).

DATED this 2nd day of April, 2024.

*John R. Howes, Esq.*
John R. Howes, Esq.
HOWES LAW GROUP, P.A.
110 SE 6th St., Suite 1700
Ft. Lauderdale, FL  33301
Phone:  954.328.2358
Email:  FloridaLawyer@outlook.com
Florida Bar No. 219193

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Supplemental Exhibit List which consists of the Defendant's Medical Records are electronically filed with the Clerk of Court using CM/ECF to all counsel of record, John D. Kirby, Esq. at jkirby@jkirby@johnkirbylaw.com and to AUSA Gregory Schiller at Gregory.schiller@usdoj.gov.

*John R. Howes, Esq.*

John R. Howes, Esq.

**MRO**
**1000 Madison Avenue**
**Suite 100**
**Norristown, PA 19403**

# Medical Records Transmittal

Date:                2/27/2024
Request Number:   78971513
Page Count:        51

### Your requested medical records are attached.

Patient Name:      MICHAEL DOUGLAS
Medical Facility:   UC San Diego Medical Center
Requester:         John D Kirby
Organization:      John D. Kirby Law Offices, A.P.C.

Your reference number:

Thank you,

*MRO*
*MROcorp.com*



THE LAW OFFICES OF
JOHN D KIRBY

484 West A St, Suite 1530
San Diego, CA 92101
Tel: 619-557-0100



RECEIVED
FEB 04 2024
By

**John D. Kirby**
jkirby@johnkirbylaw.com

February 5, 2024

UC San Diego Health
Attn: Health Information Management
200 West Arbor Drive, #8825
San Diego, CA 92103

<u>Re: MEDICAL RECORDS</u>

Please accept this letter and the form attached as a request for our client's medical records. This form was provided by the Federal Bureau of Prisons, and we expect it will suffice to acquire Michael Gordan Douglas' medical records.

If you have any questions or concerns, please feel free to contact us via email jkirby@johnkirbylaw.com or via phone 619-557-0100.

Sincerely,

/s/ John D. Kirby
John D. Kirby

CC Payment Receipt

| | |
|---|---|
| Transaction Status: | **Approved** |
| Transaction Date and Time: | **2/27/2024 12:21:55 PM** |
| Transaction Reference No.: | **4867270** |
| Approval Code: | **0004612274** |
| Order Number: | **78971513** |
| Charge Amount: | **$16.92** |
| Credit Card Number: | **XXXXXXXXXXXX9874** |
| Credit Card Holder: | **John Kirby** |

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
**Invoice**
78971513
February 16, 2024



Phone:  **(610) 994-7500 Opt. 1**
Fax:  **(610) 962-8421**

---

**John D Kirby**
John D. Kirby Law Offices, A.P.C.
401 W A St
Ste 1150
San Diego, CA  92101

You can track and pay for your request online at:  **www.roilog.com**

On  2/9/2024      the following healthcare provider received your request for copies of medical records:

**UC San Diego Medical Center**                                    **Fees**
200 West Arbor Dr.
San Diego, CA  92103

| | |
|---|---|
| Search and Retrieval Fee: | $8.00 |
| Number of Pages: | 51 |
| Tier 1: | $5.10 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| | |
| Postage: | $3.42 |
| Sales Tax: | $0.40 |
| TOTAL: | $16.92 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$16.92** |

You requested records for: **MICHAEL DOUGLAS**

Your Reference ID:
MRO Request ID: 78971513
MRO Online Tracking Number: UCSD2AYBWHLJX

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

*You can send a check to:*

**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or*
*return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: UC San Diego Medical Center.**

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

PREPAYMENT REQUIRED
**Invoice**
78971513
February 27, 2024



Phone: **(610) 994-7500 Opt. 1**
Fax: **(610) 962-8421**

---

**John D Kirby**
John D. Kirby Law Offices, A.P.C.
401 W A St
Ste 1150
San Diego, CA  92101

You can track and pay for your request online at: **www.roilog.com**

On  2/9/2024      the following healthcare provider received your request for copies of medical records:

**UC San Diego Medical Center**
200 West Arbor Dr.
San Diego, CA  92103

You requested records for: **MICHAEL DOUGLAS**

Your Reference ID:
MRO Request ID: 78971513
MRO Online Tracking Number: UCSD2AYBWHLJX

Records consisting of more than 75 pages may
be sent on CD-ROM.

Cancelled requests or unpaid invoices may be
subject to a cancellation fee.

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

| Fees | |
|---|---|
| Search and Retrieval Fee: | $8.00 |
| Number of Pages: | 51 |
| Tier 1: | $5.10 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $3.42 |
| Sales Tax: | $0.40 |
| TOTAL: | $16.92 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $16.92) |
| **BALANCE DUE:** | **$0.00** |

*You can send a check to:*
**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or
return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: UC San Diego Medical Center.**



| | | |
|---|---|---|
| Health Information Services | Douglas, Michael Gordon | |
| MC8825 | MRN: 32401190, DOB: 9/28/1976, Sex: M | |
| 200 W Arbor Dr | Enc Date: 1/10/2024 | |
| San Diego CA 92103-1911 | | |

## 01/10/2024 - Appointment in HCH MRI

**Visit Information**

### Appointment Information

**MRI CERVICAL SPINE W/O CONTRAST**                     **Completed**
1/10/2024  8:45 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 8:45 PM | HC 3T MRI SCANNER | HCH MRI | 30 min |

Referral Provider: VILLANO, JANNA HOFFMAN          Arrival Time:          8:41 PM
Enc Form Number:    29837651

History

| | | | By: | | |
|---|---|---|---|---|---|
| Made On: | 1/10/2024  8:41 PM | | By: | Silver, Holden Seth | RIS |
| Checked In: | 1/10/2024  8:41 PM | | By: | Silver, Holden Seth | ES |
| Remove Arr.: | 1/10/2024  11:07 PM | | By: | Schock-Phelps, Benjamin Langston, RN | MR |
| EOD Status: | 1/14/2024  1:12 AM | | By: | Batch User, UCSD | ES |

## 01/10/2024 - Appointment in HCH MRI (continued)

**Blood Administration**

View:  02/11/24 1126 to 02/14/24 1126 (72 Hours)          Sort by:  Time

None

### Douglas, Michael Gordon

**Douglas, Michael Gordon does not have an active treatment plan of type Oncology Treatment (UC) in this episode.**

 UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Enc Date: 1/10/2024

---

### All Orders

**Other Orders**

No orders found

---

### 01/10/2024 - Appointment in HCH MRI
### IP DC

**Discharge Instructions**                                            Douglas, Michael Gordon (MRN 32401190)

None

---

 UC San Diego Health

| | | |
|---|---|---|
| Health Information Services<br>MC8825<br>200 W Arbor Dr<br>San Diego CA 92103-1911 | | Douglas, Michael Gordon<br>MRN: 32401190, DOB: 9/28/1976, Sex: M<br>Enc Date: 1/10/2024 |

## 01/10/2024 - Appointment in HCH CT

**Visit Information**

### Appointment Information

**CT HEAD W/O CONTRAST**                                        **Completed**
1/10/2024  7:20 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 7:20 PM | HC CT4 EMERGENCY DEPARTMENT | HCH CT | 20 min |

| | | | |
|---|---|---|---|
| Referral Provider: | VILLANO, JANNA HOFFMAN | Arrival Time: | 7:12 PM |
| Enc Form Number: | 29837460 | | |

#### History

| | | | | |
|---|---|---|---|---|
| Made On: | 1/10/2024  7:12 PM | By: | Pitts, Ryan | RIS |
| Checked In: | 1/10/2024  7:12 PM | By: | Pitts, Ryan | ES |
| Remove Arr.: | 1/10/2024  11:07 PM | By: | Schock-Phelps, Benjamin Langston, RN | MR |
| EOD Status: | 1/14/2024  1:12 AM | By: | Batch User, UCSD | ES |

## 01/10/2024 - Appointment in HCH CT (continued)

**Blood Administration**

View:  02/11/24 1126 to 02/14/24 1126 (72 Hours)                    Sort by:  Time

None

## Douglas, Michael Gordon

**Douglas, Michael Gordon does not have an active treatment plan of type Oncology Treatment (UC) in this episode.**



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Enc Date: 1/10/2024

## All Orders

**Other Orders**

No orders found

## 01/10/2024 - Appointment in HCH CT
## IP DC

**Discharge Instructions**                                        Douglas, Michael Gordon (MRN 32401190)

None



| | | |
|---|---|---|
| Health Information Services<br>MC8825<br>200 W Arbor Dr<br>San Diego CA 92103-1911 | | Douglas, Michael Gordon<br>MRN: 32401190, DOB: 9/28/1976, Sex: M<br>Enc Date: 1/10/2024 |

## 01/10/2024 - Appointment in HCH CT

**Visit Information**

**Appointment Information**

**CT C-SPINE W/O CONTRAST**                                    **Completed**
1/10/2024  7:15 PM

| Time | Provider | Department | Length |
|---|---|---|---|
| 7:15 PM | HC CT4 EMERGENCY<br>DEPARTMENT | HCH CT | 20 min |

| | | | |
|---|---|---|---|
| Referral Provider: | VILLANO, JANNA HOFFMAN | Arrival Time: | 7:12 PM |
| Enc Form Number: | 29837459 | | |

History

| | | | | |
|---|---|---|---|---|
| Made On: | 1/10/2024  7:12 PM | By: | Pitts, Ryan | RIS |
| Checked In: | 1/10/2024  7:12 PM | By: | Pitts, Ryan | ES |
| Remove Arr.: | 1/10/2024 11:07 PM | By: | Schock-Phelps, Benjamin Langston, RN | MR |
| EOD Status: | 1/14/2024  1:12 AM | By: | Batch User, UCSD | ES |

## 01/10/2024 - Appointment in HCH CT (continued)

**Blood Administration**

View:  02/11/24 1126 to 02/14/24 1126 (72 Hours)                    Sort by:  Time

None

## Douglas, Michael Gordon

**Douglas, Michael Gordon does not have an active treatment plan of type Oncology Treatment (UC) in this episode.**

 **UC San Diego Health**

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Enc Date: 1/10/2024

---

## All Orders

**Other Orders**

No orders found

---

### 01/10/2024 - Appointment in HCH CT
### IP DC

**Discharge Instructions**                                    Douglas, Michael Gordon (MRN 32401190)

None

---


UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency

## Visit Information

### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 01/10/2024 1546 | Admit Date/Time: | 01/10/2024 1823 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Court/law Enforcement | Admit Category: | |
| Means of Arrival: | Police Custody | Primary Service: | Ed Medicine | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | UCSD HEALTH SYSTEM SERVICE AREA | Unit: | Hillcrest Emergency |
| Admit Provider: | | Attending Provider: | Villano, Janna Hoffman, MD | Referring Provider: | Sapozhnikov, Roman, MD |

### ED Disposition

| ED Disposition | Condition | User | Date/Time | Comment |
|---|---|---|---|---|
| **Discharge** | -- | Villano, Janna Hoffman, MD | Wed Jan 10, 2024 9:30 PM | -- |

### Discharge Information

| | | |
|---|---|---|
| Date/Time: 01/10/2024 2306 | Disposition: Home Routine | Destination: Home |
| Provider: Villano, Janna Hoffman, MD | Unit: Hillcrest Emergency | |

### Follow-up Information

| Follow up With | Specialties | Details | Why | Contact Info |
|---|---|---|---|---|
| No Pcp, Could Not Be Validated | | Schedule an appointment as soon as possible for a visit in 2 days | | |
| No Pcp, Could Not Be Validated | | | As needed | |

## Reason for Visit w/ Dx

Chief complaints: Neck Pain and Back Pain
Visit diagnosis: Cervical radiculitis [M54.12]

## HPI

### Neck Pain

Additional comments: back

### Back Pain

Additional comments: Sent from jail for eval of cervical spine herniations.  Paresthesia to right and left hand, left foot

Last edited by Cruz, Oscar, RN on 1/10/2024 3:48 PM.

