UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-80219-CR-CANNON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant.. | ) |
| | ) |
| _____ | ) |

**DEFENDANT'S SUPPLEMENTAL EXHIBIT LIST**
**(MEDICAL RECORDS OF DEFENDANT FILED UNDER SEAL)**

Attached are the medical Records of Michael Gordon Douglas.  The Defendant wishes to preserve his Constitutional Rights to Privacy as provided by the United States Constitution , the Federal Rules of Evidence, as well as all statutory privileges to which he is entitled, including but not limited to the Health Insurance Portability and Accountability Act of 1996 (HIPPA).

DATED this 2nd day of April, 2024.

*John R. Howes, Esq.*
John R. Howes, Esq.
HOWES LAW GROUP, P.A.
110 SE 6th St., Suite 1700
Ft. Lauderdale, FL  33301
Phone:  954.328.2358
Email:  FloridaLawyer@outlook.com
Florida Bar No. 219193

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Defendant's Supplemental Exhibit List which consists of the Defendant's Medical Records are electronically filed with the Clerk of Court using CM/ECF to all counsel of record, John D. Kirby, Esq. at jkirby@jkirby@johnkirbylaw.com and to AUSA Gregory Schiller at Gregory.schiller@usdoj.gov.

*John R. Howes, Esq.*
John R. Howes, Esq.