UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL GORDON DOUGLAS,

        Defendant.

Case No.: 23-CR-80219-AMC

**SECOND JOINT SPEEDY TRIAL REPORT**

The United States hereby files this second joint speedy trial response after having conferred with defense counsel of record. Regarding the status of speedy trial, the government states the following:

| | | |
|---|---|---|
| 1. | Date that MICHAEL GORDON DOUGLAS appeared in S.D. Fla.: | 2/29/2024 |
| 2. | Total number of days between initial appearance in S.D. Fla. and 9/9/2024 trial date: | 193 days |
| 3. | Total number of days tolled or excluded from speedy trial time due the filing of defense motion to continue on March 26, 2024 (DE 26), granted by the Court on April 1, 2024 (DE 27): | 167 days |
| 4. | Elapsed Speedy Trial Time as of May 3, 2024: | 26 days |
| 5. | Last date on which trial may be set for MICHAEL GORDON DOUGLAS without tolling or excluding additional time: | 10/23/2024 |

The government conferred with counsel of record, who agree with the calculations above.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:   *s/ Gregory Schiller*
      GREGORY SCHILLER
      Assistant United States Attorney
      Court Id No. A5501906
      U.S. Attorney's Office - SDFL
      500 S. Australian Ave., Suite 400
      West Palm Beach, Florida 33401
      E-mail: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 3, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney