UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

**UNITED STATES OF AMERICA**,

      Plaintiff,

vs.

**MICHAEL GORDON DOUGLAS**,
    a/k/a "DaddyBreedsFam",
    a/k/a "Michael",

      Defendant.
_____/

### ORDER GRANTING IN PART MOTION FOR MEDICAL EXAM

**THIS MATTER** comes before the Court upon Defendant's Motion for Medical Exam [ECF No. 32]. Defendant seeks permission to receive a medical evaluation and potential treatment, at Defendant's expense, from a designated neurologist via video conference at the St. Lucie County Jail. Being fully advised, it is

**ORDERED AND ADJUGED** that the Motion [ECF No. 32] is **GRANTED IN PART**. St. Lucie County Jail is ordered to reasonably accommodate Defendant's request for a medical exam by videoconference with Dr. Noor Yono as indicated in the Motion, and at Defendant's expense. To the extent Defendant seeks greater relief in the Motion beyond the medical examination, that request is **DENIED WITHOUT PREJUDICE**.

CASE NO. 23-80219-CR-CANNON

**DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 30th day of May 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:   counsel of record