**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 23-CR-80219-AMC |
| v. | NOTICE OF INTENTION TO RELY ON RECORD OF DOMESTIC PUBLIC DOCUMENTS UNDER F.R.E. 902(1) |
| MICHAEL GORDON DOUGLAS, | |
| Defendant. | |

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, pursuant to Federal Rule of Evidence 803(6) and (9), and 902(1) and (4), and gives notice of its intention to rely on the domestic public document and certified public record of the Superior Court of California, County of San Diego, Case No. CN221675, prior conviction of the defendant, which are records that bear the seal of a state of the United States and a signature purporting to be an execution or attestation.

These records were provided by Clerk the Superior Court of California, County of San Diego in connection with the investigation which gave rise to the Superseding Indictment in this case.

The Clerk the Superior Court of California, County of San Diego Record for the prior conviction of the defendant was provided to the defense in response to the standing discovery order.

These records are not testimonial and, as such, the requirements set forth in Crawford v. Washington, 124 S.Ct. 1354 (2004), do not apply.

The government anticipates that introduction of this evidence pursuant to the above-cited

2

rules will substantially shorten the time needed for trial currently set for September 9, 2024.

                                                      Respectfully submitted,
                                                      MARKENZY LAPOINTE
                                                      UNITED STATES ATTORNEY

By:   s/ *GREGORY SCHILLER*_____
                Gregory Schiller
                Assistant United States Attorney
                Fla. Bar. 048477
                500 S. Australian Ave., Suite 400
                West Palm Beach, FL 33401
                P: 561-209-1045
                E: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this pleading was filed via the Court's electronic filing system on July 15, 2024.

*s/ Gregory Schiller*
Gregory Schiller
Assistant United States Attorney