**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

    Defendant.

Case No.: 23-CR-80219-AMC

**MOTION FOR PERMISSION FOR THE GOVERNMENT'S USE OF COMPUTERS AND EXTERNAL SPEAKERS**

The United States of America, by and through its undersigned Assistant United States Attorney, hereby files this Motion for the use of computers and external speakers during the jury trial in the above styled case, and would state as follows:

1. This case is set for Jury Trial to begin on September 9, 2024.

2. In addition to the video equipment in the courtroom, the Government is in need of its own laptop computers and external speakers for use at trial and in preparation thereof.

3. The devices will be brought into the courtroom and used by AUSA Gregory Schiller and Homeland Security Investigations Special Agents Aisha Rahman and Joshua Woodbury.

WHEREFORE, the government requests this Honorable Court to grant its motion for the use of computers and external speakers for the use at trial and in preparation thereof.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

BY:   s/ *Gregory Schiller* _____
    GREGORY SCHILLER
    Assistant United States Attorney
    FL Bar No. 0648477
    500 S. Australian Ave., Suite 400
    West Palm Beach, FL 33401
    Office: (561) 209-1045
    Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this pleading was filed via the Court's electronic filing system on July 15, 2024.

*s/ Gregory Schiller*
GREGORY SCHILLER
Assistant United States Attorney