UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL GORDON DOUGLAS**,
    a/k/a "DaddyBreedsFam",
    a/k/a "Michael",

    Defendants.
_____/

**ORDER GRANTING GOVERNMENT'S MOTION FOR
PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM**

**THIS CAUSE** comes before the Court upon the Government's Motion for Permission to Bring Electronic Equipment into the Courtroom (the "Motion") [ECF No. 52], filed on July 15, 2024. The Government seeks permission to bring certain devices into the courthouse for the trial of Defendant Michael Gordon Douglas scheduled to begin on September 9, 2024. The Court has reviewed the Motion and the full record. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Government is approved to bring in laptops and external speakers into the courtroom for use during the trial.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 16th day of July 2024.

                                                                     **AILEEN M. CANNON**
                                                                  **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record