UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. __23-CR-80219-CANNON(s)__
18 U.S.C. § 2252A(a)(2) & (b)(1)
18 U.S.C. § 2422(b)
18 U.S.C. § 2253
18 U.S.C. § 2428

FILED BY _____ D.C.
JUL 18 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA

vs.

MICHAEL GORDON DOUGLAS,
   a.k.a. "Michael,"
   a.k.a. "DaddyBreedsFam,"

   Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNTS 1-7
### Distribution of Child Pornography
### (18 U.S.C. § 2252A(a)(2) & (b)(1))

On or about the approximate date enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL GORDON DOUGLAS,**
a.k.a. "Michael,"
a.k.a. "DaddyBreedsFam,"

did knowingly distribute child pornography, and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, as defined in Title 18, United States Code, Section 2256(8):

| Count | Date |
|---|---|
| 1 | October 5, 2023 |
| 2 | October 10, 2023 |
| 3 | October 17, 2023 |
| 4 | October 18, 2023 |
| 5 | October 20, 2023 |
| 6 | October 30, 2023 |
| 7 | November 27, 2023 |

In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

Pursuant to Title 18, United States Code, Section 2252A(b)(1), it is further alleged that **MICHAEL GORDON DOUGLAS** had previously been convicted in the Superior Court of California, County of San Diego of felony distribution of matter depicting person under 18 in sexual conduct, in violation of Cal. Penal Code § 311.1(a); felony possession of matter depicting person under 18 in sexual conduct, in violation of Cal. Penal Code § 311.1(a); and attempted harmful matter sent to minor via electronic means, in violation of Cal. Penal Code §§ 288.2(b) and 664.

## COUNT 8
### Attempted Enticement of Minor to Engage in Sexual Criminal Activity
### (18 U.S.C. § 2422(b))

Beginning on or about October 3, 2023, and continuing through on or about December 12, 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

**MICHAEL GORDON DOUGLAS,**
a.k.a. "Michael,"
a.k.a. "DaddyBreedsFam,"

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of eighteen years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

## FORFEITURE

1. The allegations of this Superseding Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **MICHAEL GORDON DOUGLAS**, has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 2252A, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a), or upon a conviction of a violation of Title 18, United States Code, Sections 2422 or 2423, as alleged in this Superseding Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2428:

(a) Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Title 18, United States Code, Chapter 110;

(b) any property, real or personal, constituting or traceable to gross profits or other proceeds which the defendant obtained from such offense; and

(c) any property, real or personal, used or intended to be used to commit or to promote the commission of such offense, and any property traceable to such property.

All pursuant to Title 18, United States Code, Sections 2253(a) and 2428, and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Sections 2253(b) and 2428.

A True Bill

_____
FOREPERSON

_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO.: 23-CR-80219-CANNON(s)

v.

MICHAEL GORDON DOUGLAS

**CERTIFICATE OF TRIAL ATTORNEY**

_____/
Defendant.

**Court Division** (select one)
- ☐ Miami
- ☐ Key West
- ☐ FTP
- ☐ FTL
- ☒ WPB

**Superseding Case Information:**
New Defendant(s) (Yes or No) No
Number of New Defendants  0
Total number of new counts  1

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.
2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.
3. Interpreter: (Yes or No) No
   List language and/or dialect: _____
4. This case will take  7  days for the parties to try.
5. Please check appropriate category and type of offense listed below:
   (Check only one)                  (Check only one)
   I    ☐ 0 to 5 days                 ☐ Petty
   II   ☒ 6 to 10 days                ☐ Minor
   III  ☐ 11 to 20 days               ☐ Misdemeanor
   IV   ☐ 21 to 60 days               ☒ Felony
   V    ☐ 61 days and over
6. Has this case been previously filed in this District Court? (Yes or No) Yes
   If yes, Judge Cannon                 Case No. 23-CR-80219-CANNON
7. Has a complaint been filed in this matter? (Yes or No) Yes
   If yes, Magistrate Case No. 23-MJ-8289-RMM
8. Does this case relate to a previously filed matter in this District Court? (Yes or No) No
   If yes, Judge _____ Case No. _____
9. Defendant(s) in federal custody as of February 29, 2024 in the Southern District of Florida
10. Defendant(s) in state custody as of _____
11. Rule 20 from the _____ District of _____
12. Is this a potential death penalty case? (Yes or No) No
13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) No
14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) No
15. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No
16. Did this matter involve the participation of or consultation with now Magistrate Judge Marta Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No

By: *Gregory Schiller*
Gregory Schiller
Assistant United States Attorney
FL Bar No.    0648477

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** Michael Gordon Douglas

**Case No:** 23-CR-80219-CANNON(s)

Counts #1-7:

Distribution of Child Pornography

18 U.S.C. § 2252A(a)(2) and (b)(1)
* **Max. Term of Imprisonment:** 40 years
* **Mandatory Min. Term of Imprisonment (if applicable):** 15 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

Counts #8:

Attempted Enticement of Minor to Engage in Sexual Criminal Activity

18 U.S.C. § 2422(b)
* **Max. Term of Imprisonment:** Life
* **Mandatory Min. Term of Imprisonment (if applicable):** 10 years
* **Max. Supervised Release:** Life (mandatory minimum term of 5 years)
* **Max. Fine:** $250,000 fine and a $5,000 special assessment

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.