


# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement
### Homeland Security Investigations

## CONSENT TO SEARCH

I, **Patricia Douglas**, have been informed by Homeland Security Investigations (HSI) Special Agent **Bonnie Myers**, of my right to refuse to consent to a search of my property, described as: (item, place, things to be searched, location, etc.)

**Highlander — 5XLE531 CA/US**

I have also been advised that if I voluntarily consent to a search of this property, anything discovered during this search may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow HSI Special Agents to conduct a complete search of my **Highlander**

located at _____

These HSI Special Agents are authorized by me to take any letters, papers, materials, or other property which they may desire to examine.

I hereby voluntarily and intentionally consent to allow HSI to search my property. My consent is freely given and not the result of any promises, threats, coercion, or other intimidation. **I have read the above statement and understand my rights.**

| PATRICIA G. DOUGLAS | *Patricia G. Douglas* | 12/12/23 |
|---|---|---|
| Name (print) | Signature | Date & Time |

| SA B. Myers | *[signature]* | 12/12/23 |
|---|---|---|
| Witness (print) | Signature | Date & Time |

| SA C. Valdivia | *[signature]* | 12/12/23 |
|---|---|---|
| Witness (print) | Signature | Date & Time |