UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

    Defendant.

Case No.: 23-CR-80219-AMC

**UNITED STATES' NOTICE OF INTENTION TO RELY ON RECORD OF REGULARLY CONDUCTED ACTIVITY UNDER F.R.E. 803(6) and 902(11), (13)**

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, pursuant to Federal Rule of Evidence 803(6) and 902(11),(13), and gives notice of its intention to rely on written declarations of the following businesses with certain documents itemized below and are business records under Federal Rule of Evidence 803(6).

These records were provided to the Homeland Security Investigations in connection with the investigation which gave rise to the superseding indictment in this case. A records custodian for these companies has executed a written declaration certifying under penalty of perjury that each of the prerequisites for admissibility under F.R.E. 902(11), (13) are satisfied with respect to this evidence.

The records themselves were provided to the defense as attachments to the Government's Responses to Discovery as follows:

| Bates Number | Company | Record |
|---|---|---|
| 00251-00253 | Cox Enterprises | Subscriber Records for IP address[1] |
| 00254-00472 | Kik | Subscriber Records for account |

| Docket Entry | Company | Record |
|---|---|---|
| Filed with 22 | Google | Subscriber and Billing Records for "Miked14691" |

---

[1] The government will obtain and produce the same for these records if so demanded by defense counsel.

| 22 | Google | Subscriber and Billing Records for "Rmfiorg" |
| 22 | Verizon | Subscriber and Call Records for 7608038825 |

These records are not testimonial and, as such, the requirements set forth in *Crawford v. Washington*, 124 S.Ct. 1354 (2004), do not apply.

The government anticipates that introduction of this evidence pursuant to the above-cited rules will substantially shorten the time needed for trial.

The government has requested conference with counsel for the defendant who as of this date has not advised that the defendant will or will not object to the authenticity of these records and admitting them in evidence through a business certification.

                                                Respectfully submitted,

                                                MARKENZY LAPOINTE
                                                UNITED STATES ATTORNEY

By:    *s/ Gregory Schiller*_____
         GREGORY SCHILLER
         Assistant United States Attorney
         Court Id No. A5501906
         U.S. Attorney's Office - SDFL
         500 S. Australian Ave., Suite 400
         West Palm Beach, Florida 33401
         Telephone: (561)209-1045
         E-mail: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on July 19, 2024, I electronically filed the foregoing with the Clerk of the Court.

                                              *s/ Gregory Schiller*
                                              Assistant United States Attorney