UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-8219-CR-CANNON

UNITED STATES OF AMERICA,            :
                                      :
        Plaintiff,                    :
                                      :
v.                                    :
                                      :
MICHAEL GORDON DOUGLAS,               :
                                      :
        Defendant.                    :
                                      :
_____:

DEFENDANT'S MOTION FOR PERMISSION
TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

COMES NOW the Defendant, Michael Douglas, by and through undersigned Counsel and respectfully requests that this Honorable Court enter its Order permitting the Defendant's counsel and support staff to bring laptop computers and peripherals, a computer mouse, keyboard and extension cord (s) into the Courtroom. As grounds in support of said Motion the Defendant would state as follows:

1. A similar motion has been filed by the Government and granted by this Court in its Order dated July 16, 2024 (DE 53).

2. The Defendant, through counsel requests that each counsel and staff[1] be allowed to bring laptop computers, computer keyboards and mouses, together with extension cords (if needed) into court at the evidentiary hearings scheduled for August 12, 2024 and the Jury Trial presently scheduled for September 9, 2024.

---

[1] Paralegal Adriana Duenas will also assist counsel and with the permission of the Court, is a counsel's defense table.

*U.S. v. Michael Douglas.*   Case No.23-80219-CR-CANNON   Motion for Defense Counsel to Bring Electronic Equipment 2 into Courtroom

WHEREFORE, the Defendant requests that this Honorable Court enter an Order permitting the Defendant's Counsel and staff bring laptop computers and peripheral into the Courtroom during the evidentiary Motion hearing set for August 12, 2024 and the Jury Trial presently scheduled for September, 2024.

Dated this 24th day of July 2024.

/s/ John F. Kirby, Esq.

*John R. Howes, Esq.*
John R. Howes, Esq.

Counsel for the Defendant
Michael Gordon Douglas

/s/ John F. Kirby, Esq.
John F. Kirby, Esq.
401 W.A. Street
Suite 1150
San Diego, CA 92101
610-557-0100
California Bar No.149496
jkirby@johnkirbylaw.com

*John R. Howes, Esq.*
John R. Howes, Esq.
Howes Law Group, P.A.
110 SE 6th St. Suite 1700
F. Lauderdale, FL 33301
Phone: 954.328.2358
Florida Bar No.021913
Email: FloridaLawyer@outlook.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion for Permission to Bring Electronic Equipment into Courtroom has been furnished by Electronic Deliver y using CM/ECF and to Assistant United States Attorney Gregory Schiler, Esq. at Gregory.schiler@usdoj.gov to John F. Kirby, Esq. at jkirby@johnkirbylaw.com this 24th day of July, 2024.

*John R. Howes, Esq.*
John R. Howes, Esq.