UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |
|  | ) |

**ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION
TO BRING ELECTRONIC EQUIPTMENT INTO COURTROOM**

This cause comes before the Court upon the Defendant's Motion for Permission to Bring Electronic Equipment into the Courtroom and for other relief, which was filed on July 24, 2024. The Defendant, through counsel and staff, seek permission to bring computers and related items, specifically, computer keyboards and associated mouse, and extension cords into the courtroom for the hearing scheduled to begin on August 12, 2024 as well as the trial of this matter, should this matter proceed to jury trial. The Court has reviewed the Motion and the full record. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The Defendant's counsel and support staff are approved to bring in laptops and associated peripherals into the courtroom for use during the pending Motion hearing set for August 12, 2024 and any trial that may occur thereafter.

*U.S. Michael* Douglas, Case No, 23-80219-CR-Cannon Order Permitting Defense Counsel to Bring Electronic Equipment    2
Into Courtroom

DONE AND ORDERED in Chambers at Fort Pierce, Florida this ___ day of July, 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:  counsel of record.