UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL GORDON DOUGLAS**,
    a/k/a "DaddyBreedsFam",
    a/k/a "Michael",

    Defendants.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR PERMISSION TO BRING ELECTRONIC EQUIPMENT INTO COURTROOM

**THIS CAUSE** comes before the Court upon the Defendant's Motion for Permission to Bring Electronic Equipment into the Courtroom (the "Motion") [ECF No. 68], filed on July 24, 2024.  The Defendant seeks permission to bring certain devices into the courthouse for the evidentiary hearing scheduled for August 12, 2024, and for the trial of Defendant Michael Gordon Douglas scheduled to begin on September 9, 2024.  The Court has reviewed the Motion and the full record. Accordingly, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Defense counsel is approved to bring in laptops, computer accessories, and extension cords into the courtroom for use during the evidentiary hearing and the trial.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 24th day of July 2024.

                                                **AILEEN M. CANNON**
                                              **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record