UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,    )
                             )
        Plaintiff,           )
                             )
vs.                          )
                             )
MICHAEL GORDON DOUGLAS,      )
                             )
        Defendant..          )
                             )
_____)

# DEFENDANT'S UNOPPOSED MOTION
# TO CONTINUE HEARINGS SCHEDULED
# FOR AUGUST 12, 2024

The Defendant, Michael Gordon Douglas, by and through his undersigned counsel, moves this Honorable Court for a continuance for all matters set for hearing on August 12, 2024. This request is addressed in an effort to stipulate to those matters that can be agreed to that would in fact shorten the length of the evidentiary hearing and the Court's time. As grounds in support of the Motion the Defendant states as follows:

1. Counsel for the parties continue in the disclosure of discovery and other matters in a professional and courteous manner.

2. Among other matters, the parties are discussing the possibility of limiting the number of witnesses that each party will be called to testify at the scheduled hearings. Good faith efforts continue to resolve issues and the number of witnesses required by each party in an effort to save the Court's time with respect to the various issues involved in the warrantless search of the vehicle that the Defendant was driving at the time of his stop by law enforcement as well as the statement taken from the Defendant.

3. The Defendant was arrested in California and the Government desires to not only save the Court's time but to also save the expense of bringing virtually all of the factual witnesses, all of whom are based in southern California.

4. Further, the parties are aware that the Court has a matter scheduled for trial that is expected to last three weeks. Therefore, the parties are reviewing their calendars to arrive at a mutually agreeable period, most likely in September and will advise the Court accordingly.

5. John Kirby, Esq., who is lead counsel in this matter is preparing for a trial that will occur the week after the scheduled motions and would have to make arrangements to bring at least one witness from California to testify on behalf of the Defendant in the Motion to Suppress the tangible evidence. John R. Howes, Esq., is scheduled to be out of the District until August 11th and it will be difficult for him to return in time for and more importantly to be able to adequately prepare for the

pending hearings.

6. Counsel had conferred with the Defendant and the Defendant agrees to the filing of the instant Motion to Continue the motions set for August 12th and waives any speedy trial rights that may exist.

WHEREFORE, in the interest of judicial economy and to accommodate all of the parties to this matter and to possibly reduce the amount of time needed for the Court to hear extended testimony in this matter the Defendant seeks a continuance of the evidentiary hearing scheduled for August 12, 2024 which is unopposed by the Government.

DATED this 26th day of July, 2024.

| | |
|---|---|
| */s/ John D. Kirby, Esq.* | *John R. Howes, Esq.* |
| John D. Kirby, Esq. | John R. Howes, Esq. |
| 401 W. A Street | Howes Law Group, P.A. |
| Suite 1150 | 110 SE 6th St., Suite 1700 |
| San Diego, CA 92101 | Ft. Lauderdale, FL  33301 |
| 610-557-0100 | Phone:  954.328.2358 |
| California Bar No. 149496 | Florida Bar No. 0219193 |
| jkirby@johnkirbylaw.com | Email:  FloridaLawyer@outlook.com |

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Motion to Continue Evidentiary Hearing on Defendant's Motions to Suppress both the warrantless search of the vehicle and the Defendant's statements has been furnished

by Electronic Delivery using CM/ECF and to Assistant United States Attorney Gregory Schiller, Esq. at Gregory.schiller@usdoj.gov, to John D. Kirby, Esq. at jkirby@johnkirbylaw.com this 26th day of July, 2024.

*John R. Howes, Esq.*
John R. Howes, Esq.