**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>MICHAEL GORDON DOUGLAS,<br><br>　　　　　Defendant. | Case No.:  23-CR-80219-AMC<br><br>**NOTICE OF STRIKING**<br>**DOCKET ENTRY 58** |

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files this notice striking its filing at Docket Entry 58 which was filed without a mentioned attachment. Docket Entry 59 was entered immediately thereafter and included the referenced attachment.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　MARKENZY LAPOINTE
　　　　　　　　　　　　　　　　　　UNITED STATES ATTORNEY

　　　　　　　　　　　By:　s/ *GREGORY SCHILLER*　　　
　　　　　　　　　　　　　　　Gregory Schiller
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　Fla. Bar. 048477
　　　　　　　　　　　　　　　500 S. Australian Ave., Suite 400
　　　　　　　　　　　　　　　West Palm Beach, FL 33401
　　　　　　　　　　　　　　　P: 561-209-1045
　　　　　　　　　　　　　　　E: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this notice was filed via the Court's electronic filing system on August 6, 2024.

*s/ Gregory Schiller*
Gregory Schiller
Assistant United States Attorney