UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

MICHAEL GORDON DOUGLAS,
    a/k/a "DaddyBreedsFam",
    a/k/a "Michael"

      Defendant.

_____/

## ORDER GRANTING MOTIONS TO CONTINUE TRIAL

**THIS CAUSE** comes before the Court upon the parties' unopposed Motions to Continue Trial [ECF Nos. 74–75].  The Court has reviewed the Motions and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that the Government's Agreed Motion to Continue Trial Based on Scheduling Conflicts [ECF No. 74] and Defendant's Motion to Continue Trial Date [ECF No. 77] are **GRANTED** for the reasons stated in the Motions, including the acknowledgement by Defendant that the period of this continuance should be excluded under the Speedy Trial act to serve the ends of justice [ECF No. 77 ¶ 2].  As a result, the Court finds that the period of delay resulting from this continuance—*i.e.,* from the date the Government's Motion was filed, July 29, 2024, to the date trial commences—is excludable time under the Speedy Trial Act.  *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1.  Calendar call will be held on **Tuesday, January 7, 2025, at 1:45 pm.**  The case is set

CASE NO. 23-80219-CR-CANNON

for **Jury Trial** during the two-week trial period that begins **January 13, 2025,** in the Fort Pierce Division.

2. Following earlier requests, the pre-trial motions deadline for both parties expired in July 2024 and is not extended by this Order [ECF Nos. 41, 44].

3. All other instructions set forth in the Court's Omnibus Order Setting Trial [ECF No. 20] remain in effect except as modified by this Order.

4. The parties are reminded to adhere to the Court's Local Rules in all respects.

5. **No additional continuances of trial will be granted absent extraordinary circumstances.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 6th day of August 2024.

_____
**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record

2