IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cr-80219-CANNON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DECLARATION OF LINDA DOUGLAS |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| MICHAEL GORDON DOUGLAS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Defendant.

I, Linda Douglas, Declare:

1. I have personal knowledge of the facts stated in this Declaration and, if called as a witness, would testify to these facts.

2. I am Patricia Douglas' sister, and she currently resides with me.

3. My sister Patricia suffers from several serious maladies that make it impossible for her to travel or otherwise appear in court to testify.

4. Patricia Douglas is currently seventy-nine (79) years old. She suffers from non-alcoholic cirrhosis of the liver, which causes her several physical limitations.

5. Patricia Douglas also has congestive heart failure, which doctors are unable to treat due to her failing liver.

6. Similarly, my sister Patricia also suffers from kidney failure.

7. In addition, in July of 2024, doctors discovered a spot in my sister's brain indicating that she has had a stroke.

8. Based upon these physical and mental issues, it is extremely difficult for my sister Patricia to move about or even communicate effectively with individuals she is not familiar with.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August \_\_\_\_, 2024
8/7/2024

Signed by: Linda Douglas
4431A214FC7944E...

Linda Douglas,
Declarant