AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN  DISTRICT OF  FLORIDA

UNITED STATES OF AMERICA

V.

Michael Douglas

**EXHIBIT AND WITNESS LIST**

Case Number: 23cr80219-AMC

| PRESIDING JUDGE<br>Aileen M. Cannon | GOVERNMENT ATTORNEY(S)/AUSA(S)<br>Gregory Schiller | DEFENDANT'S ATTORNEY<br>John Kirby and John Howes |
|---|---|---|
| HEARING DATE<br>8/12/2024 | COURT REPORTER | COURTROOM DEPUTY<br>Tina Cassisi |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 8/12/2024 | x | x | Recorded 1:56:55 Interview of the Defendant (filed conventionally) |
| 2 | | 8/12/2024 | x | x | Consent to Search Form |
| 3 | | 8/12/2024 | x | x | Redacted Pasport Record of Patricia Douglas (filed under seal) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages