


# DEPARTMENT OF HOMELAND SECURITY
## U.S. Immigration and Customs Enforcement
## Homeland Security Investigations

### CONSENT TO SEARCH

I, __Patricia Douglas__, have been informed by Homeland Security Investigations (HSI) Special Agent __Bonnie Myers__, of my right to refuse to consent to a search of my property, described as: (item, place, things to be searched, location, etc.)

__Highlander  5XLE531 CA/US__

I have also been advised that if I voluntarily consent to a search of this property, anything discovered during this search may be used against me in any criminal, civil, or administrative proceedings.

I have decided to allow HSI Special Agents to conduct a complete search of my __Highlander__

located at _____

These HSI Special Agents are authorized by me to take any letters, papers, materials, or other property which they may desire to examine.

**GOVERNMENT EXHIBIT**
CASE NO. 23CR80219/AMC
EXHIBIT NO. 02

I hereby voluntarily and intentionally consent to allow HSI to search my property. My consent is freely given and not the result of any promises, threats, coercion, or other intimidation. **I have read the above statement and understand my rights.**

| Name (print) | Signature | Date & Time |
|---|---|---|
| Patricia G. Douglas | /s/ Patricia G. Douglas | 12/12/23 |
| SA B. Myers (Witness print) | /s/ B. Myers | 12/12/23 |
| SA C. Valdiver (Witness print) | /s/ | 12/12/23 |