# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

    Defendant.

Case No.: 23-CR-80219-AMC

**NOTICE OF CONVENTIONAL FILING**

FILED BY ___CbS___ D.C.

AUG 15 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files this notice of conventionally filing Exhibit #1, an audio recording contained on the attached flash drive, as admitted at the hearing on August 12, 2024 and listed on the filed evidence list.

    Respectfully submitted,

    MARKENZY LAPOINTE
    UNITED STATES ATTORNEY

By:   *s/ GREGORY SCHILLER*
    Gregory Schiller
    Assistant United States Attorney
    Fla. Bar. 048477
    500 S. Australian Ave., Suite 400
    West Palm Beach, FL 33401
    P: 561-209-1045
    E: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of this notice was filed via the Court's electronic filing system on August 15, 2024.

    *s/ Gregory Schiller*
    Gregory Schiller
    Assistant United States Attorney



**United States District Court**
**Southern District of Florida**

Case Number: 23cr80219

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: _____

These Documents/Exhibits must **not** be placed in the "temp chron file".

---

Documents/Exhibits Retained in Supplemental Files  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

---

Documents/Exhibits Retained in Supplemental Files  **(Not Scanned)**

_X_ • CD, DVD, (USB drive) (i.e. Audio/Visual)

---

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 8-15-24

Revised: 2/20/2019