UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR- 80219-RLR

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL GORDON DOULGAS, | ) |
|     a/k/a "DaddyBreendsFam," | ) |
|     a/k/a "Michael," | ) |
| | ) |
|     Defendant. | ) |
| _____ | ) |

**GOVERNMENT'S FOURTH RESPONSE TO**
**THE STANDING DISCOVERY ORDER**

The United States hereby files this fourth response to the Standing Discovery Order. This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

    A.    5.    Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at: the Office of the United States Attorney, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400. Please call the undersigned within 48 hours if you intent to review the evidence to set up a date and time that is convenient to both parties.

                The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

    B.    DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10. This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, <u>Brady</u>, <u>Giglio</u>, <u>Napue</u>, and the obligation to assure a fair trial.

The attachments to this response have been uploaded to USAfX in a folder entitled, "Douglas Discovery, RSOD 4", and made available via secured link to defense counsel identified below, and includes one (1) .PDF file entitled, "US v. Douglas, 23CR80219-CANNON, RSDO4, Bates Numbers 01152 – 01257.pdf; one (1) .xlx file entitled, "Supboena Response - NextDoor justinmescondido.xls", and three (3) folders entitled as follows: "Subpoena Response – Cashapp"; "Subpoena Response - Google chicagomikemgd@gmail.com"; and "Subpoena Response - Google justinmescondido@gmail.com."

Please contact the undersigned Assistant United States Attorney if any pages are missing.

                    Respectfully submitted,

                    MARKENZY LAPOINTE
                    UNITED STATES ATTORNEY

By:   s/*Gregory Schiller*
        Gregory Schiller
        Assistant United States Attorney
        Florida Bar No. 0648477
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Email: gregory.schiller@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 26, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

s/*Gregory Schiller*
Gregory Schiller
Assistant United States Attorney

**SERVICE LIST**
United States v. MICHAEL GORDON DOULGAS
Case No. 23-CR- 80219-RLR
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Eric Raymond Bahre | John D. Kirby, Esq.<br>The Law Office of John D. Kirby<br>401 West A. Street, Suite 1150<br>San Diego, CA 92101<br><br>John R. Howes, Esq.<br>Howes Law Group, P.A.<br>110 SE 6th St., Suite 1700<br>Ft. Lauderdale, FL 33301<br>Email: FloridaLawyer@outlook.com<br>**via Notice of Electronic Filing generated by CM/ECF** |