# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

MICHAEL GORDON DOUGLAS,

        Defendant.

Case No.: 23-CR-80219-AMC

**EIGHTH JOINT SPEEDY TRIAL REPORT**

The United States hereby files this eighth joint speedy trial response after having conferred with defense counsel of record. Regarding the status of speedy trial, the government states the following:

1. Date that MICHAEL GORDON DOUGLAS appeared in S.D. Fla.:    2/29/2024

2. Total number of days between initial appearance in S.D. Fla. and January 13, 2025 trial date:    320 days

3. Total number of days tolled or excluded from speedy trial time due the filing of defense motion to continue on March 26, 2024 (DE 26), granted by the Court on April 1, 2024 (DE 27), and the filing of the government's motion to continue on July 29, 2024 (DE 74), granted by the Court on August 6, 2024:    294 days

4. Elapsed Speedy Trial Time as of today, September 4, 2024:    26 days

5. Last date on which trial may be set for MICHAEL GORDON DOUGLAS without tolling or excluding additional time:    2/26/2025

The government conferred with counsel of record, who agree with the calculations above.

                Respectfully submitted,

                MARKENZY LAPOINTE
                UNITED STATES ATTORNEY

By:   *s/ Gregory Schiller*
       GREGORY SCHILLER
       Assistant United States Attorney
       Court Id No. A5501906
       U.S. Attorney's Office - SDFL
       500 S. Australian Ave., Suite 400
       West Palm Beach, Florida 33401
       E-mail: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 4, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

By: *s/Gregory Schiller*
Gregory Schiller
Assistant United States Attorney