UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**MICHAEL GORDON DOUGLAS**,
    a/k/a "DaddyBreedsFam",
    a/k/a "Michael",

    Defendant.
_____/

## ORDER GRANTING MOTION TO SEAL AND ORDERING REDACTED FILING

**THIS CAUSE** comes before the Court upon Defendant's Sealed Motion to Seal ("the Motion) [ECF No. 87].  Upon review of the Motion [ECF No. 87], it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Sealed Motion to Seal [ECF No. 87] is **GRANTED** for the reasons stated in the Motion.

2. On or before September 23, 2024, the Government shall file the subject passport documents on the public docket with the proposed redactions [ECF No. 87-1].

3. **This Order shall not be filed under seal.**

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida this 17th day of September 2024.

                                                                                           _____
                                                                                          **AILEEN M. CANNON**
                                                                                          UNITED STATES DISTRICT JUDGE

cc:    Ian J. Goldstein, Esq.