**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

        Defendant.

Case No.: 23-CR-80219-AMC

**NOTICE OF FILING**

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files this notice of filing Exhibit #3, as ordered by the Court on September 17, 2024. *See* Docket Entry 92.

        Respectfully submitted,

        MARKENZY LAPOINTE
        UNITED STATES ATTORNEY

By:  *s/ GREGORY SCHILLER*_____
        Gregory Schiller
        Assistant United States Attorney
        Fla. Bar. 048477
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        P: 561-209-1045
        E: gregory.schiller@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a copy of this notice was filed via the Court's electronic filing system on September 17, 2024.

        *s/ Gregory Schiller*____
        Gregory Schiller
        Assistant United States Attorney