No. 24/00990

# United States of America





### Department of State

To all to whom these presents shall come, Greeting:

I Certify That **Brykyta K. Shelton,** _____

whose name is subscribed to the document hereunto annexed, was at the time

of subscribing the same **Chief, Records Creation and Retention Division,** _____

____ **Passport Services** _____, Department of State, United States

of America, and that full faith and credit are due to his acts as such.

In testimony whereof, I **Antony J. Blinken** _____

Secretary of State, have hereunto caused the seal of the

Department of State to be affixed and my name subscribed by the

Authentication Officer of the said Department, at the city of

Washington, in the District of Columbia, this __ **1st** ____

day of __ **August** _____, 20 **24**

*[signature]*
Secretary of State.

By *[signature]*

Authentication Officer, Department of State

*Issued pursuant to RS 161.5 USC 22. RS 203.5 USC 158: Sec: 1 of Act of June 25, 1948. 62 St. 946. 28 USC 1733: Sec:4 of Act of May 26, 1949, 63 St. 111, 5 USC 151c; and Secs. 104 and 332 of Act of June 27, 1952 66 St. 174 and 253, 8 USC 1104, 1443, and 5 USC 140.*

This certificate is not valid if it is removed or altered in any way whatsoever



**United States Department of State**

*Washington, D.C. 20520*

In reply refer to: Case Nos.: E-2024-00624 / LE-2024000990
CA/PPT/S/RM/RRR – DOUGLAS, Patricia Gale

**VIA CERTIFIED MAIL**

Aisha Rahman, Special Agent
U.S. Department of Homeland Security
501 S. Flagler Drive Suite 500
West Palm Beach, FL 33401

Dear Ms. Rahman:

We are responding to your memorandum of July 31, 2024, requesting certified passport records in connection with the criminal investigation of Patricia Gale Douglas.

We conducted a search of our records as it pertains to Patricia Gale Douglas and were able to locate one document that appears relevant to your request. After careful review of this document, we have determined that a certified copy may be released in part. Enclosed, please find a certified copy of the document.

The documents are disclosed to your agency in accordance with the provisions of the Privacy Act (5 U.S.C. § 552a(b)(7)) for law enforcement purposes only. Please be advised that the documents are protected by the Privacy Act and may only be released by the Department of State.

-2-

Accordingly, your agency is prohibited from releasing this document to any other agency, department, entity, or individual, outside of your request. However, the documents may be released for court purposes.

We hope the enclosed document will be of assistance to you. If we can be of further assistance, please let us know.

Sincerely,

*[signature]*

Team Lead
Passport Services
Office of Records Management
Records Review and Release Division

**United States Department of State**

*Washington, D.C. 20520*

TO WHOM IT MAY CONCERN:

I, Brykyta K. Shelton, Chief, Records Creation and Retention Division, Office of Records Management, Passport Services Directorate, United States Department of State, certify under penalty of perjury that, as Chief of the Records Creation and Retention Division, I am the custodian of the passport files.

I further certify that: 1) the passport record attached hereto and listed below, consisting of four pages, is a true copy of the original record in the custody of the Passport Services Directorate of the United States Department of State; 2) I am the custodian of this file, and 3) the record attached to this certificate was:

A. Made at or near the time of the issuance of a passport, or the occurrence of the matters set forth therein, by the person executing the record with knowledge of the information provided therein;

B. Kept in the course of regularly conducted activity under the authority of the Secretary of State to grant and issue passports; and,

C. Made during the regularly conducted activity as a regular practice under the authority of the Secretary of State to grant and issue passports.

-2-

1. Application #761717792 for United States passport book #A02889521 issued to Patricia Gale Douglas on January 27, 2022, by the United States Department of State. **[Released in Part- Pursuant to the Freedom of Information Act, subsection (b)(6) and section (b) of the Privacy Act (5 U.S.C. § 552a). We have redacted material, the release of which would constitute a clearly unwarranted invasion of personal privacy of a third party.]**

I further state that this certification is intended to satisfy the following provisions:

- Rule 44, Federal Rules of Civil Procedure
- Rule 27, Federal Rules of Criminal Procedure
- Rule 902, Federal Rules of Evidence, under Title 28, United States Code Annotated

Sincerely,

For Brykyta K. Shelton, Chief
Records Creation and Retention Division
Office of Records Management
Passport Services

Date: AUG 0 1 2024

U.S. Department of State
**APPLICATION FOR A U.S. PASSPORT**
Use black ink only. If you make an error, complete a new form. Do not correct.

