UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  23-CR-80219-CANNON

UNITED STATES OF AMERICA         )
         )
v.         )
         )
MICHAEL GORDON DOULGAS,         )
     a/k/a "DaddyBreendsFam,"         )
     a/k/a "Michael,"         )
         )
         Defendant.         )
_____)

**GOVERNMENT'S FIFTH RESPONSE TO
THE STANDING DISCOVERY ORDER**

The United States hereby files this fifth response to the Standing Discovery Order.  This response also complies with Local Rule 88.10 and Federal Rule of Criminal Procedure 16.

    A.    5.    Books, papers, documents, data, photographs, tangible objects, buildings or places, within the government's possession, custody or control, which are material to the preparation of the defendant's defense, or which the government intends to use as evidence at trial to prove its case in chief, or which were obtained from or belong to the defendant, may be inspected at a mutually convenient time at:  the Office of the United States Attorney, 500 A. Australian Ave., West Palm Beach, Florida, Suite 400.  Please call the undersigned within 48 hours if you intent to review the evidence to set up a date and time that is convenient to both parties.

                The attachments to this discovery response are not necessarily copies of all the books, papers, documents, data, etc., that the government may intend to introduce at trial.

    B.        DEMAND FOR RECIPROCAL DISCOVERY: Pursuant to the Standing Discovery Order, the United States requests the disclosure and production of materials listed in Section (b) of Local Rule 88.10.  This request is also made pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

The government is aware of its continuing duty to disclose such newly discovered additional information required by the Standing Discovery Order, Rule 16(c) of the Federal Rules of Criminal Procedure, Brady, Giglio, Napue, and the obligation to assure a fair trial.

1

The attachments to this response have been uploaded to USAfX in a folder entitled, "Douglas Discovery, RSOD 5", and made available via secured link to defense counsel identified below, and includes one (1) .PDF file entitled, "US v. Douglas, 23CR80219-CANNON, RSDO5, Bates Numbers 01258 - 01825.pdf; one (1) .mp4 file entitled, "DOUGLAS UC call 12-12-23_with captions", a folder entitled "Douglas Jail Calls" containing the three (3) subfolders and files indicated below, and a folder entitled: "Douglas Videos with Transcription Imposed" containing the six (6) previously produced .MP4 video files sent from the Defendant with the transcription of the words imposed on the video.

| Name | Size |
|---|---|
| DOUGLAS UC call 12-12-23_with captions.mp4 | 46171K |
| US v. Douglas, 23CR80219-CANNON, RSDO4, Bates Numbers 01258 - 01825.pdf | 3000K |

***Douglas Jail Calls***

| Name | Size |
|---|---|
| 1709317679_323_12_133_825.wav | 2119K |
| 1709326820_315_13_220_50.wav | 2150K |
| 1709343147_324_13_196_697.wav | 2113K |
| 1709403525_323_13_132_101.wav | 2091K |
| 1709428200_324_12_175_432.wav | 2041K |
| 1709436768_323_13_139_940.wav | 1562K |
| 1709490920_323_12_179_748.wav | 2078K |
| 1709499245_325_13_135_882.wav | 1576K |
| 1709516295_325_13_131_131.wav | 1378K |
| 1709521677_315_13_130_920.wav | 2267K |
| 1709581513_325_13_152_339.wav | 1160K |
| 1709583343_315_12_165_993.wav | 834K |
| 1709584301_315_13_171_617.wav | 716K |
| 1709600654_314_12_199_10.wav | 1355K |
| 1709604536_325_13_157_258.wav | 1109K |
| 1709607892_315_12_160_445.wav | 765K |
| 1709672916_315_12_170_472.wav | 1310K |
| 1709674339_315_12_195_813.wav | 1761K |
| 1709690280_325_12_167_126.wav | 980K |
| 1709691518_315_13_136_191.wav | 865K |
| 1709693934_323_13_204_765.wav | 1992K |
| 1709695868_323_13_185_694.wav | 1052K |
| 1709739915_314_12_162_402.wav | 906K |
| 1709750534_315_12_162_241.wav | 1679K |
| 1709755033_325_12_158_740.wav | 185K |
| 1709755128_324_12_198_2.wav | 218K |
| 1709759879_315_12_171_310.wav | 578K |
| 1709775688_315_13_219_714.wav | 416K |
| 1709780155_323_12_151_226.wav | 1308K |
| 1709836042_314_12_183_919.wav | 1593K |

| | |
|---|---|
| 1709844600_325_12_72_328.wav | 648K |
| 1709859926_324_13_130_615.wav | 238K |
| 1709861334_323_13_153_225.wav | 634K |
| 1709861669_323_12_192_953.wav | 599K |
| 1709867565_323_13_159_67.wav | 1179K |
| 1709868174_323_13_153_143.wav | 742K |
| 1709921244_315_12_196_144.wav | 1318K |
| 1709927368_315_12_153_453.wav | 810K |
| 1709947181_324_12_192_785.wav | 714K |
| 1709955054_324_12_136_640.wav | 1509K |
| 1710008143_315_13_184_920.wav | 1169K |
| 1710010563_324_13_131_361.wav | 324K |
| 1710015025_323_12_161_900.wav | 1187K |
| 1710019176_314_13_168_934.wav | 593K |
| 1710035427_325_13_194_810.wav | 953K |
| 1710040042_323_12_161_549.wav | 1021K |
| 1710040979_323_13_66_860.wav | 386K |
| 1710094128_314_12_175_838.wav | 1505K |
| 1710095986_324_13_160_936.wav | 627K |
| 1710099551_314_13_172_469.wav | 435K |
| 1710118722_323_13_153_320.wav | 660K |
| 1710122454_324_13_69_761.wav | 834K |
| 1710124125_324_13_171_118.wav | 539K |
| 1710125270_323_12_161_193.wav | 392K |
| 1710169364_325_12_223_698.wav | 998K |
| 1710176913_314_13_167_989.wav | 746K |
| 1710177307_314_13_139_834.wav | 740K |
| 1710178862_314_13_171_10.wav | 1140K |
| 1710185789_314_12_167_783.wav | 718K |
| 1710186212_314_13_188_577.wav | 222K |
| 1710187730_325_13_67_510.wav | 158K |
| 1710187812_325_13_167_11.wav | 1556K |
| 1710188611_325_13_195_154.wav | 320K |
| 1710190007_314_13_151_484.wav | 603K |
| 1710201734_324_12_185_391.wav | 880K |
| 1710209158_324_13_168_300.wav | 1681K |
| 1710211154_314_13_204_719.wav | 482K |
| 1710255767_315_12_165_200.wav | 318K |
| 1710256788_323_12_139_787.wav | 951K |
| 1710263699_315_12_190_818.wav | 373K |
| 1710264271_323_13_190_317.wav | 423K |
| 1710274394_314_12_193_867.wav | 1009K |
| 1710288325_323_12_183_898.wav | 189K |
| 1710295447_323_12_169_769.wav | 488K |
| 1710297772_323_12_137_69.wav | 298K |
| 1710352262_315_12_170_546.wav | 179K |

