12-12-24

FILED BY ___ D.C.
DEC 16 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

Judge Cannon
U.S. Courthouse
Chamber 4044
101 S. U.S. Hwy 1
Fort Pierce, FL 34950

Your honor, I request that you please assign a Federal Defender in my case. The case # is: 9:23CR80219 AMC.

My attorney John Kirby has misrepresented me, and at this time can no longer afford a paid attorney.

Along with Mr. Kirby no longer representing me his in State Florida liaison will NO longer represent me in John Howes.

I am currently at FDC Miami, FL.

*Michael G. Douglas* (signature)

Michael G. Douglas



Michael G Douglas
#10354506
DC Miami
Po Box 019120
Miami, FL 33101

RECEIVED
DEC 16 2024
CLEARED FTP
N-RAY

The Honorable Judge Aileen Cannon
United States Courthouse
Chamber 4044
101 South U.S. Highway 1
Ft. Pierce, FL 34950

MIAMI FL 330
13 DEC 2024 PM 4 L

34950-420901