UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MICHAEL GORDON DOUGLAS,
    a/k/a "DaddyBreedsFam",
    a/k/a "Michael",

    Defendant.
_____/

## ORDER CONTINUING TRIAL

**THIS CAUSE** comes before the Court following the Motions to Withdraw as Defense Counsel and Defendant's Pro Se Motion for Appointment of the Federal Defender [ECF Nos. 97–99]. To permit adequate consideration of those Motions, referred to Magistrate Judge McCabe for expedited disposition [ECF No. 100], the Court finds it necessary and in the interests of justice to continue the current trial date of January 13, 2025, as follows. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the case is hereby set for a Criminal Jury Trial at Alto Lee Adams, Sr. United States Courthouse, 101 South U.S. Highway 1, Courtroom 4008, Fort Pierce, Florida 34950, during the two-week period commencing **February 10, 2025**, or as soon thereafter as the case may be called. A **Calendar Call** will be held at **1:45 p.m. on Tuesday, February 4, 2025,** at the same location. This continuance serves the interests of justice and is

warranted in light of the pending motions noted above. 18 U.S.C. § 3161(h)(1)(D), (7)(A).[1]  As a result, the period of delay resulting from this continuance—*i.e.*, from the date of this Order, December 16, 2024, to the date trial commences—shall be excluded in computing time under the Speedy Trial Act.  *Id*.  **Defense counsel shall transmit a copy of this Order to Defendant**.

      **DONE AND ORDERED** in Chambers in Fort Pierce, Florida, this 16th day of December 2024.

                                                          AILEEN M. CANNON
                                                          **UNITED STATES DISTRICT JUDGE**

cc: counsel of record

---

[1] The Court also notes two pending Motions to Suppress [ECF Nos. 46–47], which were heard during a prior evidentiary hearing and will be denied by separate Order.  Defendant's Motion to Exclude Prior Conviction [ECF No. 48] has not been the subject of a hearing but will be heard as indicated by separate Court order.