UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.    23-80219-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

MICHAEL GORDON DOUGLAS,
    Defendant.
_____ :

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below.   Please send all notices and inquiries to this attorney at the address listed.

    Respectfully submitted,

    HECTOR A. DOPICO
    Federal Public Defender

    *s/ Scott Berry*
    Scott Berry
    Assistant Federal Public Defender
    Attorney for the Defendant
    Florida Bar No. 0525561
    250 South Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    (561) 833-6288 - Telephone
    Scott_Berry@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on January 6, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Scott Berry*
Scott Berry