UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
vs.

**MICHAEL GORDON DOUGLAS,**
    a/k/a "DaddyBreedsFam",
    a/k/a "Michael"

    Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE TRIAL

**THIS CAUSE** comes before the Court upon the Defendant's Unopposed Motion to Continue Trial [ECF No. 110]. The Court has reviewed the Motion and is otherwise fully advised. Following that review, it is

**ORDERED AND ADJUDGED** that Defendant's Unopposed Motion to Continue Trial [ECF No. 110] is **GRANTED** for the reasons stated in the Motion, including the acknowledgement by Defendant that the period of this continuance should be excluded under the Speedy Trial act to serve the ends of justice [ECF No. 110 ¶ 14]. As a result, the Court finds that the period of delay resulting from this continuance—*i.e.,* from the date the Defendant's Motion was filed, January 15, 2025, to the date trial commences—is excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161.

The parties shall adhere to the following pre-trial and trial schedule:

1. Calendar call will be held on **Tuesday, April 29, 2025, at 1:45 pm.** The case is set for **Jury Trial** during the two-week trial period that begins **May 5, 2025,** in the Fort

CASE NO. 23-80219-CR-CANNON

    Pierce Division.

2. The pre-trial motions deadline for both parties expired in July 2024 and is not extended by this Order [ECF Nos. 41, 44].

3. All other instructions set forth in the Court's Omnibus Order Setting Trial [ECF No. 20] remain in effect except as modified by this Order.

4. The parties are reminded to adhere to the Court's Local Rules in all respects.

5. **No additional continuances of trial will be granted absent extraordinary circumstances.**

    **DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 27th day of January 2025.

                                           **AILEEN M. CANNON**
                                           **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record