# CURRICULUM VITAE
## CHARLES DENIS HOWARD, MD, MMM, CHCQM, FAIHCQ, FABQAURP

(Master of Medical Management, Certified Health Care Quality Manager,
Fellow American Institute of Healthcare Quality Management, Fellow of the American
Board of Quality Assurance, Utilization Review Physicians).
Diplomate and Senior Analyst American Board of Disability Analysts,
Expert Witness-Correctional Medicine
cdhowardnh@gmail.com

Current Address:     20201 East Country Club Drive, Apt. 2005, Aventura, FL 33180
Telephone:           603-566-0896 (cell)     Foreign Language Spoken:  Spanish

## EDUCATION:

### POST MEDICAL DEGREE GRADUATE TRAINING

12/2015 **Certified Health Care Quality Manager**
12/2015 **FELLOW American Institute of Health Care Quality Management**
10/2005 **BOARD CERTIFIED: American Board of Quality Assurance Utilization Review**
         **Physicians, Fellow**
8/2001 **Master of Medical Management:** H. John Heinz School of Public Policy and
        Management, Carnegie Mellon University, Pittsburgh, PA
8/2000 **Capstone Course: Graduate Certificate in Medical Management** H. John Heinz School of
        Public Policy and Management Carnegie Mellon University, Pittsburgh, PA
  **American College of Physician Executives** (Now American Association for Physician Leadership)
   Completed Pre-Requisites for above Certificate and Degree:
7/2000   Informatics: (Medical Computer Technology)
5/2000   Managing Physician Performance,   5/2000   Ethics
2/2000   Physician in Management II
1/2000   Managing Change,                   1/2000   Health Law
11/1999 Three Faces of Quality
9/99-10/1999 Organizational Politics,        9/99-10/1999 Physician in Management I
9/98-7/1999   **Johns Hopkins Business of Medicine Certificate Program:**
     Managed Care: Perspectives and Practices      Accounting for Decision Making in Medicine
     Managerial Finances for Medical Services      Leadership and Organizational Behavior

### MEDICAL DEGREE TRAINING

7/81-6/1982 **Fellowship:**  Corneal and External Diseases, Tufts New England Medical Center
         Boston, Massachusetts
7/78-6/1981 **Residency:**  Ophthalmology, Erlanger Medical Center, T.C. Thompson Children's
         Hospital, Willie D. Miller Eye Center, Chattanooga, Tennessee, University of Tennessee
7/77-6/1978 **Internship:**   Flexible, Long Island College Hospital, Brooklyn, New York,
         State University of New York Downstate Medical Center, Brooklyn, NY.
6/76-7/1977 **Fifth Pathway:**  Long Island College Hospital, Brooklyn, New York. State University of
         New York Downstate Medical Center, Brooklyn, New York 7/76 -6/77
6/72-6/1976 **Medical Education**: Universidad Autonoma de Guadalajara, Mexico
          Degree: Physician-Surgeon
9/69-6/1973 **Pre-Medical Education**:  Queens College, City University NY, Bachelor of Arts

Charles D. Howard, MD

## PROFESSIONAL BOARD CERTIFICATIONS

<u>American Board of Disability Analysts Diplomate and Senior Analyst</u>
<u>American Board of Quality Assurance and Utilization Review Physicians – Fellow- Certified</u>
<u>American Board of Ophthalmology Eligible</u>
<u>American Institute for Healthcare Quality Management– Fellow</u>

## <u>UNIVERSITY POSITIONS</u>

Assistant Professor School of Health and Wellness, Barry University PA Program May 2023-Present
Adjunct Professor, Barry University, Miami, Florida 2019-2023
Clinical Preceptor for Chamberlain University Nurse Practitioner Program
Clinical Preceptor for Barry University Physician Assistant Program

## PROFESSIONAL MEDICAL PRACTICE

**12/2016-11/30/2022 Clinical Director, Federal Detention Center Miami, Florida** Managing all aspects of Medical Clinic for as many as 1500 Pre-Trial, Pre-Sentence, Holdover, and Designated inmates. Cover night calls.   National Ophthalmology Consultant Federal Detention Center Miami, Florida

**11/2002-12-2016 Medical Officer Ophthalmology, Federal Medical Center Devens, Ayer MA,** Medical Officer, Ophthalmology, National Ophthalmology Consultant, General Medical Officer managing 120 patients in Camp Housing Unit and accomplishments listed below. Take Night call in rotation.

7/82-12/2004 **Private Solo Practice** Ophthalmology, Nashua, New Hampshire.

1984: Researched, sourced, installed and maintained first computerized medical practice in Southern NH .

