UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

**UNITED STATES OF AMERICA,**

vs.

**MICHAEL GORDON DOUGLAS,**

    **Defendant.**
_____/

**UNITED STATES' NOTICE OF RE-ASSIGNMENT**

Undersigned counsel, Assistant United States Attorney Justin Chapman, hereby files this Notice of Re-assignment as counsel of record for the United States of America in this cause. The prior counsel for the United States, Assistant United States Attorney Gregory Schiller, is no longer counsel of record for the United States in this matter.

                                    Respectfully submitted,

                                    HAYDEN P. O'BYRNE
                                    UNITED STATES ATTORNEY

                             By: _/s/ Justin Chapman_____
                                Justin Chapman
                                Assistant United States Attorney
                                FL Bar No. 85778
                                United States Attorney's Office
                                500 S. Australian A venue #400
                                West Palm Beach, Florida 33401
                                (561) 209-1022
                                Justin.chapman4@usdoj.gov

1

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing was served via CM/ECF on March 7, 2025.

By: *Justin Chapman*
Justin Chapman
Assistant United States Attorney