UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80219-AMC

UNITED STATES OF AMERICA,

vs.

MICHAEL GORDON DOUGLAS,

    Defendant.
_____/

## UNITED STATES' NOTICE OF APPEARANCE

Undersigned counsel, Assistant United States Attorney Adam McMichael, hereby files this Notice of Appearance as counsel of record for the United States of America in this cause and asks that he receive all copies of documents filed in connection with this case.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: */s/ Adam McMichael*
ADAM McMICHAEL
Assistant United States Attorney
Florida Bar No. 0772321
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401
Tel: (561) 820-8711
Fax: (561) 820-8777
Adam.mcmichael@usdoj.gov