UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cr-80219-AMC

UNITED STATES OF AMERICA

    v.

MICHAEL GORDON DOUGLAS,

    Defendant.
_____/

## NINTH SPEEDY TRIAL REPORT

The United States of America hereby files this Ninth Speedy Trial Report. The Speedy Trial Act requires that a defendant's trial commence within seventy days from the date of the "indictment, or from the date the defendant has appeared before a judicial officer of the court in which such charge is pending, whichever date last occurs." *See* 18 U.S.C. § 3161(c)(1).

1. Date that Defendant was indicted:      December 19, 2023

2. Date that Defendant appeared before judicial officer in S.D. Fla.:      February 29, 2024

3. Total number of days between initial appearance in S.D. Fla. and May 5, 2025 trial date:      431 days

4. Total number of days tolled or excluded from speedy trial time due to the filing of Defendant's motion to continue on March 26, 2024 (DE 26), granted by the Court on April 1, 2024 (DE 27), the filing of the government's motion to continue on July 29, 2024 (DE 74), granted by the Court on August 6, 2024 (DE 80), and the filing of the Defendant's motion to continue (DE 110), granted by the Court on January 27, 2025 (DE 112):      405 days

5. Elapsed Speedy Trial Time as of today, April 7, 2025:      26 days

6. Last date on which trial may be set for MICHAEL GORDON DOUGLAS without tolling or excluding additional time:      June 18, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Justin Chapman*
Justin Chapman
Assistant United States Attorney
FL Bar No. 85778
justin.chapman4@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 7, 2025, I filed the foregoing document with the Clerk of the Court through CM/ECF.

/s/ *Justin Chapman*
Justin Chapman
Assistant United States Attorney