# Curriculum Vitae
## Special Agent Scott J. Unger

**Office Information**

Address: HSI SAC Miami Office, 11226 NW 20th Street, Miami, Florida 33172

Employment Date: 10/23/2011
Agency: Homeland Security Investigations – ASAC West Palm Beach

**Professional Certifications**

GIAC Certified Forensic Examiner (GCFE)
    Certification Number: 10006
    Certifying Authority: Global Information Assurance Certification (GIAC)
    Certification Date: 12/17/2024

Computer Forensic Agent
    Certification Number: N/A
    Certifying Authority: Department of Homeland Security
    Certification Date: 07/16/2021

Forensic Explorer Certified Examiner
    Certification Number: N/A
    Certifying Authority: GetData Forensics
    Certification Date: 07/01/2021

CompTIA A +
    Certification Number: COMP001021625671
    Certifying Authority: CompTIA
    Certification Date: 03/16/2020

**Professional Training**

CPS Core Technology Training
    Vendor: Child Rescue Coalition
    Training Date: 03/05/2025
    Certificate Earned

SANS FOR500 - Windows Forensic Analysis
    Vendor: SANS Institute
    Training Date: 08/16/2024
    Certificate Earned

SANS Virtual NetWars
   Vendor: SANS Institute
   Training Date: 09/29/2022
   Certificate Earned

Grayshift University - Bruteforce and Unlock Technologies
   Vendor: Grayshift
   Training Date: 08/22/2022

Basic Mobile Device Evidence Recovery Training
   Vendor: DHS HSI
   Training Date: 07/30/2021

Cellebrite UFED4PC and Physical Analyzer Training
   Vendor: DHS HSI
   Training Date: 07/30/2021

Basic Computer Evidence Recovery Training
   Vendor: HSI, IRS, USSS
   Training Date: 07/16/2021
   Certificate Earned

AX200 Magnet AXIOM Examination
   Vendor: Magnet Forensics
   Training Date: 07/12/2021
   Certificate Earned

Sumuri Recon
   Vendor: DHS HSI
   Training Date: 06/11/2021

OSTriage
   Vendor: IcacCops
   Training Date: 03/30/2021

Cellebrite UFED4PC and Physical Analyzer Training
   Vendor: DHS HSI
   Training Date: 08/29/2018
   Certificate Earned

ICE Special Agent Training Course ICESAT-212
   Vendor: FLETC
   Training Date: 07/31/2012
   Certificate Earned

Criminal Investigator Training Program CITP-210
    Vendor: FLETC
    Training Date: 05/15/2012
    Certificate Earned

## Education

Florida Atlantic University, Boca Raton, FL
    BA Criminal Justice (2011)

## Federal Law Enforcement Experience

| <u>Homeland Security Investigations</u> | <u>2011 – Present</u> |
|---|---|
| Special Agent / Computer Forensics Agent<br>Special Victims Group, West Palm Beach, FL | 2023 - Present |
| Special Agent / Computer Forensic Agent<br>Miami Computer Forensics Group, Miami, FL | 2021-2023 |
| Special Agent<br>Public Safety Group, Ft. Lauderdale, FL | 2017-2021 |
| Special Agent<br>Miami International Airport, Miami, FL | 2011-2017 |

As a Special Agent with HSI, I am responsible for conducting a wide range of investigative activities that include narcotics smuggling, financial investigations, fraud, human smuggling, human trafficking, and a wide range of immigration violations (e.g. visa, passport, and naturalization fraud, and large-scale document and benefit fraud). I was selected as a Computer Forensics Agent and subsequently received specialized training by the DHS through the Treasury Computer Forensics Training Program in June 2021. The training included a CompTIA certification as well as training in computer forensics techniques. These techniques consisted of forensic imaging of digital devices; to include computers, mobile devices, and storage devices. This training also focused on the operation and use of several commercially available Computer Forensics Software Suites.