FILED BY ___ D.C.
APR 24 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. PIERCE

23cr80219-AMC

April 20, 2025

Linda Douglas
525 W. El Norte Pkwy #75
Escondido CA 92026
lindad5@usa.net

The Honorable Aileen Cannon
101 S US Highway 1, Ste. 4400
Fort Pierce, FL 34950-4209

RE: Inmate Michael Douglas
#281926

Your Honor,

I'm writing to you to kindly release my son on bond for life saving surgery. He is Michael Douglas, inmate #281926 at Port St. Lucie Jail.

Michael has developed cervical stenosis since being jailed. It is when the bones in the neck narrow and push on the nerves in the neck. He is now in stage 4 where paralysis is setting in. He has lost most of the feeling from the waist down. He's losing feeling in his head.

Due to muscle spasms he is in continuous pain. The next phase is becoming a quadroplegic. That will be followed by death.

Page 2

We believe he also has a torn rotator cuff when a ball was tossed his way when he was walking and he put up his right arm to stop it from hitting him. He needs an MRI on that. He was told he won't get one and to live with it.

He has asked to get an MRI of his neck currently and he has been told no.

I've looked up his 8th Amendment right and apparently inmates are to get medical care for a progressive medical condition — I'm sure you know this Amendment well.

I was told by his Public Defender Scott Berry that he submitted a motion to you regarding his medical condition as well as medical information. Dr. Charles Howard, an inmate advocate for medical problems, out of Miami, did a synopsis that was included in the motion.

On another note — Michael has Medical which is like Medicaid but only accepted in California where he lived. Florida does not accept it. Unfortunately the surgery for cervical stenosis is expensive.

Would you kindly look at the

Page 3

submitted motion or revisit it and consider letting my son bond out for the life saving surgery?

I understand your hesitation to let him bond out to have the surgery. I'm sure you will be concerned he will not return to Florida for his trial.

It's only my word and Michael's but I guarantee I will have him returned to Florida as soon he is cleared by his doctors.

Neither he nor I want you in a position where you allow the bond and he wouldn't honor your request to return for trial.

Thank you for your consideration —

Sincerely —

*Linda Douglas*
Linda Douglas

Linda Douglas
525 W. El Norte Pkwy #75
Escondido, CA 92026

RECEIVED
APR 24 2025
FTP
CLEARED N-RAY

The Honorable Aileen Cannon
101 S US Highway 1, Ste. 4400
Fort Pierce, FL 34950-4209

SAN DIEGO CA 920
21 APR 2025 PM 5 L

34950-420901

