UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

    Defendant.
_____/

**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION OF BOND; DENYING DEFENDANT'S PRO SE MOTION FOR RELEASE; AND GRANTING DEFENDANT'S MOTION TO SEAL MEDICAL RECORDS**

**THIS CAUSE** comes before the Court upon Defendant's Motion for Reconsideration of Bond or Other Relief Regarding Defendant's Medical Condition [ECF No. 114]; Defendant's Motion to Seal Medical Records [ECF No. 115]; and Defendant's Pro Se Letter Motion Requesting Release, filed by a relative [ECF No. 127]. As the Motions indicate, Defendant seeks reconsideration of the Court's Order Granting Government's Appeal of Bond Order and Ordering Pretrial Detention [ECF No. 114 p. 3 (seeking reconsideration of ECF No. 25). The Court has reviewed the Motion, the supplemental letter written by Defendant's relative [ECF No. 127], the United States' Opposition [ECF No. 128], the full record, and the applicable law.

Following review, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion for Reconsideration of Bond [ECF No. 114] is **DENIED**. The Court agrees with the United States, for the reasons stated in its Opposition, that reconsideration is unwarranted [*see* ECF No. 128].

2. Trial remains scheduled to take place during the two-week trial period beginning on May 5, 2025 [ECF No. 112].

3. Defendant's Motion to Seal Medical Records [ECF No. 115] is **GRANTED**. The sealed medical records [ECF No. 116-1] shall remain sealed pending further Court order.

4. Defendant's Letter Motion Requesting Release, filed by Defendant's relative, is similarly **DENIED** [ECF No. 114], assuming it is properly filed on behalf of Defendant.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 25th day of April 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc: Scott Berry, AFPD
U.S. Marshal's Service