UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

MICHAEL GORDON DOUGLAS,

        Defendant.

_____/

## NOTICE OF APPEARANCE

Now Comes, the Federal Public Defender, by and through the undersigned Assistant Federal Public Defender, Srilekha Jayanthi, and gives notice that the undersigned is appearing as co-counsel in the above-captioned case. Please send notices and inquires to this attorney.

        Respectfully Submitted,

        **HECTOR A. DOPICO**
        **FEDERAL PUBLIC DEFENDER**

By:    */s/ Srilekha Jayanthi*
       Assistant Federal Public Defender
       Special Bar No. A5502728
       150 W. Flagler Street, Suite 1700
       Miami, Florida 33130-1556
       Tel: (305) 530-7000
       Fax: (305) 536-4559
       srilekha_jayanthi@fd.org

### CERTIFICATE OF SERVICE

I HEREBY certify that on **April 28, 2025**, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.


_/s/ Srilekha Jayanthi_