AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

Michael Gordon Douglas

**EXHIBIT AND WITNESS LIST**

Case Number: 23-Cr-80219-AMC

| PRESIDING JUDGE<br>Judge Aileen M. Cannon | PLAINTIFF'S ATTORNEY<br>Justin Chapman/Adam McMichael | DEFENDANT'S ATTORNEY<br>Scott Berry/Srilekha Jayanthi |
|---|---|---|
| TRIAL DATE (S)<br>May 5, 2025 - May 9, 2025 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  |  | X |  | Map showing Douglas' home, Fairfield Inn and arrest location |
|  |  |  |  |  | Linda Douglas |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages