UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

    Defendant.
_____/

## ORDER GRANTING UNITED STATES' MOTION MOTION TO SEAL EXHIBITS

**THIS CAUSE** comes before the Court upon the United States of America's Motion to Seal Exhibits (the "Motion") [ECF No. 138]. The Motion seeks permission to seal Exhibits A through F, filed on April 28, 2025 [ECF Nos. 138-2, 138-3 (medical records)]. Upon review, and fully advised in the premises, the United States' Motion [ECF No. 138], it is hereby **ORDERED AND ADJUDGED** as follows:

1. The United States' Motion [ECF No. 138] is **GRANTED** for the reasons stated in the Motion.

2. The Clerk is directed to **SEAL** the exhibits attached at ECF Nos. 138-2 and 138-3.

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 29th day of April 2025.

                                                          AILEEN M. CANNON
                                                          UNITED STATES DISTRICT JUDGE

cc:    counsel of record