# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number:  **24-CR-80219-AMC**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | Plaintiff |
| v. | |
| **MICHAEL GORDON DOUGLAS** | Defendant |

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE Hon. Aileen Cannon | PLAINTIFF'S ATTORNEY AUSA Justin Chapman | DEFENDANT'S ATTORNEY Scott Berry, Esq. |
|---|---|---|
| TRIAL DATE(S) 5/5/25 | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 4/29/25 | ✓ | ✓ | Transcript of Defendant's Interview with Government's Proposed Redactions |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.