# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No.: 23-CR-80219-AMC |
| v. | **NOTICE OF CONVENTIONAL FILING** |
| MICHAEL GORDON DOUGLAS, | |
| Defendant. | |

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files this notice of conventionally filing Exhibit #1, a transcript of the Defendant's interview in this case with the Government's proposed redactions highlighted in yellow, as admitted at the hearing on April 29, 2025 and listed on the filed evidence list.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   *s/ Justin Chapman*
      Justin Chapman
      Assistant United States Attorney
      FL Bar No. 85778
      Justin.chapman4@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 29, 2025, I filed the foregoing document with the Clerk of the Court using CM/ECF and sent a copy of the document and its attachments via USAfx to **Scott Berry**, attorney for Defendant.

*s/ Justin Chapman*
Justin Chapman
Assistant United States Attorney