UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED BY ___ D.C.
APR 30 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

UNITED STATES OF AMERICA,

Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

Defendant.

Case No.: 23-CR-80219-AMC

**NOTICE OF CONVENTIONAL FILING**

COMES NOW, the United States of America, by and through its undersigned Assistant United States Attorney, and hereby files this notice of conventionally filing Exhibit #1, a transcript of the Defendant's interview in this case with the Government's proposed redactions highlighted in yellow, as admitted at the hearing on April 29, 2025 and listed on the filed evidence list.

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   *s/ Justin Chapman*
Justin Chapman
Assistant United States Attorney
FL Bar No. 85778
Justin.chapman4@usdoj.gov

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 30, 2025, I filed the foregoing document with the Clerk of the Court using CM/ECF and sent a copy of the document and its attachments via USAfx to **Scott Berry**, attorney for Defendant.

*s/ Justin Chapman*
Justin Chapman
Assistant United States Attorney