**Interview of Michael Douglas by SA Rahman and SA Jay**

Yellow = final redactions proposed by Government

0:00:02.24 - Special Agent Aisha Rahman: Today is December 12th, 2023, 10:39 PM in California.

0:00:10.52 - (Background) (Unreadable): Anything else?

0:00:19.24 - Special Agent Aisha Rahman: Hey, what is the name of this intersection?

0:00:20.96 - SA Mark Jay: Cross that bridge when we come to it.

0:00:22.00 - Special Agent Aisha Rahman: What is the name of this intersection?

0:00:23.28 - Special Agent Aisha Rahman: Do you know?

SA Mark Jay: Deer Springs and 15.

0:00:26.32 - Special Agent Aisha Rahman: Oh well, the intersection where this occurred?

0:00:28.88 - Michael Douglas: In deer.

0:00:29.16 - Special Agent Aisha Rahman: Springs, Champagne and Deer Champagne and Deer Springs Blvd.

0:00:36.6 - Special Agent Aisha Rahman: Attempting to conduct an interview with Michael Douglas. This is Special Agent Aisha Rahman with HSI and Special Agent Mark Jay.

0:00:45.08 - SA Mark Jay: Let me just grab a pen out of here. Oh, you're not using my kit here, right? Or are you?

0:00:57.64 - Special Agent Aisha Rahman: No, I grabbed my form just so I can read it.

0:01:01.64 - SA Mark Jay: Me too.

0:01:07.08 - SA Mark Jay: You want to bring him over.

0:01:08.16 - Special Agent Aisha Rahman: Yes, please.

0:01:50.4 - Michael Douglas: Thank you Sir. I thought you guys were fucking Mexican cartel from the story I was told.

0:01:54.52 - Special Agent Aisha Rahman: (laughs) Not Mexican cartel.

0:01:56.84 - Michael Douglas: Yeah, sorry about that guys I had no idea. Literally.

0:02:01.16 - Special Agent Aisha Rahman: Well, I'm glad everybody's now OK.

1

0:02:04.08 - SA Mark Jay: No harm no foul, right?

0:02:06 - Michael Douglas: Just get my hands warm I'd be thrilled. So what's going on if you don't mind me asking?

0:02:08.88 - Special Agent Aisha Rahman: What's that? Yeah, that's why I want to sit here and talk.

0:02:11.04 - Michael Douglas: Alright.

0:02:11.8 - Special Agent Aisha Rahman: Freezing, at least for me.

0:02:13.08 - Michael Douglas: Yes, it's chilly.

0:02:13.88 - Michael Douglas: If you put something around here to warm my hands up, I'd appreciate it.

0:02:18.16 - SA Mark Jay: To warm your hands up?

0:02:18.92 - Michael Douglas: Yeah, like the blanket, its freezing. Oh, God, this sucks. Okay. Thank you, Sir.

0:02:25.48 - SA Mark Jay: Yeah. You're welcome.

0:02:28.68 - Michael Douglas: Am I clear?

0:02:29.6 - SA Mark Jay: Yep, want to get your hands back behind you?

0:02:31.68 - Michael Douglas: Yes, Sir.

0:02:35.84 - Special Agent Aisha Rahman: Alright, my partner's just going to hop in the back seat here and then.

0:02:39.04 - Michael Douglas:  No problem.

0:02:40.44 - Special Agent Aisha Rahman: We can talk. Doing OK?

0:02:44.48 - Michael Douglas: Not really, I've been running too ragged and haven't been able to even see straight.

0:02:51.84 - Special Agent Aisha Rahman: Well, you're alive, so.

0:02:53.56 - Michael Douglas: You know what? I was getting the point of where I didn't know if it's worth helping the homeless because they hit you up so much, so hard, so fast, and they take everything. You honestly are exhausted, um, and you can't sleep right. And the people with the fentanyl problems where you have to carry Narcan on you now.

0:03:15.64 - Special Agent Aisha Rahman: Mhm. Oh yeah, I mean, that's everywhere.

0:03:17.92 - Michael Douglas: That's horrible.

0:03:19.16 - Special Agent Aisha Rahman: Ok. So Michael, my name is Aisha.

Michael Douglas:  Mhm.

SA Aisha Rahman: And this is Mark. We're agents with Homeland Security Investigations. I know you've seen lots of vests and stuff.

Michael Douglas: Yeah I did.

0:03:27.64 - Special Agent Aisha Rahman: And all this, I mean, we really didn't expect this to happen this way, um.

0:03:32.88 - Michael Douglas: Yeah, I thought you guys were the cartel because that's what I was told by a...uh...shoot, what's the name of the guy...Crystal's boyfriend Adrian. He said they're after her.

0:03:44.12 - SA Mark Jay: If you want to hit the lights up there.

0:03:46.2 - Michael Douglas: It was going to be a motorcycle gang called the Titans. So the stupid story is that the motorcycle gang the Pisces were after her for some reason. But. I don't know if it's true or not, I doubt it, but when I saw you guys follow me when I was with her all day and he disappeared and I couldn't get a hold of him.

0:04:02.68 - Special Agent Aisha Rahman: OK, well, so Michael, before, I mean,

Michael Douglas: OK,

Special Agent Aisha Rahman: Before you say anything, you're obviously in handcuffs.

0:04:08.16 - Michael Douglas: Yeah, but that was for the high-speed grenade thing.

0:04:11.32 - Special Agent Aisha Rahman: OK so I would like to talk to you more about the high speed grenade thing cause that was fucking scary

Michael Douglas: Mhm

SA Aisha Rahman: But you're in handcuffs so I have to read your rights. OK?

Michael Douglas: Mhm.

SA Aisha Rahman: So have you... You understand English?

0:04:26.84 - Michael Douglas: Yes I do, but I haven't told what the warrants for. I guess it was me, it wasn't her because they said "suspect 1". So may I ask what the warrant's for?

0:04:32.72 - Special Agent Aisha Rahman: I can explain what's going on, OK?

Michael Douglas: Yes.

3

SA Aisha Rahman: But let me just, but I want to make sure you understand me. Like what's your highest level of education?

0:04:40.52 - Michael Douglas: Oh, some high school. But then I went to college. And then, as I understand pretty well, you can go ahead and read me my rights and I can understand them.

0:04:47.76 - Special Agent Aisha Rahman: OK, if there's anything you have questions for, just stop me, all right?

0:04:50.52 - Special Agent Aisha Rahman: You have the right to remain silent.

0:04:52.92 - Special Agent Aisha Rahman: Anything you say can be used against you in a court of law or other proceedings.

0:04:57.68 - Special Agent Aisha Rahman: You have the right to consult an attorney before making any statement or answering any questions.

0:05:02.2 - Special Agent Aisha Rahman: You have the right to have an attorney present with you during questioning.

0:05:05.76 - Special Agent Aisha Rahman: If you cannot afford an attorney, one will be appointed for you before any questioning if you wish.

0:05:11.76 - Special Agent Aisha Rahman: If you decide to answer questions now, you still have the right to stop the questioning at any time or to stop the questioning for the purpose of consulting an attorney.

0:05:19.84 - Special Agent Aisha Rahman: Do you understand all of those things?

0:05:21.08 - Michael Douglas: Yes, ma'am.

Special Agent Aisha Rahman: OK.

0:05:22.12 - Michael Douglas: Sorry for calling you ma'am. I know some people don't like it. But that's how I was raised.

0:05:25.96 - Special Agent Aisha Rahman: It's OK. So uh yes, the grenade situation was...

Michal Douglas: Mhm.

SA Aisha Rahman: Very scary.

Michael Douglas: Yes.

SA Rahman: Um...

0:05:34.8 - Michael Douglas: Mostly because I had Mexicans chase me down the street where we live and I was told that a biker gang was after her of some sort, the Pisces or cartel Sinaloa, is what Adrian said. I don't know if you even know who the people I'm talking about because

4

0:05:45.68 - Special Agent Aisha Rahman: Well Crystal told me about her boyfriend Adrian, but she never said anything to me about...

0:05:52.8 - Michael Douglas: The....

0:05:53.08 - Special Agent Aisha Rahman: The cartel. She just said that you were acting crazy, saying like, you guys are being followed.

0:05:59.12 - Michael Douglas: Well, we were, I mean, I saw that you guys were in the white, you know, it was pretty obvious. To me I thought it was cartel 'cause it was a higher end vehicle that didn't belong in the neighborhood. And every time I made the turn, it followed. So I went, "oh shit, we're being followed". That's when I took off because I was trying to keep her safe 'cause he told me to keep her safe. Didn't realize it was even about me. I don't know why it would be about me, but here we are.

0:06:21.04 - Special Agent Aisha Rahman: OK, so here we are. The reason we came across you is because we're actually working an investigation on someone else.

Michael Douglas: Mhm.

SA Aisha Rahman: A pretty fucking dangerous person, and in doing an investigation on that person we came across you, um, along with a bunch of other people. So you're kind of like a small piece of a bigger puzzle here.

0:06:47.92 - Michael Douglas: I am nothing but OK. I mean I have, I don't have nothing. I'm just some guy was trying to help homeless people get wrapped up with a lot of fucked up people.

0:06:54.64 - Special Agent Aisha Rahman: OK, Michael, so hear me out here.

Michael Douglas: I'm listening.

0:06:57.88 - Special Agent Aisha Rahman: You're one of others that we have come across when investigating this other person, which is how we ended up coming across you today.

Michael Douglas: Mhm.

SA Aisha Rahman: And why.

Michael Douglas: Yeah.

0:07:07.8 - Special Agent Aisha Rahman: So I'm here because of that, and I'm here because you, along with other people that we're also going to have to talk to, have information on this person. And basically it's come to, we now have a child who is safe and out of harm's way.

Michael Douglas: Good.

0:07:29.44 - Special Agent Aisha Rahman: Um, but, we know that you know about this person.

0:07:32.6 - Michael Douglas: Lux? Is that...

5

0:07:34.24 - Special Agent Aisha Rahman: No. Different a person.

Michael Douglas: OK.

0:07:35.12 - Special Agent Aisha Rahman: We know that you know about this person that you were supposed to meet today, and there were several other people that were supposed to meet, uh, not just you.

0:07:43.28 - Michael Douglas: So I thought it was a joke to be honest with you, that's why I didn't even thought about it.

0:07:46.56 - Special Agent Aisha Rahman: So I'm saying whatever information that you have.

0:07:49.64 - Michael Douglas: So it wasn't a joke. Holy shit, I'm sorry, I should have recorded it.

0:07:51.64 - Special Agent Aisha Rahman: Yeah, It it's not, it's not a joke. And that's why it's super crucial. And I'd really appreciate it if you can tell me everything that you know about her.

0:08:00.56 - Michael Douglas: I honestly, I don't know anything about anything. It's just...I can't even tell...what is her fucking name even? It was a Kik chatroom or something, and I thought it was a joke because it seemed to out there. And they said they came to this town. I was like sure, sure, sure. And she's like, "oh you better hurry. Better hurry. I'm like, "I'm busy".

0:08:19.44 - Special Agent Aisha Rahman: What was the name that she used?

0:08:21.36 - Michael Douglas: Fuck I have no idea to be honest with you. Umm... My life here has been crazy with the homeless outreach, I even hadn't even paid...Uh, "Ann" I think? Anna?

SA Aisha Rahman: Anna?

Michael Douglas: Ann maybe. Something like that, yeah, I've been so busy, I haven't even looked at my social medias.

0:08:36.36 - Special Agent Aisha Rahman: What did she say her daughter's name is?

0:08:40.76 - Michael Douglas: Alexa? No uh, shoot, I I can't remember to be honest with you. I think it's the same name like an "A" name like the one of those cutesy things where they name them the same. It's stupid.

0:08:54.08 - Special Agent Aisha Rahman: Well I, I need you to focus here, umm.

0:08:57.2 - Michael Douglas: I've trying to, but fuck I don't remember. I was doing...Crystal's really screaming at me at the top of her lungs all day long. So, this is a (unreadable).

Special Agent Aisha Rahman: So my job is obviously to

0:09:07.12 - Michael Douglas: Let's find out more. Yeah, I don't know.

0:09:08.84 - Special Agent Aisha Rahman: No. My job in here is to help kids.

6

0:09:10.64 - Michael Douglas: Yeah. No, no, I do (unreadable, talking over agent)

0:09:11.52 - Special Agent Aisha Rahman: (Unreadable) right now to help me.

0:09:12.36 - Michael Douglas: No, I'm trying to think of this damn name. Ah fuck... you can probably find out on my social media but uh...

0:09:19.6 - Special Agent Aisha Rahman: Alright. Ok. So let's back it up.

0:09:21.08 - Michael Douglas: Emma...

SA Aisha Rahman: So you found

Michael Douglas: No hold on. Emma, Emma, Kate

SA Aisha Rahman:  Emma?

Michael Doulgas: Emma, Katie, I think something Emma.

SA Aisha Rahman: Emma? You found...So Anna and Emma.

0:09:26.16 - Michael Douglas: I think I think so. I'm not 100% sure because I've met a lot of people recently.

0:09:29.2 - Special Agent Aisha Rahman: OK, and how old was Emma?

Michael Douglas: (Unreadable)

0:09:30.92 - Special Agent Aisha Rahman: Or at least, how old did she say Emma is?

0:09:33.72 - Michael Douglas: Honestly, I don't remember off hand, but I think it was something like ridiculously young and I thought that was fucked up. And then I tried to let a firefighter buddy of mine know about it but he never got back to me about it. Because we we thought it was a joke honestly because there was like, who would do such a thing? But there are sick individuals out there.

0:09:54.52 - Special Agent Aisha Rahman: So how old do you remember?

0:09:55.68 - Michael Douglas: I don't know. Fuck. I think she just said it was like umm, you know, uh, let's say 9 or 10, something like that.

SA Aisha Rahman:  Ok. So you met Anna on a Kik chatroom. Do you remember which one or and how long ago?

0:10:16.76 - Michael Douglas: Well, 'cause actually my story seems like a movie right now. I couldn't even tell you at this point when. I have no fucking idea. I just want to sleep because that's how busy they've hit my friends.

0:10:24.76 - Special Agent Aisha Rahman: I know, but this is important.

7

0:10:25.72 - Michael Douglas: I know it is important. I agree. And I'm trying to figure it out. Um.

0:10:29.64 - Special Agent Aisha Rahman: What... Do you remember what her Kik username is?

0:10:34.04 - Michael Douglas: No. You don't really get to know that actually. They just...they pop up onto you. I thought it was actually a sting operation originally. And I thought, don't touch that one because they're going to get arrested. And she kept hounding me and I was like, "I'm busy".

Special Agent Aisha Rahman: OK...

0:10:50.8 - Michael Douglas: "I got work".

0:10:52.08 - Special Agent Aisha Rahman: How long have you been talking to Anna for?

0:10:54.48 - Michael Douglas: I don't know, on and off... A couple months at least. Uh...I did tell her, she's like, finally. She was like, "oh, I'm in Southern California". I was like, "oh, sure you are". And then uh you know, some hotel, and she's like, "you need to come right away" or something. I was like, no, not doing it. I'm dealing with my own personal shit.

0:11:12.52 - Special Agent Aisha Rahman: OK Um... what have you learned about Anna in the last couple of months of talking to her, about her and Emma?

0:11:19.4 - Michael Douglas: Mmmm, I just know she was trying to get people to have sexual relations for the first time with their daughter is how she put it.

0:11:26.8 - Special Agent Aisha Rahman: OK.

0:11:27.36 - Michael Douglas: And I thought I was sick so I sat down to a friend of mine in the fire department to, to look into her, but he never found anything so it's probably not their real name.

0:11:37.32 - Special Agent Aisha Rahman: OK, so this was supposed to be Emma's first sexual experience?

0:11:41.52 - Michael Douglas: That's the way it was led to

SA Aisha Rahman:  At least according to Anna?

Michael Douglas: Yeah, that's the way it was led to believe. And I was like, fuck that... Oh, damn... stupid...

0:11:48.68 - Special Agent Aisha Rahman:  So... When, when did she get here?

0:11:55.8 - Michael Douglas: Um... It was weird. It was like there was nothing at all. And sometime this morning I got a text that they were on their way. And then something about, I couldn't even tell you because I was running around at that point with Crystal all fucking day long, so sometime in the afternoon or early evening I guess. And there's just no way I could do anything to even to call the cops on that one because I was dealing with Crystal screaming at me.

0:12:16.92 - Special Agent Aisha Rahman: Has she said that she's done anything with Emma?

8

0:12:24.4 - Michael Douglas: Mmmm...I think she said she'd like tickled her and touched spots and stuff but never had anything full.

0:12:30.76 - Special Agent Aisha Rahman: OK. Um...

0:12:33.36 - Michael Douglas: Oh, you're going to love this. I've got twins for my sex party with, with the hookers. I know. Oh fuck (unintelligible)

0:12:38.08 - Special Agent Aisha Rahman: What was that?

0:12:39.36 - Michael Douglas: Oh, you're going to find sex toys somewhere. I don't know if it's my room or here. I had have been planning a sex party for Halloween with these couple of hookers we know uh, I'm not going to give names out at this point because she would kill me.

SA Aisha Rahman: It's OK.

0:12:49.84 - Michael Douglas: But they're adults, they're legal, and we were supposed to have a big Halloween party and it fell through because of the location fell through through it was an office building somewhere downtown Escondido.

0:12:58.6 - Michael Douglas: Guy had a heart attack, of all things.

SA Aisha Rahman: Wow. OK.

0:13:01.68 - Michael Douglas: Yeah, that's fucked up. The unicorn is going to be for a little girl named, well, Lux, and...what is her fucking name?

SA Aisha Rahman: The unicorn in your, in your car?

0:13:11.84 - Michael Douglas: Brooklyn. I just bought that for Brooklyn because she loves unicorns. Her mom told me at Walmart the other night when they were broke. She couldn't buy them a piece of gum for a quarter. That's how broken the mom is. But she's up at the fucking casinos blowing through their money.

0:13:27.16 - Special Agent Aisha Rahman: OK.

0:13:27.88 - Michael Douglas: Stupid... people do stupid things, you know.

0:13:30.52 - Special Agent Aisha Rahman: So, yeah, I know. Listen, um, Michael.

0:13:34.76 - Michael Douglas: Yes Ma'am.

0:13:38.4 - Special Agent Aisha Rahman: Emma is now currently safe.

0:13:41.88 - Michael Douglas: Good. I didn't think it was real though it seemed too fake to be real.

0:13:45.76 - Special Agent Aisha Rahman: No, it's

Michael Douglas: Damn that sucks.

SA Aisha Rahman: It's real and that's how we found you, but, you know, unfortunately you're not the only person. Um. But we found you because we've been working on Anna. We got a hold of her and Emma from when they were supposed to be flying out here. So I have had Anna's phone for a few days. That's how I was able to get all this information.

0:14:10.56 - Michael Douglas: Yeah well I talked to somebody and said "I'm busy". Basically, I could not make it.

SA Aisha Rahman: Yeah.

0:14:13.96 - Michael Douglas: And I wasn't going to even go, to be honest with you, because it was too fucking stupid.

0:14:18.28 - Special Agent Aisha Rahman: Mhm. So Michael listen, what I'm trying to say is like.

0:14:19.92 - Michael Douglas: I know, I'm in trouble.

0:14:20.8 - Special Agent Aisha Rahman: I'm not, I'm not trying to judge you, obviously.

0:14:23.48 - Michael Douglas: No, I wasn't going to go, but yeah, I know there's intent.

0:14:27.12 - Special Agent Aisha Rahman: Like I can't, I can't go super far back on her phone for Messages so like, I don't have all of her messages, I only have like, some.

0:14:35.6 - Michael Douglas: I don't even, I couldn't even tell you because...

0:14:37.8 - Special Agent Aisha Rahman: So that's why I'm asking for you to fill in the gap.

Michael Douglas: I'm trying.

SA Aisha Rahman: But with that being said, I want you to know that some things I already do know...

Michael Douglas: No I know.

SA Aisha Rahman: That you sent her. So like I know that you've been talking to her so I'd rather you just be honest.

0:14:48.16 - Michael Douglas: Well so does, no I know I haven't talked to her, so did um, well, Adrian was on my phone too a lot with talking to her because he thought it was like a hoot.

0:14:55.2 – SA Aisha Rahman: So, at the same time

Michael Douglas: (Unreadable) Cause he been (unintelligible)

0:14:58.44 - Special Agent Aisha Rahman: Like stuff that you're saying to me, like, I may also know if you're lying to me too because

0:15:02.2 - Michael Douglas: Yes, I know.

0:15:02.96 - Special Agent Aisha Rahman: I can see some of the stuff that's on her phone not everything.

0:15:05.92 - Michael Douglas: Yeah, no, I agree. I'm not lying. I'm just saying he's been on my phone a lot. He uh, lost, well he, I don't know, the guy, he has like six or seven of those fucking things. I think he steals them. He has been on my laptop. Umm, literally I have not used my laptop since I moved here. Um, pretty sure I haven't, maybe once or twice 'cause I was doing um, a YouGov on it to update it. You know, YouGov does their surveys and stuff. Yeah, I was doing that through the TV thing um, but it's been Adrian on that thing ever since. And then uhhh...

0:15:34.76 - Special Agent Aisha Rahman: So Adrian uses your phone?

0:15:35.96 - Michael Douglas: My phone, my computer, my shed, my, my bed. Apparently he's just fucking been...

0:15:40.4 - Special Agent Aisha Rahman: I never let anybody use my phone.

0:15:41.8 - Michael Douglas: But we didn't. We didn't. But he just does what he wants

SA Aisha Rahman: Mhm.

Michael Douglas: And then complains and whines and whines and whines.

0:15:47.48 - Special Agent Aisha Rahman: So what's your phone number, Michael?

0:15:49.88 - Michael Douglas: Well, it's 760-803-8825. I don't know...

0:15:55.72 - Special Agent Aisha Rahman: Do you know Adrian's number?

