UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-cr-80219-AMC

**UNITED STATES OF AMERICA**

vs.

**MICHAEL GORDON DOUGLAS,**

    **Defendant.**

_____/

**NOTICE OF STRIKING NOTICE OF CONVENTIONAL FILING [DE 141]**

**COMES NOW** the United States of America, by and through the undersigned Assistant United States Attorney, and hereby files this Notice of Striking Notice of Conventional Filing (DE 141). The undersigned filed this Notice of Conventional Filing without submitting the document in the conventional paper format.

    Respectfully submitted,

    HAYDEN P. O'BYRNE
    UNITED STATES ATTORNEY

By:    /s/*Justin Chapman*
    Justin Chapman
    Assistant United States Attorney
    FL Bar No. 85778
    United States Attorney's Office
    500 S. Australian A venue #400
    West Palm Beach, Florida 33401
    (561) 209-1022
    Justin.chapman4@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on April 30, 2025, a copy of this pleading was served and filed with the Court's CM/ECF filing system upon all counsel of record.

                                        s/ *Justin Chapman*
                                        Assistant United States Attorney