AO 187 (Rev. 11/2002) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: **23-CR-80219-AMC(s)**

United States of America

Plaintiff

v.

Michael Gordon Douglas,

Defendant

## EXHIBIT AND WITNESS LIST

| PRESIDING JUDGE<br>Aileen M. Cannon, United States District Judge | | PLAINTIFF'S ATTORNEY<br>Justin Chapman, AUSA | | DEFENDANT'S ATTORNEY<br>Scott Berry, Esq., | |
|---|---|---|---|---|---|
| TRIAL DATE(S)<br>May 5, 2025 - May 9, 2025 | | COURT REPORTER | | COURTROOM DEPUTY | |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | ✓ | | (Screen Video Recording) Kik Communications 10-3-23 to 10-17-23.mp4 |
| 1a | | | ✓ | | (Image of penis sticking through child's legs) 771c45e6-ca63-4dd2-85f6-7d253bbc938c.jpg |
| 1b | | | ✓ | | (Image of young girl's vagina) bd3ed9a2-1c63-4c96-a005-97659ed5bfa3.jpg |
| 1c | | | ✓ | | (Video of girl on top of man's penis - RCA) 378f3fcf-366f-4518-a238-1b56bb1a528b.mp4 |
| 1d | | | ✓ | | (Image of young girl's vagina) 9abdfc12-e539-4e8e-a4a2-4ee382ecbd9b.jpg |
| 1e | | | ✓ | | (Video of girl and bondage) 2a149999-d65c-484b-835e-be86f7d6faa2.mp4 |
| 1f | | | ✓ | | (Video of two minor girls kissing) bbca17bb-3f9b-4b96-a418-1efbec9625e5.mp4 |
| 1g | | | ✓ | | (Video of girl playing with penis of adult man) e22b394c-f8fb-4828-bd36-03e709e593d8.mp4 |
| 1h | | | ✓ | | (Video of toddler on woman with boy) 07d587fc-dae1-4db0-8c3a-1fc7006e829a.mp4 |
| 1i | | | ✓ | | (Image of young girl's vagina) 3feb4bfb-e664-4ba7-8ed7-c8cc3eb74ff4.jpg |
| 1j | | | ✓ | | (Image of young girl's vagina) 46fddf04-dd95-41e0-87e4-5c2f4ec74475.jpg |
| 1k | | | ✓ | | (Image of young girl's vagina) 3713d942-1f4a-4cb1-a636-505dcbb803ad.jpg |
| 1l | | | ✓ | | (Video of girl masturbating) 55a7f86f-48ed-4033-8a45-883ace5eccd8.mp4 |
| 1m | | | ✓ | | (Video of girl on top of man's penis - RCA) f3dab4e5-e0b0-416b-9e0b-51e14d077b5e.mp4 |
| 1n | | | ✓ | | (Video of oral sex committed on female child) bbdd897c-eab3-4deb-b66f-6ae7b13b35ac.mp4 |
| 1o | | | ✓ | | (Image of penis sticking through child's legs) 246de23a-ee63-4c5f-a472-3f1b07b4b24c.jpg |
| 1p | | | ✓ | | (Video of ejaculate on female child) abaa0f3e-29b6-4496-aeca-5a984f0b5c8c.mp4 |
| 1q | | | ✓ | | (Video of girl masturbating) 1fa9316a-001d-4202-9ff6-b6530ac6c3bd.mp4 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>United States | | | | DEFENDANT vs.   Michael Gordon Douglas | CASE NO.<br>23-CR-80219-AMC(s) |
|---|---|---|---|---|---|
| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
| 2 | | | ✓ | | (Screen Video Recording) Kik Communications 10-17-23 to 10-19-23.mp4 |
| 2a | | | | ✓ | (Video of girl on top of man's penis - RCA) e01dce6b-c628-488c-b2f6-dc0870ab8957.mp4 |
| 3 | | | | ✓ | (Screen Video Recording) Kik Communications 10-19-23 to 10-22-23.mp4 |
| 3a | | | | ✓ | (Image of two girls in shower) 34b836e9-808b-4b5c-b46b-8858a2b4f0fb.jpg |
| 3b | | | | ✓ | (Video of girl masturbating) f5e25910-2af6-4785-a5df-f4446a1c85eb.mp4 |
| 3c | | | | ✓ | (Video of boy having oral sex with girl) 68efafea-a134-43d8-aaea-c0c9b2cb3ac4.mp4 |
| 3d | | | | ✓ | (Video of female masturbating with boy) 52e658aa-05a8-4b97-babc-17680b98f220.mp4 |