## 01/10/2024 - ED in Hillcrest Emergency
## Inpatient Chart Report

### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| M54.2 | Cervicalgia | |
| M54.9 | Dorsalgia, unspecified | |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| M47.22 | Other spondylosis with radiculopathy, cervical region | | | | |



| | | |
|---|---|---|
| Health Information Services | Douglas, Michael Gordon | |
| MC8825 | MRN: 32401190, DOB: 9/28/1976, Sex: M | |
| 200 W Arbor Dr | Adm: 1/10/2024, D/C: 1/10/2024 | |
| San Diego CA 92103-1911 | | |

## 01/10/2024 - ED in Hillcrest Emergency
## Inpatient Chart Report (continued)

**Final Diagnoses (ICD-10-CM) (continued)**

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| **[Principal]** | | | | | |
| M48.02 | Spinal stenosis, cervical region | | | | |
| F17.290 | Nicotine dependence, other tobacco product, uncomplicated | | | | |
| Z88.1 | Allergy status to other antibiotic agents | | | | |
| Z88.0 | Allergy status to penicillin | | | | |

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Blood Administration**

View: 02/11/24 1126 to 02/14/24 1126 (72 Hours)          Sort by: Time

None

## Douglas, Michael Gordon

**Douglas, Michael Gordon does not have an active treatment plan of type Oncology Treatment (UC) in this episode.**

**Medication List**

### Medication List

ⓘ **This report is for documentation purposes only. The patient should not follow medication instructions within. For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.**

#### Prior To Admission

None

#### Discharge Medication List

Medications last reviewed by Delacruz, Martha, RN on 1/10/2024 1921

**cyclobenzaprine (FLEXERIL) 5 MG tablet**

Instructions: Take 1 tablet (5 mg) by mouth 3 times daily as needed for Muscle Spasms for up to 14 days.
Authorized by: Villano, Janna Hoffman, MD          Ordered on: 1/10/2024
Start date: 1/10/2024                               End date: 1/24/2024
Quantity: 14 tablet                                Refill: No refills remaining

#### Stopped in Visit

None

**Notes - All Notes**

### Discharge Instructions

#### Villano, Janna Hoffman, MD at 1/10/2024 2130

| | | |
|---|---|---|
| Author: Villano, Janna Hoffman, MD | Service: — | Author Type: Attending Physician |
| Filed: 01/10/2024 | Date of Service: 01/10/24 2130 | Status: Written |
| Editor: Villano, Janna Hoffman, MD (Attending Physician) | | |

See your spine specialist for follow up

Electronically signed by Villano, Janna Hoffman, MD at 01/10/24 2130



Health Information Services  
MC8825  
200 W Arbor Dr  
San Diego CA 92103-1911

Douglas, Michael Gordon  
MRN: 32401190, DOB: 9/28/1976, Sex: M  
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

Notes - All Notes (continued)

### ED Notes

#### Scott, Nicole at 1/10/2024 1600

| Author: Scott, Nicole | Service: — | Author Type: Clinical Care Partner |
|---|---|---|
| Filed: 01/10/24 1659 | Date of Service: 01/10/24 1600 | Status: Signed |
| Editor: Scott, Nicole (Clinical Care Partner) | | |

Collar placed on pt for comfort

*Electronically signed by Scott, Nicole at 01/10/24 1659*

#### Delacruz, Martha, RN at 1/10/2024 1840

| Author: Delacruz, Martha, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/10/24 1923 | Date of Service: 01/10/24 1840 | Status: Signed |
| Editor: Delacruz, Martha, RN (Registered Nurse) | | |

Assumed patient care.  Patient alert and oriented x4.  Patient speaking in full sentences. Patient skin pink, warm, and dry.  Patient presented to ED for neck and back pain after jail mate bear hugged him and messed with his head/neck.  Patient reporting a hx of multitude of head/neck/back injuries.
Patient lying on gurney, gurney in lowest position and locked.  Siderails upx2.  Call light with reach.
Guards x two at bedside.

*Electronically signed by Delacruz, Martha, RN at 01/10/24 1923*

#### Schock-Phelps, Benjamin Langston, RN at 1/10/2024 1918

| Author: Schock-Phelps, Benjamin Langston, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/10/24 1918 | Date of Service: 01/10/24 1918 | Status: Signed |
| Editor: Schock-Phelps, Benjamin Langston, RN (Registered Nurse) | | |

Pt transported to CT via gurney.

*Electronically signed by Schock-Phelps, Benjamin Langston, RN at 01/10/24 1918*

#### Schock-Phelps, Benjamin Langston, RN at 1/10/2024 2030

| Author: Schock-Phelps, Benjamin Langston, RN | Service: — | Author Type: Registered Nurse |
|---|---|---|
| Filed: 01/10/24 2058 | Date of Service: 01/10/24 2030 | Status: Signed |
| Editor: Schock-Phelps, Benjamin Langston, RN (Registered Nurse) | | |

Pt transported to MRI via gurney.

*Electronically signed by Schock-Phelps, Benjamin Langston, RN at 01/10/24 2058*

### ED Provider Notes

#### Marske, Derek William, DO at 1/10/2024 1826

| Author: Marske, Derek William, DO | Service: — | Author Type: Resident |
|---|---|---|
| Filed: 01/10/24 2156 | Date of Service: 01/10/24 1826 | Status: Attested |
| Editor: Marske, Derek William, DO (Resident) | | Cosigner: Villano, Janna Hoffman, MD at 01/10/24 2222 |



UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

Notes - All Notes (continued)

**Attestation signed by Villano, Janna Hoffman, MD at 01/10/24 2222**

**Attending Attestation:**

I personally interviewed and examined the patient during the ED visit beginning 1/10/2024 at 1823 hours, and I have reviewed the note by Marske, Derek William, DO for the ED visit beginning 1/10/2024 at 1823 hours. I agree with the Resident history, exam, assessment, and plan.

**Data Reviewed:**

**Risk of Complications and/or Morbidity:**

1.   **Cervical radiculitis**                                    **cyclobenzaprine (FLEXERIL) 5 MG tablet**
                                                                  **DISCONTINUED: cyclobenzaprine (FLEXERIL) 5
                                                                  MG tablet**

Does this Patient meet Critical Care Criteria? No
Janna Hoffman Villano, MD

## Emergency Medicine Resident Note

**Chief Complaint**
Patient presents with
- Neck Pain
  *back*
- Back Pain
  *Sent from jail for eval of cervical spine herniations.  Paresthesia to right and left hand, left foot*

**HPI:**

Michael Gordon Douglas is a 47 year old male with a history of C6-7 and L4-5 disc herniation after a traumatic fall in December of 2022 who complains of changes in his neurologic symptoms after his cell-mate slapped and twisted his head and gave him a bear hug yesterday. His chronic neurologic symptoms were mostly isolated to the right 1st and 2nd finger but he now has n/t radiating from his neck down the left side to his hand and n/t in his entire right hand and along his left leg. He also complains of some associated weakness mostly isolated to grip strength and reports unintended dropped items. He denies urinary retention, constipation, loss of incontinence, and saddle anesthesia. He has not had fever recently, and there is no history of malignancy. He denies a history of IV drug use.



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Notes - All Notes (continued)**

Patient follows with spine surgery outpatient and has been told he may be a candidate for surgical intervention in the near future.

**Home Medications:**
No current outpatient medications on file.

**Allergies:**

Allergies

| Allergen | Reactions |
|---|---|
| • Erythromycin | Rash |
| • Pcn [Penicillins] | Rash and Itching |

**Past Medical History:**
Asthma, Degenerative disc disease

**Past Surgical History:**
Right knee scope

**Social History:**
Vaping, social alcohol use. Hx of drug use (no IV).

**Family History:**
No family history on file.

**Review of Systems:**
A complete review of systems was performed and is negative except as listed in the HPI.

**Objective:**
BP 139/98  | Pulse 101  | Temp 98.3 °F (36.8 °C)  | Resp 16  | Ht 5' 10" (1.778 m)  | Wt 94.3 kg (208 lb)  | SpO2 97%  | BMI 29.84 kg/m²

**Physical Exam:**

|  |  |
|---|---|
| **General:** | Alert, cooperative, no distress, appears stated age. |
| **Head:** | Normocephalic, atraumatic. |
| **Eyes:** | Conjunctivae/corneas clear. PERRL, EOMs intact. |
| **ENT:** | Moist mucous membranes, oropharynx w/o erythema or exudate |
| **Neck:** | Supple, full ROM, no midline tenderness |
| **Lungs:** | Clear to auscultation bilaterally. |
| **Chest wall:** | No tenderness or deformity. |
| **Heart:** | Regular rate and rhythm, S1, S2 normal, no murmur, click, rub or gallop. |
| **Abdomen:** | Soft, non-tender. Bowel sounds normal. No masses, No organomegaly. |
| **Extremities:** | Extremities normal, atraumatic, no cyanosis or edema. Straight leg raise is negative bilaterally |
| **Pulses:** | 2+ and symmetric all extremities. |
| **Skin:** | Skin color, texture, turgor normal. No rashes or lesions. |
| **Neurologic:** | CNII-XII intact. Decreased sensation to light touch on left C5-T1 nerve distribution. Decreased sensation to light touch left lower extremity in L4 distribution. 4/5 strength left biceps and intrinsic |



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Notes - All Notes (continued)**

hand muscles. 5/5 strength right upper extremity and bilateral lower extremities.

**Labs:**
No results found for this or any previous visit.

**Imaging:**
No results found.

**Procedures:**
No orders of the defined types were placed in this encounter.

**Medications Given:**
Medications - No data to display

**Assessment & Plan:**
Michael Gordon Douglas is a 47 year old male with a history of C6-7 and L4-5 disc herniation after a traumatic fall in December of 2022 who complains of changes in his neurologic symptoms after his cell-mate slapped and twisted his head and gave him a bear hug yesterday. Patient is overall well-appearing, afebrile, and ambulatory. There is no numbness, pain or weakness in the legs, urinary retention, or loss of continence. There are no red flags such as fever, history of malignancy, or previous IV drug use.

- labs: BMP, CBC,
- imaging: CT head, CT neck, MRI neck
- pain control

**ED Course:**
- CT head and neck negative for any acute pathology
- MRI demonstrating moderate-severe spinal canal stenosis at C5-C6 and moderate spinal canal stenosis at C6-C7 secondary to background congenital spinal canal narrowing with superimposed degenerative changes

Patient's history, physical exam and imaging are consistent with exacerbation of underlying chronic degenerative changes of the cervical spine. Prescribed Flexeril 5 mg PO daily for 14 days. Follow up with outpatient spine surgeon for further evaluation and treatment.

The patient indicates understanding of these issues and agrees to the plan.

**Overall Impression:** Cervical spine central canal stenosis

**Consults:** None

**Disposition:** Return to incarceration

No orders of the defined types were placed in this encounter.



UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Notes - All Notes (continued)**

No future appointments.