OMB CONTROL NO. 1405-0004
EXPIRATION DATE: 12-31-2023
ESTIMATED BURDEN: 85 MIN

Select document(s) for which you are submitting fees:
[X] U.S. Passport Book   [ ] U.S. Passport Card   [ ] Both
The U.S. passport card is not valid for international air travel. (See Instructions Page 3)
[X] Regular Book (Standard)   [ ] Large Book (Non-Standard)
The large book is for frequent travelers who need more visa pages

761717792

1. Name Last: **DOUGLAS**
   First: **PATRICIA**   Middle: **GALE**

   [ ] D  [ ] O  [ ] S  [ ] NFR
   End. #        Exp.

2. Date of Birth (mm/dd/yyyy): 07 / [REDACTED] / 1945
3. Sex: [X] F
4. Place of Birth: **CHICAGO, IL**

5. Social Security Number: [REDACTED] 8899
6. Email:
7. Primary Contact Phone Number:

8. Mailing Address Line 1: **922 KNOLL VISTA DRIVE**
   Address Line 2:
   City: **SAN MARCOS**   State: **CA**   Zip Code: **92078**   Country:

9. List all other names you have used.
   A.
   B.

---STOP! CONTINUE TO PAGE 2---
DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY AUTHORIZED AGENT

Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Second Signature Line (If identifying minor)
[X] Driver's License   [ ] State Issued ID Card   [ ] Passport   [ ] Military   [ ] Other
Name: **PATRICIA GALE DOUGLAS**
Issue Date: 06 23 2018   Exp Date: 07 08 2023   State of Issuance: CA
ID No: [REDACTED]   Country of Issuance: USA

Identifying Documents - Applicant or Mother/Father/Parent/Legal Guardian on Third Signature Line (If identifying minor)

[X] Acceptance Agent   [ ] (Vice) Consul USA
[ ] Passport Staff Agent

SAN MARCOS, CA 92069
DEC 28 2021 (Seal)

FOIA (b)(6)

Signature of person authorized to accept applications
U.S. POST OFFICE
420 N. TWIN OAKS VALLEY RD.
SAN MARCOS, CA 92069-9998

I declare under penalty of perjury all of the following: 1) I am a citizen or non-citizen national of the United States and have not performed any of the acts listed under "Acts or Conditions" on page 4 of the instructions of this application (unless explanatory statement is attached); 2) the statements made on the application are true and correct; 3) I have not knowingly and willfully made false statements or included false documents in support of this application; 4) the photograph attached to this application is a genuine, current photograph of me; and 5) I have read and understood the warning on page 4 of the instructions to the application form.

12-28-2021   x Patricia A Douglas
Date   Applicant's Legal Signature - age 16 and older

FOIA (b)(6)
Agent ID Number   x Mother/Father/Parent/Legal Guardian's Signature

Facility ID Number   x Mother/Father/Parent/Legal Guardian's Signature

For Issuing Office Only → B: 130   Card   EF   Postage   Execution   Other
DS 11 B 12 2020 1
DS-11 12-2020
Page 1 of 2

| Name of Applicant (Last, First, & Middle) | Date of Birth (mm/dd/yyyy) |
|---|---|
| DOUGLAS, PATRICIA GALE | 07/██/1945 |

**10. Parental Information**

| Mother/Father/Parent - First & Middle Name (at Parent's Birth) | Last Name (at Parent's Birth) |
|---|---|
| ████████████ | ████████████ |

| Date of Birth (mm/dd/yyyy) | Place of Birth (City & State if in the U.S. or City & Country as it is presently known) | Sex | U.S. Citizen? |
|---|---|---|---|
| ████████████ | CHICAGO, IL | X Female | X Yes |

| Mother/Father/Parent - First & Middle Name (at Parent's Birth) | Last Name (at Parent's Birth) |
|---|---|
| ████████████ | DOUGLAS |

| Date of Birth (mm/dd/yyyy) | Place of Birth (City & State if in the U.S. or City & Country as it is presently known) | Sex | U.S. Citizen? |
|---|---|---|---|
| ████████████ | TENNESSEE | X Male | X Yes |