| | |
|---|---|
| 1710352390_325_13_70_204.wav | 521K |
| 1710353597_314_12_164_852.wav | 296K |
| 1710357096_314_13_203_784.wav | 478K |
| 1710375612_325_13_157_563.wav | 701K |
| 1710382961_314_13_173_665.wav | 1576K |
| 1710383770_314_12_189_651.wav | 1478K |
| 1710436589_325_12_170_163.wav | 957K |
| 1710444628_324_12_163_576.wav | 611K |
| 1710460979_314_12_223_477.wav | 1212K |
| 1710462360_314_12_178_364.wav | 1617K |
| 1710470375_325_12_176_16.wav | 318K |
| 1710514766_314_12_172_839.wav | 494K |
| 1710516080_325_13_136_347.wav | 660K |
| 1710523952_324_12_173_98.wav | 1076K |
| 1710532000_314_13_156_643.wav | 1548K |
| 1710535400_325_13_188_657.wav | 425K |
| 1710550345_324_12_164_155.wav | 1017K |
| 1710552141_324_12_164_612.wav | 1144K |
| 1710555385_324_13_139_165.wav | 1019K |
| 1710601964_324_12_166_788.wav | 1099K |
| 1710609850_324_12_183_512.wav | 187K |
| 1710610022_324_12_197_367.wav | 173K |
| 1710610113_324_12_162_528.wav | 634K |
| 1710618268_324_12_246_397.wav | 835K |
| 1710619497_314_12_187_59.wav | 205K |
| 1710633668_315_12_159_791.wav | 1166K |
| 1710636009_324_13_205_663.wav | 365K |
| 1710641845_324_12_172_30.wav | 505K |
| 1710695453_324_12_154_43.wav | 744K |
| 1710707097_325_12_180_231.wav | 888K |
| 1710707593_325_12_156_559.wav | 425K |
| 1710723014_325_13_166_74.wav | 503K |
| 1710729697_325_13_158_672.wav | 669K |
| 1710782176_314_12_176_646.wav | 591K |
| 1710790310_325_13_67_504.wav | 300K |
| 1710790464_324_12_155_795.wav | 554K |
| 1710810035_325_13_194_48.wav | 656K |
| 1710810426_325_12_72_437.wav | 1168K |
| 1710811028_325_12_70_677.wav | 578K |
| 1710814241_325_12_174_753.wav | 597K |
| 1710816147_324_13_220_622.wav | 228K |
| 1710876786_314_13_184_862.wav | 246K |
| 1710895311_325_12_190_503.wav | 343K |
| 1710895914_325_12_157_173.wav | 449K |
| 1710900264_324_13_157_451.wav | 1154K |
| 1710902756_324_12_166_97.wav | 798K |

| | |
|---|---|
| 1710944759_324_12_194_496.wav | 931K |
| 1710945357_324_13_168_6.wav | 216K |
| 1710956278_314_12_166_648.wav | 312K |
| 1710960811_314_13_195_509.wav | 617K |
| 1710961166_314_12_169_300.wav | 1408K |
| 1710967078_324_13_171_443.wav | 164K |
| 1710982017_324_12_166_85.wav | 726K |
| 1710988031_325_12_159_564.wav | 646K |
| 1711034224_325_13_220_299.wav | 677K |
| 1711041031_314_12_176_308.wav | 293K |
| 1711046505_324_12_246_487.wav | 209K |
| 1711048897_325_13_205_125.wav | 250K |
| 1711066133_314_12_186_727.wav | 253K |
| 1711074212_314_12_223_297.wav | 1171K |
| 1711127298_324_12_168_663.wav | 519K |
| 1711127566_324_12_171_746.wav | 673K |
| 1711131123_314_13_220_179.wav | 1123K |
| 1711133617_325_12_192_442.wav | 375K |
| 1711137344_314_13_219_460.wav | 273K |
| 1711153948_314_13_203_660.wav | 1189K |
| 1711160751_314_12_158_31.wav | 984K |
| 1711214653_315_12_164_182.wav | 1308K |
| 1711221805_324_12_151_390.wav | 464K |
| 1711241050_315_12_156_896.wav | 554K |
| 1711241792_323_13_168_572.wav | 744K |
| 1711246327_324_12_190_871.wav | 693K |
| 1711247253_314_12_176_341.wav | 355K |
| 1711300287_314_12_180_859.wav | 429K |
| 1711302475_314_12_137_351.wav | 228K |
| 1711329831_324_12_197_189.wav | 509K |
| 1711333424_324_13_169_258.wav | 447K |
| 1711379595_314_13_154_747.wav | 636K |
| 1711392650_324_13_152_328.wav | 332K |
| 1711393344_314_12_175_330.wav | 207K |
| 1711393452_314_12_158_957.wav | 150K |
| 1711397115_324_12_155_18.wav | 675K |
| 1711397567_324_12_180_804.wav | 343K |
| 1711398443_314_13_194_69.wav | 210K |
| 1711414394_325_13_154_904.wav | 709K |
| 1711419282_324_12_181_128.wav | 498K |
| 1711466933_314_12_193_653.wav | 164K |
| 1711472941_314_12_169_881.wav | 552K |
| 1711474929_314_12_160_871.wav | 654K |
| 1711483671_314_12_133_724.wav | 304K |
| 1711498020_314_13_160_376.wav | 685K |
| 1711504834_324_13_203_55.wav | 326K |