1985: Installed, operated & managed 1st multi-node network in a Nashua, NH medical practice

1998: Became first medical practice in area to be fully Y2K compliant with a 3 node network.

1999: Founded and operated Medical Computer Consultants, for small Physician offices

## <u>Professional Accomplishments (Within the Federal Bureau of Prisons):</u>

11/2002-11/2022 **Manage Chronic Care Clinics and Intake History and Physicals (1500 patients).**

11/2002-11/2022 **Primary Care Physician** in outpatient setting with a 12 bed inpatient Long Term Care Unit, **Psychiatric** Unit and Camp Prison Population, including emergency night and weekend call.

11/02/2002-11/2022: **Provide intermittent professional Medical and Ophthalmology education** to Institution Health Services staff.

11/2002-12/2016: **Acted as Clinical Director** at FMC Devens when Clinical Director was not in attendance and functioned as "de-facto" Assistant Clinical Director on an as needed basis.

11/2002-12/2016 **Evaluate** and treat inmate population of over 1300 previously seen outside the Facility annually.   This resulted in decreasing outside medical trips decrease from 108 per month to two or three per month (approximately 36/year).   These visits require only sub-specialty eye care. This also **significantly decreasing the security risk at the institution while saving over $1,000,000 in both Medical Care, and Custody costs annually.**

11/2002-12/2016: **Deliver routine eye care** to inmates at FMC Devens on an "as needed" or "as requested" basis. This saved the institution contract physician fees, and ensures security by using staff personnel to perform this task.

11/2002-12/2016: **Teach students** on rotation from the University of Massachusetts School of Pharmacy & Rhode Island School of Pharmacy.   Students on rotation included Schools of Allied Health Professions (Mid-Level Practitioners, Nurse Practitioners and Physician Assistants)

2002-2016: Utilization Review of Medical and Surgical cases for Northeast region on a regular basis saving unnecessary outside trips and maintaining institution security.

2002-2016: Assisted development of successful HIV testing program at FMC Devens resulting in over 90% of new arrivals being HIV tested as reported in the BOP Quality Management Newsletter.

Charles D. Howard, MD

11/2002-11/2022: **Complete Mortality Reviews on** all mortalities at the Medical Center and the Detention Center. Performed comprehensive chart reviews for complex, multi-morbidity patient cases. Prepared and presented these cases at Mortality Review Committee Meetings (FMC Devens and FDC Miami).

12/2002: **Develop & manage** spatial design & construction of 21st Century Eye Clinic, FMC Devens

12/2002: **Develop a computerized Ophthalmology medical record system** for the eye clinic at no cost to the BOP. This system also provides statistical records of exams performed at other institutions.

1/2003-12/2016: **Expand services to all Northeast Region institutions** intermittently annually as a staff assist (temporary duty assignment), eliminating security risks of outside trips. This saved each institution at least $45,000-$60,000 per visit.

1/2003-12/2016: **Present multiple "Centra" Web Conferences** to Clinical Directors, Medical and Allied Health Care staff attending from over 120 Institutions, Regional and Central Offices.

1/2003-12/2016: **Manage all Utilization Review functions** for 1300 patient population Medical Center. Monitored inpatient hospitalizations, Length of Stay, outside consultant processing and monitoring follow up visits, labs, and special studies.   Prepared patient care notes, wrote pre op, post op as well as post hospitalization orders, and meeting minutes. Presented cases at weekly Multi-Disciplinary meetings. Instituted and utilized InterQual program criteria for appropriate consult requests.

2004: **Present Proposal** to Regional & Central Office **for Mobile Ophthalmology Clinic** to be used regionally and Nationally

2/2004-**Develop National Ophthalmology Practice Guidelines** for the Bureau of Prisons. Introduced them to a National audience of 120 Institutions via a CENTRA (Webinar) conference.

2005-2015: **Presentations: Ophthalmology Training at multiple National Meetings** at the Bureau of Prisons for Mid-Level Practitioners and Nursing Personnel. Power Point Presentations posted on National BOP Web site include:
- Emergency Eye Care, Routine eye issues,
- Multiple "Train the Trainers" conferences, FMC Butner, NC and elsewhere
- Mid-level Practitioner Specialty Education San Antonio, Texas
- FCI Loretto Mid-Level Practitioner Ophthalmology Emergencies
- Clinical Director's Conference Atlanta, Georgia, and Virginia 2006

5/2014-**Revise National Ophthalmology Practice Guidelines** for Eye Care

2015- 2022: **Developed Eye section criteria for Bureau Electronic Medical Record** (BEMR) program. Consistently made recommendations and assist with improvements and modifications.