0:15:57.12 - Michael Douglas: No, he's got about, he's got about 10 of them. Yeah. He lives in the tunnels underneath the uh, El Norte Parkway with the Shell right there.

0:16:04.88 - Special Agent Aisha Rahman: Is he homeless?

0:16:05.96 - Michael Douglas: He's homeless. But he's been encamped in my shed pretty much for the last month. And before that was my chair. He will not leave. I've tried. Well, not even I tried. My mom and I have tried and tried and tried. He just doesn't want to leave.

SA Aisha Rahman: OK. Well, as far as the stuff in your car, like... I know this

0:16:23.8 - Michael Douglas: No but I

SA Aisha Rahman: You were

Michael Douglas: But you, you hear you only have texts and stuff about it and hopefully you do.

0:16:28.6 - Special Agent Aisha Rahman: Yeah, I don't have everything but I have some

0:16:29.72 - Michael Douglas: [unreadable, talking over agent]

SA Aisha Rahman: I know some of things you were planning to bring...

Michael Douglas: You you you, uh, you can talk to Gary, you can talk to um...

0:16:36.8 - Special Agent Aisha Rahman: Who's Gary?

0:16:38.6 - Michael Douglas: Homeless man down in the Shell. We had this all planned out before. That's the funny part.

0:16:43.6 - Special Agent Aisha Rahman: What do you mean?

0:16:44.28 - Michael Douglas: Well, we were talking about because it was his birthday right around there uh November 11th. So we were going to do something for Halloween, uh not, yeah November 11th. 11/2. He wanted to have sex with a woman because he's 63 year old, year old, and hadn't had sex in a while, like 10 years. So while we were planning that and he kept falling through and all this stuff. Well, that's what Adrian knew about because he's living in that fucking place. And we just got two things this week that we did not order. It was uh... I think through Amazon I believe. We were going to return them. I don't know what the fuck they were. None of us knew what they were except the unicorn was ordered. That was one thing, but other things came with. And then he was with me till what time? 10? What did we do today? We got up early... Chris, Crystal, myself, Adrian. Then we went to John's house because Adrian was, very sorry, Crystal was released from jail. She needed to get her car out of hock at the... the tow yard. And I knew I was going to take all day because it does and it sure did. We didn't get done till 5:30 and then we went back to my place and had um, a sandwich and we had to find her a hotel. They would take a cat and no credit card.

SA Aisha Rahman: Mhm.

Michael Douglas: And that's impossible. I told her that but she didn't want to believe it.

SA Aisha Rahman: OK.

Michael Douglas: And then somebody was texting me and texting me and texting me and apparently you, and I was like, I ain't got shit going on.

0:18:06.4 - Special Agent Aisha Rahman: Alright. What was your, what's your uh, Kik username Michael?

0:18:10.24 - Michael Douglas: Honestly I don't even remember I've had many. You don't pay attention to shit like that. Well, you know, I just haven't.

0:18:16.4 - Special Agent Aisha Rahman: OK. And you live with your mom and your aunt?

0:18:19.56 - Michael Douglas: And Adrian. He's moved in there. He says it's his shed. So he's officially a resident, apparently.

0:18:26.76 - Special Agent Aisha Rahman: And he's been there how long again?

0:18:27.84 - Michael Douglas: Uh I don't know. Months, honestly. At least three, four, five, at least, almost since we moved here. Almost. It was Justin first.

0:18:36.44 - Special Agent Aisha Rahman: And how long have you, um, been in the trailer with your mom and aunt for, living there?

0:18:41.64 - Michael Douglas: I don't know. This is the start, I think, but at this point the days run together and I'm just exhausted, to be honest with you. I'm tired.

Special Agent Aisha Rahman: OK.

0:18:50.48 - Michael Douglas: I can't.

0:18:51.6 - Special Agent Aisha Rahman: I would just rather you be totally....

0:18:53.4 - Michael Douglas: I'm really, that's what I'm doing right here. I can't even tell you any (unreadable) today they've had me running so much

SA Aisha Rahman: So

Michael Douglas: I don't remember dates.

0:18:59.56 - Special Agent Aisha Rahman: So you know, this was not this would not have been Emma's first time. Anna's been clearly pimping her out for money all over the place. Um, from when I could tell it didn't look like you were actually going to be paying her. It looked, your conversations look a little bit different from the other ones I'm reading from her phone, um, whereas you just wanted to make it an actual nice first experience for her as compared to somebody who is literally paying Anna just to do whatever they wanted with Emma. Um

0:19:31.92 - Michael Douglas: Yeah, as you said, yeah, the funny part I was never going to show up because that's was sick and I thought, I did talk to, oh, what was that cat's name, um with the fire department. He tried to find out some information through dispatch, but we couldn't. What is his name? He's now retired. Oh, John Hawkins

SA Aisha Rahman: You weren't gonna

Michael Douglas: John Hawkins

SA Aisha Rahman: You're not compared to the other guys who were showing up for Emma. But

Michael Dougas: Ah fuck

SA Aisha Rahman: If you weren't going to show up, why did you have all the things in your car that you told Anna you were going to bring for Emma?

0:19:57.88 - Michael Douglas: Ask, ask Gary Allen. He's on my phone.

SA Aisha Rahman: No, Gary's not here

13

0:20:01.2 - Michael Douglas: Well, you're going to have to because he's going to corroborate my story. Where are we going to throw a sex party for Halloween? And it was for Gary's 63rd birthday. That's why I had everything. I tell you who made, what, where we got some of the stuff. It was supposed to be a huge party, a hundred people. They were supposed to be $100 a head, 18 plus, you know, type of thing. But it just never could materialize.

0:20:23.64 - Special Agent Aisha Rahman: Yeah. But the stuff in your car tonight was also the same stuff that you were supposed to bring her

0:20:29.12 - Michael Douglas: Yeah, and guess who's been in my house seeing that, asshole Adrian who's been fucking living my life. He's been stealing everything from me and selling it and making a ton of money. He had 7 cell phones. You don't get those legally, do you?

0:20:44.12 - Special Agent Aisha Rahman: OK.

0:20:44.76 - Michael Douglas: He's been on my fucking computer literally since the day I basically moved in. I haven't even touched it because it was an older computer. He would know everything because he was planning the party with me. And he's fucked her over so many times it's unbelievable. The guy is not a good man at all and he's abused...He's an abuser.

0:21:03.8 - Special Agent Aisha Rahman: OK, so...

0:21:05.56 - Michael Douglas: You can think what you want but I was never going to go to that shit. When they mentioned they were coming out, I was like fuck that, that's stupid. And he thought it was funny as he was in my room. He was hanging out there again, which (unreadable) told him he could leave. And "why do you think it's funny?" He goes, he was like, well, you know, he goes, it's just how ridiculous it is. And I was like, "yeah, so fucking ridiculous that it's either a set up or, you know, something really sick."

0:21:28.76 - Special Agent Aisha Rahman: So like, are you, pretty much then are you just saying like at this point in your life, like you just, only like to...

0:21:35.36 - Michael Douglas: I've never been with a younger woman, ever.

0:21:38.16 - Special Agent Aisha Rahman: So you've never been with a child

Michael Douglas: No

SA Aisha Rhamna: Or anything like that?

Michael Douglas: Nope.

SA Aisha Rahman: You just like to look at it.

0:21:43.56 - Michael Douglas: Not even really look at it. Teenagers, yes, and then sometimes you find shit you shouldn't find and it's like, oop, you gotta delete or turn on, you know, try and get rid of the crap because it shouldn't be out there. But even teenagers, you know, it's like, I'm passed most of that, like now looking at um, well, I'd say maternity to older women. I don't know even how much how old Lux is but she's kind of cute. But she, I don't even have no clue how old she is.

14

SA Aisha Rahman: OK.

0:22:07.04 - Michael Douglas: She has a nine-year-old kid though, so that could mean she's Somewhat older.

0:22:10.08 - Special Agent Aisha Rahman: So where, where are, where do you come across it all? Is it on Kik?

0:22:15.88 - Michael Douglas: Uh...for what?

0:22:17.36 - Special Agent Aisha Rahman: You know, the child porn. Is that all on Kik or is that somewhere else?

0:22:20.36 - Michael Douglas: It shouldn't be anywhere but I guess Kik was like, the clothes like, see what they have in modeling team, modeling stuff. What type of stuff have you seen now this time?

0:22:32.4 - Special Agent Aisha Rahman: Well, I told you I can see some of her stuff

Michael Douglas: Yes (unreadable) that's why I'm asking

0:22:35.16 - Special Agent Aisha Rahman: Like, I know that you sent stuff to Anna so...

0:22:39.04 - Michael Douglas: I don't know what I've sent Anna. It's uh...

0:22:42.28 - Special Agent Aisha Rahman: You've sent her a couple of like...

0:22:43.12 - Michael Douglas: I've sent you know, bikini stuff of younger children yes, uh, around, what I was told her age, trying to find the outfits that they like and ask what size.

0:22:53.08 - Special Agent Aisha Rahman: I've seen like I, I, I could see that you sent her like a couple of videos and pictures of child porn. Whatever.

0:22:59.28 - Michael Douglas: Well, yeah, there's personal videos, but again, we all thought it was a joke. It was right there.

0:23:03.92 - Special Agent Aisha Rahman: What do you mean personal videos?

0:23:05.8 - Michael Douglas: Oh, you'll see eventually. I sent some, you know, playing with myself, joking about it because, but we thought it was a joke. We had no idea it was real. I mean, how fucking real could that be?

0:23:14.4 - Special Agent Aisha Rahman: But I'm not... Oh what, like you jerking off or whatever?

0:23:17.28 - Michael Douglas: Yeah (unreadable) nasty stuff and Adrian was right there laughing and they were quietly chuckling, but it was like, it's as I say, he's lived there. We had no idea it was real, honest. They needed to go to higher authorities.

0:23:28.6 - Special Agent Aisha Rahman: Any of the um, of the child porn videos and pictures that you sent Anna. Are any of them of you?

0:23:36.2 - Michael Douglas: No, no, no, no, no, I've never filmed anything or been with a child or anything. As I said, I didn't even know this was real I thought it was...

0:23:43.8 - Special Agent Aisha Rahman: So, OK, but the videos that you sent her, who are those people? Do you know any of them?

0:23:50.96 - Michael Douglas: Uh no I don't think so. I mean,

0:23:53.12 - Special Agent Aisha Rahman: Do you know any of those kids or the people?

0:23:56.08 - Michael Douglas: No, I don't, no. I don't know any of the kids. No, no, no.

0:23:58.4 - Special Agent Aisha Rahman: So then where were those videos coming from?

0:24:02.12 - Michael Douglas: Honestly, I don't really know. They pop up on your feed all the time and it's like you're pushing them off trying to, you have to like, you know, swipe I guess it is, to, to get rid of them or something. And then she

Special Agent Aisha Rahman: Where, on Kik?

Michael Douglas: Yeah, for most of it. You should be...That place needs to be shut down, by the way. I hope you do it, but um, that's aside...There is just a lot and a lot of videos that pop up there all the time from users...I'm guessing mostly in Europe or Russia.

SA Aisha Rahman: OK.

0:24:27.32 - Michael Douglas: Yeah, I hope my computer works because I'm curious what he's been looking at.

0:24:34.24 - Special Agent Aisha Rahman: So is there still any child porn that's on your phone?

0:24:38.4 - Michael Douglas: I have no idea. The phone's been fucking broken. It cracked the first day I was given to it. I could barely see under the damn thing. That was given to me by Miss Tammy and she was upset about the first charges. I said, "I promise I you won't be looking at this stuff" and I hadn't been because, well, if the phone crashed the first day I got it. It's been messed up.

0:24:55.04 - Special Agent Aisha Rahman: Do you, do you save it on anywhere besides in Kik?

0:25:00.16 - Michael Douglas: I didn't know you could do that, but, whatever yeah, I was, I'm looking at pregnant women, older women now.

SA Aisha Rahman: OK.

0:25:07.44 - Michael Douglas: That's what I was interested in.

0:25:09.08 - Special Agent Aisha Rahman: OK. But I mean obviously the, the child porn is still a thing.

0:25:12.92 - Michael Douglas: No, no, it really isn't and I was just... thought it was a joke at that point and he, we were chuckling and egging each other on, Adrian and I over it.

0:25:20.08 - Special Agent Aisha Rahman: Well, I mean, why did you send Anna some of some child porn videos?

0:25:24.12 - Michael Douglas: I don't know if I did, actually. I'd have to see what it is to be honest with you. I sent uh...I sent something about an old woman, uh, daughters, you know, stories. I would send stories mostly, not photos. I'm a storyteller.

0:25:36 - Special Agent Aisha Rahman: OK. OK.

0:25:37.12 - Michael Douglas: That's what I would do. This, if you know, photos are actually lazy.

0:25:41.64 - Special Agent Aisha Rahman: OK.

0:25:42.12 - Michael Douglas: And mean and cruel.

0:25:44.16 - Special Agent Aisha Rahman: Well.

Michael Douglas: The stories

0:25:45.16 - Special Agent Aisha Rahman: I could see it in the messages, like

0:25:47.36 - Michael Douglas: I'm just saying, I'm just saying, no, I'm saying I'm a storyteller. I write, like to write long stories. If I were to write a scene or something, it's like a movie or a TV show or something, you'd write it out, not just send a photo or a video.

0:25:58.16 - Special Agent Aisha Rahman: OK. So can I just ask you honestly, like

Michael Douglas: Yes, ma'am.

0:26:01.6 - Special Agent Aisha Rahman: I've been doing this specifically for a while. Um, I know that just like with, for example, drug addiction or other things like this specific like interest or whatever, is something that people struggle with too. Just like there's other things, and sometimes that's hard to break.

Michael Douglas: Like I said

0:26:21.36 - Special Agent Aisha Rahman: Did you just never

0:26:21.52 - Michael Douglas: I like, I like, (unreadable) I'd say teen to 14 to maybe 14/15/16 plus, um

0:26:29.96 - Special Agent Aisha Rahman: Were you just like never able to... really like get rid of that interest or....

0:26:35.52 - Michael Douglas: I didn't. I don't have the interest for young young anymore. I never really did to be honest with you. I mean, just super young is just... For older, like, I'd say teenage

years. 14, 15, 16, 17. Those, those would be of interest, but I wouldn't ever date or go out with them or anything like that to fuck them.

SA Aisha Rahman: Yeah.

0:26:51.96 - Michael Douglas: So yeah, no, I wouldn't say there's an interest. I didn't even look at them. If you ever see me walking down an aisle, nothing like that. Like I was watching... somehow I got way late to watching Brooklyn the other day and she was running around the store and stuff. It was just a kid running around the store annoying the fuck out of me. But it's a kid, you know, I never touched her or anybody like that. Never would.

0:27:11.6 - Special Agent Aisha Rahman: OK. Um, I noticed too, in the... in some of the messages you were talking about a girl, Avaya? You're talking to Anna about Avaya a lot.

0:27:26.88 - Michael Douglas: Yeah, but I would never say anything. I would never say anything about her because she's Nick's friend, I mean, daughter.

0:27:32 - Special Agent Aisha Rahman: Well, you told stuff to Anna.

0:27:34.24 - Michael Douglas: Well, I never said anything about that. I would never say, if I, it's actually Avaya's name, I would never say.

0:27:39.08 - Special Agent Aisha Rahman: Sorry, I don't know.

0:27:40 - Michael Douglas: No, she's becoming a paramedic and I helped her.

0:27:44.16 - Special Agent Aisha Rahman: Well, you, you talked about Avaya is how you say her name?

Michael Douglas: Yeah

0:27:47.88 - Special Agent Aisha Rahman: with Anna. Um

0:27:50.96 - Michael Douglas: Huh? No, that never happened.

0:27:53 - Special Agent Aisha Rahman: It's in the messages.

0:27:54 – Michael Douglas: Oh, that's not true. Avaya is the uh girl, good girl, was the uh, boyfriend, 19 years old EMT yeah that's bullshit. Sorry ma'am. I was yeah

0:28:03.92 - Special Agent Aisha Rahman: No like you were talking about well sexual things that you've done with Avaya

0:28:05.72 - Michael Douglas: (talking over agent, unreadable) Well I wasn't. Never happened.

0:28:09.64 - Special Agent Aisha Rahman: Since she was young to now. That wasn't true?

0:28:11.16 - Michael Douglas: Never happened. She will confirm that and Nick will confirm it and the family will confirm it. I didn't even see her until she was what? What time? Wait how old was I when I was arrested? 2011?

SA Aisha Rahman: I don't know.

0:28:21.52 - Michael Douglas: Oh it doesn't even matter. I didn't see her till 2020...uh, 2021.

0:28:25.28 - Special Agent Aisha Rahman: You met her in 2021?

0:28:26.4 - Michael Douglas: No, I met her when she was little once and then now 2021 because of probation and everything. I never saw her again till then when I saw her briefly because I've only seen her like three or four times. So that's just other bullshit.

0:28:37.12 - Special Agent Aisha Rahman: You met her when she was like, how old?

0:28:38.76 - Michael Douglas: A kid and nothing ever happened because her parents were there or her grandmother and dad were there. I came over to our house. I did a 4th of July thing briefly and left for the day.

0:28:48.92 - Special Agent Aisha Rahman: So why'd you make all that stuff up about you and Avaya?

0:28:51.2 - Michael Douglas: Well because I didn't. I wasn't even. Why would you? That's just cruel. Because she's a good kid. She didn't

0:28:56.44 - Special Agent Aisha Rahman: I'm asking you.

0:28:57.44 - Michael Douglas: No, I'm not I I that's not what I said.

0:28:58.88 - Special Agent Aisha Rahman: All I have is messages (unreadable as Douglas is talking over the agent)

0:29:00.36 - Michael Douglas: No I know. But I was saying this is, I would never say it about because she came to me to be an EMT. I helped her because she was embarrassed about her dad not doing anything. And I said, well, I can, you know, at least to get you in touch with John Hawkins and Scott Culk and the former fire captains and the fire chiefs I know.

0:29:15.72 - Special Agent Aisha Rahman: Are you actually a firefighter?

0:29:17.4 - Michael Douglas: I was briefly, yes, sand crew.

0:29:19.24 - Special Agent Aisha Rahman: When?

0:29:20.08 - Michael Douglas: Oh fuck, 20... no. twenty, 2000 something... long time ago.

0:29:26.4 - Special Agent Aisha Rahman: Oh, like before you were arrested?

0:29:27.68 - Michael Douglas: Yeah, yeah, yeah. Yeah, yeah, yes. I hurt my knees and that was that. I had a, a friend of mine was, invited me to a party. It was a date. She was getting beat up by a man. I stopped and then two buddies jumped me and then I, they slammed down my knee and fucked it up for good.

0:29:42.2 - Special Agent Aisha Rahman: Damn, so you were a firefighter from like what year to a

year?

0:29:44.88 - Michael Douglas: Oh. Shoot, let's say somewhere around 2000...(unreadable), 96 fire and seven (unreadable) 98. So part time work there was probably from about 2000 to 2002 or 3 , 3...3 I think it was when I hurt my knee. I have to see when I had surgery.

0:30:02.88 - Special Agent Aisha Rahman: It was where?

0:30:04.32 - Michael Douglas: No, it was was, but it was CDF at the time.

0:30:07 - Special Agent Aisha Rahman: CDF?

0:30:07.8 - Michael Douglas: Yes, now Cal Fire.

0:30:09.88 - Special Agent Aisha Rahman: Cal Fire?

0:30:10.68 - Michael Douglas: Yes, it used to be CDF California Department Forestry. They switched the name to be cool.

0:30:14.3 - Special Agent Aisha Rahman: Gotcha. Do you do any work now?

0:30:16.16 - Michael Douglas: No, no, ma'am.

0:30:17.64 - Special Agent Aisha Rahman: OK, OK, so , you you never had any sexual activity with Avaya?

0:30:23.16 - Michael Douglas: No. I've never had any sexual activity with a child.

0:30:27.84 - Special Agent Aisha Rahman: So it's all just like a virtual thing for you?

0:30:29.8 - Michael Douglas: Not even virtually. I would never even say that I had. That would be stupid because that would be stupid

SA Aisha Rahman: No no I'm sorry

Michael Douglas: to be stupid to say you did because you would be fucking arrested. You know, I would not say that, that

Special Agent Aisha Rahman: OK. So you're just into looking at that shit, not actually doing it.

0:30:44.16 - Michael Douglas: Well, I wouldn't say looking much. As I said, the youngest I would look at would be probably about 14, maybe, maybe 12 if they've got some, devel- you know, boobs and stuff, but you never know. But no, not

0:30:54.72 - Special Agent Aisha Rahman: Some of the videos that you sent to Anna are like younger than that.

0:30:56.4 - Michael Douglas: Well somebody said Avaya too and that ain't true and that pisses me off 'cause she's a really sweet kid who was beaten by her mother with sticks and shit when she was 4.

0:31:05.24 - Special Agent Aisha Rahman: Come on, Michael, like

Michael Doulgas: No, she was.

0:31:05.84 - Special Agent Aisha Rahman: In your last case you tried to say like it wasn't you

0:31:09.96 - Michael Douglas: Yeah. Do you know how many fucking Myspace accounts he had of minors? 1500. The cops did absolutely nothing. Why? How many did I have? Zero!

0:31:20.52 - Special Agent Aisha Rahman: But you even sent like

0:31:20.64 - Michael Douglas: Yeah I know it sounds like it does

0:31:22.88 - Special Agent Aisha Rahman: Pictures and videos of your like, live (unreadable, Douglas talking over)

0:31:24.16 - Michael Douglas: I was at work one of those days ma'am. I have proof I was at work. The jury said he was guilty because he was fat white guy.

0:31:31.24 - Special Agent Aisha Rahman: I'm just telling you (Douglas talking over). I don't know all the details on your last case

0:31:32.36 - Michael Douglas: I'm telling you the details, and we still have them.