| 3e | | | | ✓ | (Video of two minor girls kissing) of bb752408-c13d-4d91-a620-6b136ae80d72.mp4 |
| 3f | | | | ✓ | (Video of girl playing with penis of adult man)607a1e40-ce0e-4d05-b0b4-b561903ac612.mp4 |
| 3g | | | | ✓ | (Image of young girl's vagina) 1bcf8943-5fe0-47f9-97fc-a97000c91206.jpg |
| 4 | | | | ✓ | Taboo Room Screenshots |
| 4a | | | | ✓ | (Video of girl masturbating) Taboo Room Distributed Video.mp4 |
| 5 | | | | ✓ | (Screen Video Recording) Kik Communications 10-22-23 to 10-24-23.mp4 |
| 5a | | | | ✓ | Kik Communications 10-22-23 to 10-24-23.pdf |
| 5b | | | | ✓ | (Video of Defendant masturbating) 6e89b15e-e203-49a7-8dcb-c94071b67a8c.mp4 |
| 6 | | | | ✓ | (Screen Video Recording) Kik Communications 10-24-23 to 10-25-23.mp4 |
| 6a | | | | ✓ | Kik Communications 10-24-23 to 10-25-23.pdf |
| 7 | | | | ✓ | (Screen Video Recording) Kik Communications 10-25-23 to 10-26-23.mp4 |
| 7a | | | | ✓ | Kik Communications 10-25-23 to 10-26-23.pdf |
| 7b | | | | ✓ | (Video of Defendant's leg injury) 4b8db6d4-9eb1-480f-89c2-2655499611e3.mp4 |
| 8 | | | | ✓ | (Screen Video Recording) Kik Communications 10-26-23 to 10-30-23.mp4 |
| 9 | | | | ✓ | (Screen Video Recording) Kik Communications 10-30-23 to 11-06-23.mp4 |
| 10 | | | | ✓ | (Screen Video Recording) Kik Communications 11-06-23 to 11-27-23.mp4 |
| 11 | | | | ✓ | (Screen Video Recording) Kik Communications 12-06-23 to 12-12-23.mp4 |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF United States of America | | | | DEFENDANT vs.  Michael Gordon Douglas | | CASE NO. 23-CR-80219-AMC(s) |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
|---|---|---|---|---|---|---|
| 12 | | | ✓ | | Combined screenshots of Kik communications, Exhibits 8, 9, 10, & 11.pdf | |
| 12a | | | | ✓ | (Video of digital penetration of infant) 0475afc1-e3eb-4984-912b-fd5a77603f57.mp4 | |
| 12b | | | | ✓ | Screenshot of #nolimsfunn.pdf | |
| 12c | | | | ✓ | (Video of Defendant masturbating) 0357259c-d515-4797-aeff-ef6d99945063.mp4 | |
| 12d | | | | ✓ | (Video of woman performing oral sex on boy) 7ef3159e-262e-47a3-8e2e-34251fd39dc8.mp4 | |
| 12e | | | | ✓ | (Video of girl performing oral sex on boy) ec75bbb8-44b0-4518-af65-b5e3b4552791.mp4 | |
| 12f | | | | ✓ | (Video of boy performing oral sex on boy) 7ee93aaf-8130-4ce8-a1bd-f664bb266738.mp4 | |
| 12g | | | | ✓ | (Video of children engaged in sex with man) 48556ed5-014f-4e6b-bb96-510f7fda9639.mp4 | |
| 12h | | | | ✓ | (Video of Defendant masturbating) acaa329c-76c5-40a8-ad77-cd67c80327d9.mp4 | |
| 12i | | | | ✓ | (Video of Defendant masturbating) f3ea9348-7b53-41eb-b085-cf1acab70215.mp4 | |
| 12j | | | | ✓ | (Video of Defendant masturbating) 1fbb2068-787b-416b-9524-f819624ae3bd.mp4 | |
| 13 | | | | ✓ | Text messages from undercover agent's cellphone | |
| 13a | | | | ✓ | Images of lingerie from Text Messages from undercover agent's cellphone | |
| 14 | | | | ✓ | Combined screenshots of Kik communications and text messages, Exhibits 9, 10, 11, 12, & 13 | |
| 15 | | | | ✓ | Call log | |
| 16 | | | | ✓ | (Audio Recording) Telephone call on 12/12/2023 | |