Discussed with attending physician, Villano, Janna Hoffman, *

Derek Marske, DO

Marske, Derek William, DO
Resident
01/10/24 2156

Villano, Janna Hoffman, MD
01/10/24 2222

Electronically signed by Marske, Derek William, DO at 01/10/24 2156
Electronically signed by Villano, Janna Hoffman, MD at 01/10/24 2222



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Labs**

### CBC w/ Diff Lavender [555340283] (Edited Result - FINAL)

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1834**    Status: **Completed**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1834        Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD                Ordering mode: Standard
Frequency: STAT Once 01/10/24 1835 - 1  occurrence        Class: Nurse/MD Collect
Quantity: 1                        Lab status: Edited Result - FINAL
Instance released by: Villano, Janna Hoffman, MD (auto-released) 1/10/2024  6:34 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Tube | Lavender |

**Specimen Information**

| ID | Type | Source | Collected By |
|---|---|---|---|
| F8107053 | Blood | — | RNMD1 01/10/24 1843 |

Resulted: 01/10/24 1905, Result status: Edited Result
- FINAL

### CBC w/ Diff Lavender [555340283] (Abnormal)

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1834    Order status: Completed
Filed by: Electronic Interface To Epic, Softlab Lab Results    Collected by: RNMD1 01/10/24 1843
01/10/24 1905
Resulting lab: UCSD LABORATORY SYSTEMS            Lab Technician: 6000

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 10.3 | 4.0 - 10.0 1000/mm3 | H ^ | HC |
| RBC | 5.83 | 4.60 - 6.10 mill/mm3 | — | HC |
| Hgb | 15.9 | 13.7 - 17.5 gm/dL | — | HC |
| Hct | 49.3 | 40.0 - 50.0 % | — | HC |
| MCV | 84.6 | 79.0 - 95.0 um3 | — | HC |
| MCH | 27.3 | 26.0 - 32.0 pgm | — | HC |
| MCHC | 32.3 | 32.0 - 36.0 g/dL | — | HC |
| RDW | 12.5 | 12.0 - 14.0 % | — | HC |
| MPV | 8.8 | 9.4 - 12.4 fL | L ⌄ | HC |
| Plt Count | 252 | 140 - 370 1000/mm3 | — | HC |
| Segs | 63 | % | — | HC |
| Lymphocytes | 27 | % | — | HC |
| Monocytes | 6 | % | — | HC |
| Eosinophils | 2 | % | — | HC |
| Basophils | 1 | % | — | HC |
| ANC-Automated | 6.5 | 1.6 - 7.0 1000/mm3 | — | HC |
| Imm Gran Abs | 0.1 | <0.1 1000/mm3 | H ^ | HC |
| Abs Lymphs | 2.8 | 0.8 - 3.1 1000/mm3 | — | HC |
| Abs Monos | 0.7 | 0.2 - 0.8 1000/mm3 | — | HC |
| Abs Eosinophils | 0.2 | 0.0 - 0.5 1000/mm3 | — | HC |
| Abs Basophils | 0.1 | <0.2 1000/mm3 | — | HC |
| Diff Type | Automated | — | — | HC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

### Orders - All Labs (continued)

| | | | | | |
|---|---|---|---|---|---|
| **6 - HC** | HILLCREST LAB | Ronald W. McLawhon, M.D., Ph.D. | 200 West Arbor San Diego CA 92103 | 05/28/14 1026 - Present | |
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present | |

#### CBC w/ Diff Lavender [555340283] (Abnormal)                 Resulted: 01/10/24 1905, Result status: Final result

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1834        Order status: Completed
Filed by: Electronic Interface To Epic, Softlab Lab Results         Collected by: RNMD1 01/10/24 1843
01/10/24 1905
Resulting lab: UCSD LABORATORY SYSTEMS                             Lab Technician: 6000

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| WBC | 10.3 | 4.0 - 10.0 1000/mm3 | H ^ | HC |
| RBC | 5.83 | 4.60 - 6.10 mill/mm3 | — | HC |
| Hgb | 15.9 | 13.7 - 17.5 gm/dL | — | HC |
| Hct | 49.3 | 40.0 - 50.0 % | — | HC |
| MCV | 84.6 | 79.0 - 95.0 um3 | — | HC |
| MCH | 27.3 | 26.0 - 32.0 pgm | — | HC |
| MCHC | 32.3 | 32.0 - 36.0 g/dL | — | HC |
| RDW | 12.5 | 12.0 - 14.0 % | — | HC |
| MPV | 8.8 | 9.4 - 12.4 fL | L ∨ | HC |
| Plt Count | 252 | 140 - 370 1000/mm3 | — | HC |
| Segs | 63 | % | — | HC |
| Lymphocytes | 27 | % | — | HC |
| Monocytes | 6 | % | — | HC |
| Eosinophils | 2 | % | — | HC |
| Basophils | 1 | % | — | HC |
| ANC-Automated | 6.5 | 1.6 - 7.0 1000/mm3 | — | HC |
| Imm Gran Abs | 0.1 | <0.1 1000/mm3 | H ^ | HC |
| Abs Lymphs | 2.8 | 0.8 - 3.1 1000/mm3 | — | HC |
| Abs Monos | 0.7 | 0.2 - 0.8 1000/mm3 | — | HC |
| Abs Eosinophils | 0.2 | 0.0 - 0.5 1000/mm3 | — | HC |
| Abs Basophils | 0.1 | <0.2 1000/mm3 | — | HC |
| Diff Type | Automated | — | — | HC |

##### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HC** | HILLCREST LAB | Ronald W. McLawhon, M.D., Ph.D. | 200 West Arbor San Diego CA 92103 | 05/28/14 1026 - Present |
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |

#### CBC w/ Diff Lavender [555340283]                    Resulted: 01/10/24 1856, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1834        Order status: Completed
Filed by: Electronic Interface To Epic, Softlab Lab Results         Collected by: RNMD1 01/10/24 1843

 **UC San Diego Health**

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

### Orders - All Labs (continued)

01/10/24 1856
Resulting lab: UCSD LABORATORY SYSTEMS

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |

#### CBC w/ Diff Lavender [555340283]                    Resulted: 01/10/24 1856, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD 01/10/24 1834          Order status: Completed
Filed by: Electronic Interface To Epic, Softlab Lab Results          Collected by: RNMD1 01/10/24 1843
01/10/24 1856
Resulting lab: UCSD LABORATORY SYSTEMS

#### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |

#### HCV Antibody with Reflex Quant 2 Serum Separator Tubes [555340284] (Final result)

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1834**          Status: **Completed**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1834          Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD          Ordering mode: Standard
Frequency: Routine Once 01/10/24 1835 - 1  occurrence          Class: Nurse/MD Collect
Quantity: 1          Lab status: Final result
Instance released by: Villano, Janna Hoffman, MD (auto-released) 1/10/2024  6:34 PM

##### Questionnaire

| Question | Answer |
|---|---|
| Tube | 2 Serum Separator Tubes |

##### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F8107053 | Blood | — | 01/10/24 1843 |

#### HCV Antibody with Reflex Quant 2 Serum Separator Tubes [555340284]          Resulted: 01/10/24 2158, Result status: Final result

Ordering provider: Villano, Janna Hoffman, MD 01/10/24 1834          Order status: Completed
Filed by: Electronic Interface To Epic, Softlab Lab Results          Collected by: 01/10/24 1843
01/10/24 2158
Resulting lab: UCSD LABORATORY SYSTEMS          Lab Technician: I/AUT

##### Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Hepatitis C Ab | Non Reactive | Non Reactive | — | CALM |

Comment:
This result has been reported to the San Diego County
Public Health Laboratory and Epidemiology Unit as required
by the California Code of Regulations, Title 17, Section 2505.

#### Testing Performed By

 **UC San Diego Health**

| | | |
|---|---|---|
| Health Information Services<br>MC8825<br>200 W Arbor Dr<br>San Diego CA 92103-1911 | Douglas, Michael Gordon<br>MRN: 32401190, DOB: 9/28/1976, Sex: M<br>Adm: 1/10/2024, D/C: 1/10/2024 | |

**01/10/2024 - ED in Hillcrest Emergency (continued)**

## Orders - All Labs (continued)

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **85 - CALM** | CENTER ADV LAB MEDICINE | Ronald W. McLawhon, M.D., Ph.D. | 10300 Campus Point Drive<br>San Diego CA 92121 | 05/28/14 1012 - Present |
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |

### HCV Antibody with Reflex Quant 2 Serum Separator Tubes [555340284]    Resulted: 01/10/24 2126, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1834    Order status: **Completed**
Filed by: Electronic Interface To Epic, Softlab Lab Results    Collected by: 01/10/24 1843
01/10/24 2126
Resulting lab: UCSD LABORATORY SYSTEMS

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |

### HCV Antibody with Reflex Quant 2 Serum Separator Tubes [555340284]    Resulted: 01/10/24 2126, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1834    Order status: **Completed**
Filed by: Electronic Interface To Epic, Softlab Lab Results    Collected by: 01/10/24 1843
01/10/24 2126
Resulting lab: UCSD LABORATORY SYSTEMS

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |

### Basic Metabolic Panel, Blood Green Plasma Separator Tube [555340285] (Final result)

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1834**    Status: **Completed**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1834    Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD    Ordering mode: Standard
Frequency: STAT Once 01/10/24 1835 - 1  occurrence    Class: Nurse/MD Collect
Quantity: 1    Lab status: Final result
Instance released by: Villano, Janna Hoffman, MD (auto-released) 1/10/2024  6:34 PM

#### Questionnaire

| Question | Answer |
|---|---|
| Tube | Green Plasma Separator Tube |

#### Specimen Information

| ID | Type | Source | Collected By |
|---|---|---|---|
| F8107053 | Blood | — | RNMD1 01/10/24 1843 |

Basic Metabolic Panel, Blood Green Plasma Separator Tube [555340285]
(Abnormal)    Resulted: 01/10/24 1935, Result status: Final result

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1834    Order status: **Completed**
Filed by: Electronic Interface To Epic, Softlab Lab Results    Collected by: RNMD1 01/10/24 1843
01/10/24 1935
Resulting lab: UCSD LABORATORY SYSTEMS    Lab Technician: I/AUT



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Orders - All Labs (continued)**

**Components**

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Glucose | 141 | 70 - 99 mg/dL | H ^ | HC |
| BUN | 11 | 6 - 20 mg/dL | — | HC |
| Creatinine | 0.70 | 0.67 - 1.17 mg/dL | — | HC |
| eGFR Based on CKD-EPI 2021 Equation | >60 | mL/min/1.73 m2 | | HC |

Comment:
This is an estimated glomerular filtration rate
(mL/min/1.73 m2) based on the CKD-EPI 2021 equation.
CKD Stage 3: GFR 30-59
CKD Stage 4: GFR 15-29
CKD Stage 5: GFR < 15 or dialysis dependent

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Sodium | 140 | 136 - 145 mmol/L | — | HC |
| Potassium | 4.5 | 3.5 - 5.1 mmol/L | — | HC |
| Chloride | 102 | 98 - 107 mmol/L | — | HC |
| Bicarbonate | 27 | 22 - 29 mmol/L | — | HC |
| Anion Gap | 11 | 7 - 15 mmol/L | — | HC |
| Calcium | 9.2 | 8.5 - 10.6 mg/dL | — | HC |

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - HC** | HILLCREST LAB | Ronald W. McLawhon, M.D., Ph.D. | 200 West Arbor San Diego CA 92103 | 05/28/14 1026 - Present |
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |

**Basic Metabolic Panel, Blood Green Plasma Separator Tube [555340285]**        Resulted: 01/10/24 1856, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1834         Order status: Completed
Filed by: Electronic Interface To Epic, Softlab Lab Results         Collected by: RNMD1 01/10/24 1843
01/10/24 1856
Resulting lab: UCSD LABORATORY SYSTEMS

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |

**Basic Metabolic Panel, Blood Green Plasma Separator Tube [555340285]**        Resulted: 01/10/24 1856, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1834         Order status: Completed
Filed by: Electronic Interface To Epic, Softlab Lab Results         Collected by: RNMD1 01/10/24 1843
01/10/24 1856
Resulting lab: UCSD LABORATORY SYSTEMS

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **94 - UCSD LAB** | UCSD LABORATORY SYSTEMS | Ronald W. McLawhon, M.D., Ph.D. | See Result | 04/28/21 1524 - Present |



Health Information Services    Douglas, Michael Gordon
MC8825
200 W Arbor Dr           MRN: 32401190, DOB: 9/28/1976, Sex: M
San Diego CA 92103-1911     Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Orders - All Labs (continued)**

 **UC San Diego Health**

| | | |
|---|---|---|
| Health Information Services | Douglas, Michael Gordon | |
| MC8825 | MRN: 32401190, DOB: 9/28/1976, Sex: M | |
| 200 W Arbor Dr | Adm: 1/10/2024, D/C: 1/10/2024 | |
| San Diego CA 92103-1911 | | |

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Orders - All Imaging**

### Imaging

#### CT Head W/O Contrast [555340290] (Final result)

| | |
|---|---|
| Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1910** | Status: **Completed** |

This order may be acted on in another encounter.

| | |
|---|---|
| Ordering user: Villano, Janna Hoffman, MD 01/10/24 1910 | Ordering provider: Villano, Janna Hoffman, MD |
| Authorized by: Villano, Janna Hoffman, MD | Ordering mode: Standard |
| Frequency: STAT 1 Time 01/10/24 1911 - 1 occurrence | Class: Hospital Performed |
| Quantity: 1 | Lab status: Final result |
| Indications of use: Head trauma | Instance released by: Villano, Janna Hoffman, MD (auto-released) 1/10/2024 7:10 PM |

##### Questionnaire

| Question | Answer |
|---|---|
| Defer to Radiologist's Protocol for Final Order? | Yes |

##### Screening Form

###### General Information

| | |
|---|---|
| Patient Name: Douglas, Michael Gordon | MRN: 32401190 |
| Date of Birth: 9/28/1976 | Home Phone: **619-232-4311** |
| Legal Sex: Male | Work Phone: 000-000-0000 |
| | Mobile: 619-232-4311 |

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT HEAD W/O CONTRAST | Villano, Janna Hoffman, MD<br>☏ 858-543-6463<br>☏ 619-290-3834 | Villano, Janna Hoffman, MD<br>☏ 858-543-6463<br>☏ 619-290-3834 | 1/10/2024 7:20 PM<br>HC CT4 EMERGENCY<br>DEPARTMENT<br>HCH CT |

###### Screening Form Questions

No questions have been answered for this form.