**11. Have you ever been married?** Yes  X No  *If yes, complete the remaining items in #11.*

Full Name of Current Spouse or Most Recent Spouse (Last, First & Middle)   Date of Birth (mm/dd/yyyy)   Place of Birth

U.S. Citizen? Yes No   Date of Marriage (mm/dd/yyyy)   Have you ever been widowed or divorced? Yes No   Widow/Divorce Date (mm/dd/yyyy)

**12. Additional Contact Phone Number**   Home  Cell  Work

| 13. Occupation (if age 16 or older) | 14. Employer or School (if applicable) |
|---|---|
| RETIRED | NONE |

| 15. Height | 16. Hair Color | 17. Eye Color | 18. Travel Plans — Departure Date | Return Date | Countries to be Visited |
|---|---|---|---|---|---|
| 4ft. 11in. | BLONDE | BLUE | ████ | ████ | ████ |

**19. Permanent Address** (Complete if P.O. Box is listed under Mailing Address or if residence is different from Mailing Address. Do not list a P.O. Box)

Street/RFD # or URB    Apartment/Unit

City    State    Zip Code

**20. Your Emergency Contact**  Provide the information of a person not traveling with you to be contacted in the event of an emergency.

Name: FOIA (b)(6)    Address: Street/RFD # or P.O. Box    Apartment/Unit

City: FOIA (b)(6)    State   Zip Code   Phone Number   Relationship

**21. Have you ever applied for or been issued a U.S. Passport Book or Passport Card?** X Yes  No  *If yes, complete the remaining items in #21.*

| Name as printed on your most recent passport book | Most recent passport book number | Most recent passport book issue date (mm/dd/yyyy) |
|---|---|---|
| PATRICIA GALE DOUGLAS | ████ | 04/01/1977 |

Status of your most recent passport book:  ⊘ Submitting with application   Stolen   Lost   X In my possession (if expired)

Name as printed on your most recent passport card   Most recent passport card number   Most recent passport card issue date (mm/dd/yyyy)

Status of your most recent passport card:   Submitting with application   Stolen   Lost   In my possession (if expired)

---

**PLEASE DO NOT WRITE BELOW THIS LINE - FOR ISSUING OFFICE ONLY**

Name as it appears on citizenship evidence: *Same*

☐ Birth Certificate  SR  CR  City  Filed   Issued   ☐ Sole Parent
☐ Nat / Citz Cert  USCIS  USDC  Date/Place Acquired   A#
☐ Report of Birth  Filed/Place
☑ Passport  C/R  (S/R)  See #21  #/DOI
☐ Other
☐ Attached

DEPARTMENT OF STATE
JAN 2 6 2021
FOIA (b)(6)

☑ P/C of Citz  ☑ P/C of ID  ☐ DS-71  ☐ DS-3053  ☐ DS-64  ☐ DS-5520  ☐ DS-5525  ☐ PAW  ☐ NPIC  ☐ IRL  ☐ Citz W/S

DS 11 B 12 2020 2

DS-11   12-2020    Page 2 of 2



EDWARD J. BARRETT
COUNTY CLERK
BUREAU OF VITAL STATISTICS—130 NORTH WELLS STREET
CHICAGO 6, ILLINOIS

JUN 17 1965

STATE OF ILLINOIS — ORIGINAL
DWIGHT H. GREEN, Governor
Department of Public Health—Division of Vital Statistics

## CERTIFICATE OF BIRTH

Registered No. 3104

Name of Hospital: Covenant Hospital

Full Name of Child: Patricia Gale Douglas
Date of Birth: July [redacted], 45
Sex: Female

Residence of Mother: Illinois, Cook, Chicago, 952 W. Ainslie St.

Color or race: White
Age at time of this birth: 30
Birthplace: Chicago, Illinois
Occupation: Housewife
Industry: Own Home

Father: truck driver, trucking industry, White, age [redacted], Henderson City, Tenn.

Mother's mailing address: 952 W. Ainslie St., Chicago, Illinois

JUL [redacted] 1945

STATE OF ILLINOIS,
County of Cook,  } ss.

I, EDWARD J. BARRETT, County Clerk of the County of Cook, in the State aforesaid, and Keeper of the Records and Files of said County, do hereby certify that the attached is a true and correct copy of the original Record on file, all of which appears from the records and files in my office.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the Seal of the County of Cook, at my office in the City of Chicago, in said County.

Edward J. Barrett
County Clerk