| | |
|---|---|
| 1711560897_325_13_203_468.wav | 300K |
| 1711565778_314_12_191_582.wav | 289K |
| 1711566678_314_12_195_200.wav | 160K |
| 1711566817_324_12_159_883.wav | 1361K |
| 1711567516_324_13_174_759.wav | 386K |
| 1711570817_324_12_189_564.wav | 1146K |
| 1711590121_323_12_174_411.wav | 1357K |
| 1711593543_323_12_70_418.wav | 281K |
| 1711647072_314_12_159_725.wav | 679K |
| 1711651147_323_12_156_251.wav | 734K |
| 1711655675_325_13_168_470.wav | 771K |
| 1711657925_325_12_154_636.wav | 877K |
| 1711658374_325_12_181_322.wav | 1043K |
| 1711671201_324_13_132_578.wav | 630K |
| 1711678648_314_12_173_266.wav | 488K |
| 1711723624_314_13_169_220.wav | 693K |
| 1711736692_314_13_130_313.wav | 800K |
| 1711737993_314_12_189_66.wav | 1302K |
| 1711738712_314_13_160_636.wav | 607K |
| 1711743803_314_13_184_559.wav | 263K |
| 1711756914_314_12_133_839.wav | 787K |
| 1711762215_325_12_167_340.wav | 857K |
| 1711766282_324_13_168_519.wav | 654K |
| 1711810733_324_12_71_543.wav | 574K |
| 1711818668_314_13_185_161.wav | 298K |
| 1711831275_314_12_160_655.wav | 943K |
| 1711843485_324_12_72_364.wav | 386K |
| 1711847220_323_12_223_385.wav | 1144K |
| 1711851978_324_12_188_345.wav | 677K |
| 1711896491_314_12_179_514.wav | 740K |
| 1711906804_323_12_162_98.wav | 585K |
| 1711907153_323_12_187_456.wav | 1109K |
| 1711907721_323_12_189_569.wav | 511K |
| 1711916491_325_12_159_1.wav | 849K |
| 1711934458_314_12_137_895.wav | 716K |
| 1711936960_324_12_159_915.wav | 416K |
| 1711939318_325_12_185_238.wav | 380K |
| 1711992380_324_12_193_307.wav | 462K |
| 1711999674_314_13_132_757.wav | 380K |
| 1712003109_314_12_179_572.wav | 431K |
| 1712016715_314_13_194_505.wav | 298K |
| 1712023061_314_12_196_485.wav | 863K |
| 1712078610_324_12_137_785.wav | 533K |
| 1712084766_314_12_179_152.wav | 457K |
| 1712088097_324_12_134_233.wav | 142K |
| 1712102775_314_13_153_978.wav | 710K |

| | |
|---|---|
| 1712108402_323_13_68_727.wav | 509K |
| 1712110951_314_12_186_756.wav | 699K |
| 1712157551_314_13_172_538.wav | 259K |
| 1712164319_314_13_151_351.wav | 523K |
| 1712177316_314_13_136_113.wav | 646K |
| 1712189067_314_12_170_321.wav | 519K |
| 1712196668_314_12_184_977.wav | 882K |
| 1712240262_314_12_156_689.wav | 261K |
| 1712243546_324_13_195_927.wav | 250K |
| 1712251052_324_12_158_843.wav | 240K |
| 1712256695_314_12_70_482.wav | 382K |
| 1712260690_325_12_184_208.wav | 228K |
| 1712275683_324_13_71_320.wav | 224K |
| 1712284200_314_12_191_717.wav | 1783K |
| 1712337046_314_12_170_602.wav | 777K |
| 1712345926_324_12_191_494.wav | 546K |
| 1712368330_323_13_172_421.wav | 419K |
| 1712371684_324_12_71_778.wav | 330K |
| 1712426902_314_12_72_677.wav | 886K |
| 1712435953_314_13_152_570.wav | 228K |
| 1712448542_324_12_224_860.wav | 548K |
| 1712448823_324_13_174_113.wav | 1013K |
| 1712451695_325_12_158_345.wav | 322K |
| 1712458195_324_13_150_459.wav | 150K |
| 1712514367_324_12_170_573.wav | 1287K |
| 1712520375_325_13_191_608.wav | 771K |
| 1712538426_323_12_73_475.wav | 619K |
| 1712540775_325_12_72_151.wav | 2033K |
| 1712542638_314_12_179_251.wav | 927K |
| 1712588138_324_13_70_640.wav | 753K |
| 1712598307_324_13_167_464.wav | 234K |
| 1712605879_325_12_173_519.wav | 269K |
| 1712606727_324_12_185_746.wav | 177K |
| 1712606835_324_13_152_544.wav | 710K |
| 1712607254_324_12_156_135.wav | 740K |
| 1712620962_325_13_185_802.wav | 171K |
| 1712628008_314_13_156_979.wav | 1255K |
| 1712671989_314_12_152_54.wav | 947K |
| 1712682809_314_12_242_176.wav | 302K |
| 1712707552_314_13_196_84.wav | 283K |
| 1712714454_325_12_164_674.wav | 2388K |
| 1712715964_324_13_188_511.wav | 798K |
| 1712769506_314_12_174_715.wav | 1433K |
| 1712772131_324_12_169_108.wav | 390K |
| 1712776293_324_13_205_674.wav | 652K |
| 1712780900_324_13_158_846.wav | 712K |

| | |
|---|---|
| 1712799605_323_12_182_631.wav | 396K |
| 1712803236_324_12_159_478.wav | 955K |
| 1712843995_314_13_129_266.wav | 820K |
| 1712844813_314_12_223_775.wav | 652K |
| 1712846856_314_12_134_951.wav | 269K |
| 1712855582_315_13_184_646.wav | 488K |
| 1712863342_325_12_187_357.wav | 560K |
| 1712880171_324_13_204_816.wav | 334K |
| 1712887608_314_12_243_3.wav | 1658K |
| 1712888667_323_13_189_908.wav | 1884K |
| 1712932742_324_13_185_355.wav | 1218K |
| 1712945577_325_13_151_290.wav | 214K |
| 1712946838_324_12_166_632.wav | 871K |
| 1712952355_314_13_153_698.wav | 595K |
| 1712968911_324_13_169_823.wav | 1246K |
| 1712975491_314_13_139_248.wav | 527K |
| 1712975854_5000_13_195_227.wav | 568K |
| 1713020474_323_12_155_397.wav | 728K |
| 1713028437_314_12_188_617.wav | 666K |
| 1713035001_324_12_199_168.wav | 886K |
| 1713038006_5000_13_203_779.wav | 378K |
| 1713039549_314_13_173_40.wav | 568K |
| 1713053477_314_13_203_887.wav | 617K |
| 1713059902_314_13_135_339.wav | 695K |
| 1713062551_324_13_194_845.wav | 347K |
| 1713106813_314_13_68_767.wav | 459K |
| 1713116272_5000_13_159_924.wav | 560K |
| 1713119644_314_13_193_364.wav | 777K |
| 1713124324_314_12_71_435.wav | 324K |
| 1713127549_314_12_162_897.wav | 195K |
| 1713142808_323_13_71_261.wav | 349K |
| 1713147298_324_12_183_167.wav | 525K |
| 1713147608_324_12_197_300.wav | 1033K |
| 1713191675_314_12_139_951.wav | 406K |
| 1713202550_314_13_185_827.wav | 253K |
| 1713207622_5000_12_188_259.wav | 570K |
| 1713213750_5000_12_161_851.wav | 236K |
| 1713226092_314_12_72_994.wav | 269K |
| 1713226649_5000_13_205_368.wav | 310K |
| 1713231891_324_13_150_915.wav | 753K |
| 1713233892_325_12_134_458.wav | 277K |
| 1713287523_314_13_195_216.wav | 660K |
| 1713289234_324_13_173_315.wav | 492K |
| 1713291972_5000_13_139_135.wav | 908K |
| 1713297558_324_12_195_354.wav | 787K |
| 1713316361_325_13_168_983.wav | 613K |