2016-2017: **Participated in developing a National BOP Rapid Needs Assessment, Functional Assessment Criteria and Disability Definitions for incoming and transferring inmates**

5/2016: **Present Tele-Ophthalmology Proposal** to Central Office

2016:.Commercial drivers require a physical exam by a **Certified Department of Transportation (DOT) Physician** every two years.   I obtained this Certification in 2016.

2016: Due to the National Opioid Epidemic, I have trained and became Certified to Prescribe and manage Suboxone. I have an **X-Waiver license** from the FDA.

2002-2022: As the only Full Time Staff Ophthalmologist in the Federal Bureau of Prisons for 20 years, I **extensively reviewed and evaluated subspecialty consultant cases** both locally and for other institutions. I also reviewed countless legal cases for the various Consolidated Legal Offices in Northeast and other regions as well as for Central Office to render expert opinion. Many of these reviews have resulted in Dismissal or decrease culpability level and consequently Court awards.

2002-2022:   **Facilitate follow up care** of complex medical, surgical and Ophthalmology cases with outside Medical and surgical subspecialists in ALL fields of Medicine and Surgery.

**2020:** Prepared a **COVID 19 Pandemic Power Point** that I **presented to Judges, and US Marshalls** Service in Southern District of Florida March 2020 (Copy provided upon request)

**2020: Instituted and Manage a Pandemic Program** at FDC Miami with population over the 2 years of approximately 30,000-40,000 inmates total.   The infection rate is no higher than 2%. Instituted **vaccine program** that assures all inmates are offered vaccine at their health screening Intake.

2002-2022: Provide detailed reports and serve as **Expert Witness** on Pre-Sentenced and Pre Trial cases Regarding **Federal Bureau of Prisons ability to manage** complex medical and surgical cases.

Charles D. Howard, MD

Correctional Experience Outside BOP
    Fellowship rotation included City and State inmates at a State Hospital in rotation.
    City and State Inmates frequently seen in resident clinics

**Other Professional Positions:**
   7/78-12/1984 Emergency Medicine, Fort Oglethorpe, GA, Cleveland, & Chattanooga, TN,
     Malden, & Hale Hospital, MA,  Nashua Memorial Hospital, NH
   1981-1985: Consultant: Harvard Community Health Plan, Boston, MA
   81-1982: General Medical Services Community Clinic, Boston, MA
   92-12/1993: Medical Officer, Fort Devens, MA Department of the Army
   91-1996: Locum Tenens ND, MI, CT, NH multiple locations and dates.
   99-2004 Owned and operated retail franchise with two locations, and a staff of up to 32.
   1/2023-Present: Owner MedAvise Consultants, LLC, Physician Consulting for Correctional Medicine.

## Professional Organization and Society Positions Held
   Served on contracts committee of Physician Hospital Organization (PHO)
    Successfully negotiated four third party contracts in first 2 years,
   Member of Medical Care Committee of PHO addressing quality and consistency issues.
   Elected by peers as President New Hampshire Society of Eye Physicians and Surgeons
   Elected by peers as Councilor from New Hampshire for the American Academy of Ophthalmology
   Elected as Associate Director New Hampshire Eye Bank, later as Director, New Hampshire Eye Bank
   Elected as Chairman, National Eye Care Project, for New Hampshire, Media Contact Person, American
     Academy of Ophthalmology for New Hampshire
   Serve as Peer Review Physician for the Northeast Healthcare Quality Foundation

## PROFESSIONAL EXAMINATIONS
   1/1976: ECFMG-Passed
   6/1977: FLEX - Passed, State of Connecticut

## PROFESSIONAL LICENSES   Full unrestricted Physician License since 1977
  No history of malpractice cases, nor disciplinary issues in any state.
   6/1982-Present:  Active: New Hampshire
   2020- Present: Active;   Florida
 Inactive:  Massachusetts May 1981   North Dakota   1992
       Michigan     January 2000    Connecticut    September 1977
       New York    March 1978      Tennessee      July 1978    Georgia    January 1980

   2002-2003: Real Estate Sales Person: NH
   2006-Present: Real Estate Principal Broker: NH

Charles D. Howard, MD


**PROFESSIONAL MEMBERSHIPS**     (Past and Present)

- American College of Emergency Physicians
- American Academy of Ophthalmology
- American Society of Cataract and Refractive Surgery
- American Medical Association
- Hillsborough County Medical Society
- New Hampshire Medical Society
- New Hampshire Society of Eye Physicians and Surgeons
  - Secretary-Treasurer 1986-1987 Vice President 1987-1988 President 1988-1989
- New Hampshire Eye Bank Associate Director, Director
- American Bar Association: Affiliated Professional