0:31:34.32 - Special Agent Aisha Rahman: I'm just telling you this stuff from what I'm seeing on Anna's phone right now.

Michael Douglas: OK.

0:31:37.04 - Special Agent Aisha Rahman: You sent like... I'm learning what this stuff is, live pics or videos of yourself to Anna...like it's you using the account

0:31:43.64 - Michael Douglas: Well no, I think it was for, I'm trying to think...Occasionally I did yes. Just...it was live? I don't think it was live. I thought it was recorded. I couldn't tell you how they'd do that. It's whatever Kik does.

0:31:56.72 - Michael Douglas: But I was just talking to her about her and stuff and she said no, not me, but yes to my child. And then eventually I just started to ignore her. As you'll see, there was a lot less frequently.

0:32:05.52 - Special Agent Aisha Rahman: Were you supposed to pay her at all or?

0:32:07.28 - Michael Douglas: She never asked me for money, but I was like, I'm too busy right now. I got, the, this whole, and I wouldn't have shown up anyway. As I said, it was probably fake I thought. Really did think it was fake. Because it seemed too fucking stupid and out there for someone to put that I was there. It was just really, you know, like, why would she you even do that without expecting to get caught?

0:32:26.6 - Special Agent Aisha Rahman: Well, some of these people do exist. Um

0:32:30.04 - Michael Douglas: They do, we just found a dead baby in a microwave once.

0:32:33 - Special Agent Aisha Rahman: Yeah, that's pretty awful.

0:32:34.36 - Michael Douglas: Crack addicts.

0:32:35.36 - Special Agent Aisha Rahman: Would you...So, I'm really happy to hear you're saying nothing ever happened with Avaya or any kid ever.

0:32:43.52 - Michael Douglas: No. Never anybody ever.

0:32:45.16 - Special Agent Aisha Rahman: And how do you know her dad?

0:32:46.64 - Michael Douglas: He was a good friend. DJ Nick Hero. A good friend of mine.

0:32:50.16 - Special Agent Aisha Rahman: OK.

0:32:51.16 - Michael Douglas: Fuck man, I did not want him to drive him into any of my personal shit from the past.

SA Aisha Rahman: So

0:32:56.52 - Michael Douglas: Mom is older and is having health issues.

0:33:00.16 - Special Agent Aisha Rahman: Would you be willing to take a polygraph to talk about if you're

Michael Douglas: I mean I've taken one before

SA Aisha Rahman: Specifically just for that, for, if you've ever physically done anything with a child before

0:33:10.08 - Michael Douglas: No, no, no, no I have not. And I mean I'm fine with that, but I mean like, if it's OK to discuss it with a lawyer first cause last time I didn't, and I ended up fucking getting a DUI lawyer being my main lawyer for the case. You wonder how

SA Aisha Rahman: From your last case?

0:33:28.2 - Michael Douglas: Oh, you know what happened, how it got so fucked up? Yeah, that's how.

SA Aisha Rahman: OK.

Michael Douglas: We paid for forensics

0:33:30.2 - Special Agent Aisha Rahman: So you wouldn't take a polygraph tonight for talking about Avaya?

0:33:32.16 - Michael Douglas: You can talk to her in person. She's 19, an EMT. Nothing ever happened.

SA Aisha Rahman: No

0:33:39.28 - Michael Douglas: I promise you that.

0:33:40.48 - Special Agent Aisha Rahman: And I will. I'm not going to knock on her door this late at night. But before

0:33:42.88 - Michael Douglas: I would never say anything about her.

0:33:45.56 - Michael Douglas: She's a sweet kid who's been abused and a dad who doesn't love her and I just said I only, I've only seen her maybe 3 to 4 times at maybe most since 2011.

0:33:55.72 - Special Agent Aisha Rahman: OK. I have a polygrapher at our office now that would be willing to do it with you to talk about

0:34:01.12 - Michael Douglas: Well, here's the. Well. I have not...

SA Aisha Rahman: OK.

Michael Douglas: But here's the thing. It's not admissible in court as you know, and I know. You know your attorneys will tell you that. So that's why I still have an issue because if I for some reason fail because I'm nervous or whatever, yeah, you will use that for (unreadable)

0:34:16.56 - Special Agent Aisha Rahman: If there's something

Michael Douglas: There isn't.

SA Aisha Rahman: If there, like

0:34:17.52 - Michael Douglas: I promise you that there is not anything on there about that and I said you talk tomorrow and there's nothing going to be there.

SA Aisha Rahman: OK well

Michael Douglas: That is bullshit, whoever (unreadable) that part

0:34:27 - Special Agent Aisha Rahman: You tell me then if you if you want to take (unreadable) other options but

0:34:31.04 - Michael Douglas: Do you have an attorney available I could talk to? A defense attorney?

0:34:33.16 - Special Agent Aisha Rahman: You're not, I mean, you'll either, if you can afford one, you can get one. If not then

0:34:36.44 - Michael Douglas: No. I can't have the fucking homeless (unreadable) everything I'm sorry. I'm pissed.

SA Aisha Rahman: I'm not cursing at you Michael.

0:34:40.08 - Michael Douglas: You have no idea what we've been through, no, no, no. You have no idea what we've been through they stole 1000 plus dollars.

0:34:47.4 – SA Mark Jay: Hey, Michael.

0:34:48.08 – Michael Douglas: Yes, Sir.

SA Mark Jay: Real quick. Um, so just overhearing everything you're saying

0:34:52.88 – Michael Douglas: I (unreadable)

0:34:53.04 - SA Mark Jay: I understand. I understand that you're minimizing your involvement.

0:34:57.56 - Michael Douglas: Oh well, because it's true if you see what I've been doing

0:34:58.96 - SA Mark Jay: With this woman, Anna and Emma, and I understand. I understand why you would do that.

0:35:03.44 - Michael Douglas: Yeah, so if you see how busy I've been, you would understand

0:35:06.84 - SA Mark Jay: Just, just let me ask you

0:35:07.52 - Michael Douglas: Follow my phone.

0:35:08.6 - SA Mark Jay: One thing. So, Crystal, the woman that you were with tonight?

0:35:13.36 - Michael Douglas: Yeah, I don't know her well, but yeah, you know, she's

0:35:16.36 - SA Mark Jay: Did you talk to her about your trip to Carlsbad?

0:35:21.24 - Michael Douglas: No.

0:35:24.04 - Michael Douglas: Why?

0:35:25.52 - SA Mark Jay: Is there some reason why she would talk about that?

0:35:26.96 - Michael Douglas: No, San Marcos we had to go cause that was where the old place I lived at had a um a clubhouse and she was looking for a place for her cat and credit card.

0:35:38 - SA Mark Jay: Well she, she actually told us that you were mad at her. Because

0:35:42.72 - Michael Douglas: Yeah

SA Mark Jay: Because you weren't going to be able to make your date in Carlsbad

0:35:45.52 - Michael Douglas: I was supposed to meet Lux tonight and...what the Hell...

24

0:35:50.08 - SA Mark Jay: Do you hear what I'm Saying?

0:35:50.96 - Michael Douglas: Yeah, I hear what you say, but that's not what I told her.

0:35:53.28 - SA Mark Jay: That's specifically what she said, that you got angry with her because

0:35:57.36 - Michael Douglas:  She was the one screaming the entire time.

0:35:59.44 – SA Aisha Rahman: Yeah, because she said that you told her you ruined your date night or whatever

0:36:01.32 - Michael Douglas: OK, listen to the conversation, lawyer. You're lying. I knew you're lying cause I was there for this conversation.

0:36:06.36 - Special Agent Aisha Rahman: I'm just telling you what she said to me.

0:36:08.12 - Michael Douglas: That's what you're saying. Do you have it on tape? I'd like to hear her voice, please.

0:36:10.52 – SA Aisha Rahman: I do actually.

0:36:11.16 - Michael Douglas: OK. Well let me hear it. Yeah. Can I hear it please?

0:36:12.8 - Special Agent Aisha Rahman: You can hear it when you get your lawyer and everything is presented to you in court.

0:36:17.36 - Michael Douglas: Mhm. Not going to court. Good luck with that, that bullshit again. Yeah.

SA Aisha Rahman: OK.

0:36:25.6 - Michael Douglas: I said San Marcos.

Special Agent Aisha Rahman: From what I understand you don't want to talk-

0:36:27.28 - Michael Douglas: I said San Marcos. How did she fucking say Carlsbad?

0:36:31.32 - Michael Douglas: I have the former key to the former clubhouse where I lived at in there because the president run uh

0:36:36.68 - Special Agent Aisha Rahman: Michael do you want to talk to us anymore

0:36:38.2 - Michael Douglas: No, I'm just telling you the truth

SA Aisha Rahman: I know but you said "lawyer"

0:36:38.96 - Michael Douglas: I know, I'm telling the truth. I know I'm telling the truth here. And I don't know why she would even say that. I have no clue because I had no intention of going to Carlsbad. I don't have the gas. We don't even gas in that fucking the thing because they stole

everything. We have no cars available. You look at the gas. Does that tell you can get to Carlsbad in that? Probably not. There's less than a quarter of a tank.

0:36:56.84 - Special Agent Aisha Rahman: You said "lawyer". I don't know if that means

0:36:58.08 - Michael Douglas: I know, I'm sorry, I'm pissed and my hands are hurting now. Oh God

0:37:00.16 – SA Aisha Rahman: OK. But the word "lawyer", by itself, (Douglas talking over agent "I know I know") I don't know if you are asking me (unreadable, Douglas talking over) talk to me (unreadable)

0:37:04.2 - Michael Douglas: No, I'm I'm ranting and raving now because I never said Carlsbad, I said San Marcos.

0:37:09.16 - Special Agent Aisha Rahman: OK. So do you want to continue talking about this

0:37:11.12 - Michael Douglas: Well, I'm just telling you. You're not going to believe me, but I told you San Marcos. Ask her about San Marcos. If she never said it, it was San Marcos.

0:37:17.04 - SA Mark Jay: But before we talk to you, can you just answer that question?

0:37:19.24 - Michael Douglas: I am

SA Mark Jay: Do you want to continue talking

Michael Douglas: San Marcos

0:37:21.16 - SA Mark Jay: to us without a lawyer?

0:37:22.12 - Michael Douglas: Well, yeah. Oh, for a minute, yes. If you listen to me, I'll tell you the truth. It was San Marcos, a hundred percent.

0:37:26.96 - Special Agent Aisha Rahman: What was San Marcos?

0:37:28.16 - Michael Douglas: To take her cause she couldn't get her fucking, sorry sorry, a hotel room because of her cat and or no credit card so she had to pay cash. We went to, I don't know, Quality Inn. We went to some...Roadway Inn or something, crappy ass hotels. I've been left, doing this, which Adrian was supposed to do because, well, it's his girlfriend. But no, I got the job, and I was going to say no to a woman who just got out of jail and was homeless and was cold. She needed a place to stay. I suggested to go to the old clubhouse there because it's at least a shelter and she'd be safe for the night and I would go home. She couldn't be left alone and started screaming and yelling and screaming and yelling.

0:38:08.04 - Special Agent Aisha Rahman: Yeah. She told us that you got mad because you ruined her date night in Carlsbad. Those were her words.

Michael Douglas: No! Wow.

0:38:17.24 - SA Mark Jay: Did, did you um

0:38:19.56 - Michael Douglas: That's stupid, but that's not what I said.

0:38:21.44 - SA Mark Jay: Do you remember texting Anna about that you were bringing the unicorn?

0:38:26.52 - Michael Douglas: I thought that was Lux, honestly, because you'll see what Lux's saying about the unicorn too. I had no idea. I was driving and I was just sitting there just responding and, you know, not trying to get arrested for texting and driving. But yeah, that was for actually for the other kid for Brooklyn, because her mom asked me to get one for her.

0:38:44.36 - Special Agent Aisha Rahman: So who knows the passcode to your phone besides you Michael?

0:38:47.4 - Michael Douglas: Well, uh a lot of people who's used it, Adrian, Angus, uh Klint...

0:38:53.08 - Special Agent Aisha Rahman: What are they all using your phone for?

0:38:55.32 - Michael Douglas: I don't know. I'm not (unreadable). Some homeless lady used it last night with Lux's friend I don't even know who she was. She had to text somebody or something. I had no clue who the fuck it was. You know, I got to say no, but if I say something then I'm the bad guy and then I get a lip.

0:39:09.8 - Special Agent Aisha Rahman: OK, so if I go to Adrian and say hey, what's passcode to Michael's phone, is he actually going to know it?

0:39:14.96 - Michael Douglas: He bet, he should, since he's been using it all along. If he doesn't, he's lying.

0:39:19.48 - Special Agent Aisha Rahman: Is it like a, a number or a pattern or a what is it?

0:39:24.8 - Michael Douglas: It's a uh, no, he'll know it. (Unreadable) number, but he's a fucking liar if he says he doesn't know it. So what happens to the other people? They know everything. You should see our bank accounts have been drained.

SA Aisha Rahman: OK.

Michael Douglas: Bunch of thieves.

0:39:37 - Special Agent Aisha Rahman: Would you be willing to give us the passcode to your phone?

0:39:41.16 - Michael Douglas: Well, my lawyers would not appreciate that because well it opens the door to you, which I want to because I want to help and get this fucking done with so I can go home and sleep, which I'm probably not doing. But(unreadable) so this sucks cause I do want to help.

0:39:54.76 - Special Agent Aisha Rahman: It's your choice, Michael.

0:39:55.76 - Michael Douglas: Yeah, it's a shitty choice. You know, it really is. It's not a good choice because you want to help and get, you're trying

0:40:01.56 - Special Agent Aisha Rahman: I'm giving you the option.

0:40:02.8 - Michael Douglas: At this fucking point I just want to go to bed because I have been running for days. There's no way I could have even met this fucking woman or even believe it was real because I've been running for fucking days. You can look at my GPS type stuff. You'll see me going around in circles like an idiot.

0:40:15.4 - Special Agent Aisha Rahman: I mean, I would like to believe

Michael Douglas: That's the truth

SA Aisha Rahman: A lot of what you're saying. I mean, would you be willing to give me the passcode?

0:40:21.04 - Michael Douglas: Well, see the problem is if I have to go to trial and lawyer stuff that would ruin my case. That's the problem because I got really fucked bad by my attorneys. We had five attorneys. You know, this isn't your fault or anything like that of course. We had five attorneys. One of them was a DUI attorney. We didn't even know it was not a real attorney in the sense that we needed. Ended up with a judge, now Judge Washington thankfully, but he couldn't do anything to fix it. The computer guy never even showed. We paid him $12,000 not to show, but there was nothing on the computer as of May 31st according to a guy named Chris who worked for my mom, or prudential back in the old days. Nothing was on that computer. He did a full diagnostic, cleaned it, everything, nothing. But by the time I was arrested in November it was fully loaded with over something like 10,000 images. How can you do that in the time, they were from different dates even before when the computer was looked at. So I'm uncomfortable answering anymore right now until I have a lawyer but on the same token, I do want to help if that makes sense.

SA Aisha Rahman: That's your decision.

Michael Douglas: So I have to get his um, but he would suggest whoever that is, he or she, I need a public defender at this point because they've wiped us clean.

SA Aisha Rahman: OK

Michael Douglas: We have nothing left at this point. We will lose our house.

SA Aisha Rahman: So you don't want to give us the passcode?

0:41:28.16 - Michael Douglas: No, we're going to lose we're going to lose our house. That's what's going to happen.

0:41:31.12 - Special Agent Aisha Rahman: OK. So are you-

0:41:31.88 - Michael Douglas: No ma'am, I don't because if I have to go to trial

SA Aisha Rahman: OK

Michael Douglas: Because the last of the lawyers fucked me so bad, but I have no choice. Even though I had proof I was at work. I had proof I was in Rancho Bernardo at the time of the chat. But hey, in America, you're guilty until proven innocent, and you can probably even see it (unreadable).

28

0:41:49.2 - Special Agent Aisha Rahman: OK.

0:41:49.8 - Michael Douglas: August 7th. I was right at work.

0:41:53.76 - Michael Douglas: Didn't matter.

0:41:54.92 - Special Agent Aisha Rahman: OK.

0:41:56 - Special Agent Aisha Rahman: Do you still want to continue talking or...?

0:41:59.08 - Michael Douglas: Well, if you have questions I can answer, I will. If not, it's lawyer.

SA Aisha Rahman: OK

0:42:02.4 - Michael Douglas: So if you're going to hit the same, if you're going to hit the same line of questioning, then we're done. But.

0:42:06.08 - Special Agent Aisha Rahman: OK. Um, who else have you sent child pornography to besides Anna?

0:42:11.64 - Michael Douglas: I wouldn't even consider child pornography. It was clothed, girls, maybe kisses, stuff like that. It wasn't like, you know, sex and stuff. If it was sex I have no idea who was sending that. It wasn't

0:42:22.52 - Special Agent Aisha Rahman: So is there anything in your house like, besides your phone, that you've ever used for child pornography?

0:42:27.8 - Michael Douglas: Not that I was. No, no, no, no, no. Well, I'm saying no because I don't know what the fuck Adrian's been doing in my closet. He's been in my closet. He's been in the shed. So whatever's in the shed going on, I don't have any knowledge of it.

0:42:42.12 – SA Aisha Rahman: OK.

0:42:42.24 - Michael Douglas: Is there any water? My mouth is completely dry.

0:42:44.04 – SA Aisha Rahman: Do you have any water?

0:42:45.68 - SA Mark Jay: I do not. I'll try to get you, I'll try to get you water.

0:42:47.12 - Michael Douglas: And I know that sounds stupid because wait, wait, yeah, we had Gary in there too, and he just started jerking off behind me one night when I'm laying on my bed. Can you believe that? He was (unreadable) pulls his dick out, like dude. Jesus Christ. And I know they know because some girl, Alicia, early on told everybody that I had the charge. So I don't know if anybody can put stuff in there. (Unreadable) and I talked briefly to Anna, but I can honestly, since the day I moved here I've been running. You will see with the messages of people. I've been running around hanging out trying to get food to get the clothing to um I never got shit. You're going to take me into custody. Never got this food for mister Heavens, dammit. Sorry. I have a lot on my plate. But they run me ragged and I don't have time for anything, to be honest with you. I don't have time for a date. I haven't had one a couple years now.

0:43:38.32 - Special Agent Aisha Rahman: So. Once you realized that these were cops that were following you

0:43:42.92 - Michael Douglas: I didn't. I did not.

0:43:44.72 - Special Agent Aisha Rahman: No I'm saying once you realize there were cops like how did, what, what happened over there?

0:43:48.44 - Michael Douglas: I already had pulled it off. Yeah, you didn't see that. What happened was is I saw the two vehicles back and forth, like I honestly thought it was cartel. So I flipped them off and I pulled the pin. I thought they would have just backed off at that point. That's when I saw the lights light up and I went oh fuck. Cops.

0:44:04.24 - Special Agent Aisha Rahman: Where were you when you pulled the pin?

0:44:06.32 - Michael Douglas: Right, like, just starting to take off. So you guys were lined up. You didn't even put the lights on. Two cars were lined up. One had just pulled around, the first one that was chasing, then the second one came up and pulled around and then I just uh...Crystal screaming oh my God, screaming (unreadable) man, "Take us back! Take us back!" I was like OK, fine, let's go back, but that's where we're going to die so the cartel's going to kill us. Cause the story Adrian told me literally, told me a story of they're after her.

SA Aisha Rahman: OK.

0:44:34.36 - Michael Douglas: I believe eventually because, well, you get tired, you start not sleeping well, you get, you know, I'm sore a lot so I don't sleep well in general, but I'd already now going what today is what today is Tuesday, right?

0:44:45.4 - Special Agent Aisha Rahman: So focus, there was two cars pulled up here.

Michale Douglas: Yeah

0:44:47.52 - Special Agent Aisha Rahman: You're in this lot

Michael Douglas: Yeah. So they were white SUVs and they did not look normal for the area because, well, they to me look like what cartel member would have at that, you know, higher end. So I thought they were a hit squad honestly, because that's what he told me his story was, they're after her to kill her. So I ran. I had no clue you were cops. Uh then I pulled the uh pin literally as soon as I, I was going to start taking off as I pulled out of the lot here and made the turn.

SA Aisha Rahman: Mhm.

0:45:13.4 - Michael Douglas: I flipped off the people in the car and pulled the pin and at the same time and it held it in my hand and then that's when the car came forward and hit the front end of us and that's when I realized there were cops is because I saw the red and blue one. I want...oh shit.  I really thought it was a cartel because the story that I was told by Adrian.

0:45:29.24 - Special Agent Aisha Rahman: So what happened at that point when you realized it was cops?

0:45:30.88 - Michael Douglas: It was, I was like, I give up, surrender, surrender, surrender. But you guys couldn't hear shit because, you know, yelling and my windows were up.

0:45:39.04 - Special Agent Aisha Rahman: Why, why did you like, pull the pin if the grenade was fake?

0:45:41.88 - Michael Douglas: Because the idiot. The idiot Adrian was like, well, he goes, it's stupid because (unreadable) if you have something to get away, because if to save my girl, he's like, if I'm not there, you're the guy. I was like, OK, I'll do my best. You know, like firefighter. That's what we do. We try to protect. We don't try to hurt. It was just stupid on my part though I will say, but I thought, I didn't know realize you guys were coming up on me in the front. Had I known that, I would have realized I was pinned.

SA Aisha Rahman: OK.

Michael Douglas: (unreadable) she was screaming

0:46:07.04 - Special Agent Aisha Rahman: You had those like I noticed like police lights or some sort of lights on your car?

Michael Douglas: Fire department. Yeah, yeah, fire department, even even in retired, you still have the ability to take command of an incident. I saw you guys were following us. I needed to get by quickly without trying to kill anybody because I've lived out there after her because that's this fucking line of bullshit he's been feeding me when he's been probably screwing some chick.

0:46:30.4 - Special Agent Aisha Rahman: OK. So at what point did you turn those lights on?