| 17 | | | | ✓ | Map of Escondido to Carlsbad, California | |
| 18 | | | | | Summary Exhibit of Communications | |
| 19 | | | | ✓ | Amazon Records | |
| 20 | | | | ✓ | Kik Records - Subscriber-data-daddybreedsfam 10_03_23 - 10_30_23.pdf | |
| 20a | | | | ✓ | Kik Records - Subscriber-data-daddybreedsfam 10_03_23 - 10_30_23 (highlighted).pdf | |
| 21 | | | | ✓ | Kik Records - Subscriber-data-daddybreedsfam 10_30_23 - 12_12_23.pdf | |
| 21a | | | | ✓ | Kik - Subscriber-data-daddybreedsfam 10_30_23 - 12_12_23 (highlighted).pdf | |
| 22 | | | | ✓ | Cox Records - 98.176.180.40 (up to 11_15_2023).pdf | |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF United States of America | | | | DEFENDANT vs. Michael Gordon Douglas | CASE NO. 23-CR-80219-AMC(s) |
|---|---|---|---|---|---|
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
| 23 | | | ✓ | | Google Records - miked14691@gmail.com.pdf |
| 24 | | | | ✓ | Google Records - rmfiorg@gmail.com.pdf |
| 25 | | | | ✓ | Google Records – chicagomikemgd@gmail.com.pdf |
| 26 | | | ✓ | | Verizon Records - telephone number (***) ***-8825 including, IMEI ending 4710.pdf |
| 27 | | | | ✓ | Certified records of Defendant's prior criminal conviction - CA2006 |
| 28 | | | | ✓ | Map of Escondido travel on 12/12/2023 |
| 29 | | | | ✓ | DaddyBreedsFam Kik profile |
| 30 | | | | ✓ | 6.saltbabe.9 Kik profile |
| 31 | | | | ✓ | (Photograph of intersection and vehicles) IMG_3057.JPG |
| 32 | | | | ✓ | (Photograph of Highlander pinned, rear) IMG_3043.JPG |
| 33 | | | | ✓ | (Photograph of Highlander pinned, driver's side) IMG_3055.JPG |
| 34 | | | | ✓ | (Photograph  of Highlander pinned, passenger side) IMG_3053.JPG |
| 35 | | | | ✓ | (Photograph of Highlander front window and light bar) IMG_3054.JPG |
| 36 | | | | ✓ | (Photograph of woman passenger) IMG_3041.JPG |
| 37 | | | | ✓ | (Photograph of defendant) IMG_3040.JPG |
| 38 | | | | ✓ | (Photograph of defendant's clothes, front) IMG_0657.JPG |
| 39 | | | | ✓ | (Photograph of the defendant's clothes, back) IMG_0654.jpeg |
| 40 | | | | ✓ | (Photograph of defendant's items on roadway) IMG_0635.jpeg |
| 41 | | | | ✓ | (Photograph of jacket) IMG_2956.jpeg |
| 42 | | | | ✓ | (Photograph  of Jacket and sliver butt plug) IMG_2958.jpeg |
| 43 | | | | ✓ | (Photograph of wallet with defendant's driver's license) IMG_0644.jpeg |
| 44 | | | | ✓ | (Photograph of wallet contents and money) IMG_0648.jpeg |
| 45 | | | | ✓ | (Photograph of money) IMG_)IMG_0645.jpg |
| 46 | | | | ✓ | (Photograph of closeup of wallet contents, firefighter card) |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>United States of America | | | | vs. | DEFENDANT<br>Michael Gordon Douglas | CASE NO.<br>23-CR-80219-AMC(s) |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 47 | | | ✓ | | (Photograph of closeup of wallet contents, bank cards) |
| 48 | | | ✓ | | (Photograph of Highlander's driver seat) IMG_2951.jpeg |
| 49 | | | ✓ | | (Photograph of Highlander's driver seat) IMG_0634.jpeg |
| 50 | | | ✓ | | (Photograph of Highlander, phone of driver's floorboard) IMG_2950.jpeg |
| 51 | | | ✓ | | (Photograph of Verizon cellphone) IMG_2971.jpeg |