###### Additional Information

MRI Scanners produce loud sounds during the process of obtaining images. These sounds can cause discomfort for some patients. Hearing protection will be offered to all patients prior to beginning the procedure.
Please initial as your acknowledgement:____

MRI scanners may cause heating of tissue, including skin. Notify the technologist immediately if you notice any heating sensation during your scan.
Please initial as your acknowledgement:____

Tattoos have been reported to cause skin irritation, swelling and/or heating in a small number of patients. Inform the technologist of any tatoos or permanent makeup prior to your scan. Please initial as your acknowledgement:____

In order to obtain images appropriate for your condition, your MRI scan may require an injection of a contrast media. This media is approved by the Food and Drug Administration for intravenous injection during the performance of MRI imaging. As with any intravenous injection, there is a risk of allergic reaction. The percentage of patients with reaction is extremely low. Patients receiving contrast may experience headaches and mild nausea, although the incidence of reaction is extremely low. Rarely, patients may experience local inflammation at the injection site. Another side effect is gadolinium retention or NSF. Please initial as your acknowledgement:____

If this form is being completed by someone other than the patient, please print your name and relationship:



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Orders - All Imaging (continued)**

_____     _____
(Name)                              (Relationship)

I attest that the information on this form is correct to the best of my knowledge. I have read and understand the contents of this form and have had any questions answered regarding this procedure. Please initial as your acknowledgement:____

_____     _____     _____     _____
Patient Signature          Date          MRI Technologist Signature          Date

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was an interpreter used to complete screening form?  If so, enter interpreter number: | | |
| Was a chaperone present for this exam/procedure? | | |
| Reason why a trained chaperone was NOT present? | | |
| Reason why a chaperone was present? | | |
| Chaperone Name: | | |

**CT Head W/O Contrast [555340290]**          Resulted: 01/10/24 2008, Result status: Final result

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1910          Order status: **Completed**
Resulted by: Elhalwagi, Shereef Baher, MD          Filed by: Electronic Interface To Epic, Radiant Results
                                                    01/10/24 2011
Performed: 01/10/24 1917 - 01/10/24 1921          Accession number: 57392466
Resulting lab: RADIOLOGY
Narrative:
EXAM DESCRIPTION:
CT HEAD W/O CONTRAST: 1/10/2024 7:21 pm

CLINICAL HISTORY:
Head trauma

TECHNIQUE:
Head CT was performed without intravenous contrast.
Up-to-date CT equipment and radiation dose reduction techniques were employed. CTDIvol: 12.6 - 59.1 mGy. DLP: 1395 mGy-cm.
The following accession numbers are related to this dose report {57392466}:
57392465

COMPARISON:
None available

FINDINGS:
There is no evidence of intracranial hemorrhage. Gray-white matter differentiation is preserved; no hyperdense vessel.  No mass-effect or midline shift is present, and the basal cisterns are patent. Brain volume is within normal limits. No hydrocephalus. No extra-axial collections.

No acute calvarial or skull base fracture or other bone abnormality. Soft tissues of the scalp are normal. Left maxillary mucosal retention cyst. Mastoid air cells are clear.

CONCURRENT SUPERVISION:
None



| | |
|---|---|
| Health Information Services<br>MC8825<br>200 W Arbor Dr<br>San Diego CA 92103-1911 | Douglas, Michael Gordon<br>MRN: 32401190, DOB: 9/28/1976, Sex: M<br>Adm: 1/10/2024, D/C: 1/10/2024 |

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Imaging (continued)**

DOSE STATEMENT:
UC San Diego Health System CT scanners employ modern techniques for CT dose reduction, including protocol review, automatic exposure control, and iterative reconstruction techniques. These features assure that radiation dose levels in CT are optimized and are consistent with state-of-the-art, low dose CT practice.


Signed by: Elhalwagi, Shereef 01/10/2024 20:08:49
Impression:
IMPRESSION:
No acute intracranial hemorrhage, mass effect, hydrocephalus, extra-axial collection, or evidence of large territorial infarct.


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - RAD** | RADIOLOGY | Unknown | See Result | 01/04/23 1435 - Present |

**CT Head W/O Contrast [555340290]**                    Resulted: 01/10/24 1917, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD 01/10/24 1910      Order status: Completed
Resulted by: Elhalwagi, Shereef Baher, MD                                Filed by: Pitts, Ryan  01/10/24 1917
Performed: 01/10/24 1917 - 01/10/24 1921                               Accession number: 57392466
Resulting lab: RADIOLOGY


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - RAD** | RADIOLOGY | Unknown | See Result | 01/04/23 1435 - Present |

**Signed**

Electronically signed by Elhalwagi, Shereef Baher, MD on 1/10/24 at 2008 PST


**CT C-Spine W/O Contrast [555340292] (Final result)**

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1910**                    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1910      Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD                            Ordering mode: Standard
Frequency: STAT 1 Time 01/10/24 1911 - 1  occurrence            Class: Hospital Performed
Quantity: 1                                                                        Lab status: Final result
Indications of use: Neck trauma, not high-energy                    Instance released by: Villano, Janna Hoffman, MD (auto-
                                                                                     released) 1/10/2024  7:10 PM

**Questionnaire**

| Question | Answer |
|---|---|
| Clinical history | injury |
| Reason: | Fracture |
| Defer to Radiologist's Protocol for Final Order? | Yes |

**Screening Form**

**General Information**

| | |
|---|---|
| Patient Name: Douglas, Michael Gordon<br>Date of Birth: 9/28/1976<br>Legal Sex: Male | MRN: 32401190<br>Home Phone: **619-232-4311**<br>Work Phone: 000-000-0000<br>Mobile: 619-232-4311 |



| Health Information Services | Douglas, Michael Gordon |
|---|---|
| MC8825 | MRN: 32401190, DOB: 9/28/1976, Sex: M |
| 200 W Arbor Dr | Adm: 1/10/2024, D/C: 1/10/2024 |
| San Diego CA 92103-1911 | |

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Orders - All Imaging (continued)**

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| CT C-SPINE W/O CONTRAST | Villano, Janna Hoffman, MD<br>℡ 858-543-6463<br>℡ 619-290-3834 | Villano, Janna Hoffman, MD<br>℡ 858-543-6463<br>℡ 619-290-3834 | 1/10/2024  7:15 PM<br>HC CT4 EMERGENCY DEPARTMENT<br>HCH CT |

**Screening Form Questions**

No questions have been answered for this form.

**Additional Information**

MRI Scanners produce loud sounds during the process of obtaining images. These sounds can cause discomfort for some patients.  Hearing protection will be offered to all patients prior to beginning the procedure.
Please initial as your acknowledgement:____

MRI scanners may cause heating of tissue, including skin.  Notify the technologist immediately if you notice any heating sensation during your scan.
Please initial as your acknowledgement:____

Tattoos have been reported to cause skin irritation, swelling and/or heating in a small number of patients. Inform the technologist of any tatoos or permanent makeup prior to your scan.  Please initial as your acknowledgement:____

In order to obtain images appropriate for your condition, your MRI scan may require an injection of a contrast media. This media is approved by the Food and Drug Administration for intravenous injection during the performance of MRI imaging. As with any intravenous injection, there is a risk of allergic reaction. The percentage of patients with reaction is extremely low. Patients receiving contrast may experience headaches and mild nausea, although the incidence of reaction is extremely low.  Rarely, patients may experience local inflammation at the injection site. Another side effect is gadolinium retention or NSF.  Please initial as your acknowledgement:____

If this form is being completed by someone other than the patient, please print your name and relationship:

_____     _____
       (Name)                              (Relationship)

I attest that the information on this form is correct to the best of my knowledge. I have read and understand the contents of this form and have had any questions answered regarding this procedure. Please initial as your acknowledgement:____

_____   _____     _____   _____
Patient Signature            Date          MRI Technologist Signature        Date

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was an interpreter used to complete screening form?  If so, enter interpreter number: | | |
| Was a chaperone present for this exam/procedure? | | |



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Imaging (continued)**

| | |
|---|---|
| Reason why a trained chaperone was NOT present? | |
| Reason why a chaperone was present? | |
| Chaperone Name: | |

### CT C-Spine W/O Contrast [555340292]

Resulted: 01/10/24 2019, Result status: Final result

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1910
Resulted by: Elhalwagi, Shereef Baher, MD

Order status: Completed
Filed by: Electronic Interface To Epic, Radiant Results 01/10/24 2021

Performed: 01/10/24 1917 - 01/10/24 1923
Resulting lab: RADIOLOGY
Narrative:

Accession number: 57392465

EXAM DESCRIPTION:
CT C-SPINE W/O CONTRAST

CLINICAL HISTORY:
Neck trauma, not high-energy; injury

TECHNIQUE:
Helical CT was obtained from the skull base through the upper chest without contrast and reconstructed in axial, sagittal, and coronal planes using soft tissue and bone window algorithms.

Up-to-date CT equipment and radiation dose reduction techniques were employed. CTDIvol: 12.6 - 59.1 mGy. DLP: 1395 mGy-cm.
The following accession numbers are related to this dose report {57392465}:
57392466

COMPARISON:
None

FINDINGS:
There is no acute fracture or subluxation. The vertebral body heights are maintained. Spinal alignment is preserved.

The intervertebral disc spaces are normal. Minimal facet arthrosis uncovertebral joint hypertrophy there is no significant neuroforaminal narrowing or spinal canal stenosis.

The paravertebral soft tissues are normal. The visualized portions of the lung apices are unremarkable.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the resident's interpretation.

Signed by: Elhalwagi, Shereef 01/10/2024 20:19:17
Impression:
IMPRESSION:
No acute abnormality of the cervical spine. Minimal cervical spondylosis

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - RAD** | RADIOLOGY | Unknown | See Result | 01/04/23 1435 - Present |

### CT C-Spine W/O Contrast [555340292]

Resulted: 01/10/24 1917, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1910
Resulted by: Elhalwagi, Shereef Baher, MD
Performed: 01/10/24 1917 - 01/10/24 1923

Order status: Completed
Filed by: Pitts, Ryan  01/10/24 1917
Accession number: 57392465



Health Information Services  Douglas, Michael Gordon
MC8825  MRN: 32401190, DOB: 9/28/1976, Sex: M
200 W Arbor Dr  Adm: 1/10/2024, D/C: 1/10/2024
San Diego CA 92103-1911

**01/10/2024 - ED in Hillcrest Emergency (continued)**

## Orders - All Imaging (continued)

Resulting lab: RADIOLOGY

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - RAD** | RADIOLOGY | Unknown | See Result | 01/04/23 1435 - Present |

### Signed

Electronically signed by Elhalwagi, Shereef Baher, MD on 1/10/24 at 2019 PST

### MRI Cervical Spine W/O Contrast [555340296] (Final result)

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1955**    Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1955    Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD    Ordering mode: Standard
Frequency: Routine 1 Time 01/10/24 1956 - 1 occurrence    Class: Hospital Performed
Quantity: 1    Lab status: Final result
Indications of use: Cervical radicular neurologic deficit    Instance released by: Villano, Janna Hoffman, MD (auto-
released) 1/10/2024 7:55 PM

#### Questionnaire

| Question | Answer |
|---|---|
| Does the patient have any implanted devices? | None |
| Defer to Radiologist's Protocol for Final Order? | Yes |

#### Screening Form

##### General Information

Patient Name: Douglas, Michael Gordon    MRN: 32401190
Date of Birth: 9/28/1976    Home Phone: **619-232-4311**
Legal Sex: Male    Work Phone: 000-000-0000
Mobile: 619-232-4311

| Procedure | Ordering Provider | Authorizing Provider | Appointment Information |
|---|---|---|---|
| MRI CERVICAL SPINE W/O CONTRAST | Villano, Janna Hoffman, MD ☎ 858-543-6463 ☎ 619-290-3834 | Villano, Janna Hoffman, MD ☎ 858-543-6463 ☎ 619-290-3834 | 1/10/2024 8:45 PM HC 3T MRI SCANNER HCH MRI |

##### Screening Form Questions

No questions have been answered for this form.