| | |
|---|---|
| 1713318698_325_12_133_690.wav | 1812K |
| 1713320968_315_13_156_981.wav | 443K |
| 1713366455_324_12_173_629.wav | 464K |
| 1713374097_324_12_181_816.wav | 841K |
| 1713387215_324_12_242_518.wav | 462K |
| 1713400843_324_12_191_790.wav | 664K |
| 1713403507_5000_12_157_224.wav | 455K |
| 1713403861_5000_13_132_800.wav | 234K |
| 1713406948_324_13_160_587.wav | 310K |
| 1713452572_324_13_130_346.wav | 560K |
| 1713463189_314_12_151_96.wav | 447K |
| 1713466523_5000_12_242_71.wav | 558K |
| 1713469067_325_13_219_818.wav | 166K |
| 1713469153_325_13_132_487.wav | 1556K |
| 1713471748_325_13_158_416.wav | 197K |
| 1713485305_324_12_180_510.wav | 281K |
| 1713494190_325_12_186_691.wav | 433K |
| 1713535966_314_12_174_295.wav | 261K |
| 1713546957_314_13_153_958.wav | 197K |
| 1713554647_314_12_70_79.wav | 273K |
| 1713557667_5000_12_197_877.wav | 1240K |
| 1713573740_324_13_158_781.wav | 445K |
| 1713578612_5000_12_163_693.wav | 166K |
| 1713579217_314_13_67_949.wav | 767K |
| 1713621883_314_12_242_687.wav | 589K |
| 1713642286_314_13_70_67.wav | 591K |
| 1713659859_314_12_160_622.wav | 343K |
| 1713660194_323_12_152_710.wav | 1335K |
| 1713661193_5000_12_190_155.wav | 384K |
| 1713664677_314_12_199_832.wav | 486K |
| 1713719545_324_12_153_568.wav | 544K |
| 1713722526_5000_12_196_467.wav | 2115K |
| 1713732668_314_13_220_895.wav | 205K |
| 1713749665_314_12_172_224.wav | 488K |
| 1713751687_5000_12_196_285.wav | 244K |
| 1713752596_324_13_220_626.wav | 232K |
| 1713806870_324_12_194_332.wav | 1263K |
| 1713816545_314_13_152_907.wav | 582K |
| 1713830515_314_13_191_217.wav | 525K |
| 1713834254_314_12_172_916.wav | 2248K |
| 1713835938_5000_13_166_397.wav | 457K |
| 1713839239_314_13_136_720.wav | 1039K |
| 1713839776_314_13_159_210.wav | 1964K |
| 1713883143_314_12_175_341.wav | 1328K |
| 1713893364_314_12_166_338.wav | 293K |
| 1713905529_314_13_135_430.wav | 189K |

| | |
|---|---|
| 1713917695_314_12_196_11.wav | 523K |
| 1713918301_5000_12_243_112.wav | 205K |
| 1713920522_314_12_197_865.wav | 2117K |
| 1713926374_314_13_66_883.wav | 544K |
| 1713979715_314_12_177_58.wav | 1513K |
| 1713980495_5000_12_176_383.wav | 652K |
| 1713990524_324_12_183_100.wav | 392K |
| 1713991173_5000_12_163_193.wav | 423K |
| 1714007629_324_12_153_787.wav | 339K |
| 1714007802_5000_12_246_305.wav | 1437K |
| 1714010310_5000_12_138_679.wav | 447K |
| 1714012719_314_12_193_294.wav | 529K |
| 1714050497_314_12_199_785.wav | 464K |
| 1714066183_5000_12_180_782.wav | 509K |
| 1714068164_314_13_69_706.wav | 349K |
| 1714069733_5000_12_154_856.wav | 546K |
| 1714089835_314_12_168_846.wav | 232K |
| 1714093105_324_13_205_102.wav | 1037K |
| 1714093716_324_12_189_863.wav | 857K |
| 1714095977_5000_12_197_775.wav | 718K |
| 1714098474_5000_12_169_907.wav | 712K |
| 1714099474_314_12_154_656.wav | 517K |
| 1714150716_314_13_157_796.wav | 521K |
| 1714151052_5000_12_171_240.wav | 1267K |
| 1714151720_5000_13_158_720.wav | 998K |
| 1714162361_324_13_66_229.wav | 474K |
| 1714178327_5000_12_195_339.wav | 169K |
| 1714179388_314_12_191_214.wav | 535K |
| 1714181661_5000_12_164_75.wav | 455K |
| 1714184444_324_12_243_705.wav | 775K |
| 1714237989_314_12_183_41.wav | 814K |
| 1714250679_5000_12_176_608.wav | 605K |
| 1714262505_314_12_192_156.wav | 279K |
| 1714266578_5000_12_186_594.wav | 2191K |
| 1714269822_314_12_186_452.wav | 560K |
| 1714271660_325_13_159_858.wav | 437K |
| 1714315206_324_12_190_21.wav | 679K |
| 1714336295_324_12_189_545.wav | 298K |
| 1714350159_325_12_176_482.wav | 544K |
| 1714357085_314_12_192_395.wav | 658K |
| 1714412196_324_12_178_759.wav | 658K |
| 1714419162_314_12_183_516.wav | 1220K |
| 1714420246_314_12_179_927.wav | 1011K |
| 1714423785_314_13_157_551.wav | 171K |
| 1714437350_324_12_193_152.wav | 1011K |
| 1714437966_5000_13_170_708.wav | 375K |

| | |
|---|---|
| 1714442056_324_12_173_48.wav | 123K |
| 1714443704_324_13_185_415.wav | 671K |
| 1714504973_314_13_56_468.wav | 191K |
| 1714505075_314_12_167_907.wav | 388K |
| 1714521822_314_12_171_678.wav | 267K |
| 1714529916_325_13_160_350.wav | 556K |
| 1714530840_5000_13_59_707.wav | 937K |
| 1714585367_323_12_190_734.wav | 484K |
| 1714590490_325_12_157_499.wav | 248K |
| 1714590902_324_12_195_893.wav | 261K |
| 1714593567_314_13_139_526.wav | 820K |
| 1714611374_324_13_204_281.wav | 160K |
| 1714611456_324_12_180_837.wav | 1134K |
| 1714617794_324_13_158_984.wav | 394K |
| 1714662684_324_12_175_897.wav | 890K |
| 1714679475_324_12_199_901.wav | 904K |
| 1714679941_324_13_151_303.wav | 527K |
| 1714696257_323_13_212_680.wav | 787K |
| 1714699280_5000_13_59_462.wav | 968K |
| 1714700975_5000_13_69_362.wav | 199K |
| 1714703659_314_13_150_895.wav | 1019K |
| 1714756116_324_13_55_926.wav | 2132K |
| 1714781680_314_13_191_904.wav | 1441K |
| 1714789556_324_13_219_665.wav | 1308K |
| 1714844287_314_13_63_830.wav | 404K |
| 1714869658_314_13_158_527.wav | 392K |
| 1714874579_314_12_168_693.wav | 380K |
| 1714875029_325_12_159_443.wav | 593K |
| 1714929925_325_13_169_725.wav | 568K |
| 1714941269_5000_13_55_39.wav | 2062K |
| 1714960970_324_12_164_578.wav | 337K |
| 1714961151_324_12_138_507.wav | 1261K |
| 1715007467_314_12_175_131.wav | 250K |
| 1715043071_323_12_139_318.wav | 525K |
| 1715043476_5000_13_185_280.wav | 353K |
| 1715044962_5000_12_169_982.wav | 416K |
| 1715047856_324_13_188_121.wav | 1978K |
| 1715101562_314_13_156_783.wav | 994K |
| 1715115023_324_13_66_341.wav | 689K |
| 1715127445_314_12_188_346.wav | 1361K |
| 1715133949_325_13_69_204.wav | 919K |
| 1715194835_5000_12_183_135.wav | 345K |
| 1715197148_325_12_165_451.wav | 837K |
| 1715197580_325_13_172_787.wav | 408K |
| 1715199265_324_13_196_2.wav | 1095K |
| 1715200012_5000_13_184_17.wav | 234K |