**Other Accomplishments**

- Assisted redesign of standardized ER forms in Tennessee and Georgia
- Instituted appropriate documentation on Cornea Service Harvard Health Plan
- Managed a 36-unit condominium association.  Recommended, advised, instituted risk management changes to bylaws.   Managed reconstruction project of $769,000 due to fire casualty loss.
- September 1997 American Academy of Ophthalmology Lifelong Education for the Ophthalmologist Continuing Education Recognition Award
- 1998 AMA Physician Recognition Award
- Continue to maintain a minimum of 50 CME credit hours/year

**Clinical Research**

- Clinical Investigator for multiple Intraocular Lens implant Manufacturers

**OTHER**

- Boy Scouts of America - Star Scout, Explorer
  - Leadership: Assistant Scoutmaster, Associate Explorer Advisor
- Order of the Arrow, Boy Scouts of America: Brotherhood Member
- National Fraternity: Mu Sigma Chapter, Sigma Alpha Mu Fraternity

**Additional Corporate Integrity and Quality Programs**

- April 1998, NH Medicare Risk, Making It Work, Tufts University, School of Medicine
- September 1999- Risk Aware for Physicians Maine Medical Mutual Insurance Company

(CME Continued on following page)

Charles D. Howard, MD

**CME courses: (Minimum 50 hours/year)**

American Association for Physician Leadership Course Decisive Leadership January 2015
American Board of Quality Assurance and Utilization Review Physicians: Survive and Thrive in the Changing Healthcare Environment December 2015
University of Florida College of Medicine Topics in Glaucoma Issue 1 September 2015, Issue 3 December 2015
University of Massachusetts Palliative Care An Overview April 15, 2015
National Registry of Cerified Medical Examiners Training Program September 2014
American Society of Cataract and Refractive Surgery:
 Developing the Latest Point of Care Ocular Surface Testing Advanced Decisions/Diagnostics Oct 2014
 The Neglected Refractive Interface: Tear Film on Cataract Surgery Outcome December 2014
University of Massachusetts Interprofessional Geriatric Teams December 2014
University of Massachusetts Polypharmacy and Medication Simplification November 2014
Lumenis Training on the Selecta II SLT Laser November 2012
World Glaucoma Congress, Boston, MA July 2009
Advanced Cardiac Life Support July 2007, December 2009, 2011, 2013, 2015
Diabetic Retinopathy "Reporter" Program January 2008
American Board of Quality Assurance and Utilization Review Physicians Recertification January 2008, December 2009, 2011, 2013, 2015
Recognition and Treatment of ADHD in Adolescents and Adults March 2009
Certificate Course in Patient Safety and Prevention of Medical Errors December 2007
Illinois Eye Review, University of Illinois at Chicago March 2008
New Validated Glaucoma Prediction Models: Advances in Risk Assessment December 2007
Northeast Health Care Quality Foundation Peer Review Activities Calendar years 2003, 2004, 2006\
Understanding Osmoprotection in the Advanced Approach to Dry Eye Treatment May 2007
State of the Art Management of Chronic Dry Eye April 2007
Clinical Insights in Diabetes March 2007
Improving Outcomes in Benign Prostatic Hypertrophy August 2006
Understanding Mechanisms and Emerging Management Strategies in Diabetic Retinopathy March 2007
Exudative Age Related Macular Degeneration March 2007
Immunology and Inflammatory Disease Waterville, Maine July 2004
Building an Extraordinary Health Care Organization Tampa, Florida May 2005
Medical Management Systems Innovation Orlando, Florida May 2006
Retinopathy Reporter an Expert Dialogue on Diabetic Retinopathy Spring 2006
Retinopathy Reporter an Expert Dialogue on Diabetic Retinopathy Summer 2006
Heidelberg Retinal Tomography Internet Training January 2007
Review of Ophthalmology Glaucoma Therapy October 2006
Maximizing Compliance in Your Glaucoma Patients September 2004
John Hopkins Age Related Macular Degeneration Looking into the Future January 2007
Advanced Data Analysis Heidelberg Engineering March 2004
Image Acquisition and Quality HRT II, Heidelberg Engineering March 2004
Neuro-Ophthalmology Seminar, Colby College, Maine July 2005
Changing the NSAID Paradigm    October 2005
Ocular Imaging for Glaucoma November 2005
InterQual Care Plan, Behavioral Health, DME Training August 2006

Additional or more current CME information provided upon request.

Charles D. Howard, MD