0:46:33.28 - Michael Douglas: Oh, I don't know. It was pretty far into it actually. I think it was uh...the last hotel I think we took off of after that because I realized that there was being followed at that point and I went, oh shit they're after her.

0:46:45.08 - Special Agent Aisha Rahman: What was going on with the hotels? You're going like, hotel to hotel with her.

0:46:49.48 - Michael Douglas: Hey, she has a cat.

0:46:51.4 - Special Agent Aisha Rahman: OK. Yeah, I know this.

0:46:52.8 - Michael Douglas: You're missing or whatever... Yeah, well, she also doesn't have a bank card and I don't either because mine had been locked. They've been stolen by someone either local or or online. So she could not get a room in Escondido by by paying the deposit and the other fees without having something on a card. So we were going to basically hotel to hotel, asked if they take a cat and the cash and they can corroborate all that. I will tell you that. Mmm, my arms. I mean, it's stupid sounding, but yeah, at that point I was so frustrated and tired because I've been running around with her since this morning trying to get her car back.

0:47:32.28 - Special Agent Aisha Rahman: OK. So, Michael, um

31

Michael Douglas: Yeah I'm going to take a nap. So I'm tired. I couldn't even tell you what conversations are mine because they've been on my phone. They've been

0:47:43.4 - Special Agent Aisha Rahman: Well

Michale Douglas: They've been

SA Aisha Rahman: I'll tell you that I, you know, I will speak with um Adrian to hear him out

0:47:50.2 - Michael Douglas: Oh well he's, he's a peach.

0:47:52.48 - Special Agent Aisha Rahman: you know, and, and, and your family or what not.

0:47:54.44 - Michael Douglas: Just arrest his ass too while you're at it. He's doing something illegal. I don't know what but

0:47:58.32 - Special Agent Aisha Rahman: I will also I'm just, I'm just straight up telling you like I'm also going to ask them for the passcode to your phone

Michael Douglas: No they won't have it.

SA Aisha Rahman: and then I will get a search warrant for your phone. So

0:48:08.04 - Michael Douglas: Oh yeah, as I said, I'll talk to an attorney, see what's best.

0:48:10.12 - Special Agent Aisha Rahman: Yeah so I'm just saying

Michael Douglas: And we'll go from there.

SA Aisha Rahman: Once I get to that point, is there anything I'm going to come across that is totally opposite of what you're telling me now?

0:48:17.4 - Michael Douglas: I don't even fucking know. I know you'd find something to be of of my volleyball players I've taken, but they're all adult.

SA Aisah Rahman: OK.

Michael Douglas: Um, so that's

0:48:24.76 - Special Agent Aisha Rahman: I'm not like coming back to talk to you after this.

0:48:26.04 - Michael Douglas: No, no, no, no, no. I know I haven't had this phone more than a a few days to be honest with you because Miss Tammy gave it to me so I wouldn't even be able to tell you. All I know is, I haven't had sleep probably in a week.

SA Aisha Rahman: OK.

0:48:35.92 - Michael Douglas: I am so exhausted.

32

0:48:37.52 - Special Agent Aisha Rahman: OK, this totally shattered phone right here, is this your phone?

0:48:41.68 - Michael Douglas: It, was that, it looked...Is that mine? No. What happened? It was much more shattered. I couldn't even see through it. The camera was gone. Everything was destroyed on it.

Special Agent Aisha Rahman: What is going on here?

Michael Douglas: Yeah. See that? If the phone's possessed, go shoot it. That thing's weird. I have, good luck with that. I can't fix it. Ah, fuck. Just digging in my wrist. Sorry.

0:49:05 - Special Agent Aisha Rahman: OK, so but this, is this your, is this your case, whatever? It was shattered on the floorboard of your car.

0:49:10.6 - Michael Douglas: Yeah, 'cause I dropped it the first day I had it. There's my neck. It's all been all fucked up. Yeah, you can't. You can't keep (unreadable).

0:49:19.16 - Special Agent Aisha Rahman: I don't know why that's on here.

0:49:19.92 - Michael Douglas: It does this. This phone is messed up.

0:49:23.6 - Special Agent Aisha Rahman: There you go. OK, is this, is this your phone?

0:49:26.36 - Michael Douglas: No, it is my phone, yes, uh, but

0:49:28.2 - Special Agent Aisha Rahman: Why is it so broken?

0:49:30.48 - Michael Douglas: I dropped it the first day because my neck is so fucked up now. I can't grasp anything anymore. So I can't even really type. I can't barely drive, which I, you know

0:49:40.08 - Special Agent Aisha Rahman: You didn't break this like just now in the car?

0:49:41.96 - Michael Douglas: No, man, no, it was broken the first day. You'll see if you get my text, you'll see every message about the fucking phone I just got broke.

Special Agent Aisha Rahman: OK?

0:49:47.76 - Michael Douglas: No, it broke.

0:49:49.88 – Aisha Rahman: OK

Michael Douglas: I dropped it and that was that.

0:49:53.36 - Michael Douglas: That's what I got for getting a cheap one.

0:49:55.44 - Special Agent Aisha Rahman: So like I said, I mean, it's not going to be today, but at some point I'll, I'll be going through this. So anything that you want to tell me now that I'm going to come across?

33

0:50:04.48 - Michael Douglas: I told you the beach volleyball stuff, that was it. That was absolutely it.

0:50:11.24 - Special Agent Aisha Rahman: What's the beach volleyball thing?

0:50:12.16 - Michael Douglas: Well, I have photos like Peter Nygard, and he's going to prison for child trafficking. And I didn't know him personally. I just knew him from taking photos of Nicole Midwin and invited me there because she was a friend of mine. So I had no knowledge of anything going on other than he was throwing these parties. Marina del Rey. But I figured you were eventually going to get to talking to me, but you never did. So that was what I thought it was about. So there's photos of him there at the party, there's families

0:50:36 - Special Agent Aisha Rahman: At a volleyball party? Sorry I'm a little confused

0:50:37.32 - Michael Douglas: Yes, Marina del Rey. So he's a famous fashion designer, I guess, or was

Special Agent Aisha Rahman: OK.

0:50:43.36 - Michael Douglas: He was arrested for what they've said is child trafficking people to the Bahamas, to Canada, to the US.

0:50:49.44 - Special Agent Aisha Rahman: OK.

0:50:50.48 - Michael Douglas: I was on a guest list a couple times. I can't even tell you how many because I was invited by Nicole Midwin. I never saw anything illegal, but they said he was drugging people and then flying him over to the Bahamas and molesting children. I don't know anything about that. I do know he threw these parties called, what were they called? Something about important parties with women...pamper parties.

SA Aisha Rahman: OK.

Michael Douglas: And I've been to a couple of them, but I never saw anything illegal, at least from the early on. But you weren't allowed to go upstairs if you were just a guest.

0:51:20.44 - Special Agent Aisha Rahman: When were these parties?

0:51:21.92 - Michael Douglas: 2006 is when I was there, but I guess

SA Aisha Rahman: Oh this is a while ago

Michael Douglas: Well, yeah, but this is now coming up in first trial. He's going to have one in New York soon.

SA Aisha Rahman: Oh OK.

0:51:28.56 - Michael Douglas: So this is a um... that's what I thought you'd be eventually talking to me about honestly. Those photos should be on my computers or something, a computer or um phone somewhere because I kept those in case I needed them for evidence. There was some kids involved there, but I don't think you know, there was a bikini type stuff having dinner type stuff at the at the beach so it wasn't, it was not

0:51:53.68 - Special Agent Aisha Rahman: Like with kids?

0:51:54.32 - Michael Douglas: Well, it was like everybody there, it was, we had a huge party there and he'd have a hundred people..

SA Aisha Rahman: OK.

Michael Douglas: But yeah, there'd be a couple of kids there and families. And so I didn't know if we would need that eventually for um for evidence if anybody ever came to talk to me, which they never did.

0:52:08.44 - Special Agent Aisha Rahman: What, what computer is that on?

0:52:12 - Michael Douglas: Uh...should be, well um, there's a phone actually. It was on my scandisk but that got corrupted. So I don't know if anything's on there anymore to be honest with you.

SA Aisha Rahman: OK.

0:52:22 - Michael Douglas: That trip to Scotland's gone. I'm sure it is.

0:52:25.4 - Special Agent Aisha Rahman: Your trip to Scotland?

0:52:26.76 - Michael Douglas: Yes, we went to Scotland to see our heritage where we're from.

SA Aisha Rahman: Oh OK.

0:52:30.24 - Michael Douglas: So Edinburgh uh

Special Agent Aisha Rahman: When did you go there?

0:52:33.16 - Michael Douglas: Oh, May, late May last year.

0:52:38 - Special Agent Aisha Rahman: What'd you do there? Do you actually have like family there or?

0:52:41.32 - Michael Douglas: No, we do not have direct family anymore because we've been in these states since, oh, see, we've been here since 1716 in the United States, I think. No, we just wanted to see where our family is. My aunt's older. She got heart failure, probably won't live much longer um so

0:52:55.92 - Special Agent Aisha Rahman: So who'd you, who'd you go with?

0:52:58.08 - Michael Douglas: Mom and aunt. My mom and aunt and we stayed at hotels, family rooms together, basically. Kind of sucked at being family, but hey, whatever. Um... Yeah, we went to Edinburgh, very pretty. Then we, I think, took a Highland tour one day and we went to Glasgow and from Glasgow down to South Lanark where our family's from originally, and after there to London for the Queen's Jubilee.

35

0:53:25.68 - Special Agent Aisha Rahman: OK. Alright. So I'm, I'm sorry, I'm still stuck on the unicorn. The unicorn in the bag with all that stuff is from you

0:53:29.28 - Michael Douglas: Lux, absolutely, Hell no, the unicorn is for the Brooklyn because Lux asked me, uh what was it, I think it was last night we were at Walmart. She couldn't, she couldn't even afford anything for a kid and she goes, can you pick up a unicorn? She loves it. And she'll confirm this with you guys if you can get a hold of her.

Special Agent Aisha Rahman: Lux is who?

Michael Douglas: Her name's Alicia something. I don't know for some reason, I have a piece of mail in my room. At first I don't even know how the fuck it got there. Alicia, what is her last name? Anyway you'd probably find her at Harrah's or uh...

SA Aisha Rahman: But she's...who is she?

Michael Douglas: [unintelligible]. She was a random person that literally drove by me at the Upper Shells we call it on Seven Oaks filming me. She came by straight by one way, flipped a U-turn came by and now they're filming me. Did it twice more and finally actually lit up those lights because I was wondering what it was about. I thought it was homeless because they've been tripping out about them over there. And she said no, I've been being followed. I'm like, followed by who? She's like, well, my family and then blah, blah, blah, this and then then she starts, you know, aliens. I was like, oh, great, another one. They're all kind of mentally ill um

0:54:32.8 - Special Agent Aisha Rahman: So she's just some random...

0:54:34.44 - Michael Douglas: Yeah, random person that found me and she'll corroborate all this.

0:54:37.16 - Special Agent Aisha Rahman: Is she homeless too?

0:54:39 - Michael Douglas: Uh yes and no. She's supposed to be living with her aunt and uncle.

0:54:42 - Special Agent Aisha Rahman: Dude you're making it hard me, all these people you're telling me to talk to are fucking homeless.

0:54:44.2 - Michael Douglas: Oh yeah, I know. Well, I'm going to tell you where you can find them. But she can find her at Harrah's.

0:54:50.04 - Special Agent Aisha Rahman: So she... you got the unicorn for Lux, who

0:54:54.92 - Michael Douglas: Kid, Brooklyn, because she asked me when we were at Walmart just the other night. There's like two, what is it today, Tuesday? Monday. We were there yesterday, some random homeless women she brought to my house. Dark hair, big boobs. I don't even know who she was. Can't remember her name. But yeah, last night Lux said she loves unicorns. Can you pick one up for her?

0:55:14.6 - Special Agent Aisha Rahman: So you bought it? How old is Brooklyn?

0:55:16.8 - Michael Douglas: How old uh...she is nine, I believe and I was quote, her favorite, which doesn't make sense

0:55:22.12 - Special Agent Aisha Rahman: So you got the unicorn from Walmart...

0:55:24.28 - Michael Douglas: To give the, to the kid, to her, to not to the kid, to her mom, to give it to the kid, I guess for Christmas, I guess that's what I was told.

0:55:30.2 - Special Agent Aisha Rahman: You got it just the other day?

0:55:31.68 - Michael Douglas: Yes, last night, summer time at some point.

SA Aisha Rahman: OK.

Michael Douglas: So I'm just tired.

0:55:37.24 - Special Agent Aisha Rahman: Why, why, was...it ordered from Amazon then?

Michael Douglas: Amazon?

0:55:42.56 - Special Agent Aisha Rahman: You didn't get it at Walmart.

0:55:44 - Michael Douglas: No, I did. I did, check my receipt. I got it at uh...Amazon.

0:55:49.08 - Special Agent Aisha Rahman: You just told me you got it from Walmart.

0:55:50.8 - Michael Douglas: I don't know. I'm fucking tired. You don't understand.

0:55:53 – SA Aisha Rahman: That's why it just would be easier if you would just be truthful.

0:55:54.68 - Michael Douglas: No, it's actually no, talk to, I am. Talk to Lux, see it's on my phone if you ever get a, damn it, what's her number?

0:56:00.32 - Special Agent Aisha Rahman: The phone is here but

0:56:01.4 - Michael Douglas: Well fuck. Well, yeah, talk to Lux. I'll give you numbers. I'll give it to you when I, you could talk to Lux who will corroborate it.

0:56:05.96 - Special Agent Aisha Rahman: What's her phone number?

0:56:06.72 - Michael Douglas: Oh shit, I don't remember that. Perhaps I'll call, you can just answer it. She will corroborate the entire story. I promise you. My fucking throat's dry and I'm tired, so I may pass out and sleep as that's what's been happening and I don't have a narcolepsy now so.

0:56:20.68 - SA Mark Jay: So, Michael?

0:56:21.96 - Michael Douglas: Yes, Sir.

0:56:22.72 - SA Mark Jay: There's lots of things that are

0:56:24.16 - Michael Douglas: Yeah

0:56:24.92 - SA Mark Jay: Not looking good for you

0:56:25.68 - Michael Douglas: Yeah, lots of things like UFOs and aliens and shit like this.

0:56:28.28 - SA Mark Jay: Let me just be straight with you. I've worked a few of these cases and people that are upfront and honest actually

0:56:36.48 - Michael Douglas: This is a great time to fuck up a story to tell when that's what the truth is. Just throw my ass in this fucking, throw my ass in the clink. At this point you know I could use the sleep.

0:56:44.96 - SA Mark Jay: What I want to tell you is the more you can cooperate, the more that we can talk.

0:56:49.68 - Michael Douglas: I'm trying to I'd like to have a lawyer to go over some shit because the last time I got fucked by my lawyers, no offense. And that's just not fun when you're on the other end. When you have proof that you were at work on one of the days, one day they said, oh, all you do is prove you're innocent. And I did August 7th. It didn't fucking matter. Did not matter.

0:57:08.96 - SA Aisha Rahman: Well

Michael Douglas: I was at work.

0:57:09.32 - Special Agent Aisha Rahman: What I'm trying to say is that the more you cooperate, the better it looks for you

Michael Douglas: Yes

SA Aisha Rahman: The more that you lie and dig yourself a hole, the worse it looks for you.

0:57:14.56 - Michael Douglas: And I'm trying to cooperate. Shit I ain't lying (unreadable)

0:57:20.68 - Special Agent Aisha Rahman: And we know this because that's what we do.

0:57:23.16 - Michael Douglas: I know. No. I know what you know. Ah! Damn it's digging in.

0:57:26.16 - Michael Douglas: Can we just loosen this one just a slight bit it's digging in my circulation so bad I can't feel my hand. I will not do anything, I promise. I know. You hear that all the time.

0:57:35.6 - Special Agent Aisha Rahman: I can fit literally four fingers in here. It's very loose.

0:57:40.12 - SA Mark Jay: You're gonna have to adjust a little bit

0:57:42.16 - Michael Douglas: Well I can't. I'm not lying here. You could, she will tell you she told me to get the freaking unicorn because I was racing around with the kid and she looked at the price and goes, it's too much. Yeah. And I went oh...

38

0:57:50.6 - Special Agent Aisha Rahman: OK, but you just said you got it from Walmart and we know that's not true.

0:57:54.24 - Michael Douglas: No, it actually is true. I did get it from Walmart, but you'll see the receipt. You'll go find it. It's gotta be there. I got the damn receipt. Go look at the cameras, I was supposed to, Lux, she said, give me...

0:58:05.48 - Special Agent Aisha Rahman: We have agents at your house.

0:58:07.8 - Michael Douglas: Great! Find the receipt, you'll see that it matches up. I'm telling you the truth right here.

0:58:10.84 - Special Agent Aisha Rahman: And your mom's Amazon account shows the order.

0:58:14.52 - Michael Douglas: Why? Why wouldn't it be mine? I have my own.

SA Aisha Rahman: For the unicorn.

Michael Douglas: I have my own account.

0:58:17.4 - Special Agent Aisha Rahman: The exact unicorn that's right there.

0:58:19.28 - Michael Douglas: Ma'am. My own account, Michael Douglas, look it up.

0:58:21.2 - Special Agent Aisha Rahman: There's a lot of things you've said tonight that

0:58:23.56 - Michael Douglas: Look at my account.

0:58:24.2 - Special Agent Aisha Rahman: don't line up with things that we know already.

0:58:26.4 - Michael Douglas: OK, well no it, I, why would it be on her account and not mine?

0:58:30.28 - Special Agent Aisha Rahman: You tell me.

0:58:31.24 - Michael Douglas: I am. Why would it not be on there? Doesn't that make sense I would be on mine if I were to buy something?

0:58:34.76 - Special Agent Aisha Rahman: Why have you lied half the time to me in this interview?

Michael Douglas: I'm not lying.

0:58:37.2 - Special Agent Aisha Rahman: Why not just be honest? You know, say hey, I'm trying to help you.

0:58:40.24 - Michael Douglas: I am. That's the problem. I said go talk to Lux. You won't talk to Lux? Then I can't help you.

0:58:44.96 - Special Agent Aisha Rahman: Well, what's Lux's phone number?

0:58:46.28 - Michael Douglas: Well look then once I said look, you're going to take my phone, I know

how the game works. It's all about getting me to confess and get fucked again. You won't even investigate Steve, who's in Michigan by the way.

0:58:55.64 - Special Agent Aisha Rahman: So I'll make this part clear. You are going to jail regardless, OK, for the distribution of child pornography.

0:59:01.68 - Michael Douglas: Right. Bullshit.

0:59:02.64 - Special Agent Aisha Rahman: So that's not, it's not, the fact of you going to jail is not going to change.

0:59:06.44 - Michael Douglas: Why would I do it again after the first time. That doesn't make sense.

0:59:08.92 - Special Agent Aisha Rahman: Because I know

0:59:09.8 - Michael Douglas: You know what? Cause they call me "pendejo"? Yeah, you know what that means? The asshole homeless people? They have the story going.

0:59:14.72 - Special Agent Aisha Rahman: Am I calling you names?

0:59:15.6 - Michael Douglas: No! But they fucking knew the moment I arrived here, everybody knew.

SA Aisha Rahman: Michael.

0:59:19.72 - Michael Douglas: No, it's a setup again.

0:59:20.4 - Special Agent Aisha Rahman: I have spoken with many people who have the same issue.

Michael Douglas: It's not

0:59:24.12 - Special Agent Aisha Rahman: That's why I said I equated to the same thing like drug addiction, gambling

Michael Douglas: I went through it. I know I went through it all ma'am.

0:59:27.84 - Special Agent Aisha Rahman:  Things like that. I understand that not everybody can just snap that out of their system.

0:59:35.36 - Michael Douglas: (Unreadable, talking over agent) of it was the fact that they all knew.

0:59:37.36 - Michael Douglas: How did they all fucking know already? The day I

0:59:39.24 - Special Agent Aisha Rahman: I don't know that

Michael Douglas: Alicia, the uh...

SA Aisha Rahman: But only you can take responsibility for you right now.

0:59:44.2 - Michael Douglas: Yes, I am. I'm telling, laying out the story, which sounds fucking insane. Cause well it is, honestly, it's fucking crazy. And I had to sit there and live this shit, now twice. So,

you know, it's getting old and there's some, you know, asshole sits there and brings drugs in my car, doesn't tell me and I'm already doing 85. And then, you know, he sits and shows to me and I see a cop and then I have to go on a fucking high-speed chase because that asshole, what is his name? Kerry. Kerry? Yeah. You know, so I'm doing things for other people. Next thing I know, I'm going to sit in the cops. They aren't. But then they get off scot free because you guys don't care. You got your man.

1:00:15.36 - Special Agent Aisha Rahman: You are going to jail.

1:00:15.56 - Michael Douglas: No, I know.

1:00:16.16 - Special Agent Aisha Rahman: either way

Michael Douglas: I know I'm telling you the story

1:00:17.4 - Special Agent Aisha Rahman: That's why I'm saying like what you're saying right now is not gonna change that.

1:00:19.32 - Michael Douglas: But you wanna know about drugs and shit? I know all about that crap.

1:00:21.52 - Special Agent Aisha Rahman: That's not what I'm here for.

1:00:22.52 - Michael Douglas: Well that's what you should be here for. Cause fentanyl is killing and you know a woman died.

1:00:25.44 - Special Agent Aisha Rahman: That's what other people do. I save kids. OK?

1:00:27.8 - Michael Douglas: I'm glad you do. Thank you. That's why I didn't even think it was real. It was so stupid how she was writing stuff so I even stopped writing her. I was like, don't bother me lady, you should see even the text about that? I said don't bother me.

1:00:37.68 - Special Agent Aisha Rahman: OK. Well, unless you're going to be completely honest about everything, I don't

Michael Douglas: I am

1:00:41.32 - Special Agent Aisha Rahman: I don't know that there's any point

1:00:42.52 - Michael Douglas: How can I be completely honest, when you don't believe me, so you're not, whatever I say, you're never going to believe me. So it's a moot point. And you said you have some of the story but not all of the story. So if I gave you the whole story.