| 52 | | | ✓ | | (Photograph of green bag in trunk) 2EF0164D-E16E-4542-90AB-9F48BCDC24A9.jpeg |
| 53 | | | ✓ | | (Photograph of green bag in trunk, unicorn) 123d9138-3540-43d5-8728-a0d899e7b60c.JPG |
| 54 | | | ✓ | | (Photograph of green bag in trunk, unicorn) IMG_0646.jpeg |
| 55 | | | ✓ | | (Photograph of green bag in trunk, unicorn removed) IMG_0647.jpeg |
| 56 | | | ✓ | | (Photograph of trunk, black lingerie) 2AE412A7-7E59-4F35-BF8A-1159D2B7CD22.jpeg |
| 57 | | | ✓ | | (Photograph of trunk, black shorts with white skull) IMG_2969.jpeg |
| 58 | | | ✓ | | (Photograph of unicorn) IMG_2988.jpeg |
| 59 | | | ✓ | | (Photograph of anal explorer kit) IMG_2984.jpeg |
| 60 | | | ✓ | | (Photograph of anal beads) IMG_2981.jpeg |
| 61 | | | ✓ | | (Photograph of red lingerie) IMG_2995.jpeg |
| 62 | | | ✓ | | (Photograph of Astroglide) IMG_2983.jpeg |
| 63 | | | ✓ | | (Photograph of vibrator) IMG_2985.jpeg |
| 64 | | | ✓ | | (Photograph purple dildo) IMG_2986.jpeg |
| 65 | | | ✓ | | (Photograph double headed dildo) IMG_2987.jpeg |
| 66 | | | ✓ | | (Photograph of fake penis) IMG_2990.jpeg |
| 67 | | | ✓ | | (Photograph of speculum, front) IMG_2999.jpeg |
| 68 | | | ✓ | | (Photograph of speculum, back) IMG_3001.jpeg |
| 69 | | | ✓ | | (Photograph of black lingerie) IMG_2998.jpeg |
| 70 | | | ✓ | | (Photograph of silver butt plug) IMG_2993.jpeg |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF United States of America | | | | vs. | DEFENDANT Michael Gordon Douglas | CASE NO. 23-CR-80219-AMC(s) |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 71 | | | ✓ | | Verizon cellular telephone with Micro SD Card |
| 72 | | | ✓ | | Silver butt plug |
| 73 | | | ✓ | | Green bag |
| 74 | | | ✓ | | Unicorn |
| 75 | | | ✓ | | Dildo |
| 76 | | | ✓ | | Anal beads |
| 77 | | | ✓ | | Red lingerie |
| 78 | | | ✓ | | Astroglide |
| 79 | | | ✓ | | Vibrator |
| 80 | | | ✓ | | Purple dildo |
| 81 | | | ✓ | | Double headed dildo |
| 82 | | | ✓ | | Fake penis |
| 83 | | | ✓ | | Black lingerie |
| 84 | | | ✓ | | Speculum |
| 85 | | | ✓ | | (Photograph of mailbox, Space 75) DSC_0001.JPG |
| 86 | | | ✓ | | (Photograph of exterior stairs leading to door) DSC_0002.jpg |
| 87 | | | ✓ | | (Photograph of hallway to bedroom with Cubs door mat) DSC_0031.JPG |
| 88 | | | ✓ | | (Photograph of doorway leading into bedroom with Cubs door mat) DSC_0037.JPG |
| 89 | | | ✓ | | (Photograph of bathroom near Cubs door mat bedroom) DSC_0032.JPG |
| 90 | | | ✓ | | (Photograph of blue bathroom rug) DSC_0036.JPG |
| 91 | | | ✓ | | (Photograph of bedroom door next to bathroom) DSC_0038.JPG |
| 92 | | | ✓ | | (Photograph of door marked Room A) DSC_0108.JPG |
| 93 | | | ✓ | | (Photograph of inside Room A) DSC_0109.JPG |
| 94 | | | ✓ | | (Photograph of inside Room A, 2) DSC_0110.JPG |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>United States of America | | | | DEFENDANT<br>vs.  Michael Gordon Douglas | | CASE NO.<br>23-CR-80219-AMC(s) |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
|---|---|---|---|---|---|
| 95 | | | ✓ | | (Photograph of inside Room A, 3) DSC_0111.JPG |