##### Additional Information

MRI Scanners produce loud sounds during the process of obtaining images. These sounds can cause discomfort for some patients. Hearing protection will be offered to all patients prior to beginning the procedure.
Please initial as your acknowledgement:____

MRI scanners may cause heating of tissue, including skin. Notify the technologist immediately if you notice any heating sensation during your scan.
Please initial as your acknowledgement:____

Tattoos have been reported to cause skin irritation, swelling and/or heating in a small number of patients. Inform the technologist of any tatoos or permanent makeup prior to your scan. Please initial as your acknowledgement:____



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Imaging (continued)**

In order to obtain images appropriate for your condition, your MRI scan may require an injection of a contrast media. This media is approved by the Food and Drug Administration for intravenous injection during the performance of MRI imaging. As with any intravenous injection, there is a risk of allergic reaction. The percentage of patients with reaction is extremely low. Patients receiving contrast may experience headaches and mild nausea, although the incidence of reaction is extremely low.  Rarely, patients may experience local inflammation at the injection site. Another side effect is gadolinium retention or NSF.  Please initial as your acknowledgement:_____

If this form is being completed by someone other than the patient, please print your name and relationship:

_____          _____
(Name)                                              (Relationship)

I attest that the information on this form is correct to the best of my knowledge. I have read and understand the contents of this form and have had any questions answered regarding this procedure. Please initial as your acknowledgement:_____

_____          _____          _____          _____
Patient Signature                Date            MRI Technologist Signature         Date

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was an interpreter used to complete screening form?  If so, enter interpreter number: | | |
| Was a chaperone present for this exam/procedure? | | |
| Reason why a trained chaperone was NOT present? | | |
| Reason why a chaperone was present? | | |
| Chaperone Name: | | |

**MRI Cervical Spine W/O Contrast [555340296]**                Resulted: 01/11/24 1429, Result status: Final result

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1955
Resulted by:
Brown, Dustin Paul, MD, PhD
Farid, Nikdokht, MD
St Louis, Derek Richard, MD
Performed: 01/10/24 2041 - 01/10/24 2103
Resulting lab: RADIOLOGY
Narrative:
EXAM DESCRIPTION:
MRI CERVICAL SPINE W/O CONTRAST

CLINICAL HISTORY:
Cervical radicular neurologic deficit

TECHNIQUE:
MRI of the cervical spine was performed without intravenous contrast on a 3 Tesla magnet with acquisition of the following sequences: Localizer, sagittal T1, T2 and STIR. Axial T2 and 2D merge.

COMPARISON:
Cervical spine CT 1/10/2024

Order status: **Completed**
Filed by: Electronic Interface To Epic, Radiant Results
01/11/24 1431

Accession number: 57392590



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Imaging (continued)**

FINDINGS:
The cervical alignment is intact. The vertebral body heights and marrow signal are within normal limits. The visualized posterior fossa and craniocervical junction are intact. The intrinsic cervical cord signal appears intact. There is no prevertebral soft tissue swelling. The visualized paraspinal soft tissues are otherwise unremarkable. The flow voids in the neck are preserved. Borderline congenital narrowing of the spinal canal.

The following axial levels are detailed below:

C2-C3: No significant posterior disc disease. No spinal canal stenosis. No significant neural foraminal narrowing.

C3-C4: No significant posterior disc disease. Mild bilateral facet/uncovertebral arthropathy. No spinal canal stenosis. Mild-moderate right-sided neural foraminal narrowing. No significant left-sided neural foraminal narrowing.

C4-C5: No significant posterior disc disease. Mild bilateral facet/uncovertebral arthropathy. No acquired spinal canal stenosis. Mild right-sided neural foraminal narrowing. No significant left-sided neural foraminal narrowing.

C5-C6: Minimal posterior disc-osteophyte complex as well as mild bilateral facet/uncovertebral arthropathy and ligamentum flavum infolding. Moderate acquired spinal canal stenosis with minimal contouring of the ventral cord. No significant neural foraminal narrowing.

C6-C7: Minimal posterior disc-osteophyte complex as well as mild bilateral facet/uncovertebral arthropathy and ligamentum flavum infolding. Mild acquired spinal canal stenosis. Mild left-sided neural foraminal narrowing. No significant right-sided neural foraminal narrowing.

C7-T1: No significant posterior disc disease. No spinal canal stenosis. Mild bilateral neural foraminal narrowing in the setting of facet arthropathy.

T1-T2: Unremarkable.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the fellow's interpretation.


Preliminary created by: Brown, Dustin; St Louis, Derek
Signed by: Farid, Nikdokht 01/11/2024 14:29:05
Impression:
IMPRESSION:
1. Multilevel degenerative changes of the cervical spine, as detailed with up to moderate spinal canal stenosis at the C5-C6 level, where there is minimal contouring of the ventral cord. No cord signal abnormality in this location or within the remainder of the cervical cord.

2. No high-grade neuroforaminal stenosis.


**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - RAD** | RADIOLOGY | Unknown | See Result | 01/04/23 1435 - Present |

Resulted: 01/11/24 1341, Result status: Preliminary result

**MRI Cervical Spine W/O Contrast [555340296]**

| | |
|---|---|
| Ordering provider: Villano, Janna Hoffman, MD 01/10/24 1955 | Order status: **Completed** |
| Resulted by: | Filed by: **Electronic Interface To Epic, Radiant Results** |
| Brown, Dustin Paul, MD, PhD | 01/11/24 1341 |
| Farid, Nikdokht, MD | |
| St Louis, Derek Richard, MD | |
| Performed: 01/10/24 2041 - 01/10/24 2103 | Accession number: 57392590 |
| Resulting lab: RADIOLOGY | |
| Narrative: | |

 UC San Diego Health

| Health Information Services | Douglas, Michael Gordon |
|---|---|
| MC8825 | MRN: 32401190, DOB: 9/28/1976, Sex: M |
| 200 W Arbor Dr | Adm: 1/10/2024, D/C: 1/10/2024 |
| San Diego CA 92103-1911 | |

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Imaging (continued)**

EXAM DESCRIPTION:
MRI CERVICAL SPINE W/O CONTRAST

CLINICAL HISTORY:
Cervical radicular neurologic deficit

TECHNIQUE:
MRI of the cervical spine was performed without intravenous contrast on a 3 Tesla magnet with acquisition of the following sequences: Localizer, sagittal T1, T2 and STIR. Axial T2 and 2D merge.

COMPARISON:
Cervical spine CT 1/10/2024

FINDINGS:
The cervical alignment is intact.  The vertebral body heights and marrow signal are within normal limits.  The visualized posterior fossa and craniocervical junction are intact. The intrinsic cervical cord signal appears intact.  There is no prevertebral soft tissue swelling.  The visualized paraspinal soft tissues are otherwise unremarkable. The flow voids in the neck are preserved. Borderline congenital narrowing of the spinal canal.

The following axial levels are detailed below:

C2-C3:  No significant posterior disc disease. No spinal canal stenosis. No significant neural foraminal narrowing.

C3-C4:  No significant posterior disc disease. Mild bilateral facet/uncovertebral arthropathy. No spinal canal stenosis. Mild-moderate right-sided neural foraminal narrowing. No significant left-sided neural foraminal narrowing.

C4-C5:  No significant posterior disc disease. Mild bilateral facet/uncovertebral arthropathy. No acquired spinal canal stenosis. Mild right-sided neural foraminal narrowing. No significant left-sided neural foraminal narrowing.

C5-C6:  Minimal posterior disc-osteophyte complex as well as mild bilateral facet/uncovertebral arthropathy and ligamentum flavum infolding. Moderate acquired spinal canal stenosis with minimal contouring of the ventral cord. No significant neural foraminal narrowing.

C6-C7:  Minimal posterior disc-osteophyte complex as well as mild bilateral facet/uncovertebral arthropathy and ligamentum flavum infolding. Mild acquired spinal canal stenosis. Mild left-sided neural foraminal narrowing. No significant right-sided neural foraminal narrowing.

C7-T1: No significant posterior disc disease. No spinal canal stenosis. Mild bilateral neural foraminal narrowing in the setting of facet arthropathy.

T1-T2:  Unremarkable.

CONCURRENT SUPERVISION:
I have reviewed the images and agree with the fellow's interpretation.

Preliminary created by: Brown, Dustin; St Louis, Derek
Impression:
IMPRESSION:
1. Multilevel degenerative changes of the cervical spine, as detailed. There is up to moderate spinal canal stenosis at the C5-C6 level, where there is minimal contouring of the ventral cord. No cord signal abnormality in this location or within the remainder of the cervical cord.

2. No high-grade neuroforaminal stenosis.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | See Result | 01/04/23 1435 - Present |



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Imaging (continued)**

**MRI Cervical Spine W/O Contrast [555340296]**

Resulted: 01/10/24 2126, Result status: Preliminary result

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1955
Resulted by:
Brown, Dustin Paul, MD, PhD
Farid, Nikdokht, MD
St Louis, Derek Richard, MD
Performed: 01/10/24 2041 - 01/10/24 2103
Resulting lab: RADIOLOGY
Impression:

Order status: Completed
Filed by: Electronic Interface To Epic, Radiant Results
01/10/24 2126

Accession number: 57392590

IMPRESSION:
THIS PRELIMINARY INTERPRETATION HAS NOT BEEN REVIEWED BY AN ATTENDING RADIOLOGIST:

Moderate-severe spinal canal stenosis at C5-C6 and moderate spinal canal stenosis at C6-C7 secondary to background congenital spinal canal narrowing with superimposed degenerative changes.

No high-grade neuroforaminal stenosis.