| | |
|---|---|
| 1715200438_314_13_156_408.wav | 1429K |
| 1715218990_314_12_199_552.wav | 201K |
| 1715219136_314_12_191_856.wav | 783K |
| 1715219676_5000_13_219_505.wav | 377K |
| 1715219883_5000_13_63_722.wav | 197K |
| 1715221068_325_12_139_148.wav | 435K |
| 1715221398_5000_13_167_645.wav | 339K |
| 1715222492_325_13_159_214.wav | 1173K |
| 1715275806_325_12_185_707.wav | 392K |
| 1715276010_325_12_73_388.wav | 521K |
| 1715277504_314_12_163_709.wav | 617K |
| 1715280355_324_12_162_10.wav | 158K |
| 1715301801_324_12_171_617.wav | 730K |
| 1715304684_314_12_178_463.wav | 1541K |
| 1715307476_325_12_169_438.wav | 312K |
| 1715307667_325_13_185_861.wav | 447K |
| 1715361170_324_13_160_816.wav | 591K |
| 1715366047_324_12_160_850.wav | 1181K |
| 1715367594_324_12_182_750.wav | 460K |
| 1715368670_324_12_171_472.wav | 867K |
| 1715371260_5000_12_246_449.wav | 351K |
| 1715371649_324_12_71_192.wav | 943K |
| 1715374195_324_12_133_356.wav | 283K |
| 1715374346_324_12_152_591.wav | 168K |
| 1715386918_324_12_242_620.wav | 293K |
| 1715387361_5000_12_165_945.wav | 134K |
| 1715387584_324_13_194_980.wav | 597K |
| 1715389560_5000_13_60_478.wav | 410K |
| 1715391956_324_12_134_644.wav | 947K |
| 1715439982_324_13_171_401.wav | 1070K |
| 1715447040_314_12_163_530.wav | 611K |
| 1715453527_5000_13_62_443.wav | 293K |
| 1715455730_325_13_157_205.wav | 1220K |
| 1715457857_324_12_134_357.wav | 476K |
| 1715472092_314_12_134_262.wav | 259K |
| 1715473710_324_12_169_661.wav | 482K |
| 1715475988_324_12_71_81.wav | 2029K |
| 1715477386_323_13_129_550.wav | 636K |
| 1715479863_314_12_172_620.wav | 318K |
| 1715481295_323_12_176_526.wav | 1404K |
| 1715525693_314_13_152_588.wav | 191K |
| 1715525904_324_13_172_404.wav | 595K |
| 1715534804_314_13_194_611.wav | 908K |
| 1715536163_323_13_173_768.wav | 216K |
| 1715537112_5000_12_194_751.wav | 224K |
| 1715537811_323_12_196_56.wav | 511K |

| | |
|---|---|
| 1715546836_324_13_194_325.wav | 312K |
| 1715561701_5000_12_193_432.wav | 716K |
| 1715562424_324_13_135_118.wav | 576K |
| 1715565608_5000_13_151_324.wav | 599K |
| 1715566819_5000_13_174_132.wav | 285K |
| 1715567101_5000_13_131_530.wav | 1578K |
| 1715567226_324_13_160_124.wav | 316K |
| 1715567453_324_12_138_942.wav | 388K |
| 1715622962_314_12_172_260.wav | 2093K |
| 1715646523_5000_12_72_685.wav | 378K |
| 1715646903_324_12_191_524.wav | 490K |
| 1715648064_5000_12_188_398.wav | 185K |
| 1715649329_5000_12_180_469.wav | 224K |
| 1715649998_324_12_192_567.wav | 253K |
| 1715710691_324_12_223_150.wav | 970K |
| 1715713376_5000_13_194_708.wav | 519K |
| 1715731886_5000_12_181_330.wav | 236K |
| 1715733541_323_12_167_49.wav | 1033K |
| 1715735191_5000_13_196_570.wav | 865K |
| 1715736063_5000_13_150_302.wav | 900K |
| 1715739893_323_12_164_356.wav | 796K |
| 1715740394_323_12_166_213.wav | 355K |
| 1715741208_324_13_53_262.wav | 293K |
| 1715793012_314_12_158_844.wav | 537K |
| 1715819578_5000_13_68_481.wav | 1294K |
| 1715824914_314_13_71_292.wav | 1160K |
| 1715826255_324_13_62_205.wav | 472K |
| 1715826774_314_13_173_44.wav | 240K |
| 1715879980_324_13_167_591.wav | 1085K |
| 1715886199_324_12_171_877.wav | 539K |
| 1715889416_325_12_165_506.wav | 429K |
| 1715904603_325_13_169_513.wav | 851K |
| 1715905438_314_13_157_92.wav | 392K |
| 1715907582_324_12_155_864.wav | 437K |
| 1715907808_324_12_152_247.wav | 523K |
| 1715912826_324_13_212_633.wav | 310K |
| 1715966352_324_13_151_179.wav | 365K |
| 1715974847_5000_13_160_793.wav | 230K |
| 1715977389_324_13_157_207.wav | 656K |
| 1715992506_314_12_183_403.wav | 283K |
| 1715992781_5000_13_170_836.wav | 216K |
| 1715996200_324_13_166_624.wav | 218K |
| 1716043099_324_12_173_161.wav | 1341K |
| 1716077196_314_13_129_50.wav | 2191K |
| 1716145802_5000_13_204_768.wav | 1041K |
| 1716149513_5000_12_185_698.wav | 486K |