1:00:51.36 - Special Agent Aisha Rahman: But now I don't even know what to believe you for even the parts of story I have cause you lied to me about things that I already know.

Michael Douglas: Thank you! That's, no I...this is crazy

1:00:57.76 - Special Agent Aisha Rahman: That's not helping you.

41

1:00:59.88 - Michael Douglas: OK. Here's what's helping me. You find that receipt from Amazon, not Amazon, Walmart. Sorry.

1:01:03.64 - Special Agent Aisha Rahman: Where is it?

1:01:05.32 - Michael Douglas: Somewhere in my room, you will see a lot of receipts though. There's tons of them because I was doing the nonprofit stuff. You have to keep them for the 501C3.

1:01:10.6 - Special Agent Aisha Rahman: And you went when?

1:01:12.88 - Michael Douglas: With the, I can't even remember that, I'm so tired. I think it was last night. I believe it was...last night was what, Monday? I don't even know the days anymore.

1:01:21.16 - Special Agent Aisha Rahman: And which Walmart did you go to?

1:01:23.88 - Michael Douglas: Uh we went to San Marcos, I know that and she tore out of there. (unreadable) another one (unreadable).

1:01:28.6 - Special Agent Aisha Rahman: What I do have is a receipt of the unicorn and the lube, the exact ones in your car.

1:01:34.2 - Michael Douglas: (Unreadable, talking over agent) OK, yeah. Did you know they actually called that up and canceled it? Did you know that? Checked the records. My mom called up and said we did not order this, cancel it, and they would not cancel at Walmart, or, not Walmart, what's that, fucking, well, Amazon, she called them up and said cancel the order, we didn't order it.

1:01:49.84 - SA Mark Jay: But you have the unicorn.

1:01:51.72 - Michael Douglas: Yes, cause I said

1:01:53.36 - Special Agent Aisha Rahman: And the same exact lube on that order.

1:01:55.84 - Michael Douglas: Oh, you always get asked about (unreadable) OK you will see texts eventually I'll show them in court so I could prove you wrong that Lux was talking about sex with me, OK?

Special Agent Aisha Rahman: OK.

1:02:04.8 - Michael Douglas: She's a prostitute though, but I was not going to pay her she was going to be helping because I've been helping her she's like, well you know, so I'll hook you up, you know, she's like a player or something, she's always here is this is stupid...fucking coincidences again. I mean, I can see how you see it. I I certainly can, but I can't...

1:02:22 - Special Agent Aisha Rahman: You're not helping me help make it make sense.

1:02:25.04 - Michael Douglas: I don't even know how it makes sense at this point. It's just so fucking stupid. Oh my God. So I met Lux randomly OK? Really totally random.

1:02:32.68 - Michael Douglas: I thought, it's like you're in a bad movie and people randomly show

up in your fucking life. It's that. It's crazy. But drugs are involved so. Well, there you go. Um I met Lux, but I kind of liked her. We hit it off. Then I found out she has a kid, uh nine years old, and I was a little eerie because, well, my past charges would probably be an issue with somebody with a mom, you know, and then I was concerned. She was kind of, wouldn't say abusive necessarily, but she was disciplined for reasons that weren't um, well to me, reasons to discipline. Um, and it's like she would appear (unreadable) at her kid and they did caught her, but they didn't hurt her, but still caught her. And I was offended by that. So was Miss Tammy. Uh Miss Tammy's a good person and was kicked her out of her home. At that point and it was just a, they go argue all the time about how horrible each other is. Not a good situation. Long story short though, I'd say once I found out uh um Lux, Alicia is her name but she goes by Lux, was raped a couple of nights ago at Harrah's. Um and when she was debating, well should she go anywhere because well she's a hooker and nobody's gonna believe a hooker. And I was just feeling terrible for her you know, there's nothing we can do about that, unfortunately. And uh, but I started, she opened up to be a real person, not the hard to sell that she is. I got to know a really nice woman and I started to like her.

Special Agent Aisha Rahman: OK... Well I'm not here about Lux.

1:03:54.2 - Michael Douglas: No, I'm just telling the story.

1:03:56.12 - Special Agent Aisha Rahman: I'm here about Anna and Emma.

1:03:57.08 - Michael Douglas: Yeah, I don't have to care about those two. Where where are they from? Like, you know, somewhere back east and shit? So it's like really, somebody's that dumb to hook up with that stuff? I mean

1:04:05.88 - Special Agent Aisha Rahman: You were

Michael Douglas: No!!

SA Aisha Rahman: You were gonna go and freaking, what's her name

Michael Douglas: Oh sure

SA Aisha Rahman: Crystal is...screwed up your plans because she can't get her shit together and you couldn't even drop her off anywhere.

1:04:14.56 - Michael Douglas: No I was never gonna go there.

1:04:16.6 - Special Agent Aisha Rahman: At least you weren't gonna pay her.

Michael Douglas: No I

1:04:18.4 - Special Agent Aisha Rahman: At least you aren't gonna fucking kidnap the kids.

Michael Douglas: Yeah sure....

1:04:20.88 - Special Agent Aisha Rahman: You don't know what these other, you don't know what these other dudes are like so compared to the others,

1:04:26.32 - Michael Douglas: [Unreadable]

1:04:27.32 - Special Agent Aisha Rahman: It's not worst-case scenario.

1:04:28.56 - Michael Douglas: No, but I wasn't even going. I was never going. My plan was to have dinner because, did you know I was grounded last night? Did you know that? 47 year old fucking old man. My mother grounds my ass because I'm out with a car helping homeless people she doesn't want me helping which is why I did in the first place because she wanted to help homeless people. That's how fucked up my life is. That is the exact story you're gonna get and it's going to amaze you at how stupid it sounds.

1:04:51 - Special Agent Aisha Rahman: Well, you know what?

1:04:52.12 - Michael Douglas: This is the story. This is how fucking insane

1:04:54.28 - Special Agent Aisha Rahman: We will make sure to go through your phone and all of your stuff to line up what you're telling me.

Michael Douglas: Yeah go ahead...

1:05:00.84 - Special Agent Aisha Rahman: Is there anything else that you want to tell me before we do that?

Michael Douglas: [Unreadable]

1:05:03.64 - SA Mark Jay: Michael, this is your chance.

1:05:05.24 - Michael Douglas: This is the chance I'm telling you and you don't believe it, so fuck yourself.

1:05:08.04 - SA Mark Jay: Listen to me for one minute, this is your chance to be honest

1:05:10.56 - Michael Douglas: (Unreadable talking over agent) I am. I am.

1:05:11.4 - SA Mark Jay: If you think about, if you think about how a judge, how a jury, how other people involved in this case are going to look at it when somebody sits and lies.

Michael Douglas: Yeah. Sir, no, it's not a lie, Sir. Hey Sir, I had

1:05:22.28 - SA Mark Jay: Can I just finish? Think of how people are going to look at it? I'm a dad. I know (unreadable, Douglas talking over agent) my kids

1:05:26.04 - Michael Douglas: I don't fucking care this because I had it was working and

1:05:27.68 - SA Mark Jay: And they just lie to me.

1:05:29.72 - Michael Douglas: And here's how I look at it, you all fucked me.

1:05:31.2 - SA Mark Jay: and I forgive them much quicker and I give them some leniency

44

Michael Douglas: (unreadable, talking over agent) once before

1:05:34.12 - Special Agent Aisha Rahman: Are you hearing what he's saying?

1:05:34.96 - Michael Douglas: No I'm listening, I've heard this. You know what? I had proof. I was at work. Literal proof, a log record from my career. You're telling me

SA Mark Jay: I am telling you this time we have a lot of evidence of what actually happened, but we need you to be cooperative and be honest about it.

1:05:49.56 - Michael Douglas: Well I have a lot of evidence of me running my ass ragged and not able to get home

1:05:53.64 - SA Mark Jay: I'm not saying that you're a bad guy.

1:05:55 - Michael Douglas: I wasn't even home!

1:05:55.72 - SA Mark Jay: I'm not judging you, I just, I just need you to start telling us the truth about what happened.

1:05:59.64 - Michael Douglas: I am telling you the truth. How could I be at two places at one time texting and out helping the homeless where there's obviously going to be people looking at me and my phone?

1:06:06.36 - SA Mark Jay: Well, we can go through your chat logs.

1:06:08.44 - Michael Douglas: Yeah go for it [unreadable, talking over agent]

SA Mark Jay: If that helps you refresh your memory.

Michael Douglas: I ain't going to refresh shit.

SA Mark Jay: (Unreadable, Douglas talking over agent)

1:06:13.16 - Michael Douglas: If you knew what I was doing and paying for it and taking out by helping them, you would know that I've been running my ass ragged. But you don't. You don't know that side of me at all. You haven't seen that, have you?

1:06:23.48 - Special Agent Aisha Rahman: Yeah but you're even lying to your activity online with Anna, Anna and the stuff that you sent her.

1:06:27.76 - Michael Douglas: I don't even remember half of it because I was so busy. You will see how busy I am when you see texts to Gary's, to Angus's, to Clint's, to Anna Marie, to who else was it, Evans and Tammy. Oh, Tammy. She's a piece. She takes, literally calls me up at 11:00 PM night drunk and talks till 6:00 AM. If I'm chatting at that point, then how? It's too hard to sit there and go on a chatroom listening to Tammy well about the, what does she call it? The what does that church Tom Cruise belongs to is because she she goes off on that a lot. The Scientology. I think you're going to say that's weird, but yeah, she hates Scientology. Again, very strange shit in this town. I need a nap. That's right, because they keep me running, right? You'll see eventually they. Well, it'd be amazing how much stuff I was allegedly accused of doing to reality of how much I was running around and

the only one for a long time running around. Till Adrian started to help.

1:07:21.32 - SA Mark Jay: But Michael, when you

Michael Douglas: (Unreadable)

SA Mark Jay: When you send stuff, when you send child pornography

1:07:24.56 - Michael Douglas: Yeah. You don't know what they sent.

1:07:26.48 - SA Mark Jay: There are different things and then in your voice. You talk about it and and you send videos of yourself it. You know, it

1:07:35.52 - Special Agent Aisha Rahman: Think about how that's gonna look.

1:07:36.72 - SA Mark Jay: It makes it 100% fact from anybody's perspective.

1:07:40.36 - Michael Douglas: I haven't seen what you're talking about. I don't know what you're

SA Mark Jay: You are still denying it...

1:07:43.04 - Michael Douglas: No, I'm not. I don't even know what you're talking about. You want me to agree to something I don't even know about?

1:07:46.92 – SA Mark Jay: I don't want to agree with it. I just want you to, I just want you to tell what actually happened.

1:07:50.8 - Michael Douglas: I am telling you what happened is I haven't been fucking home. You have not been part of my life. I understand that I do. OK? And from your point of view or I look as guilty as fuck I'm sure. Hey, it's going to be hard to prove that when I've been running out ragged and freezing my ass off in the middle of the night and making foods and homeless people with blankets

1:08:08.12 - Special Agent Aisha Rahman: We are not just talking about today. We are talking about (unreadable, Douglas talking over agent)

1:08:09.88 - Michael Douglas: I'm talking about the whole time since basically the time I moved to Escondido. We were running ragged and before that I was packing a house with my with my mom but my aunt had a broken shoulder. We have been going since we were first moved by our landlord back in....How long it's been? It's been a long ass time too. When did he want us out? Before Christmas? Of last year?

1:08:32.56 - Special Agent Aisha Rahman: All my partner is trying to say is

Michael Douglas: I know everything! I know....I've been through this before.

1:08:36.04 - Special Agent Aisha Rahman: Everything that's in there and on Anna's phone too, she may have more things than your phone currently has.

Michael Douglas: Well good....

1:08:43.44 - Special Agent Aisha Rahman: Now everything is going to be presented.

1:08:45.6 - Michael Douglas: Maybe she'll have a face photo of this too. Because, you know, I know who was using my phone and using my computer and instead of shopping a goddamn shed and who knew about it all along and didn't tell me until he knew

1:08:55.32 - Special Agent Aisha Rahman: So what what he is saying is everything that's on there will be presented to a jury

Michael Douglas: I'm not saying (unreadable, talking over agent)

1:08:58.52 - Special Agent Aisha Rahman: On top of what you're telling us right now. And what do you think is going to line up? Like what do you think that they're going to believe? You're, at this point we don't even need to sit here and continue talking to you. I'm really just trying to give you a chance to be honest this time.

Michael Douglas: Yeah I know that's how it was before. Do what you need to do because I was told that much before and I had proof I was not home and it didn't

1:09:20.36 - Special Agent Aisha Rahman: Well, how did that work out for you it?

1:09:21.88 - Michael Douglas: It didn't. That's the problem. And so, I don't fucking believe any of you no offense.

1:09:25.72 - Special Agent Aisha Rahman: Well, the fact that it didn't work out for you is.

Michael Douglas: I think cops are assholes. It never does.

1:09:28.72 - Special Agent Aisha Rahman: Am I treating you like an asshole?

1:09:29.56 - Michael Douglas: No, but it never does. You don't believe me. You think I'm lying right now, correct?

1:09:32.64 - Special Agent Aisha Rahman: But did did your last case go to trial?

Michael Douglas: Yes

1:09:34.56 - Special Agent Aisha Rahman: OK. So at that point that is left to the justice system right and the jury. How did that work out for you?

1:09:40.64 - Michael Douglas: When I tried to, well, I tried to tell the officer I was working. He just still didn't care.

1:09:44.72 - Special Agent Aisha Rahman: OK, but so you see how everything gets played out and then is brought in front of the jury?

1:09:48.4 - Michael Douglas: Yeah, you know, whatever.

47

1:09:49.2 - Special Agent Aisha Rahman: They made that decision.

1:09:50.08 - Michael Douglas: Send me to fucking jail. I don't care. I am tired of these people anyway.

1:09:53 - SA Mark Jay: So, Mike, so Michael, lying doesn't ....

1:09:56.6 - Michael Douglas: I'm not lying. That's the problem.

1:09:57.4 - SA Mark Jay: You just told us from your last scenario

1:09:58.12 - Michael Douglas: I wasn't even lying then, I was saying I was at work and I had proof.

1:10:00.96 - SA Mark Jay: So you're saying that you were telling the truth, then OK.

1:10:02.52 - Michael Douglas: You want to look at my phone records? [Unreadable]

1:10:04.24 - Special Agent Aisha Rahman: So the jury made the wrong decision?

1:10:05.84 - Michael Douglas: I believe so, yes. If I'm at, a phone record from, not a phone record, a log record as was, Courier, a classic Courier, correct? Then I had thirteen calls that day I went from my house up to Oceanside, from Oceanside to like uh Vista Vista to Oceanside, back down to Encinitas at the time where they was arrested from Encinitas out to Rancho Bernardo at the exact time, three something in the afternoon, I was in Rancho Bernardo logging off for my day. At that time, somebody was on the computer at home, Steve Andrews, chatting away, and he was accused of talking to a uh, well, I was accused of, but he was the one on at that time, accused of talking to a Texas Ranger. But nobody believed that even though I had a log saying where I was at that time, which was nowhere near where my home was. So no offense, I don't exactly think your methodology is always great. Now if you have my face photo stuff, perfect.

1:10:55.4 - Special Agent Aisha Rahman: You can say it all you want, but at the end of the day, everything was brought to a jury in your last case.

1:10:59.16 - Michael Douglas: Yes but I was

1:11:00.04 - Special Agent Aisha Rahman: And the jury didn't believe you.

1:11:00.96 - Michael Douglas: That's fine. They don't have to believe me. But I was at work. I know where the fuck I was.

1:11:03.76 - Special Agent Aisha Rahman: And it didn't work for you. You got convicted.

1:11:06.4 - Michael Douglas: Well, that's (unreadable)

1:11:07.68 - Special Agent Aisha Rahman: So shouldn't you look at that situation and say, hey, lying didn't work?

Michael Douglas: No. I was I wasn't lying. I had proof I was at work. It didn't not care. You know what a juror did tell my mother once at a grocery store after that? Well, he was single, bald, living home with mommy. That's what he said why they voted for me to go to jail even with proof I wasn't

==there.==

1:11:25.32 - SA Mark Jay: So Michael, why did you text that you were bringing a double-headed dildo and then we find one in your car?

1:11:30.56 - Michael Douglas: Because... it was ordered... by, for the party. We, we talked about Gary and, and, and Adrian and I were talking about Angus doesn't like this stuff. He's Christian. We were all talking about it for this huge party we were gonna throw. There was going to be a hundred people that wanted to come.

1:11:46.44 - Special Agent Aisha Rahman: All adults?

1:11:47.92 - Michael Douglas: As far as we knew, yes. We hadn't vetted anybody at that point because we hadn't had a um

1:11:52.96 - Special Agent Aisha Rahman: Well then why was there a vaginal dilator in the bag?

Michael Douglas: A what?

1:11:56.24 - Special Agent Aisha Rahman: In your car?

1:11:57.08 - Michael Douglas: I don't know what that is, ma'am. I really don't.

1:11:59.84 - Special Agent Aisha Rahman: It's in your car.

1:12:01.32 - Michael Douglas: OK. I don't know what that is.

1:12:03.04 - Special Agent Aisha Rahman: To stretch out a vagina, why would that

1:12:04.68 - Michael Douglas: Why is that in my car?

1:12:05.88 - Special Agent Aisha Rahman: You talked about that with Anna. That was in your car.

1:12:08.48 - Michael Douglas: Uh...no, I did not. On that one I didn't. Certainly. I talked about meeting her daughter and said it should be special is what I said. I never said about exactly what I would do or how I would do it.

1:12:17.12 - Special Agent Aisha Rahman: You sent Anna a picture of this red lingerie set for Emma.

1:12:21.4 - Michael Douglas: Oh, it was for Crystal!

1:12:23 - Special Agent Aisha Rahman: You said it was for Emma.

1:12:25.88 - Michael Douglas: It's small. Look at the size. It's from Ross. It's small because Crystal is small. Ugh!

1:12:29.08 - Special Agent Aisha Rahman: OK. But you sent that to Anna?

1:12:30.92 – Michael Douglas: Yeah uh no

1:12:31.64 - Special Agent Aisha Rahman: For Emma.

1:12:32.52 - Michael Douglas: I did not.

1:12:33.52 - Special Agent Aisha Rahman: And you said you were going to bring it. That was also in the bag with the unicorn.

1:12:36.2 - Michael Douglas: No, you know, oh, he did it. He fucking did it. Oh, no. Yeah, that was bought for and by. Actually, it was bought by uh...I'm tired. I'm really tired. I've been awake too long,

SA Mark Jay:  But isn't it a funny coincidence?

1:12:52.28 - Michael Douglas: You know it is funny

SA Mark Jay: That you would say that, that you're bringing it and then it shows up in your car?

Michael Douglas: We were kicking his ass out of our fucking thing and he had wanted it for Crystal. It always came up to her and his stupid stories.

1:13:00.96 - Special Agent Aisha Rahman: So all of these different sex items are all for different people.

Michael Douglas: [Unreadable, talking over agent] Yeah, I could prove it, though. I said talk to Gary because he stole a lot of them too. Why would you steal that when you're homeless? That doesn't makes sense. And he's (unreadable)

1:13:14.6 - Special Agent Aisha Rahman: Well then why did you tell Anna you were bringing it for Emma? The red lingerie outfit.

1:13:20 - Michael Douglas: It was for Crystal. She didn't have anything pretty.

1:13:21.96 - Special Agent Aisha Rahman: But you sent it to Anna and said it as for Emma.

1:13:23.32 - Michael Douglas: No, I did not. I did not send that because I was told to give by Adrian.

1:13:27.84 - Special Agent Aisha Rahman: It's in your text messages with her.

1:13:29.52 - Michael Douglas: Well whatever. You got my face saying it? My voice on it?  No, it was sent by him because he was in my fucking room again after I kept telling him you stay out of there. You see how messy that room is? That is his mess. He's been living there.

1:13:40.88 - Special Agent Aisha Rahman: So the red lingerie outfit that (unreadable, Douglas talking over)

1:13:42.64 - Michael Douglas: It was for Crystal it was small! It was actually it was like small, I think, right, size small? It was for Crystal because she's little and she was dehydrated and

1:13:49.16 - Special Agent Aisha Rahman: You got it for Crystal?

1:13:51.4 - Michael Douglas: I had... OK, this is how it went the conversation so you can clearly

understand me even though my mouth is dry. Adrian was telling me about his relationship with Crystal falling apart basically because they've been homeless for too long and well they haven't been close in a while. He said I want to give her something pretty and he said you know how to buy stuff you know because of like the ladies compliment me on the shirts I bought. It was like black and green. I don't know why I don't care but they've been nice. So he said, could you give me something that's pretty for her? Hey, some of them is small because she's little and so I said, I'll go look. And I did I picked it up because it was, I thought, pretty red. You know you need red for that stuff. That's all I did was pick it for Crystal. He said thank you and that was the last we know. Then he showed up this morning.

1:14:35.76 - SA Mark Jay: So you, you bought it?

1:14:36.96 - Michael Douglas: He...well...I don't even know who bought it. I think, yes, I think it was me, he may have been there, but I can't remember anymore because I've been there.

1:14:44.12 - SA Mark Jay: What day did you buy it?

1:14:45.8 - Michael Douglas: I have no fucking clue, Sir. Again when you

1:14:48.84 - SA Mark Jay: Was it like a week ago or a month ago?

1:14:51.08 - Michael Douglas: I don't even know. I think it was longer. I think it has been like three, three months or something maybe. I don't know, I have no idea. I have no clue when we bought it at all.

1:14:59.64 - SA Mark Jay: When was Adrian with you today?

1:15:01.56 - Michael Douglas: This morning until...hmm... it was still dark out when he showed up. He lives in what they call the tunnels, which is the train control channels that come out of the top and run down.