| 96 | | | ✓ | | (Photograph of inside Room A, 4) DSC_0112.JPG |
| 97 | | | ✓ | | (Photograph of inside Room A, 5) DSC_0113.JPG |
| 98 | | | ✓ | | (Photograph of inside Room A, 6) DSC_0114.JPG |
| 99 | | | ✓ | | (Photograph of closet in Room A) DSC_0115.JPG |
| 100 | | | ✓ | | (Photograph of brown chair inside Room A) DSC_0039.JPG |
| 101 | | | ✓ | | (Photograph of brown chair inside Room A, 2) DSC_0081.JPG |
| 102 | | | ✓ | | (Photograph of brown chair inside Room A, 3) DSC_0072.JPG |
| 103 | | | ✓ | | (Photograph of bed and yellow helmet inside Room A) DSC_0043.JPG |
| 104 | | | ✓ | | (Photograph of nightstand in Room A) DSC_0051.JPG |
| 105 | | | ✓ | | (Photograph of closeup of nightstand in Room A) DSC_0052.JPG |
| 106 | | | ✓ | | (Photograph of Samsung cellphone on nightstand in Room A) DSC_0053.JPG |
| 107 | | | ✓ | | Samsung cellphone device |
| 108 | | | ✓ | | (Photograph of of SDCCU Visa Card, name of Michael Douglas) DSC_0076.JPG |
| 109 | | | ✓ | | (Photograph of Capital One Card, name of Michael Douglas (back)) DSC_0083.JPG |
| 110 | | | ✓ | | (Photograph of Capital One Card, name of P.D. (front)) DSC_0060.JPG |
| 111 | | | ✓ | | (Photograph of Capital One Card, name of P.D. (back)) DSC_0061.JPG |
| 112 | | | ✓ | | (Photograph of Chase Visa Card, name of P.D. (front)) DSC_0062.JPG |
| 113 | | | ✓ | | (Photograph of Chase Visa Card, name of P.D. (back)) DSC_0063.JPG |
| 114 | | | ✓ | | (Photograph of SDCCU Visa Card, name of P.D.) DSC_0064.JPG |
| 115 | | | ✓ | | (Photograph of blue Everest backpack outside) DSC_0054.JPG |
| 116 | | | ✓ | | (Photograph of contents of blue backpack) DSC_0056.JPG |
| 117 | | | ✓ | | (Photograph of information card in name of A.C.) DSC_0055.JPG |
| 118 | | | ✓ | | (Photograph of Carport and areas marked H and I) DSC_0143.JPG |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF | | | DEFENDANT | | CASE NO. | |
|-----------|---|---|-----------|---|----------|---|
| United States of America | | vs. | Michael Gordon Douglas | | 23-CR-80219-AMC(s) | |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS*AND WITNESSES |
|----------|----------|--------------|--------|----------|----------------------------------------|
| 119 | | | ✓ | | (Photograph of area marked H) DSC_0142.JPG |
| 120 | | | ✓ | | (Photograph of door to shed marked I) DSC_0145.JPG |
| 121 | | | ✓ | | (Photograph of inside shed marked I) DSC_0146.JPG |
| 123 | | | ✓ | | Audio recorded interview of Defendant |
| 124 | | | ✓ | | Transcript of audio recorded interview of Defendant |
| 125 | | | ✓ | | Combined audio recorded interview of Defendant and rolling transcript |
| 126 | | | ✓ | | Audio recording from vehicle transport of Defendant |
| 127 | | | ✓ | | Transcript of audio recording of vehicle transport of Defendant |
| 128 | | | ✓ | | (Samsung device) Cellebrite extraction report - Device Information (1 page) |
| 129 | | | ✓ | | (Samsung device) GreyKey progress report (1 page) |
| 130 | | | ✓ | | (Samsung device) Cellebrite extraction report - User Accounts (53 pages) |
| 131 | | | ✓ | | (Samsung device) Copy of emails from Temu to rmfiorg@gmail.com (10 pages) |