No convincing abnormal cord signal.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - RAD** | RADIOLOGY | Unknown | See Result | 01/04/23 1435 - Present |

**MRI Cervical Spine W/O Contrast [555340296]**

Resulted: 01/10/24 2041, Result status: In process

Ordering provider: Villano, Janna Hoffman, MD  01/10/24 1955
Resulted by:
Brown, Dustin Paul, MD, PhD
Farid, Nikdokht, MD
St Louis, Derek Richard, MD
Performed: 01/10/24 2041 - 01/10/24 2103
Resulting lab: RADIOLOGY

Order status: Completed
Filed by: Silver, Holden Seth  01/10/24 2041

Accession number: 57392590

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **59 - RAD** | RADIOLOGY | Unknown | See Result | 01/04/23 1435 - Present |

**Signed**

Electronically signed by Farid, Nikdokht, MD on 1/11/24 at 1429 PST

 UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Other Orders (exclude PT)**

### Medications

#### cyclobenzaprine (FLEXERIL) 5 MG tablet (Discontinued)

Electronically signed by: **Marske, Derek William, DO on 01/10/24 2137**          Status: **Discontinued**
Ordering user: Marske, Derek William, DO 01/10/24 2137          Ordering provider: Marske, Derek William, DO
Authorized by: Villano, Janna Hoffman, MD          Ordering mode: Standard
PRN reasons: Muscle Spasms
Frequency: Routine TID PRN 01/10/24 - 14  days          Class: ePrescribe
Discontinued by: Marske, Derek William, DO 01/10/24 2140
Diagnoses
Cervical radiculitis [M54.12]
Package: 29300-413-01

##### Indications

Cervical radiculitis [M54.12 (ICD-10-CM)]

#### cyclobenzaprine (FLEXERIL) 5 MG tablet (Expired)

Electronically signed by: **Marske, Derek William, DO on 01/10/24 2140**          Status: **Expired**
Ordering user: Marske, Derek William, DO 01/10/24 2140          Ordering provider: Marske, Derek William, DO
Authorized by: Villano, Janna Hoffman, MD          Ordering mode: Standard
PRN reasons: Muscle Spasms
Frequency: Routine TID PRN 01/10/24 - 14  days          Class: Security Rx Print
Diagnoses
Cervical radiculitis [M54.12]
Modified from: cyclobenzaprine (FLEXERIL) 5 MG tablet

##### Indications

Cervical radiculitis [M54.12 (ICD-10-CM)]



| | Health Information Services<br>MC8825<br>200 W Arbor Dr<br>San Diego CA 92103-1911 | Douglas, Michael Gordon<br>MRN: 32401190, DOB: 9/28/1976, Sex: M<br>Adm: 1/10/2024, D/C: 1/10/2024 |
|---|---|---|

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Orders - All Other Orders (exclude PT) (continued)**

### Nursing

#### Post Void Residual (Completed)

Electronically signed by: **Nadolski, Adam Michael, MD on 01/10/24 1709**                    Status: **Completed**
Ordering user: Nadolski, Adam Michael, MD 01/10/24 1709          Ordering provider: Nadolski, Adam Michael, MD
Authorized by: Nadolski, Adam Michael, MD                        Ordering mode: Standard
Frequency: STAT 1 Time 01/10/24 1710 - 1  occurrence             Class: Normal
Quantity: 1                                                      Instance released by: Nadolski, Adam Michael, MD (auto-released) 1/10/2024  5:09 PM

#### Post Void Residual (Completed)

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1834**                    Status: **Completed**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1834          Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD                        Ordering mode: Standard
Frequency: STAT 1 Time 01/10/24 1835 - 1  occurrence             Class: Normal
Quantity: 1                                                      Instance released by: Villano, Janna Hoffman, MD (auto-released) 1/10/2024  6:34 PM

#### Nursing Misc Order: Bedside Swallow Screen (Discontinued)

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1910**                    Status: **Discontinued**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1910          Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD                        Ordering mode: Standard
Frequency: STAT 1 Time 01/10/24 1911 - 1  occurrence             Class: Hospital Performed
Quantity: 1                                                      Instance released by: Villano, Janna Hoffman, MD (auto-released) 1/10/2024  7:10 PM
Discontinued by: Discharge, Automatic Discontinue 01/11/24 0307 [Patient Discharge]

##### Questionnaire

| Question | Answer |
|---|---|
| Specify: | Bedside Swallow Screen |

#### Cervical Spine Precautions (Discontinued)

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1928**                    Status: **Discontinued**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1928          Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD                        Ordering mode: Standard
Frequency: Routine Ongoing 01/10/24 1929 - Until Specified       Class: Hospital Performed
Quantity: 1                                                      Instance released by: Villano, Janna Hoffman, MD (auto-released) 1/10/2024  7:28 PM
Discontinued by: Discharge, Automatic Discontinue 01/11/24 0307 [Patient Discharge]
Order comments: Cervical collar in place; head of bed at less than 30 degrees from horizontal.

#### Remove All Peripheral IV Lines Prior to Discharge (Discontinued)

Electronically signed by: **Marske, Derek William, DO on 01/10/24 2137**                    Status: **Discontinued**
Ordering user: Marske, Derek William, DO 01/10/24 2137           Ordering provider: Marske, Derek William, DO
Authorized by: Villano, Janna Hoffman, MD                        Ordering mode: Standard
Frequency: Routine 1 Time 01/10/24 2137 - 1  occurrence          Class: Hospital Performed
Quantity: 1                                                      Instance released by: Marske, Derek William, DO (auto-released) 1/10/2024  9:37 PM
Discontinued by: Discharge, Automatic Discontinue 01/11/24 0307 [Patient Discharge]
Order comments: For patients that have an accessed Port-a-Cath rather than a peripheral IV, please de-access the Port-a-Cath.



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## All Orders

**Comments**

For patients that have an accessed Port-a-Cath rather than a peripheral IV, please de-access the Port-a-Cath.

**Comments**

For patients that have an accessed Port-a-Cath rather than a peripheral IV, please de-access the Port-a-Cath.

**Comments**

Cervical collar in place; head of bed at less than 30 degrees from horizontal.

**Comments**

Cervical collar in place; head of bed at less than 30 degrees from horizontal.

## Other Orders

**Post Void Residual**

Electronically signed by: **Nadolski, Adam Michael, MD on 01/10/24 1709**                    Status: **Completed**
Ordering user: Nadolski, Adam Michael, MD 01/10/24 1709          Ordering provider: Nadolski, Adam Michael, MD
Authorized by: Nadolski, Adam Michael, MD
Frequency: 1 Time 01/10/24 1710 - 1  occurrence

**Post Void Residual**

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1834**                    Status: **Completed**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1834          Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD
Frequency: 1 Time 01/10/24 1835 - 1  occurrence

**Nursing Misc Order: Bedside Swallow Screen**

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1910**                    Status: **Discontinued**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1910          Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD
Frequency: 1 Time 01/10/24 1911 - 1  occurrence          Discontinued by: Discharge, Automatic Discontinue 01/11/24 0307
                                                         [Patient Discharge]

    **Questionnaire**

| Question | Answer |
| --- | --- |
| Specify: | Bedside Swallow Screen |

**Cervical Spine Precautions**

Electronically signed by: **Villano, Janna Hoffman, MD on 01/10/24 1928**                    Status: **Discontinued**
Ordering user: Villano, Janna Hoffman, MD 01/10/24 1928          Ordering provider: Villano, Janna Hoffman, MD
Authorized by: Villano, Janna Hoffman, MD
Frequency: Ongoing 01/10/24 1929 - Until Specified          Discontinued by: Discharge, Automatic Discontinue 01/11/24 0307
                                                            [Patient Discharge]

**Remove All Peripheral IV Lines Prior to Discharge**

Electronically signed by: **Marske, Derek William, DO on 01/10/24 2137**                    Status: **Discontinued**
Ordering user: Marske, Derek William, DO 01/10/24 2137          Ordering provider: Marske, Derek William, DO
Authorized by: Villano, Janna Hoffman, MD
Frequency: 1 Time 01/10/24 2137 - 1  occurrence          Discontinued by: Discharge, Automatic Discontinue 01/11/24 0307
                                                         [Patient Discharge]

 **UC San Diego Health**

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**Other Orders (continued)**

**Remove All Peripheral IV Lines Prior to Discharge (continued)**


Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Flowsheets - ROI Flowsheets**

### Acuity/Destination

| Row Name | 01/10/24 1551 |
|---|---|
| Patient Acuity/ESI Level | Urgent/ESI Level 3 |
| Triage Complete | Triage Complete |

### Assess

| Row Name | 01/10/24 1549 |
|---|---|
| Expression of Homicide intent? | No |
| 1. In the past month, have you wished you were dead or wished you could go to sleep and not wake up? | No |
| 2. In the past month, have you actually had any thoughts of killing yourself? | No |
| 6a. Have you ever done anything, started to do anything or prepared to do anything to end your life? | No |

### Barriers to Learning

| Row Name | 01/10/24 1840 |
|---|---|
| Does the patient/guardian have any barriers to learning? | No Barriers |
| Will there be a co-learner? | No |

### Blood Sample Collection

| Row Name | 01/10/24 18:53:54 |
|---|---|
| Tubes Collected | **Blue;Yellow SST;Green PST;Lavender** |
| Blood Soft ID | **Yes** |

### Cardiac

| Row Name | 01/10/24 1840 |
|---|---|
| Cardiac (WDL) | Within Defined Limits |

### Custom Formula Data



UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Flowsheets - ROI Flowsheets (continued)**

| Row Name | 01/10/24 2200 | 01/10/24 2137 | 01/10/24 2025 | 01/10/24 1840 | 01/10/24 1549 |
|---|---|---|---|---|---|
| Min Systolic | 137 | — | 139 | — | — |
| Max Systolic | 141 | — | 141 | — | — |
| Recommended Suicide Intervention | — | — | — | — | No Intervention Needed |
| Fall Risk | — | — | — | Low Fall Risk | — |
| Department ID | — | — | — | 1 | — |
| Min Diastolic | 98 | — | 98 | — | — |
| Max Diastolic | 98 | — | 98 | — | — |
| Glasgow Coma Scale Score | — | 15 | — | — | — |
| Lifesharing GCS Trigger | — | 0 | — | — | — |
| ED Recommended Suicide Intervention | — | — | — | — | Minimal Risk Interventions |
| CSSRS Risk Level | — | — | — | — | Minimal Risk |

| Row Name | 01/10/24 1548 |
|---|---|
| BMI kg/m2 | 29.84 kg/m2 |
| BSA m2 | 2.16 m2 |
| Min Systolic | 139 |
| Max Systolic | 139 |
| BMI kg/m2 | 29.84 kg/m2 |
| BMI calculation | 0 |
| BMI (Calculated) | 29.9 |
| Percentage Weight Change (%) | 0 % |
| Wt Change from Birth Weight | 0 % |
| BSA (Calculated - sq m) | 2.16 sq meters |
| BMI (Calculated) | 29.8 |
| Frailty cohort score | 0 |
| Frailty Cohort | Not Frail |
| Score - STRING | 0 |
| Total Score | 0 |
| IBW/kg (Calculated) Male | 73 kg |
| Low Range Vt 6cc/kg MALE | 438 mL |
| Adult Moderate Range Vt 8cc/kg MA | 584 mL |
| Adult High Range Vt 10cc/kg MALE | 730 mL |
| IBW/kg (Calculated) FEMALE | 68.5 kg |
| Low Range Vt 6cc/kg FEMALE | 411 mL |
| Adult Moderate Range vt 8cc/kg FEMALE | 548 mL |
| Adult High Range | 685 mL |



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Flowsheets - ROI Flowsheets (continued)**

| | |
|---|---|
| Vt 10cc/kg FEMALE | |
| Percentage Weight Change (%) | 0 % |
| BMI (Calculated) | 29.84 |
| Wt Change from Birth Weight | 0 % |
| Predicted Vital Capacity (Liters) | 3.9766748 |
| Predicted Vital Capacity | 3.98 Liters |
| Wt change from last wt to today (g) | N/A |
| NEWT BF | bf |
| Epic Calculated Ideal BW (kg) | 73 kg |
| Epic Calculated Adjusted BW (kg) | 81.54 kg |
| Epic Calculated Ideal BSA m2 | 1.8 |
| Epic Calcualted Adjusted BSA m2 | 1.8 |
| IBW/kg (Calculated) | 75.3 |
| ABW/kg (Calculated) | 78.39 kg |
| Weight Gain/Loss (g) | N/A |

**Discharge**

| Row Name | 01/10/24 2137 |
|---|---|
| Departure Condition | Good |
| Mobility at Departure | Ambulatory with steady gait |
| Level of Consciousness | Awake |
| Orientation Level | Oriented X 4 |
| Cognition | Appropriate judgement;Appropriate safety awareness;Appropriate attention/concentration;Follows commands |
| Language/Speech | No deficits identified |
| Patient Teaching | Discharge instructions reviewed;Follow-up care reviewed;Patient verbalized understanding |
| Did this patient receive any | No |



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Flowsheets - ROI Flowsheets (continued)**

| | |
|---|---|
| sedation / hypnotic and or anti-emetic medication? | |
| Patient is able to verbalize | When and where to follow up;Signs and symptoms to report |
| Departed With | Law Enforcement |
| RN Departure Condition documentation complete | Yes |
| Eye Opening | Spontaneous |
| Best Verbal Response | Oriented |
| Best Motor Response | Obeys commands |
| Glasgow Coma Scale Score | 15 |

### ED Columbia Suicide Interventions

| Row Name | 01/10/24 1549 |
|---|---|
| ED Suicide Risk: Minimal Risk Intervention Implemented | Yes |