| | |
|---|---|
| 1716168928_324_13_184_136.wav | 503K |
| 1716215209_314_12_136_511.wav | 521K |
| 1716227037_5000_12_242_633.wav | 1562K |
| 1716254218_324_12_188_297.wav | 539K |
| 1716258936_5000_12_162_223.wav | 359K |
| 1716304434_324_12_72_815.wav | 464K |
| 1716311565_5000_13_56_11.wav | 496K |
| 1716315663_323_13_154_591.wav | 488K |
| 1716322288_324_13_130_667.wav | 259K |
| 1716336530_324_13_158_564.wav | 230K |
| 1716336934_5000_12_185_278.wav | 289K |
| 1716337115_5000_12_175_683.wav | 673K |
| 1716339669_5000_13_174_957.wav | 380K |
| 1716343254_323_12_151_567.wav | 595K |
| 1716389398_324_12_182_704.wav | 281K |
| 1716405012_324_12_137_643.wav | 562K |
| 1716428725_324_13_153_661.wav | 1158K |
| 1716486495_5000_12_164_457.wav | 511K |
| 1716492434_5000_12_169_845.wav | 304K |
| 1716512155_324_12_159_104.wav | 1441K |
| 1716515679_314_13_153_947.wav | 1134K |
| 1716516263_314_13_62_50.wav | 1003K |
| 1716562250_324_12_190_687.wav | 582K |
| 1716597213_5000_13_212_68.wav | 1209K |
| 1716603188_324_13_184_622.wav | 1240K |
| 1716657325_5000_13_132_174.wav | 468K |
| 1716657642_5000_12_246_511.wav | 1002K |
| 1716667100_5000_12_189_745.wav | 1306K |
| 1716668504_5000_13_184_734.wav | 1050K |
| 1716683001_5000_12_165_693.wav | 464K |
| 1716683777_5000_12_179_937.wav | 964K |
| 1716688514_5000_13_59_649.wav | 1384K |
| 1716689997_325_12_70_378.wav | 599K |
| 1716745250_324_13_205_106.wav | 1724K |
| 1716770658_314_12_174_68.wav | 449K |
| 1716776763_314_12_183_239.wav | 798K |
| 1716820413_324_13_167_409.wav | 755K |
| 1716830445_324_13_188_407.wav | 548K |
| 1716859035_323_13_62_825.wav | 675K |
| 1716905932_324_13_171_251.wav | 966K |
| 1716926498_324_12_246_103.wav | 1144K |
| 1716944265_324_12_154_888.wav | 1287K |
| 1716950201_324_12_151_603.wav | 732K |
| 1716995060_324_12_136_34.wav | 580K |
| 1717011461_324_13_71_522.wav | 1066K |
| 1717028907_314_12_195_408.wav | 423K |

| | |
|---|---|
| 1717035310_314_12_185_916.wav | 1603K |
| 1717090162_325_13_204_669.wav | 566K |
| 1717099021_5000_13_151_192.wav | 343K |
| 1717119570_324_13_171_399.wav | 1460K |
| 1717122272_314_13_55_695.wav | 1267K |
| 1717122960_314_13_135_544.wav | 568K |
| 1717165196_314_13_69_564.wav | 683K |
| 1717183748_314_13_190_337.wav | 277K |
| 1717187536_324_13_190_732.wav | 375K |
| 1717203149_324_12_70_69.wav | 699K |
| 1717210000_323_13_219_115.wav | 554K |
| 1717262793_325_12_153_196.wav | 632K |
| 1717286706_314_12_167_895.wav | 1085K |
| 1717290666_324_12_196_748.wav | 347K |
| 1717290907_324_13_173_19.wav | 574K |
| 1717291690_323_12_172_637.wav | 689K |
| 1717348265_324_12_70_953.wav | 1339K |
| 1717361455_323_13_170_762.wav | 437K |
| 1717381753_5000_13_188_574.wav | 480K |
| 1717426421_324_13_212_164.wav | 435K |
| 1717443656_324_12_165_757.wav | 314K |
| 1717445165_324_13_158_24.wav | 335K |
| 1717445338_324_13_169_571.wav | 283K |
| 1717459304_314_13_66_403.wav | 2109K |
| 1717460443_314_12_172_723.wav | 918K |
| 1717460947_314_13_69_392.wav | 2164K |
| 1717468824_324_12_166_696.wav | 1173K |
| 1717521090_324_12_133_357.wav | 1283K |
| 1717531194_323_12_199_482.wav | 916K |
| 1717547667_324_12_138_220.wav | 1101K |
| 1717555056_325_13_131_874.wav | 550K |
| 1717600733_5000_13_131_589.wav | 460K |
| 1717635264_314_12_133_163.wav | 1089K |
| 1717640428_324_13_69_869.wav | 1871K |
| 1717694019_314_13_154_294.wav | 1464K |
| 1717702735_324_13_193_212.wav | 468K |
| 1717702986_324_12_185_699.wav | 1103K |
| 1717718429_314_12_171_822.wav | 1175K |
| 1717726943_324_13_51_675.wav | 1414K |
| 1717781682_5000_12_168_490.wav | 2203K |
| 1717792946_325_12_224_962.wav | 587K |
| 1717806229_314_13_130_499.wav | 1277K |
| 1717809374_314_12_161_883.wav | 1652K |
| 1717814046_324_12_179_848.wav | 1609K |
| 1717866882_314_12_133_186.wav | 1529K |
| 1717878370_324_13_58_502.wav | 1640K |

| | |
|---|---|
| 1717891095_314_12_166_411.wav | 341K |
| 1717898820_314_13_159_322.wav | 1277K |
| 1717955367_314_13_154_32.wav | 1084K |
| 1717966349_324_12_192_109.wav | 699K |
| 1717980841_324_12_157_722.wav | 900K |
| 1717986535_324_13_154_410.wav | 1003K |
| 1718049664_5000_12_197_398.wav | 296K |
| 1718065771_314_12_158_238.wav | 1019K |
| 1718071989_314_13_68_689.wav | 1294K |
| 1718115691_314_13_150_469.wav | 1037K |
| 1718133410_314_13_71_561.wav | 918K |
| 1718153751_324_12_73_541.wav | 1007K |
| 1718159528_324_13_188_14.wav | 927K |
| 1718203719_324_13_53_262.wav | 785K |
| 1718221527_324_12_156_176.wav | 412K |
| 1718222855_324_13_185_133.wav | 562K |
| 1718237998_314_12_134_113.wav | 1150K |
| 1718246003_324_13_69_163.wav | 1150K |
| 1718299747_314_12_162_782.wav | 1460K |
| 1718303454_324_12_193_164.wav | 894K |
| 1718308932_324_12_72_458.wav | 236K |
| 1718323335_314_13_203_413.wav | 431K |
| 1718330636_325_12_243_310.wav | 1199K |
| 1718376540_325_12_187_465.wav | 252K |
| 1718386278_324_12_136_644.wav | 837K |
| 1718395100_324_13_56_185.wav | 570K |
| 1718396197_325_13_63_496.wav | 326K |
| 1718409886_314_12_152_955.wav | 867K |
| 1718418735_324_12_162_196.wav | 503K |
| 1718474906_325_13_205_261.wav | 1023K |
| 1718483072_324_13_55_963.wav | 896K |
| 1718498020_314_12_243_494.wav | 779K |
| 1718505081_314_12_164_525.wav | 1072K |
| 1718559162_324_13_68_542.wav | 877K |
| 1718567214_324_12_73_79.wav | 404K |
| 1718588878_314_12_151_152.wav | 294K |
| 1718592116_323_12_136_487.wav | 601K |
| 1718647278_324_12_138_855.wav | 388K |
| 1718655346_324_12_156_359.wav | 847K |
| 1718669064_314_12_198_463.wav | 1293K |
| 1718677733_324_12_182_164.wav | 656K |
| 1718733049_324_12_158_853.wav | 886K |
| 1718741644_324_12_172_378.wav | 443K |
| 1718755413_314_13_158_82.wav | 326K |
| 1718762505_324_12_187_386.wav | 634K |
| 1718817534_324_12_155_411.wav | 408K |