1:15:16.52 - SA Mark Jay: But, you know, just so you know, Adrian wasn't with you all day and

1:15:21.24 - Michael Douglas: No, because you left his fucking girlfriend like here. Like an asshole does.

1:15:24.76 - SA Mark Jay: It's pretty tough to say that he was on your phone when he wasn't even with you. You know?

1:15:32.12 - Special Agent Aisha Rahman: He wasn't with you when you were texting Anna about the red lingerie outfit to go to Emma. Adrian wasn't with you or had the phone at that time.

1:15:42.48 - Michael Douglas: OK, well, I don't even know who else. I don't know who the fuck I'm texting anymore, cause you cannot see the phone when you're driving. See how fucked up that is? You try doing it and see where you get. I had no idea who I thought was (unreadable) Steve Mark.

SA Mark Jay: So you are saying that you ...[unreadable] made a mistake

1:15:56.04 - Michael Douglas: I didn't think it was. No, I knew they were in town. I said I'm busy cause I had a lot of trouble. I didn't expect the whole crystal thing at all today, but that got thrown

in my life because that's what Adrian does.

1:16:06.88 - Special Agent Aisha Rahman: OK, Adrian obviously wasn't with you when you were texting the photos of

Michael Douglas: No but he does this shit. What photos? I'm serious because what photos did you find out right now

1:16:13.84 - Special Agent Aisha Rahman: You sent a photo of that red lingerie outfit to Anna.

1:16:18.44 - Michael Douglas: It was to Crystal

Special Agent Aisha Rahman: with with the anal beads which was also in the bag...

Michael Douglas: Yeah but

1:16:23.72 - Special Agent Aisha Rahman: Who was that for?

1:16:25.64 - Michael Douglas: Those were supposed to be for Crystal. She likes that stuff. She was going to have to go to a hotel room tonight and she couldn't get it because the damn cat and Adrian was supposed to be told where and and meet up but he was never around at all today. What the fuck happened to that guy?

1:16:38.04 - Special Agent Aisha Rahman: So you bought the anal beads for Crystal?

1:16:39.92 - Michael Douglas: I didn't buy them uh Anne Marie gave them to them. It wasn't even mine. A woman named Anna Marie, who's a hooker, gave those to him. They ended up in my room.

1:16:48.4 - Special Agent Aisha Rahman: On Anna's phone. You sent her a picture of this red lingerie set and the anal beads.

1:16:53.12 - Michael Douglas: OK.

Special Agent Aisha Rahman: OK. And you said that you were gonna bring them for Emma.

1:16:57.6 - Michael Douglas: I didn't, I didn't. I don't say that, but if you, that's what you're saying, I said, oh...fuck, I can't even say

1:17:03.6 - Special Agent Aisha Rahman: OK but today

1:17:05 - Michael Douglas: No but look at this phone

1:17:06 - Special Agent Aisha Rahman: Today, when Adrian wasn't with you, you're telling Anna that you're going to bring it to her.

Michael Douglas: How

1:17:11.28 - Special Agent Aisha Rahman: So, can you explain that?

1:17:12.72 - Michael Douglas: Yeah. How many SIM cards did you find on him?

1:17:14.44 - Special Agent Aisha Rahman: Can you explain that?

1:17:15.16 - Michael Douglas: Yeah. How many SIM cards? Did you arrest him or did you pat him down?

1:17:18.12 - Special Agent Aisha Rahman: I have not spoken with him and I'm speaking with you.

Michael Douglas: You should cause he....He has 30 SIM cards.

Special Agent Aisha Rahman: So please explain to me....

1:17:22.96 - Michael Douglas: He has 30 SIM cards, including my last one from my last phone. He has my SIM card. He takes them. That's what he does. He steals for a living. That's his career. And he has SIM cards galore. You can figure out how that works. I don't know. I know, I know if you switch them or something that fucks things up. That's what I know. I can't ever get my phones back to work to normal again, so I have no idea who the hell it is, because look at that. That was that way all along. Do you think I could text on that thing, can you see clearly on that?

1:17:49.32 - Special Agent Aisha Rahman: Sure, you can.

1:17:50.48 - Michael Douglas: When you're driving...and you're worried about cops pulling you over cause you're driving without a license. Yeah, that's exactly what they're doing.

1:17:56.68 - SA Mark Jay:  Is that when you were texting her? Is that what you're saying you were driving?

1:17:59.36 - Michael Douglas: No, I was just saying you can't text and drive in California because you go to jail and they're very good in Escondido the cops are kind of assholes. So you would never text and drive. That's why you don't do it in Escondido. And I've been pulled over enough times in Escondido not to text and drive.

1:18:14.56 - SA Mark Jay: We, we can start this over and you can start telling the truth.

1:18:17.24 - Michael Douglas: No, I'm telling you, you're going to get the same damn story a hundred times or a thousand times or a million times.

1:18:20.56 - Special Agent Aisha Rahman: You also have the mini bullet vibrator back there too that you told Anna you were gonna bring for Emma

1:18:26.12 - Michael Douglas: What's that? No, I was not. I had never had a mini bullet.

SA Aisha Rahman: (Unreadable, Douglas talking over)

1:18:30.08 - Michael Douglas: I will tell you what I had. I had a big, I had a big powerful one that I got from a guy named Steve, which Adrian...Adrian, Steve, Steve will talk about Adrian. You'll love him. So that was that and he made that one. I bought it for $40. That was for the party. Didn't happen, but I kept it. Uh then let's see, anal beads came from Anna Marie. Haven't... both, both butt plugs and anal beads were from Anna Marie. Again, party, but never happened. Um, that was a long

time ago, back in October and then after that there was uh

1:18:58.24 - Special Agent Aisha Rahman: Then why are they still in your jacket? Why are butt plugs still in your jacket for a Halloween party that was supposed to happen in October?

1:19:04.56 - Michael Douglas: (Unreadable) We actually pushed them back out trying to keep it up because people wanted it. We got up to something like almost three hundred people interested and a hundred dollars a head so

1:19:13.6 - Special Agent Aisha Rahman: You just always walk around with butt plugs in your jacket in case somebody wants one?

1:19:17.04 - Michael Douglas: No, I had had those in the car recently because um Lux wanted some and asked me for them and I was gonna give it to her and then she freaked out last night and I missed that and said she'd come over today and never did.

1:19:28.68 - SA Mark Jay: But don't you think it's a crazy (unreadable, Douglas talking over)

1:19:29.52 - Michael Douglas: I don't think anything, I don't think anything anymore with this fucking crazy ass town and I honestly I know it sounds stupid to you but if you have you have the shit on my

1:19:38 - SA Mark Jay: Michael you have, you have an excuse for everything

1:19:39.76 - Michael Douglas: It's not an excuse, it's the truth. It's

1:19:41.12 - SA Mark Jay: Every piece of evidence that's uh

1:19:42.8 - Michael Douglas: Well, you're asking me what it's for? I'm telling you.

SA Mark Jay: [unreadable]...asking to tell the truth

1:19:45.36 - Michael Douglas: Yeah. Well, go talk to them. I'll tell you.

1:19:46.84 - SA Mark Jay: Now you're just speaking over me and cutting me off. Like I'm not

1:19:49.08 - Michael Douglas: Because you're not listening.

1:19:50.56 - SA Mark Jay: OK, go ahead.

1:19:51.16 - Michael Douglas: Hey. I, if you could talk to these people, they will corroborate everything I just said.

SA Mark Jay: OK.

1:19:56.24 - Michael Douglas: OK I promise you that

1:19:57.12 - SA Mark Jay: We plan on doing that.

1:19:58.12 - Michael Douglas: Good. Would would you please

SA Mark Jay: First of all...First of all, every time we bring something up, why, why do you have an excuse for it?

1:20:03.6 - Michael Douglas: Because that's the truth. It's not an excuse, but it's the truth. You will talk to Anna Marie and she'll tell you what she she gave me.

1:20:08.72 - SA Mark Jay: So when it's your voice in a message or your video in a message, and you're talking about things that you're gonna do

1:20:17.48 - Michael Douglas: What did I say as I'm asking you to show me

SA Mark Jay: You know what you said.

1:20:19.96 - Michael Douglas: No I don't. I have no fucking clue unless.

1:20:22.36 - SA Mark Jay: Unless I show it to you, you won't admit it?

1:20:23.96 - Michael Douglas: I won't and I haven't admitted anything because I don't know if you would see what I've been through really you would understand

1:20:28.96 - Special Agent Aisha Rahman: For example, a video that you sent to Anna of you masturbating, but you're talking about what you're going to do to Emma in just a few short days...

1:20:40.44 - Michael Douglas: Mmmm nope. I was, what time was that? If do you have a time on that ma'am?

1:20:43.72 - SA Mark Jay: Well, it's your voice.

1:20:44.8 - Michael Douglas: I don't care what it is, people can change it with this deep shit. What time was it? I'll tell you where I was.

1:20:48.44 - Special Agent Aisha Rahman: I don't know exactly, it was the other day.

1:20:50.56 - Michael Douglas: OK, well if it was the evening of, let's see, I'd tell you I was running... well since basically the first of the year um I really wish I could show you...

1:21:01.04 - Special Agent Aisha Rahman: So now that wasn't you?

1:21:01.88 - Michael Douglas: Well let me ask you, do they, could your phone show your location at times given...do you think they can't? I don't know, I haven't looked into that. Like if I was down the street though at the show for example.

1:21:11.4 - Special Agent Aisha Rahman: That's not what I am asking you.

1:21:12.28 - Michael Douglas: I'm asking you because that will line up a timeline. I don't remember some

1:21:15.88 - SA Mark Jay: Well I'll tell you what the technology can do, it will match your voice to it.

1:21:19.48 - Michael Douglas: Oh great. And would a computer expert who has stolen computers for twenty years do that too? I'm asking you that

1:21:25.32 - SA Mark Jay: And, and in addition, it's, it's, really bad for you that every single piece of evidence, somebody set you up. And there's hundreds of people apparently in Escondido that just

1:21:36.44 - Michael Douglas: Not a hundred just a few

1:21:37.2 - SA Mark Jay: (Unreadable, Douglas talking over)

1:21:38.12 - Michael Douglas: No, no. And this asshole and Adrian won't leave. He's been squatting and we've been trying to get him out and he's been stealing computers, tablets

1:21:46.72 - SA Mark Jay: So...Adrian's the mastermind behind

1:21:48.12 - Michael Douglas: Well

SA Mark Jay: He's not gonna have a place to stay (unreadable, Douglas talking over)

1:21:49.4 - Michael Douglas: He's a master, he's a master thief is what I'm saying. That's what I was told. He made a bump key to our shed and he was in there the other night when we told him not to return.

1:21:58.68 - SA Mark Jay: OK.

1:22:00.64 - Michael Douglas: That's what I've been dealing with was homeless people.

SA Mark Jay: So your, your story is that Adrian set you up on all of this.

1:22:04.84 - Michael Douglas: I don't know what he did. I do not know. I'm just saying that that's what he is. That's what people say about him. They said that there's a good friend of him, Steve Woods said, I know the man forty years and I could not tell you what type of man he is. He's a chameleon is that's all I could think of.

1:22:19.08 - SA Mark Jay: Let me ask you this, since, since you're being honest with me

1:22:21.8 - Michael Douglas: I thought he was guilty of more than this.

1:22:23.32 - SA Mark Jay: Michael since you're being honest with me, what did you send to Anna that you think

1:22:27.04 - Michael Douglas: A while ago I think

1:22:28.52 - SA Mark Jay: That you think maybe you shouldn't have sent to her?

1:22:29.32 - Michael Douglas: A while ago they said something to effect of...I didn't know about her child at that point. When I said about, you know, she wanted to meet and stuff in the... down in Florida, I think I said I had family there, which I did to some point, but I don't even know where the hell they are. They're kind of assholes. Umm.... What else did I say?

1:22:45.68 - SA Mark Jay: Oh, that's, that's all you said?

1:22:47.08 - Michael Douglas: No, I no, I'm trying to think here, guys, I am so tired you have no idea. I haven't slept in weeks because of all the running around. I'm truly exhausted, so uh a little leeway please, I'm trying to think here. So I said what was this... I can't even remember when this was. It's been days and weeks been together... So we said (unreadable) I think she said she was coming out. I said, OK, uh, like cool or something, but never we should meet or anything like that. I just thought it was weird actually. Um I thought it was fake. So I think I had left it off of that and then she tried to hit me up. I saw some message, I ignored it, and um, then all hell broke loose. That was like what a couple weeks ago I think? And all broke loose locally. Uh they had a um rainstorm. They, their stuff got flooded. I was pulling them out of the canal. Um, yeah, so I couldn't even remember when that date was. So if you could tell me

1:23:48.56 - Special Agent Aisha Rahman: OK, so what did you actually send to Anna?

1:23:50.88 - Michael Douglas: The last thing I said to her was uh...uh...

1:23:56.12 - Special Agent Aisha Rahman: What did you say and what did you send to her that you probably shouldn't have...not everybody else that screwed you over.

1:24:03.2 - Michael Douglas: I'm thinking about something I said, it was uh...once, I can't even tell you exactly the wording, but, basically it was like, uh, it shouldn't, to the effect of she wanted to have somebody to have sex with her kid and I was like, well, if it were to happen, it shouldn't be rough or something. It should be softer and gentle. That's all I said because of the damage, because medically we've seen it.

SA Aisha Rahman: Mhm.

1:24:22.64 - Michael Douglas: So I was saying, yeah, I don't want the poor kid killed, but it's like, why would she even say that? And I thought it was obviously bullshit, but turned out it was real. And that's really sad. And I did talk to uh what is his name, uh...Chief...Hawkins about it. He's retired now. And uh he said he would talk to dispatch and see if there could be any reverse look up type stuff, but he wasn't able to. I don't know if we were going to contact anybody else after that, but we weren't sure

1:24:47.4 - Special Agent Aisha Rahman: So if we would talk to Chief Hawkins is he going to tell us that you had that conversation with him?

1:24:51.96 - Michael Douglas: He should, yes. I just don't even know where he is right now. He's had some health issues.

1:24:56.4 - Special Agent Aisha Rahman: So every person that you're saying that you need to go talk to

Michael Douglas: Well I, you,

1:25:00.24 - Special Agent Aisha Rahman: is homeless or retired, or somewhere where we're probably not gonna find them.

1:25:05.8 - Michael Douglas: Well, I can tell you exactly where to find them if you want to go right now. I can drive you right there and show it to you. Gary's on the off ramp right down the street from here. Really. You can go talk to him crazy white hair. We can go right now.

1:25:16.12 - Special Agent Aisha Rahman: And what about Chief Hawkins?

1:25:17.28 - Michael Douglas: He would be somewhere, most likely Riverside to uh...no, San Clemente, he's retired and you'd have to look him up, but he is retired.

1:25:22.32 - Special Agent Aisha Rahman: What's his first name?

1:25:23.24 - Michael Douglas: John Hawkins.

SA Aisha Rahman: OK.

Michael Douglas: He used to be the thirty, thirty three command of all Cal Fire, so he's easy to find. He now does consulting. Uh but the people

1:25:32.08 - Special Agent Aisha Rahman: Is his number in your phone?

1:25:33.28 - Michael Douglas: No, it's a email of some sort. Yeah I have his email on my phone somewhere.

1:25:37.6 - Special Agent Aisha Rahman: What's your email address?

1:25:40 - Michael Douglas: We'll see uh... I don't even know any more. I had to change it so many times. Let's see it was uh my old nonprofit name of uh...what is it, RMFIORG@gmail but uh...

1:25:58.92 - Special Agent Aisha Rahman: What other email addresses do you have?

1:26:02.16 - Michael Douglas: Uh...I went by Chicago Mike. Uh, but yeah, that didn't work out well. It got hacked. Now it's got uh, fooled up, what's that called? The um...shit, what's that called? The memory is awful. I can't even get anything. I have lost all my important ones from years ago.

1:26:19.52 - Special Agent Aisha Rahman: Alright. What other, what other email addresses Michael?

1:26:23.12 - Michael Douglas: Yeah, those are the two.

1:26:24.92 - Special Agent Aisha Rahman: What was the other one?

1:26:25.8 - Michael Douglas: I said those are the two. Uh

1:26:27.16 - Special Agent Aisha Rahman: I only heard the RMFI

1:26:28.36 - Michael Douglas: Oh Chicago Mike.

1:26:31.24 - Special Agent Aisha Rahman: Chicago Mike what?

1:26:34.32 - Michael Douglas: Ummm (unreadable) my initials @ gmail.com. I have a fire logo thingy.

1:26:43.6 - Special Agent Aisha Rahman: So... you have another opportunity to be truthful here. Um

1:26:49.6 - Michael Douglas: Can we go speak to people I speak of? I can find the

1:26:51.76 - Special Agent Aisha Rahman: Your...uh

Michael Douglas: What?

SA Aisha Rahman: I don't know if you're going to lie to us here again or not, but there's also a tip on your account with that email address rmfiorg@gmail.com with your Chicago Mike account on Quora.com

Michael Dougla: What's Quora?

SA Aisha Rahman: for uploading child pornography.

1:27:11.72 - Michael Douglas: What's Quora? I don't know what that is, ma'am. I really don't. What is Quora?

1:27:15.88 - Special Agent Aisha Rahman: Explain that.

1:27:16.8 - Michael Douglas: I don't know. I don't know what those are.

1:27:18.64 - Special Agent Aisha Rahman: It's a forum website and

1:27:22.32 - Michael Douglas: Quora...?

1:27:22.96 - Special Agent Aisha Rahman: You were uploading photos of kids on that too.

1:27:25.6 - Michael Douglas: Oh no (unreadable)

1:27:29.28 - Special Agent Aisha Rahman: And you have a Chicago Mike account on Quora with that RMFIORG email. So what's the explanation?

1:27:36.32 - Michael Douglas: I don't know. Actually I've, no, I've never been to Quora. I've never touched a site called Quora. I have no idea how he goes to (unreadable)

1:27:46.92 - Special Agent Aisha Rahman: So with everything we've talked about, you've literally never done anything wrong?

Michael Douglas: I'm an asshole, well no, I've done things wrong, like I've done, you know, drinking, drugs, a party a little too hard, you know, maybe looked at a sixteen, seventeen-year-old, but no, never s ex. I don't know, never photographed them either. You will never find a photo of that I've ever taken .

1:28:06.28 - Special Agent Aisha Rahman: We're talking about just online stuff.

1:28:08.76 - Michael Douglas: Even online, I've never talked to one that I know of, and when I have found out, I told no. Here's a girl. Aur ora (unreadable) Gallagher played volleyball when I was eighteen at college. She was fifteen. I didn't know at the time she was fifteen. We were dating. I ended that relationship. She will admit that too to you to tell you that. It was because you have the laws in here it was like uh

1:28:25.52 - Special Agent Aisha Rahman: So just a coincident everything that we've talked about that you are afraid is gonna to get you in trouble

1:28:30.28 - Michael Douglas: Shit happens in life. That's what I found out.

1:28:32.08 - Special Agent Aisha Rahman: That it's not you, but other stuff is.

1:28:35 - Michael Douglas: Well I'm admitting to what I've done.

1:28:37.4 - Special Agent Aisha Rahman: So any, anything for uploading stuff or sending files or whatever

Michael Douglas: No cause I don't even

1:28:43.04 - Special Agent Aisha Rahman: None of that was

1:28:43.56 - Michael Douglas: Yeah, that'd be fucking really stupid to do that, you know, I mean That, they talk about all that all the time, how stupid it would be. So no, I wouldn't...

1:28:50.24 - Special Agent Aisha Rahman: I'm not calling it stupid, I'm calling it you have an issue you do not know how to fix it.

1:28:54.64 - Michael Douglas: No, I do not. No I do not I have, I went through classes. There was two of us who didn't actually look at child pornography when we, before all of that stuff. We're talking about men who have had been raped as children. They all admitted to it. There was two gentlemen who went through trial and never had a problem. I went through, got a pardon recently, I think it was a pardon or something from the governor. What was it?

Special Agent Aisha Rahman: And I understand you being scared because you don't want to get in trouble

1:29:15.8 - Michael Douglas: No, no, no, no, no not. Oh, I'm not scared. No, I'm not scared I'm just saying this, I just passed through that. I was very happy to do it because when we finally got that fucking black cloud off over our head and then then Angus screams "you're a fucking pedophile". That's what Angus screams out on the field down behind the shell down there. So they knew. They knew all along and they... I didn't know they knew. Nobody told me anything. Nobody tells me anything down there because they hide in secrets.

1:29:40.64 - Special Agent Aisha Rahman: Well it's normal for people to be scared of consequences. It's normal for people to want to try to distance themselves from things.

1:29:44.12 - Michael Douglas: No, it's not. This is the truth, ma'am. This is the truth. You can go down and talk to them right now and tell you everything I told you is the truth. I guarantee it. A hundred percent. And you won't let me go. Of course, I know that 'cause you got to do your case. But

they will corroborate everything I just said now instead of six months or a year or five years from now when people forget. Right now they will tell you everything I said exactly.

1:30:02.72 - Special Agent Aisha Rahman: Mhm. And Adrian.

1:30:03.96 - Michael Douglas: Well, Adrian, I think the one who's killed someone to be honest with you because her body was dried from Reedy Creek down to the freeway and dumped but nobody cares cause

1:30:11.08 - Special Agent Aisha Rahman: Adrian is the one you're saying who you think set you up with all this stuff, but now I can't count on what he's saying.

1:30:16.04 - Michael Douglas: Dude is leaving living in my shed. You want to go look at my shed right now? Please do, he's doing something shady.

1:30:20.72 - Special Agent Aisha Rahman: But if I talk to him

1:30:21.88 - Michael Douglas: I don't know what the fuck he's going to say. The guy is shady. I've tried to get him out of there. The police

1:30:26.16 - Special Agent Aisha Rahman: This is why I can only count on you (unreadable)

1:30:27.76 - Michael Douglas: Yes, I'm telling you, I don't know what's going on with the guy. He literally moved his ass into my house. He had fallen on his bike so I helped patch up his knee.