| 132 | | | ✓ | | (Samsung device) Cellebrite extraction report - Instant Message re: Samsung Pay (1 page) |
| 133 | | | ✓ | | (Samsung device) Copy of email from noreply@samsungpaycash.com (1 page) |
| 134 | | | ✓ | | (Samsung device) Copy of second email from noreply@samsungpaycash.com (2 pages) |
| 135 | | | ✓ | | (Samsung device) Cellebrite extraction report - Emails (8 pages) |
| 136 | | | ✓ | | (Samsung device) Cellebrite extraction report - Installed Applications - Kik (1 page) |
| 137 | | | ✓ | | (Samsung device) Cellebrite extraction report - Emails - MikeD14691@gmail.com (1 page) |
| 138 | | | ✓ | | (Samsung device) Copy of email from Kik (2 pages) |
| 139 | | | ✓ | | (Samsung device) Cellebrite extraction report - Contacts - Anna & Emma (1 page) |
| 140 | | | ✓ | | (Samsung device) Cellebrite extraction report - Chats with Anna & Emma (21 pages) |
| 141 | | | ✓ | | (Samsung device) Cellebrite extraction report - Chats with new undercover number (3 pages) |
| 142 | | | ✓ | | (Samsung device) images of screenshots of lingerie and details (3 pages) |
| 143 | | | ✓ | | (Samsung device) Cellebrite extraction report - Snapchat messages (2 pages) |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>United States of America | | | | DEFENDANT<br>vs. Michael Gordon Douglas | | CASE NO.<br>23-CR-80219-AMC(s) |
|---|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 144 | | | ✓ | | (Samsung device) Cellebrite extraction report - Image of Screenshot from Kik (2 pages) |
| 145 | | | ✓ | | (Samsung device) Cellebrite extraction report - Instant Messages Holloween Party (21 pages) |
| 146 | | | ✓ | | (Samsung device) Cellebrite extraction report - Native Messages Chicago Mike (9 pages) |
| 147 | | | ✓ | | (Samsung device) Cellebrite extraction report - GPS Locations - Home (1 page) |
| 148 | | | ✓ | | (Samsung device) Cellebrite extraction report - Timeline 10/03/23 - 11/17/23 (32 pages) |
| 149 | | | ✓ | | (Samsung device) Cellebrite extraction report - Call log 11/17/23 (1 page) |
| 150 | | | ✓ | | (Samsung device) Cellebrite extraction report - Native Messages (***) ***-7778 (2 pages) |
| 151 | | | ✓ | | (Samsung device) Cellebrite extraction report - Instant Messages "Klint" (1 page) |
| 152 | | | ✓ | | (Verizon device) Cellebrite extraction report - Device Information (1 page) |
| 153 | | | ✓ | | (Verizon device) Cellebrite extraction report - User Accounts (8 pages) |
| 154 | | | ✓ | | (Verizon device) Cellebrite extraction report - Searched Items (12 pages) |
| 155 | | | ✓ | | (Verizon device) Cellebrite extraction report - Web History (48 pages) |
| 156 | | | ✓ | | (Verizon device) Cellebrite extraction report - Native Messages Anna & Emma (42 pages) |
| 157 | | | ✓ | | (Verizon device) Cellebrite extraction report - (Image of lobby) from Exhibit 174 |
| 158 | | | ✓ | | (Verizon device) Cellebrite extraction report - Kik Messenger Anna (2 pages) |
| 159 | | | ✓ | | (Verizon device) Cellebrite extraction report - Native Messages Luxxx (61 pages) |
| 160 | | | ✓ | | (Verizon device) Cellebrite extraction report - Timeline 12/1/23 - 12/12/23 (9 pages) |