### ED Patient Likelihood To Occupy A Bed

| Row Name | 01/10/24 2115 | 01/10/24 2102 | 01/10/24 2045 | 01/10/24 2031 | 01/10/24 2015 |
|---|---|---|---|---|---|
| ED Patient Likelihood To Occupy A Bed Acuity Score | 26.4 | 26.4 | 28 | 28 | 28 |
| **Row Name** | **01/10/24 2001** | **01/10/24 1945** | **01/10/24 1931** | **01/10/24 1915** | **01/10/24 1901** |
| ED Patient Likelihood To Occupy A Bed Acuity Score | 28 | 26.1 | 22.1 | 22.1 | 14.3 |
| **Row Name** | **01/10/24 1845** | **01/10/24 1831** | | | |
| ED Patient Likelihood To Occupy A Bed Acuity Score | 4.9 | 4.9 | | | |

### ED Reg Initials

| Row Name | 01/10/24 1827 |
|---|---|
| Reg Initials | Tanisha |

### ED Vitals

| Row Name | 01/10/24 2200 | 01/10/24 2025 |
|---|---|---|
| Pulse | 83 | 82 |
| Source | Monitor | Monitor |
| Resp | 18 | 8 |
| MAP (mmHg) | 108 | 107 |
| BP | 137/98 | 141/98 |



UC San Diego Health

| Health Information Services | Douglas, Michael Gordon |
| MC8825 | MRN: 32401190, DOB: 9/28/1976, Sex: M |
| 200 W Arbor Dr | Adm: 1/10/2024, D/C: 1/10/2024 |
| San Diego CA 92103-1911 | |

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Flowsheets - ROI Flowsheets (continued)**

| BP Source | Monitor | Monitor |
|---|---|---|
| BP Location | Left arm | Right arm |
| BP Patient Position | Semi-Fowlers | Semi-Fowlers |
| SpO2 | 100 % | 100 % |
| O2 Device | None (Room air) | None (Room air) |

**Fall Risk Assessment (HDS)**

| Row Name | 01/10/24 1840 |
|---|---|
| History of fall (On Admit) | No falls |
| Last Known Fall | No falls |
| Mobility | Dizziness/generalized weakness |
| Medications | Cardiovascular or central nervous system meds |
| Mental Status/LOC/Awareness | Awake, alert, and oriented to date, place, and person |
| Toileting Needs | No needs |
| Volume/Electrolyte Status | No problems |
| Communication/Sensory | No deficits |
| Behavior | Appropriate behavior |
| Points for Patient Age | 2 |
| Hester Davis Fall Risk Total | 4 |
| Fall Risk | Low Fall Risk |
| Do you agree with the Hester Davis Scale? | Yes |
| Arm Band Indicators | Allergy |
| Call Light Within Reach | Yes |
| Overbed Table Within Reach | Yes |
| Bed In Lowest Position | Yes |
| Bed Wheels Locked | Yes |
| Siderails Up | 2/2 |
| NonSkid Footwear | Yes |
| Safety Equipment At Bedside | O2;Suction;Ambu With Mask |
| Room Door Open | Yes |

**Full Assessment**

| Row Name | 01/10/24 1840 |
|---|---|
| Full Assessment Completed | Complete |


Health Information Services     Douglas, Michael Gordon
MC8825     MRN: 32401190, DOB: 9/28/1976, Sex: M
200 W Arbor Dr     Adm: 1/10/2024, D/C: 1/10/2024
San Diego CA 92103-1911

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Flowsheets - ROI Flowsheets (continued)**

### GI

| Row Name | 01/10/24 1840 |
|---|---|
| GI (WDL) | Within Defined Limits |

### Head/Ear/Eye/Nose/Throat

| Row Name | 01/10/24 1840 |
|---|---|
| HEENT (WDL) | Within Defined Limits |

### Immunizations

| Row Name | 01/10/24 1840 |
|---|---|
| Immunizations up to date? | N.A. |
| Tetanus Status | N/a |

### IV Assessment

| Row Name | 01/10/24 1845 |
|---|---|
| IV Properties | Placement Date: 01/10/24 Placement Time: 1845 Inserted By: RN Insertion attempts: 1 Inserted under ultrasound guidance: No Size: 18 G Length: 1.16 in Orientation: Left PIV Location: Antecubital Removal Date: 01/10/24 Removal Time: 2201 |
| Site Assessment | Phlebitis 0 |
| Line Lumen Status #1 | Blood Return;Flushed;Saline Locked |
| Dressing | Non occlusive |
| Dressing Status | Changed/New/Clean, dry, intact |

### LACE+ Score

| Row Name | 01/10/24 2307 |
|---|---|
| LACE+ Score | 51 |

### Living Arrangements

| Row Name | 01/10/24 1840 |
|---|---|
| Living Arrangements on Admission* | Other |

### Musculoskeletal

| Row Name | 01/10/24 1840 |
|---|---|
| Musculoskeletal (WDL) | Within Defined Limits |

### Neuro

| Row Name | 01/10/24 1840 |
|---|---|
| Neuro (WDL) | Within Defined Limits |
| Level of | Awake |



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Flowsheets - ROI Flowsheets (continued)**

Consciousness

### Pain Screening

| Row Name | 01/10/24 1840 |
|---|---|
| Pain Tool Used | Self Report - Numeric Pain Scale |
| Pain Score | 7 |
| Patient's Stated Pain Goal | No pain |
| RASS Score | Alert and calm |
| POSS | 1 - Awake and alert |
| Pain Location | Neck;Back |
| Pain Description | Constant |
| Pain Intervention(s) | Repositioned;Environmental changes;Heat applied |
| Clear Pain Alert | Pain Assessed - Clear Alert |

### Peripheral Vascular Assessment

| Row Name | 01/10/24 1840 |
|---|---|
| Neurovascular (WDL) | Within Defined Limits |

### Psychosocial

| Row Name | 01/10/24 1840 |
|---|---|
| Psychosocial (WDL) | Within Defined Limits |

### Pulmonary

| Row Name | 01/10/24 1840 |
|---|---|
| Respiratory (WDL) | Within Defined Limits |

### Recent Travel

| Row Name | 01/10/24 1548 |
|---|---|
| Candida Auris Screening | None of These Risk Factors |
| Fever (100.4 F/ 38.0 C or greater) and/or New Rash | No |
| New Cough | No |
| New Onset Shortness of Breath? | No |
| New Onset Sore Throat? | No |
| New Onset Change in Ability to Taste? | No |
| New Onset Change in Ability | No |



| | Health Information Services<br>MC8825<br>200 W Arbor Dr<br>San Diego CA 92103-1911 | Douglas, Michael Gordon<br>MRN: 32401190, DOB: 9/28/1976, Sex: M<br>Adm: 1/10/2024, D/C: 1/10/2024 |
|---|---|---|

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Flowsheets - ROI Flowsheets (continued)**

| | |
|---|---|
| to Smell? | |
| New Onset Diarrhea? | No |
| Positive COVID-19 Test in the Last 30 Days? | No |
| Recent Contact with Persons With Any of the Above? | No |
| Healthcare Worker? | No |
| International Travel Within Past 14 Days | No |

**Renal/GU**

| Row Name | 01/10/24 1840 |
|---|---|
| GU (WDL) | Exceptions to WDL |
| Additional Urine Assessment/Documentation | Post Void Residual |
| Bladder Scan Post-Void Residual | 3 mL |

**RN Disposition Workflows**

| Row Name | 01/10/24 2136 |
|---|---|
| RN Disposition Workflow Trigger | Discharge |

**Skin**

| Row Name | 01/10/24 1840 |
|---|---|
| Skin Integrity (WDL) | Within Defined Limits |

**Triage Start**

| Row Name | 01/10/24 1547 |
|---|---|
| Triage Start | Start |
| Pre-hospital | No |
| Mode Of Arrival | Private Auto |
| Means of Arrival | Wheelchair |
| Patient Source | Home/non health care facility |
| Do you need interpreter services for learning information about your medical care? | No |
| Language | English |

**UC AD/POLST**



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Flowsheets - ROI Flowsheets (continued)**

| Row Name | 01/10/24 2015 |
|---|---|
| Advance Directive/ POLST on file | No |
| Do you have an Advance Directive/POLST? | Not interested at this time |

### Visual Acuity

| Row Name | 01/10/24 1549 |
|---|---|
| Visual Acuity Assess/Not Assessed | Not Assessed |

### Vitals/Screening

| Row Name | 01/10/24 1548 |
|---|---|
| Height | 5' 10" (1.778 m) |
| Height Source | Patient reported |
| Weight | 94.3 kg (208 lb) |
| Temp | 98.3 °F (36.8 °C) |
| Temp source | Oral |
| BP | 139/98 |
| MAP (mmHg) | 116 |
| Pulse | 101 |
| SpO2 | 97 % |
| Resp | 16 |
| O2 Device | None (Room air) |
| Pain Tool Used | Self Report - Numeric Pain Scale |
| Pain Score | 7 |
| Patient's Stated Pain Goal | 3 |
| Pain Location | Neck;Back |
| Pain Intervention(s) | Distraction;Emotional support |
| Multiple Pain Sites | No |
| Level of Consciousness | Awake |

## 01/10/2024 - ED in Hillcrest Emergency
## Inpatient Chart Report

**Learning Assessment**

No assessments to display

## 01/10/2024 - ED in Hillcrest Emergency
## IP DC

**Discharge Instructions**                                    Douglas, Michael Gordon (MRN 32401190)

| Date | Status | User | User Type | Discharge Note |
|---|---|---|---|---|
| 01/10/24 2130 | Updated | Villano, Janna Hoffman, | Attending Physician | Original |



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency
## IP DC (continued)

**Discharge Instructions (continued)**                                              Douglas, Michael Gordon (MRN 32401190)

| Date | Status | User | User Type | Discharge Note |
|------|--------|------|-----------|----------------|
|      |        | MD   |           |                |
| **Note:** | | | | |

See your spine specialist for follow up

Signed by Villano, Janna Hoffman, MD on 01/10/24 2130

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Scans - All Encounter Scans**

**After Visit Summary - Document on 1/10/2024 2154: Patient Signature**

Document (below)



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

## 01/10/2024 - ED in Hillcrest Emergency (continued)

**Scans - All Encounter Scans (continued)**

Douglas, Michael Gordon (MRN 32401190)

UC San Diego Health

Printed 1/10/2024  9:54 PM

E0001

MR#: **32401190**
DOUGLAS,MICHAEL GORDON
CSN: **66156343651**
DOB: **9/28/1976 M**

| **Michael Gordon Douglas** | Department: **Hillcrest Emergency** |
|---|---|
| MRN: **32401190** | Date of Visit: **1/10/2024** |

I acknowledge receipt of these instructions.  I understand that my condition may require more care, and that it is my responsibility to arrange for and/or comply with further treatment and self-care instructions as recommended.  I further acknowledge that I have been given a copy of this After Visit Summary upon discharge from the hospital.

Signature of patient (or proxy): _____

Proxy name: _____

Proxy relationship: _____

Date: _____     Time: _____

Signature of discharging nurse: _____

Date: _____     Time: _____

If Interpreted : _____     ☐ Telephonic   ☐ Video
                    Interpreter **OR** ID#

Language:_____ Date: _____ Time: _____

If applicable, I acknowledge receipt of my medications.  I understand that my signature indicates that I have received them and am fully responsible for them from this moment on.

**After Visit Summary - Document on 1/10/2024 2154: ED After Visit Summary**



**UC San Diego Health**

| | |
|---|---|
| Health Information Services<br>MC8825<br>200 W Arbor Dr<br>San Diego CA 92103-1911 | Douglas, Michael Gordon<br>MRN: 32401190, DOB: 9/28/1976, Sex: M<br>Adm: 1/10/2024, D/C: 1/10/2024 |

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Scans - All Encounter Scans (continued)**

Document (below)

---

## AFTER VISIT SUMMARY

**UC San Diego Health**

**Michael G. Douglas**   MRN: 32401190 DoB: 9/28/1976     📅 1/10/2024   📍 Hillcrest Emergency 619-543-6222

### Instructions

See your spine specialist for follow up

 **Your medications have changed**
➔ START taking:
    **cyclobenzaprine** (FLEXERIL)
**Review your updated medication list below.**

 **Read the attached information**
CERVICAL RADICULOPATHY - WITH REFERRAL TO
NEUROSURGEON (ENGLISH)

 **Pick up these medications from any pharmacy with
your printed prescription**
cyclobenzaprine

 **Schedule an appointment with No PCP Could Not
Validate as soon as possible for a visit in 2 days**
(around 1/12/2024)

 **Follow up with No PCP Could Not Validate**
Why: **As needed**

### What's Next

You currently have no upcoming appointments scheduled.

### Medication Estimates

The costs shown are estimates only, and may vary depending on
deductibles and other factors. Costs cannot be accurately estimated for
prescriptions paid in cash or via discount programs. Please contact your
pharmacy with questions.

### Today's Visit

You were seen by Janna Hoffman Villano,
MD

Reason for Visit
- Neck Pain
- Back Pain

Diagnosis
Cervical radiculitis

 **Lab Tests Completed**
Basic Metabolic Panel, Blood Green
Plasma Separator Tube
CBC w/ Diff Lavender

 **Lab Tests in Progress**
HCV Antibody with Reflex Quant 2
Serum Separator Tubes

 **Imaging Tests**
CT C-Spine W/O Contrast
CT Head W/O Contrast
MRI Cervical Spine W/O Contrast

 **Done Today**
Post Void Residual performed 2 times

| | | |
|---|---|---|
| Blood<br>Pressure<br>**141/98** | | Temperature<br>**98.3 °F** |
| Pulse<br>**82** | | Respiration<br>**8** |
| Oxygen<br>Saturation<br>**100%** | | |

Michael G. Douglas (MRN: 32401190) • Printed at 1/10/2024  9:54 PM          Page 1 of 7   **Epic**

---



UC San Diego Health

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Scans - All Encounter Scans (continued)**

## Your Medication List



**cyclobenzaprine** 5 MG tablet
Commonly known as: FLEXERIL
Quantity: **14 tablet**

Take 1 tablet (5 mg) by mouth 3 times daily as needed for Muscle Spasms for up to 14 days.

## MyChart

Sign up for access to our MyUCSDChart patient web portal.  With an account, you can access your health information online, view most lab test results, securely exchange messages with your clinic, request appointments, access our free mobile app, and more.

To sign up for MyUCSDChart, please call Customer Support at 619-543-5220 (24/7)) or visit our web page at myucsdchart.ucsd.edu and click "Sign Up Now". Or, click Create Account if activation code provided below.

XR6RR-5MZ3D
Expires: 4/9/2024  9:54 PM

Michael G. Douglas (MRN: 32401190) • Printed at 1/10/2024  9:54 PM

Page 2 of 7   *Epic*



UC San Diego Health

| Health Information Services | Douglas, Michael Gordon |
| MC8825 | MRN: 32401190, DOB: 9/28/1976, Sex: M |
| 200 W Arbor Dr | Adm: 1/10/2024, D/C: 1/10/2024 |
| San Diego CA 92103-1911 | |

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Scans - All Encounter Scans (continued)**

 Attached Information

CERVICAL RADICULOPATHY - WITH REFERRAL TO NEUROSURGEON (ENGLISH)

**Cervical Radiculopathy**

You have been seen for a cervical radiculopathy.

Your spine has bones called "vertebrae." In between the bones there are soft cushions. These are called "disks." The disks keep the vertebrae from rubbing against each other. Inside of each disk is a thick, jelly-like substance called the "nucleus pulposus." Sometimes when the spine is injured, a disk is damaged and the nucleus pulposus leaks out of the disk. This is called a "disk herniation." As people age, the disks get brittle and delicate. If this happens, you might have a disk herniation. This is possible even if you don't remember getting injured.

Sometimes a herniated disk presses on a nerve in the spine. This causes pain near the herniated disk. Since you have symptoms in your neck and arm, the problem is in the cervical (neck) spine. Other problems can cause a radiculopathy (nerve pain), including a narrowed opening where the nerves come out.

Some symptoms of a cervical radiculopathy are:

- Pain down one of your arms.
- A burning feeling down your arm.
- Numbness (pins and needles or loss of feeling) in your arm.
- In serious cases, your arm may feel weak.

This problem is often treated with rest, physical therapy, and medication for the swelling and pain. If these treatments don't work, surgery may be needed. Sometimes taking steroids (like Prednisone) for a few days can help the pain.

We don't believe your condition is dangerous right now. However, you need to be careful. Sometimes a problem that seems small can get serious later. Therefore, it is very important for you to come back here or go to the nearest Emergency Department if you don't get better or your symptoms get worse.

You have been referred to see a neurosurgeon. This does not necessarily mean that you will need surgery. This doctor can look at your problem and make recommendations for more tests or treatment.

You may have been referred to get an MRI of your spine or an EMG. These tests look at your problem more closely.

Follow up with your doctor or the referral doctor as soon as possible.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:

- You lose bowel or bladder control (you soil or wet yourself).
- You feel week or can't use your arm(s).
- The medication doesn't help the pain.
- You have a fever (temperature higher than 100.4°F or 38°C) or shaking chills.
- You have serious pain over one bone (vertebra) in your neck.

Michael G. Douglas (MRN: 32401190) • Printed at 1/10/2024 9:54 PM                    Page 3 of 7    **Epic**



| | | |
|---|---|---|
| UC San Diego Health | Health Information Services<br>MC8825<br>200 W Arbor Dr<br>San Diego CA 92103-1911 | Douglas, Michael Gordon<br>MRN: 32401190, DOB: 9/28/1976, Sex: M<br>Adm: 1/10/2024, D/C: 1/10/2024 |

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Scans - All Encounter Scans (continued)**

If you can't follow up with your doctor, or if at any time you feel you need to be rechecked or seen again, come back here or go to the nearest emergency department.

## Allergies as of 1/10/2024

| | Noted | Reaction Type | Reactions |
|---|---|---|---|
| **Erythromycin** | 01/10/2024 | | Rash [5] |
| **Pcn [penicillins]** | 01/10/2024 | | Rash [5], Itching [7] |

## Results

### CBC w/ Diff Lavender

CBC w/ Diff Lavender  Abnormal, Edited Result - FINAL          Order: 555340283
Status: **Edited Result - FINAL**

| Component<br>Ref Range & Units | 1/10/24 1843 |
|---|---|
| **WBC**<br>4.0 - 10.0 1000/mm3 | **10.3 ^** |
| **RBC**<br>4.60 - 6.10 mill/mm3 | 5.83 |
| **Hgb**<br>13.7 - 17.5 gm/dL | 15.9 |
| **Hct**<br>40.0 - 50.0 % | 49.3 |
| **MCV**<br>79.0 - 95.0 um3 | 84.6 |
| **MCH**<br>26.0 - 32.0 pgm | 27.3 |
| **MCHC**<br>32.0 - 36.0 g/dL | 32.3 |
| **RDW**<br>12.0 - 14.0 % | 12.5 |
| **MPV**<br>9.4 - 12.4 fL | **8.8 ⌄** |
| **Plt Count**<br>140 - 370 1000/mm3 | 252 |
| **Segs**<br>% | 63 |
| **Lymphocytes**<br>% | 27 |
| **Monocytes**<br>% | 6 |
| **Eosinophils**<br>% | 2 |

Michael G. Douglas (MRN: 32401190) • Printed at 1/10/2024  9:54 PM                    Page 4 of 7   **Epic**



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

### Scans - All Encounter Scans (continued)

#### Results (continued)

| | |
|---|---|
| **Basophils** % | 1 |
| **ANC-Automated** 1.6 - 7.0 1000/mm3 | 6.5 |
| **Imm Gran Abs** <0.1 1000/mm3 | **0.1 ^** |
| **Abs Lymphs** 0.8 - 3.1 1000/mm3 | 2.8 |
| **Abs Monos** 0.2 - 0.8 1000/mm3 | 0.7 |
| **Abs Eosinophils** 0.0 - 0.5 1000/mm3 | 0.2 |
| **Abs Basophils** <0.2 1000/mm3 | 0.1 |
| **Diff Type** | Automated |

Specimen Collected: **01/10/24 18:43**        Last Resulted: **01/10/24 19:05**

Result Care Coordination
  🔗 Patient Communication
  ✉ Released                                    ✖ Not seen

#### Basic Metabolic Panel, Blood Green Plasma Separator Tube
Basic Metabolic Panel, Blood Green Plasma Separator Tube   Abnormal, Final result        Order: 555340285
Status: **Final result**

| **Component** Ref Range & Units | 1/10/24 1843 |
|---|---|
| **Glucose** 70 - 99 mg/dL | **141 ^** |
| **BUN** 6 - 20 mg/dL | 11 |
| **Creatinine** 0.67 - 1.17 mg/dL | 0.70 |
| **eGFR Based on CKD-EPI 2021 Equation** mL/min/1.73 m2 | >60 |
| Comment: This is an estimated glomerular filtration rate (mL/min/1.73 m2) based on the CKD-EPI 2021 equation. CKD Stage 3: GFR 30-59 CKD Stage 4: GFR 15-29 CKD Stage 5: GFR < 15 or dialysis dependent | |
| **Sodium** 136 - 145 mmol/L | 140 |
| **Potassium** 3.5 - 5.1 mmol/L | 4.5 |
| **Chloride** 98 - 107 mmol/L | 102 |
| **Bicarbonate** 22 - 29 mmol/L | 27 |
| **Anion Gap** 7 - 15 mmol/L | 11 |

Michael G. Douglas (MRN: 32401190) • Printed at 1/10/2024  9:54 PM                    Page 5 of 7  **Epic**

 **UC San Diego Health**

Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Scans - All Encounter Scans (continued)**

## Results (continued)

| | |
|---|---|
| **Calcium** <br> 8.5 - 10.6 mg/dL | 9.2 |

Specimen Collected: 01/10/24 18:43      Last Resulted: 01/10/24 19:35

Result Care Coordination
    ⚕ Patient Communication
   💬 Released                  ✕ Not seen

## Be Fast! Know stroke warning signs










Remember **BE FAST** for warning signs of stroke. These symptoms may represent a serious problem that is an emergency. Do not wait to see if the symptoms will go away. Get medical help right away. Call 911. Do not drive yourself to the hospital. Get help right away if you or a loved one has any of these signs.

Hang this image on your fridge for quick and easy reference!

## Additional Information

For more information about any of your health conditions, logon to your MyChart and search our Health Library section or visit our website at http://health.ucsd.edu/healthinfo

If you or a loved one would like information on how to quit smoking or about suicide prevention, call:
- Kick It California (Smoking and Vaping Cessation): 1-800-300-8086
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
- San Diego Access and Crisis Line: 1-888-724-7240

## Prepare For Your Care

UC San Diego Health asks all of our patients to have a voice in your medical care by spending a few moments on https://prepareforyourcare.org where you can learn about and complete your advance directives in just a few easy steps.

Michael G. Douglas (MRN: 32401190) • Printed at 1/10/2024  9:54 PM           Page 6 of 7   **Epic**



Health Information Services
MC8825
200 W Arbor Dr
San Diego CA 92103-1911

Douglas, Michael Gordon
MRN: 32401190, DOB: 9/28/1976, Sex: M
Adm: 1/10/2024, D/C: 1/10/2024

**01/10/2024 - ED in Hillcrest Emergency (continued)**

**Scans - All Encounter Scans (continued)**

## Billing and Insurance Information

We're here to help.  For billing questions. Call **855-827-3633**, 9a.m. to 6 p.m. Weekdays, or email askus@ucsd.edu

## Your feedback is important to us

We strive to provide every patient with an exceptional patient care experience. In the next few days, you may receive a paper, email or phone survey about your most recent visit. Your feedback is important to us, and we ask that you please complete this survey to help us improve the experience at UC San Diego Health for all of our patients. You may also call our We Listen line at (619) 543-5678 if you want to share a positive experience you had at our facility or if you have suggestions about how we can improve our services. Please call your physician's office for any medical concerns. **If you have a medical emergency, call 911.** Thank you!