| | |
|---|---|
| 1718828199_323_13_51_27.wav | 585K |
| 1718828512_323_12_191_938.wav | 1736K |
| 1718842522_314_13_160_616.wav | 1203K |
| 1718849701_324_13_153_778.wav | 1210K |
| 1718913265_314_13_205_820.wav | 146K |
| 1718928499_314_12_138_330.wav | 1207K |
| 1718936471_324_13_174_884.wav | 1111K |
| 1718991653_314_13_136_365.wav | 1435K |
| 1718999785_324_12_174_518.wav | 1457K |
| 1719021875_314_13_150_701.wav | 988K |
| 1719078184_314_13_56_124.wav | 820K |
| 1719086782_324_12_188_565.wav | 619K |
| 1719100964_314_13_150_949.wav | 664K |
| 1719108627_324_12_194_484.wav | 875K |
| 1719165878_324_13_205_367.wav | 701K |
| 1719194275_324_12_185_417.wav | 771K |
| 1719248841_314_12_165_42.wav | 990K |
| 1719258514_324_12_171_430.wav | 603K |
| 1719258835_324_12_190_702.wav | 1933K |
| 1719273732_314_12_242_589.wav | 630K |
| 1719281409_324_12_163_128.wav | 1183K |
| 1719344592_314_13_159_269.wav | 582K |
| 1719360026_314_13_203_73.wav | 1500K |
| 1719363796_324_12_189_640.wav | 406K |
| 1719364007_324_13_185_899.wav | 543K |
| 1719367636_324_13_69_811.wav | 1287K |
| 1719422530_324_13_160_515.wav | 1892K |
| 1719431567_324_13_66_30.wav | 806K |
| 1719449366_314_12_157_971.wav | 1064K |
| 1719454416_324_12_191_525.wav | 794K |
| 1719456511_324_13_170_470.wav | 339K |
| 1719501723_324_12_170_559.wav | 255K |
| 1719515015_324_13_51_549.wav | 1435K |
| 1719519717_324_13_135_138.wav | 373K |
| 1719520647_324_13_166_718.wav | 839K |
| 1719533084_314_13_135_87.wav | 1748K |
| 1719535231_5000_13_154_180.wav | 293K |
| 1719535655_5000_12_186_554.wav | 1707K |
| 1719536532_5000_13_219_436.wav | 1273K |
| 1719542483_324_13_62_984.wav | 1759K |
| 1719584541_324_13_219_682.wav | 511K |
| 1719598434_324_12_157_287.wav | 714K |
| 1719601564_324_12_188_642.wav | 726K |
| 1719602708_324_12_243_229.wav | 2314K |
| 1719603896_324_13_190_175.wav | 1550K |
| 1719606362_324_12_186_690.wav | 636K |

| | |
|---|---|
| 1719607502_324_12_154_849.wav | 298K |
| 1719607655_324_13_196_81.wav | 535K |
| 1719621590_314_12_72_775.wav | 2146K |
| 1719624635_314_13_153_616.wav | 2175K |
| 1719629278_324_13_196_736.wav | 386K |
| 1719683567_324_12_190_154.wav | 2388K |
| 1719684792_324_12_198_669.wav | 707K |
| 1719685206_324_12_197_527.wav | 1892K |
| 1719689094_324_12_181_353.wav | 1185K |
| 1719693859_314_12_198_70.wav | 832K |
| 1719706188_314_12_189_706.wav | 1269K |
| 1719712619_325_13_185_256.wav | 2349K |
| 1719768421_324_12_161_924.wav | 2365K |
| 1719769639_324_13_205_707.wav | 1261K |
| 1719777877_314_12_73_139.wav | 1707K |
| 1719778765_314_13_130_6.wav | 1757K |
| 1719779821_314_12_181_910.wav | 377K |
| 1719792778_314_12_73_684.wav | 2318K |
| 1719799146_314_12_133_709.wav | 1339K |
| 1719845187_324_13_66_394.wav | 1750K |
| 1719854186_324_12_199_536.wav | 1322K |
| 1719865621_324_13_63_400.wav | 230K |
| 1719866123_314_12_72_207.wav | 1427K |
| 1719878698_314_13_205_986.wav | 2412K |
| 1719886821_325_12_192_302.wav | 1191K |
| 1719940081_324_12_187_579.wav | 960K |
| 1719948801_324_13_185_250.wav | 812K |
| 1719952501_325_12_73_525.wav | 740K |
| 1719965222_314_12_153_884.wav | 410K |
| 1719972140_324_12_193_41.wav | 1482K |
| 1720027315_324_12_162_725.wav | 1447K |
| 1720030586_324_13_160_812.wav | 1652K |
| 1720031433_324_13_158_132.wav | 1552K |
| 1720035910_314_13_71_751.wav | 646K |
| 1720039478_324_12_199_185.wav | 255K |
| 1720056727_314_12_180_441.wav | 2191K |
| 1720061115_324_13_129_929.wav | 683K |
| 1720102808_324_13_68_709.wav | 1205K |
| 1720114168_315_12_165_656.wav | 310K |
| 1720125087_323_12_157_523.wav | 865K |
| 1720137625_314_12_159_163.wav | 1072K |
| 1720146176_324_12_178_684.wav | 1439K |
| 1720200867_324_12_186_403.wav | 1802K |
| 1720209346_314_12_180_660.wav | 2343K |
| 1720211415_324_12_159_82.wav | 521K |
| 1720224038_314_13_171_8.wav | 769K |

| | |
|---|---|
| 1720232212_324_13_56_81.wav | 1505K |
| 1720233004_324_12_198_427.wav | 1785K |
| 1720285937_324_12_192_350.wav | 744K |
| 1720295907_324_12_175_368.wav | 656K |
| 1720298734_323_12_180_879.wav | 1117K |
| 1720310525_314_13_131_204.wav | 1019K |
| 1720319597_324_13_159_984.wav | 869K |
| 1720363297_324_13_66_481.wav | 1074K |
| 1720364856_324_13_130_12.wav | 496K |
| 1720365120_324_12_166_153.wav | 1066K |
| 1720374745_324_13_172_279.wav | 386K |
| 1720384230_325_13_160_915.wav | 378K |
| 1720402629_326_12_188_737.wav | 873K |
| 1720406256_326_12_169_285.wav | 1058K |
| 1720458955_132_12_173_903.wav | 1796K |
| 1720463981_326_12_153_21.wav | 1818K |
| 1720465557_316_12_154_858.wav | 171K |
| 1720466146_316_12_194_781.wav | 1060K |
| 1720468161_316_12_73_247.wav | 421K |
| 1720483751_132_13_160_659.wav | 468K |
| 1720492403_313_12_223_781.wav | 513K |
| 1720547691_316_13_185_94.wav | 1576K |
| 1720554329_326_13_212_128.wav | 919K |
| 1720570919_313_13_69_264.wav | 1080K |
| 1720578133_326_12_187_615.wav | 1476K |
| 1720579565_132_13_203_858.wav | 156K |
| 1720579749_313_13_203_653.wav | 128K |
| 1720632324_326_12_164_374.wav | 584K |
| 1720639485_313_13_152_916.wav | 632K |
| 1720656111_313_12_139_79.wav | 822K |
| 1720664546_132_12_224_70.wav | 849K |
| 1720708874_326_12_192_133.wav | 826K |
| 1720718827_313_13_184_977.wav | 648K |
| 1720729051_313_13_132_281.wav | 390K |
| 1720742631_313_12_246_795.wav | 990K |
| 1720751802_5000_12_138_594.wav | 791K |
| 1720811345_313_12_71_822.wav | 539K |
| 1720812960_5000_13_139_557.wav | 1226K |
| 1720813662_5000_12_72_320.wav | 804K |
| 1720829640_326_12_152_54.wav | 953K |
| 1720836006_313_12_161_600.wav | 1484K |
| 1720892788_326_12_191_478.wav | 437K |
| 1720902169_5000_13_53_208.wav | 525K |
| 1720917426_313_12_186_146.wav | 789K |
| 1720922805_326_13_56_6.wav | 970K |
| 1720924848_313_13_172_567.wav | 496K |

| | |
|---|---|
| 1720966374_326_13_135_604.wav | 851K |
| 1720986888_313_13_152_28.wav | 365K |
| 1721006541_313_12_189_540.wav | 1064K |
| 1721011051_313_13_131_654.wav | 1261K |
| 1721063463_313_13_153_245.wav | 222K |
| 1721064888_313_13_59_335.wav | 1222K |
| 1721068668_313_13_55_331.wav | 679K |
| 1721075060_313_13_203_232.wav | 585K |
| 1721088526_313_12_185_96.wav | 1365K |
| 1721095658_326_13_203_592.wav | 1271K |
| 1721098627_313_12_167_14.wav | 433K |
| 1721141223_313_12_167_468.wav | 919K |
| 1721162290_132_12_193_25.wav | 628K |
| 1721174819_313_13_154_420.wav | 1783K |
| 1721176126_326_12_194_641.wav | 377K |
| 1721182545_326_12_182_336.wav | 371K |
| 1721226088_326_13_132_261.wav | 941K |
| 1721243280_316_12_175_276.wav | 769K |
| 1721248443_326_13_172_165.wav | 908K |
| AdjMmsEng.dll | 1998K |
| agm_style.css | 1K |
| AudioDjStudio.dll | 480K |
| AudioSoundEditor.dll | 404K |
| AUTORUN.INF | 0K |
| AutorunPro.exe | 106K |
| AxInterop.WMPLib.dll | 60K |
| CrcLib.dll | 4K |
| ICMVCODEC (2).MSI | 101K |
| ICMVCODEC.MSI | 101K |
| ICM_report.xml | 593K |
| Interop.WMPLib.dll | 332K |
| ListViewPrinterCtl.dll | 29K |
| Microsoft.DirectX.DirectSound.dll | 174K |
| PLAYER.exe | 735K |
| PLAYER.resources.dll | 40K |
| SmartProgBar.dll | 19K |
| TrackBar.dll | 32K |
| WaveExCtrl.Net.dll | 352K |

### *Douglas Jail Calls\en-AU*

| Name | Size |
|---|---|
| PLAYER.resources.dll | 52K |

### *Douglas Jail Calls\es-MX*

| Name | Size |
|---|---|
| PLAYER.resources.dll | 40K |

***Douglas Jail Calls\fr-FR***

| Name | Size |
|---|---|
| PLAYER.resources.dll | 40K |

***Douglas Videos with Transcription Imposed***

| Name | Size |
|---|---|
| 10_24_23 - masturbation video - 6e89b15e-e203-49a7-8dcb-c94071b67a8c.mp4 | 2309K |
| 10_26_23 - injury video - 4b8db6d4-9eb1-480f-89c2-2655499611e3.mp4 | 10943K |
| 11_21_23 - masturbation video - 0357259c-d515-4797-aeff-ef6d99945063.mp4 | 14897K |
| 12_10_23 - masturbation 1 video - acaa329c-76c5-40a8-ad77-cd67c80327d9.mp4 | 39287K |
| 12_10_23 - masturbation 2 video - f3ea9348-7b53-41eb-b085-cf1acab70215.mp4 | 15057K |
| 12_10_23 - masturbation 3 video - 1fbb2068-787b-416b-9524-f819624ae3bd.mp4 | 13543K |

Please contact the undersigned Assistant United States Attorney if any pages are missing.

Respectfully submitted,

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

By:   _s/Gregory Schiller_____
        Gregory Schiller
        Assistant United States Attorney
        Florida Bar No. 0648477
        500 S. Australian Ave., Suite 400
        West Palm Beach, FL 33401
        Email: gregory.schiller@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 13, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record on the attached Service List in the manner specified.

s/*Gregory Schiller*
Gregory Schiller
Assistant United States Attorney

### SERVICE LIST
United States v. MICHAEL GORDON DOULGAS
Case No. 23-CR-80219-CANNON
United States District Court
Southern District of Florida

| Party | Counsel |
|---|---|
| Plaintiff:<br>United States | Gregory Schiller<br>Assistant United States Attorney<br>500 S. Australian Ave., Suite 400<br>West Palm Beach, FL 33401<br>Email: gregory.schiller@usdoj.gov<br>**via Notice of Electronic Filing generated by CM/ECF** |
| Defendant:<br>Eric Raymond Bahre | John D. Kirby, Esq.<br>The Law Office of John D. Kirby<br>401 West A. Street, Suite 1150<br>San Diego, CA 92101<br><br>John R. Howes, Esq.<br>Howes Law Group, P.A.<br>110 SE 6th St., Suite 1700<br>Ft. Lauderdale, FL 33301<br>Email: FloridaLawyer@outlook.com<br>**via Notice of Electronic Filing generated by CM/ECF** |