1:30:38 - SA Mark Jay: But Michael, you're saying that you let him use your phone whenever he wants to?

1:30:41.72 - Michael Douglas: It was just because he didn't have one at that point. He was trying to make a call to get hold of Crystal. So I was like, oh, go ahead.

1:30:49 - SA Mark Jay: And so then you think he jumped on the Internet and

1:30:50.36 - Michael Douglas: Oh I don't know what the fuck he does, he's

1:30:52.08 - SA Mark Jay: texted with this woman Anna.

1:30:53.36 - Michael Douglas: Let's see, he made our house into a hot spot, so I don't know what he's doing. That's your job.

1:30:57.6 - SA Mark Jay: What I'm saying is you're trying to make it sound

1:30:59.44 - Michael Douglas: I'm not trying to make anything. You guys can investigate.

1:31:03.92 - SA Mark Jay: You are trying to claim that you didn't text Anna all the things that we saw on her phone.

1:31:06.44 - Michael Douglas: I briefly texted her, yes, a couple of words and stuff, videos and stuff. Hell no, I don't have the capability of doing that. That crappy ass phone.

1:31:13.8 - SA Mark Jay: So you want us to believe,

Michael Douglas: Well the phone, look at the phone

1:31:17.56 - SA Mark Jay: somebody just wanted to set you up. What would the motive be for setting you up?

1:31:19.64 - Michael Douglas: Because I told him stupidly about the previous time.

1:31:22.56 - SA Mark Jay: But what, so, if Adrian lives at your house, then he would lose his place to stay. So why would he want to

1:31:29.16 - Michael Douglas: He already lost it because my mom was going to have him removed. We've been asking him

SA Mark Jay:  Ok. So he just did that since (unreadable, Douglas talking over)

1:31:34.32 - Michael Douglas: We have been asking him

SA Mark Jay: which was recent

1:31:36.6 - Michael Douglas: Could you listen? Are you recording, please? We have been asking Adrian to leave now for, oh, six weeks now. Actually, no, since uh Halloween because my mom wanted to decorate and we couldn't because, well, his happy ass was sitting in my fucking shed. He finally started to remove some things. Then a storm came and he moved them all back in there plus more. And then he said, just today, "my shed". That's why he actually called it to me. He goes, that's my shed. I go, no, it isn't, it's actually our shed and you need to get your shit out soon because we want to decorate for Christmas. He just said, he was like weighed me off, gave me a look. I was like, hey, whatever dude. But I know he told me, you want, you made a hotspot there. He's done shit there I don't even know because, well, I'm not that literate in general of computers. I'm OK. I'm not decent, but not great.

1:32:23.72 - SA Mark Jay: What's your username on Kik?

1:32:26 - Michael Douglas: Yeah, I don't even remember, sir. I haven't been on... where I could see it and remember. I go on occasionally after...they say probably your, evenings, and when I get break from this. But again, you won't know the time because you don't know what I'm doing on my end. But I say it's uh probably about, I don't know, ten o'clock our time?

SA Mark Jay: What do you think it is?

1:32:47.36 - Michael Douglas: What, uh, Username? I don't know. I have no fucking clue at this point.

SA Mark Jay: (unreadable)

1:32:49.24 - Michael Douglas: Probably Chicago. Probably I could show you like a Chicago Mike or something. Probably because I've used that before. That's the easiest one. And the passwords are all pretty much the same. You know, it's really stupid, but people figure them out, which I

1:33:03.92 - SA Mark Jay: So, with all this stuff I know you're trying to deny it all

1:33:08 - Michael Douglas: No I'm not denying I'm

1:33:09.4 - SA Mark Jay: Was some of it just a joke?

1:33:10.28 - Michael Douglas: No not a joke, I'm telling you what I've been doing

1:33:11.12 - SA Mark Jay: Because earlier you said, oh a lot of it was a joke

1:33:13.36 - Michael Douglas: Well, he was joking about whatever he was joking about. We were all just saying who'd be stupid enough to do that type of stuff? We didn't think it was real.

1:33:19.12 - SA Mark Jay: Yeah. So is that what you're saying? That this was a joke?

1:33:22.6 - Michael Douglas: We used to, us, it's us, because if you've heard what the shit goes down around this town is, well, he's thinking a lot of it's a joke. It's just too stupid to believe. It really is. Like Angus stole a hundred and ten dollars of money to buy scratchers. I mean, who does that? That's an actual story you'll hear. It's so fucking stupid you can't believe it.

1:33:41.56 - SA Mark Jay: All I'm hearing is that nothing's your fault.

1:33:43.32 - Michael Douglas: But I'm not saying that nothing's my fault.

<mark>SA Mark Jay: That you are not responsible for anything</mark>

<mark>1:33:44.96 - Michael Douglas: I'm saying that I was busy doing what I was doing and his lazy ass was at my house, sitting in the shed and in my room when I was out doing helping homeless when he's homeless. Who the fuck does that?</mark>

<mark>1:33:57.24 - SA Mark Jay: Michael. Do you think that having those lights on your car, you think that's legal?</mark>

<mark>Michael Douglas: No</mark>

1:34:01.96 - SA Mark Jay: You really think that when we talk to Cal Fire, they're gonna say yeah

1:34:04.12 - Michael Douglas: Well there'll be a red card actually, and you can find that and that's

1:34:07.44 - SA Mark Jay: I've, I've already talked to Cal Fire about you

1:34:08.52 - Michael Douglas: OK good.

1:34:11.04 - SA Mark Jay: And you're you're not supposed to have those and you know that. But you don't want to admit that you've done anything wrong here. So it really makes you look bad...

1:34:18.6 - Michael Douglas: Fine, I'll (unreadable). Fine, that's fine. That's that's what I can find. That's wrong. I'll give into that. That's fine.

1:34:22.84 - SA Mark Jay: You have no remorse.

1:34:23.88 - Michael Douglas: Yes, I do actually, I have a lot of remorse because you know, cat went missing.

1:34:26.64 - SA Mark Jay: Why do you just lie and lie and lie? Cause it it looks really bad.

1:34:29.8 - Michael Douglas: Well, why don't you start telling the truth too cause you know the truth is here is, I could prove everything I just told you.

1:34:34.6 - SA Mark Jay: Why don't I start telling you the truth?

1:34:35.76 - Michael Douglas: Well, yeah cause you're you have your version of your painting and I understand that it's your job

1:34:39.64 - SA Mark Jay: You need to learn to accept the facts.

1:34:41.08 - Michael Douglas: You are looking for guilt only.

SA Mark Jay: No.

Michael Douglas: You're not looking for the opposite of well maybe it could have been some asshole who's been sitting in my fucking house for three, four, five months, six months, I don't know, since we moved here in May. And we've been trying to and you wanna know what the police told us? Well, you invited him in so he can stay.

1:34:57.4 - SA Mark Jay: Yeah, but when, when I see

1:34:58.96 - Michael Douglas: Well, I don't know what

1:34:59.68 - SA Mark Jay: When I see you on your phone and then you claim

Michael Douglas: When did you see, when did you see on my phone? Like tonight?

1:35:05.96 - SA Mark Jay: Plenty of times.

1:35:06.96 - Michael Douglas: OK, well cool. Yeah, that's nice, because you know, I was driving, right?

1:35:12 - SA Mark Jay: Yeah.

1:35:12.16 - Michael Douglas: Directions. I don't know this town I just moved here.

1:35:14.88 - SA Mark Jay: That's fine. But you can't claim that Adrian was texting on your phone when you have you phone with you.

1:35:20 - Michael Douglas: But he a lot of times he was. Well, a lot of times he does. He switched to SIM cards. They all switched to SIM cards.

1:35:23.44 - SA Mark Jay: So

Michael Douglas: Well let me ask you this.

1:35:24.32 - SA Mark Jay: He was just cloning your phone?

1:35:25.92 - Michael Douglas: I don't know what he did. I'm asking you a question here though. Why do they switch to SIM cards so much around here? They all do it, not just him. They all do it and it's confusing to me.

1:35:33.76 - Special Agent Aisha Rahman: Stop making this about everybody else Michael.

1:35:35.12 - Michael Douglas: No, I am curious of why they would do it. That's what I'm asking. Because they all do it.

1:35:39.92 - SA Mark Jay: Michael. You look at your text history.

1:35:42.12 - Michael Douglas: Yeah, go ahead.

1:35:42.6 - SA Mark Jay: If somebody, if put a fake text on there, you would scroll back through it and say, oh, Oh my God, this is disgusting (unreadable, Douglas talking over)

1:35:49.72 - Michael Douglas: I just actually text with, text like you're text messaging. There's nothing on there. Never seen anything.

1:35:58.44 - SA Mark Jay: Your chats.

1:35:59.88 - Michael Douglas: Like regular text messaging, correct?

1:36:03.04 - Special Agent Aisha Rahman: Yeah you texting Anna's phone today while obviously Adrian doesn't have your phone. So how do you explain that?

1:36:13.6 - Michael Douglas: And do you, was I in the car at the time?

1:36:15.56 - Special Agent Aisha Rahman: How do you explain that?

1:36:16.48 - Michael Douglas: I'm, trying to find out, you're following me, correct?

1:36:18.72 - SA Mark Jay: So you don't't, you just want to ask questions instead of just

1:36:20.36 - Michael Douglas: Well I have a right to know how you were following me and stuff at that point cause I don't know cause I was looking

1:36:24.96 - Special Agent Aisha Rahman: You obviously know you were being followed, that's how we go there, so explain it.

1:36:28.72 - Michael Douglas: What time?

1:36:28.88 - SA Mark Jay: I was following you.

1:36:30.12 - Michael Douglas: OK cool. Cause I was worried about her. You saw us going around

65

everywhere, correct? Did you know what time that started today? That started at six A.M. I've been tired.

SA Mark Jay: We are not here for Crystal.

1:36:40.72 - Michael Douglas: No, I understand that now. I did not know that at the time.

1:36:43.68 - Special Agent Aisha Rahman: So how do you explain

1:36:45.6 - Michael Douglas: I wasn't

1:36:46.16 - Special Agent Aisha Rahman: You texting Anna's phone when Adrian has no access to your phone? You have the phone. So, make that make sense.

1:36:54.76 - Michael Douglas: I don't know. I'm not the computer forensic scientist. You guys them. I don't.

1:36:58.12 - Special Agent Aisha Rahman: OK, so you don't even want to take responsibility for that?

1:37:00.04 - Michael Douglas: I don't even know, cause I was trying to do... Do you understand? You heard her scream. Have you ever heard her scream?

1:37:04.56 - Special Agent Aisha Rahman: You, and you see how you just divert to a totally different topic?

1:37:06.4 - Michael Douglas: No, I'm not seeing because that will drive you nuts, trust me, and all she does it scream.

SA Mark Jay: Michael.

1:37:10.96 - Michael Douglas: I want sleep. That's what I want. I'm tired of this shit of helping people. They treat me like shit. You won't know that. It's not your fault. I'm sorry for bringing it up that way, but

1:37:18.64 - SA Mark Jay: But that's just a simple question. How do you explain

1:37:21.2 - Michael Douglas: I don't know, I'm not the expert here. You know I'm a stupid

1:37:23.44 - SA Mark Jay: So you're saying that you didn't, you're saying that you didn't text

1:37:25.76 - Michael Douglas: I wasn't texting when driving. Hell no.

1:37:27.64 - SA Mark Jay: OK, did you text Anna today?

1:37:30.2 - Michael Douglas: I heard she was in town is all I knew. She said I'm in town. I said cool or something. That's all I said.

1:37:34.92 - SA Mark Jay: So that's it? You just texted the word "cool" all day?

1:37:37.12 - Michael Douglas: I think it was cool. She's leaving something, she said she was leaving here for here or something. I was like, whatever, cause I'm busy doing that shit earlier today.

1:37:44.24 - SA Mark Jay: I'm telling you you're not doing yourself any favors.

1:37:45.32 - Michael Douglas: No, I'm thinking here, dude, dude, you have no idea what I've been through. Please give me that leeway. Please. I am literally going insane from these people.

1:37:52.32 - SA Mark Jay: Well, you're trying really hard to not tell the truth.

1:37:54 - Michael Douglas: No, I didn't tell them, I wrote cool or something. She was in town, she said I think I arrived...

SA Mark Jay: What else did you write?

1:37:59.36 - Michael Douglas: She, she, no, she gave me

1:38:00.84 - SA Mark Jay: What else did you discuss with her? You remember.

1:38:02.68 - Michael Douglas: Actually, I don't because I haven't had sleep in four days, but that's beside the point.

1:38:07.2 - Special Agent Aisha Rahman: And then you told her while she was on her way here to finger Emma during the drive.

1:38:14.64 - Michael Douglas: Mmm... No. I wouldn't ever say that, because that would not be good.

1:38:17.36 - Special Agent Aisha Rahman: So somehow back and forth in the middle of conversation, you have the phone, and Adrian has the phone, and you have the phone and Adrian has the phone...

Michael Douglas: Where was I? Do you know what location I was at that moment please? Was I able to write because if I'm driving, I'm not texting. I do not text and drive.

1:38:30.48 - SA Mark Jay: Obviously we will have all of that.

Michael Douglas: Oh, OK, cool.

1:38:32.16 - Michael Douglas: Yeah, very cool. Good. That's good.

1:38:33.8 - SA Mark Jay: And we were observing

1:38:35.24 - Michael Douglas: Then why are we discussing this, take my ass to jail because it's stupid at this point cause you're not going to believe this thing I say. I know you won't because it's not your job to. And you won't investigate some of the people that are doing the illegal activity.

1:38:44.84 - SA Mark Jay: We are confronting you with a little bit of evidence

Michael Douglas: Yes, you are.

1:38:46.96 - SA Mark Jay: So that you'll come out with the rest of it.

1:38:48.88 - Michael Douglas: And I am, I know exactly where the fuck was doing that to his girlfriend. I saw how he abused her, he's hit her, he abused her, and he's been doing it for a long time.

1:38:56.8 - SA Mark Jay: So you still haven't owned up to anything.

1:38:58.08 - Michael Douglas: I am owning up to criminal activity here...and none of you care.

1:39:02.4 - Special Agent Aisha Rahman: You owned up to her saying, you saying "cool" to Anna. That's it. That's

1:39:06.32 - Michael Douglas: (unreadable) to recall

SA Aisha Rahman: (unreadable)

1:39:09.08 - Michael Douglas: I was never gonna go! I'm sorry, I was never gonna fucking go! But you have to see the show he did was every day. Have you seen any more than today?

1:39:13.68 - Special Agent Aisha Rahman: Yeah, during the rest of the conversation you had your phone not Adrian, so...part of it was you and part of it wasn't you? I'm asking you.

Michael Douglas: What time was...

1:39:23.52 - Special Agent Aisha Rahman: The times don't matter. You know the texts we're talking about.

1:39:26.56 - Michael Douglas: I don't know, because you know, what this morning started with him blasting into my driveway from wherever the fuck he was with her

1:39:34.48 - SA Mark Jay: Where did she want you to go today?

1:39:37.6 - Michael Douglas: Who? Anna?

1:39:38.44 - Special Agent Aisha Rahman: Anna.

1:39:40.2 - Michael Douglas: I think it was, I told her Escondido's what I told her because it would be easier. That I did say and I'll admit to it. OK? She said somewhere else like near Legoland or Carlsbad or something, and I said whatever. So it's too far. I couldn't make it. There was no way I could ever make it and I wouldn't that and then I wouldn't

1:39:56.24 - SA Mark Jay: Did she send you her address?

1:39:58.52 - Michael Douglas: Uh...if she did, I did not look at it. I don't know. I knew it was part

1:40:00.96 - SA Mark Jay: So that message wouldn't be opened?

1:40:02.8 - Michael Douglas: It should be, I don't know, I have no idea. You should, you will see all the texts sir and you will be amazed at how many fucking texts I have.

1:40:09.08 - Special Agent Aisha Rahman: Do you have any phone calls with her?

1:40:12.6 - Michael Douglas: Yes, I saw she called or somebody called. I recently talked, I was in between all these fucking conversations

1:40:18.12 - Special Agent Aisha Rahman: And what happened on the phone call?

1:40:19.32 - Michael Douglas: I don't know what I was doing at that point, something about uh... she was trying to see if I was coming and I said, I think I said I don't know, I'm trying or something. But in reality, I was not because I still had Crystal. I just didn't want to tell her I wasn't gonna come, and I wasn't gonna come anyway but that's beside the point.

1:40:36.08 - Special Agent Aisha Rahman: So if all of this was a joke and you were never gonna

1:40:38.16 - Michael Douglas: (unreadable, talking over agent) honestly

1:40:40 - Special Agent Aisha Rahman: If all of this wasn't, OK, but let's hear me out. If all of this was a joke and you were never gonna meet her, then why did you even suggest Escondido in the first place cause it's closer to you and Carlsbad is too far?

1:40:52.96 - Michael Douglas: I thought it was actually one of those um scamming things, so I was gonna do it for a catch cause if you ever go on Kik and all the people are from Escondido when they're not. It's funnier than Hell actually, it's an ongoing joke now.

1:41:02.04 - Special Agent Aisha Rahman: So you were suggesting Escondido to her because why?

1:41:04.68 - Michael Douglas: It's an ongoing joke in all those rooms, it's, they'll say they're like drug Escondido, Escondido's escorts, Escondido

1:41:10.92 - Special Agent Aisha Rahman: You just said it would be easier.

1:41:12.76 - Michael Douglas: Yeah, it would.

1:41:13.8 - Special Agent Aisha Rahman: Escondido would have been easier

1:41:14.76 - Michael Douglas: It's fun.

Special Agent Aisha Rahman: Carlsbad is too far.

1:41:15.84 - Michael Douglas: It was a phrase, I'm sorry, but it's funny because you'll see those bots or sitting there, or actual bots I guess, and they always say they're from like uh Tucson or you know, other places better than the Escondido room.

1:41:26.24 - Special Agent Aisha Rahman: Michael, these are your own words you just said

Michael Douglas: Yeah, OK

1:41:28.48 - Special Agent Aisha Rahman: You told her Escondido, because it would be easier.

1:41:32.52 - Michael Douglas: Yeah, I imagine this is a joke like this. I didn't actually think anybody would be so fucking stupid to actually try that, to be honest with you. I mean, who would, right? I mean, if you're presented with something like that, who would actually try that? Nobody should. Ever. So I was just like, well, whatever dude, you know, try to be easier. It was a joke. It wasn't meant to intend actual intent, which you're trying to get. That was not my intent. My intent was to keep Crystal safe because, well, Adrian keeps leaving her and making her insane that, you have no idea about this side at all and I don't blame you for not believing me. I really don't. That guy has abused her. Now she's mentally ill. She's going back to prison again, or jail or whatever. That's what I've been dealing with for months now here, ma'am, you can believe me or not, I don't really give a fuck flying fuck. But I'm surprised she said Carlsbad because it was not Carlsbad it was San Marcos we had to take her. I told her San Marcos, it was uh the old clubhouse. Adrian will say that too, though, but I don't know what the hell he'll say. But that's where we were going to take her.

1:42:33.56 - SA Mark Jay: Well what she said exactly was

1:42:34.72 - Michael Douglas: Well I don't know how she got that. I'm telling you what I told you.

1:42:38.2 - SA Mark Jay: What she said exactly was that you were upset because you

1:42:41.16 - Michael Douglas: I was upset, I had to

1:42:42.32 - SA Mark Jay: had a date in Carlsbad

1:42:43.36 - Michael Douglas: No, I didn't have a date.

1:42:44.44 - SA Mark Jay: And you were having to run around with her instead of getting to your date.

1:42:47.12 - Michael Douglas: Didn't have a date, haven't had a date.

1:42:48.6 - SA Mark Jay: She probably didn't know all the details of it, but she definitely knew what you were planning on doing

1:42:53.68 - Michael Douglas: No, I was supposed to go see Lux. That you will see in a text.

SA Mark Jay: Well

1:42:56.64 - Michael Douglas: She wanted me to come over and give her a hundred bucks. I don't have a hundred bucks. It's all gone.

1:43:00.96 - SA Mark Jay: And so that bag that you threw in the car, the bag that you threw into the Highlander with all those toys

1:43:05.96 - Michael Douglas: Yeah, that was, you'll see the text about, you're saying

1:43:09.28 - SA Mark Jay: Remember when you threw that bag?

1:43:09.52 - Michael Douglas: Yeah, I do

1:43:10.68 - SA Mark Jay: When you threw the bag into the car?

1:43:12.04 - Michael Douglas: You know what you're gonna see in a text? You're going to love this. Lux asking me for a toy. She goes, I want one, I need it. I said, I said my exact words to Lux were, it will look good in you. And I said uh, you wear it well. Those are my exact words.

1:43:25.08 - SA Mark Jay: (unreadable) a lot of the stuff you were saying about an eight-year-old

1:43:26.64 - Michael Douglas: No, that was to Lux who's not eight years old. If you see her, she's six foot tall, gorgeous, beautiful woman. That's what I said to her, to uh Lux.

1:43:36.16 - SA Mark Jay: So, so you tell Anna that you're gonna come up to Carlsbad.

1:43:39.68 - Michael Douglas: Oh, and did I? No, did not.

SA Mark Jay: You just said that you did.

1:43:43.96 - Michael Douglas: I said I went up to Carlsbad?

1:43:44.76 - SA Mark Jay: You told her that you were gonna come there but you were too busy

1:43:47.2 - Michael Douglas: Hell no. I'm going to Escondido.

1:43:51.24 - SA Mark Jay: OK. Well you said you were too busy. You were trying.

1:43:52.64 - Michael Douglas: And did I try? Did you see me even try, attempt to go

SA Mark Jay: Is that what you said, or not?

1:43:55.92 - Michael Douglas: I don't know. Did you see me physically try cause you were following me sir?

1:43:58.64 - Special Agent Aisha Rahman: You're not answering the question.

1:43:59.44 - Michael Douglas: I am cause you know what you did.

1:44:01.16 - Special Agent Aisha Rahman: No, you're asking a question.

1:44:02.6 - Michael Douglas: I was around Escondido all night. That's what you saw, that's what had happened.

1:44:06.6 - Special Agent Aisha Rahman: We're asking what you said to Anna.

1:44:08.6 - Michael Douglas: I don't remember what I said to her cause I was dealing with Crystal. And if you know Crystal and her mental health, it will be a peach of a time. She screams and screams and screams and I was just trying to find her a hotel to make her happy. That's what I was looking at online. That's all I was looking at online was at fucking hotels. That wouldn't help.

1:44:26.72 - SA Mark Jay: So not only does Crystal say that you were going to go to Carlsbad

Michael Douglas: I don't know where she does that

1:44:30.52 - SA Mark Jay: You also brought the stuffed animal, the unicorn.

1:44:32.92 - Michael Douglas: Yes, Lux said

SA Mark Jay: That you said you were going to give

Michael Douglas: Go talk to Lux.

SA Mark Jay: it to Anna's daughter

1:44:35.68 - Michael Douglas: I'll show you every location.

1:44:38.24 - SA Mark Jay: You brought all the toys that you mentioned specifically. Each one.

1:44:40.56 - Michael Douglas: All the ones, and you'll see, were for a Halloween party. It's very simple.

1:44:43.88 - SA Mark Jay: Well I know, but why would you tell them that and then pack them all in your car?

1:44:49.68 - Michael Douglas: I wasn't the one who packed them. They wear the green camo thing, weren't they? That's Adrian's. He kept it in my fucking shed. He stole it from me from a guy named Cody.

1:44:58.92 - Special Agent Aisha Rahman: So now all this stuff in the bag, you never packed it, Adrian packed it.

1:45:02.56 - Michael Douglas: Well, I did not pack any of that. No, it's been in the fucking shed he stole.

1:45:06.12 - Special Agent Aisha Rahman:  But you

1:45:06.8 - Michael Douglas: They all steal from

1:45:07.68 - Special Agent Aisha Rahman: But the unicorn is in there and you said you were bringing the unicorn to Lux's daughter, so how does that make sense?

Michael Douglas: Yes... I don't know, cause let's see who is with me today. John, a thief. He's stolen a scooter for me.

1:45:16.96 - Special Agent Aisha Rahman: You know you're a really bad liar, right?

1:45:18.08 - Michael Douglas: Oh, I'm terrible. Yeah. That's why I'm telling you the truth here. And you don't believe it because well it sounds so terrible.

1:45:22.56 - Special Agent Aisha Rahman: Because you say one thing and the next breath makes no sense. Adrian packed up everything in the bag. Yet the unicorn in the bag you said is for Lux.

1:45:28.52 - Michael Douglas: You said, hell, I hope you said hell you got video when they left. I really do because I don't even know what the fuck they do anymore because all this stuff gone's missing. I buy it and I bought a

1:45:36.04 - SA Mark Jay: OK, so who put that bag in the Highlander?

1:45:39.6 - Michael Douglas: I was loading up stuff I didn't know If l did, I probably did, but I'm trying to remember. I actually have no idea what l do anymore. I'd probably take that bag in and out a hundred times, and then he takes it at some point and ends up in that closet. I have to go back into the closet and pull it back out.

1:45:53.88 - SA Mark Jay: Well you were observed putting that bag into the Highlander.

1:45:56.6 - Michael Douglas: OK, I have

1:45:57.44 - SA Mark Jay: That same bag that has all

1:45:58.16 – Michael Douglas: And what else did I put in there? What did you put in

1:46:01.28 - SA Mark Jay: That you specifically claimed you were bringing to the hotel.

1:46:05.6 - Michael Douglas: Well again, you didn't go to the hotel did I? I also have conversation saying the same stuff to Lux. So ha funny how that happened. Is it?

1:46:14.12 - Special Agent Aisha Rahman: What do you have her name saved under on your phone?

1:46:17.44 - Michael Douglas: What's her last name? Lux, shit, it's a new number, um, L-U-X-X-X because she's nasty, she told me.

1:46:26.36 - Special Agent Aisha Rahman: Is it on text message or on an app?

1:46:29.4 - Michael Douglas: Uh....text messaging, regular text messaging, for calls, I think she's got an 858 number maybe? She just changed it though. She lost her phone.

1:46:38.56 - Special Agent Aisha Rahman: So all the things in the bag that was supposed to go to Emma
Michael Douglas: Well yeah

SA Aisha Rahman: All those same things were actually gonna go to Lux too?

1:46:44.44 - Michael Douglas: Yes, and she will tell you that she wanted them all. That's what she will tell you.

1:46:48.76 - Special Agent Aisha Rahman: So, the unicorn, the red-

Michael Douglas: Yes!

73

SA Aisha Rahman: lingerie

Michael Douglas: Yes

SA Aisha Rahman: The anal beads

1:46:53.16 - Michael Douglas: Well the lingerie wouldn't fit her. I know. No, the lingerie was for uh Crystal. The red lingerie was for Crystal asked by me to pick up because Adrian couldn't make it to where the, I think it was uh Ross, I think Ross, he couldn't make it there, so he's asked me to go do it and I said OK because we're buddies, we're friends, I thought. But turns out he was just using me to use my pad.

1:47:11.04 - SA Mark Jay: The double-headed dildo?

1:47:13.12 - Michael Douglas: Yeah, we had one for a party that was given to us by Miss Anne Marie.

1:47:16.76 - SA Mark Jay: But you specifically mentioned you'd be bringing it. You told Anna that.

1:47:21.44 - Michael Douglas: Uh huh, and, so who was with me when we were planning this Halloween party? He will admit to it too so, you, you decide who's right, who's wrong. That's all I'm going to say cause he was with me here

1:47:31.64 - Special Agent Aisha Rahman: (unreadable)

1:47:32.36 - Michael Douglas: He was my damn right hand man. He was my whole fucking right hand man, man. He'd help me with everything.

1:47:37.4 - SA Mark Jay: Tell me this. Does any of your story sound believable?

1:47:39.68 - Michael Douglas: To you, to you and to, no, to me, yes, cause if you know why I'm in, you'd be like, damn, this is one fucking story.

1:47:44.04 - SA Mark Jay: The story that you're telling right now, you would believe them?

1:47:46.36 - Michael Douglas: Hell, I've been told about aliens in this fucking place, so, you know

SA Mark Jay: You believe them?

1:47:50.72 - Michael Douglas: Not really. But you're so tired from

SA Mark Jay: Well you are comparing to your own story to somebody talking about aliens.

Michael Douglas: I'm just saying, you know, I'm just saying this is, you're told a lot here, OK? You don't hear, but there was a girl named Amanda that was killed. Nobody's done shit about her. And then uh

1:48:04.44 - SA Mark Jay: Why do you keep deflecting?

1:48:06.44 - Michael Douglas: It's not deflecting. I'm so tired.

SA Mark Jay: [Unreadable]

1:48:08.32 - Michael Douglas: I have been running ragged. And if you think I could do that online when I'm running my ass off again for people that obviously don't care when some guy's literally sitting in my shed for hours at my house when I'm on the road. Match up with the times and tell me when I was there with that and on the phone, that's all I'm gonna say cause he has been at my house more often than I have. All I asked for was him, was for a little help around there because my aunt was hurting. He wouldn't help. He sat there on his fucking computers again. See all he does is play along

1:48:37.56 - SA Mark Jay: With the surveillance I did today I verified that you were the one on your phone and with your phone.

1:48:42.36 - Michael Douglas: OK, cool. But then I was. I was with him too, right? You see us put down the center console when I was driving?

1:48:47.52 - SA Mark Jay: I saw when you left.

1:48:48.84 - Michael Douglas: Yeah, what time was that? I don't even remember that stuff.

1:48:50.8 - SA Mark Jay: I don't know because I've had a super long last forty-eight hours as well.

1:48:55.12 - Michael Douglas: Yeah, because you know how much I've run.

1:48:56.28 - SA Mark Jay: I have it all written down.

1:48:57.52 - Michael Douglas: But you see how much I've run, don't you, haven't you?

SA Mark Jay: Yeah.

1:49:00.2 - Michael Douglas: It's a lie.

1:49:00.84 - SA Mark Jay: Everything is documented.

1:49:01.76 - Michael Douglas: OK, cool.

1:49:02.12 - SA Mark Jay: You know your lies are not gonna get you anywhere.

1:49:05.72 - Michael Douglas: This ain't a lie. You'll see. Alexis... was that Walmart last night? I can't even remember (unreadable)

1:49:10.48 - SA Mark Jay: So, so, Michael Douglas is just going to blame everything on everybody else. He's not

1:49:16.84 - Michael Douglas: It's not a blame if it's true, is it?

1:49:18.76 - SA Mark Jay: Doesn't have any remorse.

1:49:20.32 - Michael Douglas: I certainly have a lot of remorse. So what happened to the cat? (unreadable)

1:49:23.16 - SA Mark Jay: You're not saying anything about what you did.

1:49:26.32 - Michael Douglas: Cause I don't know what you're accusing me of. I asked for video, you won't show it to me. Obviously it's (unreadable) so we're going to have this back and forth bullshit conversation that doesn't help anybody either of us.

1:49:34.08 - Special Agent Aisha Rahman: We told you nothing but facts, you just don't want to take responsibility for everything and that's what's gonna be in front of a jury

1:49:37.36 - Michael Douglas: I don't know if it's facts. Cause you know you guys have lied to me before. You've lied to me before. You're, not you personally, but the police have lied to me before. But what they said were facts

1:49:44.48 - Special Agent Aisha Rahman: You and I both know that everything that we're telling you is the facts. You just don't want to be remorseful. You don't want to be sorry about anything.

1:49:51.52 - Michael Douglas: What I'm sorry about is

1:49:52.28 - Special Agent Aisha Rahman: You don't want to take responsibility for anything

1:49:54.16 - Michael Douglas: So when did this

1:49:54.64 – SA Aisha Rahman: That's how the jury is

1:49:55.48 - Michael Douglas: Yeah. Where did where did this start, by the way? What do you have on what? What time frame

1:49:59.92 - Special Agent Aisha Rahman: You'll see all that when you go to court.

1:50:01.08 - Michael Douglas: Oh good, good, good. So if it happened here in the town and stuff, and guess what? You're going to have a field day of interviewing people. I have hundreds. And I hope you do interview them because you'll find a lot more shit goes on this town you need to know about.

1:50:11.04 - Special Agent Aisha Rahman: I feel bad for you.

1:50:12.4 - Michael Douglas: I'm glad you do because all I did was try to help.

1:50:15.8 - Special Agent Aisha Rahman: No, because you've been given... two hours worth of opportunity.

1:50:21.04 - Michael Douglas: And I told you what I know. I was helping people, OK? That's what I was doing. And you're saying, oh, you're texting some shit that's just threatening shit about her kid and stuff. OK, but, I'm on the road. I was on the road all day, pretty much. Hard to text and drive. I don't do that because I can look at people killed and I've seen the accidents. So if you're saying I'm doing it at the very moment I'm driving

1:50:45.36 - Special Agent Aisha Rahman: I never said anything while driving, while pause,

whatever, but you only have blamed everything on everybody else.

1:50:52.36 - Michael Douglas: Because I told the guy named Justin, the Dave

1:50:55.48 - Special Agent Aisha Rahman: There's another name

1:50:57.2 - Michael Douglas: Well you need to run him. He's an interesting fella. But here's the, I moved in, and what time did we move? We moved here in late April...

1:51:03.72 - Special Agent Aisha Rahman: I don't see a point in talking anymore.

1:51:04.92 - Michael Douglas: No, no, let me just (unreadable)

1:51:06.08 - Special Agent Aisha Rahman: I'm sorry we've given you two

1:51:07.28 - Michael Douglas: Man, I'm telling

1:51:09.12 - Special Agent Aisha Rahman: two hours of opportunity, Michael.

1:51:10.92 - Michael Douglas: So I was in

1:51:12.08 - Special Agent Aisha Rahman: This will be played in front of the jury and unfortunately it's not gonna work out for you.

1:51:13.52 - Michael Douglas: I was, I was, it's not because I was a dumb fuck. I told this guy Justin about my past. He didn't realize he was a yellow bander. He said I need to kill you. He tried to actually, and I kicked him and he went down. But then he went around telling everybody and I've had everybody after my ass in this town where I live since that moment. And that was in June, ma'am. So if

1:51:35.24 - Special Agent Aisha Rahman: You know what? The jury is going to be presented with the facts along with everything that you've said

Michael Douglas: So you're not gonna do a damn thing

SA Aisha Rahman: And they're going to see.

1:51:43.2 - Michael Douglas: Yeah OK yeah

1:51:43.44 - Special Agent Aisha Rahman: Oh we have plenty of people talk to, but they're also going to see that this is somebody who has not learned from his past, somebody who's not sorry for what he has done, not trying to take responsibility over an eight-year-old child. Do you think that's going to work out well for you?

1:51:56.64 - Michael Douglas: No, I don't think so, but

SA Aisha Rahman: That's what we've been trying to tell you.

1:51:57.96 - Michael Douglas: What about the whole thing with Lux, about conversation with me? Will that be playing?

1:52:01.72 - Special Agent Aisha Rahman: Oh surely we will be looking at that.

1:52:02.88 - Michael Douglas: Will that be allowed?

1:52:03.96 - Special Agent Aisha Rahman: Everything will be looked at.

1:52:05.2 - Michael Douglas: Oh good because I want that involved in the trial, please.

1:52:08.28 - Special Agent Aisha Rahman: Please tell your attorney that.

1:52:09.72 - Michael Douglas: Because that stuff was not allowed in my last trial. But just having real conversations with real people, and they withheld it.

1:52:15.48 - Special Agent Aisha Rahman: And, and what's gonna happen with what we do have from you and Anna?

1:52:20.48 - Michael Douglas: I don't know Anna. I tried to tell you that it was some person that was she contacted me and I was saying I said don't, one time I said I'm busy, don't bother me, I did not want that person bothering me. They kept bothering me.

1:52:31.04 - SA Mark Jay: It's funny that you only remember that part of the conversation

Michael Douglas: Because

SA Mark Jay: "Don't bother me". Even, even with all the stuff you sent her and that you told her to do

Michael Douglas: OK well

1:52:40.12 - SA Mark Jay: All you remember is that. So you know what? A jury and a judge, they are gonna decide your fate and they're gonna see (Douglas interrupting)

1:52:45.88 - Special Agent Aisha Rahman: We're not going to decide. They are.

1:52:48.2 – Michael Douglas: But you're making it, you're making it, you're making the case

SA Mark Jay: That after all these years, after forty-seven years old, you can't figure out that you're responsible for something?
1:52:53.64 - Michael Douglas: Yes, of course I'm responsible for myself. I understand that. What I'm saying is that you will find that there's an interesting little side effect to all this shit and but you won't investigate further. You caught your man. I know how that works. Cause Tony, what is his name, Martinez? He told me, you've done something wrong in your life.

1:53:11.16 - Special Agent Aisha Rahman: Do you still have, let me ask you this, do you still have Kik on your phone?

1:53:14.64 - Michael Douglas: I don't know. Honestly I thought it was off. They had this, I got this crappy ass new phone and it broke the first day. I haven't been able to see through it because the

screen is so badly...the times have been off. I thought it was um

1:53:25.64 - Special Agent Aisha Rahman: The screen is so bad that you can't even see the screen?

1:53:28.72 - Michael Douglas: Yeah

1:53:29.36 - Special Agent Aisha Rahman: Then how were you texting today?

1:53:30.32 - Michael Douglas: I'm calling.

1:53:31.6 - Special Agent Aisha Rahman: No, no, you're texting

1:53:34.16 - Michael Douglas: No. I get a text from somebody and I hit the blue, there's a blue reply button. There's a blue

1:53:41.8 - Special Agent Aisha Rahman: Michael, I'm sorry, but you're the worst liar I have met.

1:53:43.48 - Michael Douglas: There's a blue reply button and then you hit the X, it's blur but I hit that. It was like slick.

1:53:49.44 - Special Agent Aisha Rahman: Well, we're done talking because

1:53:50.64 - Michael Douglas: Whatever you know, is this what you do? I get it, it's your job.

1:53:52.56 - Special Agent Aisha Rahman: I gave you, no, we gave you a lot of chances to show you hey, we we have all this information

1:53:56.4 - Michael Douglas: I can prove that.

1:53:57.64 - Special Agent Aisha Rahman: and this isn't going to work out, but maybe you have a chance to be remorseful, responsible, and sorry.

1:54:01.52 - Michael Douglas: Talk, please go, talk to Lux. I'm telling you that's proof right there, isn't it? Wouldn't that be proof?

1:54:07.72 - SA Mark Jay: We'll, we'll talk to everybody involved in this

1:54:09.64 - Michael Douglas: No you won't. No, you won't.

SA Mark Jay: This was your opportunity

1:54:11.12 - Michael Douglas: This is what they did the last time. This is how you

1:54:13.4 - SA Mark Jay: This was your opportunity to show your true colors and

1:54:14.8 - Michael Douglas: Yes, I am.

SA Mark Jay: you've shown them.

1:54:16.64 - Michael Douglas: I've shown these exact ones is I have exact reason because

1:54:20.56 - SA Mark Jay: You know it seems to me like you're attracted to eight-year-olds because

1:54:22.72 - Michael Douglas: No, I'm attracted to Lux.

SA Mark Jay: (unreadable, Douglas talking over) of an eight-year-old. (unreadable) take the blame for things

1:54:27.52 - Michael Douglas: No I'm not attracted to eight-year-olds sir that is fucking sick.

1:54:31.28 - SA Mark Jay: When you grow up and you get mature you realize that you got to take responsibility for things

1:54:33.96 - Michael Douglas: I dated a forty-six year old woman when I was thirty two. So you take that in your pipe and smoke it. Because I date older women usually. I have never been out with one younger

1:54:43.56 - Special Agent Aisha Rahman: You can date older woman and still not be able to get over your sexual interests in children.

1:54:47.28 - Michael Douglas: No! They have. Women have gotten older to me I find more attractive as older OK?

1:54:51.92 - Special Agent Aisha Rahman: Doesn't mean you're not interested in kids anymore.

1:54:53.88 - Michael Douglas: No! I don't want to be with a kid ever. I find most kids annoying.

1:54:57.16 - SA Mark Jay: Then why do you say that? Are you just pretending?

1:54:59.24 - Michael Douglas: No, I do! You should hear conversations where I even said to poor Brooklyn that you've run around

1:55:03.72 - Special Agent Aisha Rahman: Do you just want people to like you by saying that like, online on Kik?

Michael Douglas: No!

SA Aisha Rahman: Like to make friends, like some people make friends that way?

1:55:11.48 - Michael Douglas: No, I don't. I don't even have time for that. If you see how much I've run, I don't have time for social media. I even got off Twitter for my one of my accounts that has was a uh the only one actually was a weather fire one.

1:55:22.2 - Special Agent Aisha Rahman: Then why tell people on Kik, you know,

1:55:25.32 - Michael Douglas: Maybe it wasn't me exactly saying everything. Have you ever thought about that? Cuz that guy Adrian is a computer whiz? Talk to see once he lives on morning view in any trailer, I which, it tasks

1:55:34.4 - SA Mark Jay: All the computer whizzes I know are homeless.

1:55:36.8 - Michael Douglas: No, this guy, apparently

1:55:37.92 - SA Mark Jay: Must be a really good computer whizz.

1:55:39.2 - Michael Douglas: Oh, he stolen so many of them, he became a whiz. But yeah, he made a bump.

1:55:43.36 - Special Agent Aisha Rahman: But you also said he killed someone and he was shady. So now we're supposed to trust, so now anything he says is not gonna be

1:55:51.12 - Michael Douglas: Well, there's a rumor.

1:55:51.92 - Special Agent Aisha Rahman: upstanding either.

1:55:52.6 - Michael Douglas: So there's a rumor of that going around.

1:55:54.4 - Special Agent Aisha Rahman: Now it's just a rumor?

1:55:55.56 - Michael Douglas: I don't know if it's true or not!

1:55:57.36 – SA Mark Jay: I think we're done.

1:55:57.96 - Special Agent Aisha Rahman: Yeah, we are done.

1:55:58.76 - Michael Douglas: You twist your words, you know, fuck you. Fuck you. That's what I see.

SA Aisha Rahman: No worries.

1:56:01.52 - Michael Douglas: I'm trying to help you actually solve some cases. I know our cases, like fentanyl?

1:56:05.12 - Special Agent Aisha Rahman: The only person needed to help is yourself right now

Michael Douglas: Yeah well

SA Aisha Rahman: And you've definitely done quite the opposite Michael.

1:56:09.84 - Michael Douglas: Have you seen what I've been doing? How can I do two crimes at once according to you? Like running around (unreadable)

1:56:18.92 - Special Agent Aisha Rahman: Alright. What time is it? It's 12:35 in the morning. We're ending this interview.

1:56:22.72 - Michael Douglas: No we're not. I'm going to talk all night cause I have a lot of people read on, like Will,

1:56:26.36 - Special Agent Aisha Rahman: No, well, we're not gonna to talk and listen to your bullshit for hours. That's all you've done.

1:56:30.68 - Michael Douglas: No, I've been telling you the truth.

1:56:31.72 - Special Agent Aisha Rahman: You've been caught in so many lies so we will not be wasting anymore of our time.

1:56:36.96 - Michael Douglas: Yeah. Why (unreadable)? People do not care about the truth, they only care about their record and so they can become big time judges, prosecutors,

1:56:47.52 - Special Agent Aisha Rahman: No problem Michael.

1:56:49.04 - SA Mark Jay: (unreadable) Conrad, so get to transport him. You want to, is your rental car here?

(Recording ends)