| 161 | | | ✓ | | (Verizon device) Cellebrite extraction report - Web History Airbnb (27 pages) |
| 162 | | | ✓ | | (Verizon device) Cellebrite extraction report - Emails Airbnb (3 pages) |
| 163 | | | ✓ | | (Verizon device) Copies of emails from Airbnb (25 pages) |
| 164 | | | ✓ | | (Verizon device) Cellebrite extraction report - Web History 12/10/23 - 12/11/23 (20 pages) |
| 165 | | | ✓ | | (MicroSD Card from Verizon cellular telephone) Log Entry (3 pages) |
| 166 | | | ✓ | | (MicroSD Card from Verizon Orobic cellular telephone) Folder Structure (2 pages) |
| 167 | | | ✓ | | CSAM Source Summary Table by S/A Unger |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF<br>United States of America | | DEFENDANT<br>vs.   Michael Gordon Douglas | | | CASE NO.<br>23-CR-80219-AMC(s) |
|---|---|---|---|---|---|

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 168 | | | ✓ | | (Samsung device) Cellebrite extraction report - Web History and Download of .ru (16 pages) |
| 169 | | | ✓ | | (Samsung device) Cellebrite extraction report - .ru pictures (6 pages) |
| 170 | | | ✓ | | (Samsung device) Cellebrite extraction report - Instant Messages (***) ***-1997 |
| 170a | | | ✓ | | (Video of boy masturbating man over girl sent to (***) ***-1997)) 1000039210.mp4 (##1) |
| 171 | | | ✓ | | (Verizon device) Cellebrite extraction report - Telegram ******5449 |
| 171a | | | ✓ | | (Image of penis sticking through child's legs) 5012897189088832518_121.jpg |
| 71b | | | ✓ | | (Image of naked children having sex) 5015148988902519081_120.jpg (##2) |
| 171c | | | ✓ | | (Video of boy performing oral sex on girl) 1_5028684839872627850.mp4 |
| 171d | | | ✓ | | (Video of two minor girls kissing) 1_5028684839872627852.mp4 |
| 171e | | | ✓ | | (Video of boy performing oral sex on girl) 1_5028684839872627864.mp4 |
| 171f | | | ✓ | | (Video of toddler on woman with boy) 1_5028684839872627862.mp4 |
| 172 | | | ✓ | | (Samsung device) - CSAM video ##3 |
| 173 | | | ✓ | | (Verizon device) - CSAM video ##4 |
| 174 | | | ✓ | | (MicroSD Card from Verizon device) - CSAM video ##5 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

AO 187A (Rev. 11/2002) Exhibit and Witness List - continuation

## EXHIBIT AND WITNESS LIST - CONTINUATION

| PLAINTIFF United States | | | vs. | DEFENDANT Michael Gordon Douglas | CASE NO. 23-CR-80219-AMC(s) |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Brian Bearekman, Special Agent, HSI Oceanside |
| 2 | | | | | Michael Crozier, Deputy Sheriff - Retired, Stephens County Sheriff's Office |
| 3 | | | | | Emilyann Cummings, Kik Messenger |
| 4 | | | | | Brian Ficucell, Special Agent, HSI Oceanside |
| 5 | | | | | Kyle Haussman, Special Agent, HSI Oceanside |
| 6 | | | | | Mark Jay, Special Agent, HSI Oceanside |
| 7 | | | | | Barbara Parzych, St. Lucie County Jail |
| 8 | | | | | Aisha Rahman, Special Agent, HSI West Palm Beach |
| 9 | | | | | Anthony Torres, Deputy Sheriff - Retired, San Diego County Sheriff's Department |
| 10 | | | | | Scott Unger, Special Agent, HSI West Palm Beach (Expert Witness) |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |