UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 23-CR-80219-CANNON(s)
18 U.S.C. § 2252A(a)(2) & (b)(1)
18 U.S.C. § 2422(b)
18 U.S.C. § 2253
18 U.S.C. § 2428

UNITED STATES OF AMERICA

vs.

MICHAEL GORDON DOUGLAS,

Defendant.
_____/

## SUPERSEDING INDICTMENT

The Grand Jury charges that:

### COUNTS 1-7
### Distribution of Child Pornography
### (18 U.S.C. § 2252A(a)(2) & (b)(1))

On or about the approximate date enumerated as to each count listed below, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

MICHAEL GORDON DOUGLAS,

did knowingly distribute child pornography, and material containing child pornography, using any means and facility of interstate and foreign commerce, and that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, as defined in Title 18, United States Code, Section 2256(8):

| Count | Date |
|---|---|
| 1 | October 5, 2023 |
| 2 | October 10, 2023 |
| 3 | October 17, 2023 |
| 4 | October 18, 2023 |
| 5 | October 20, 2023 |
| 6 | October 30, 2023 |
| 7 | November 27, 2023 |

In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

Pursuant to Title 18, United States Code, Section 2252A(b)(1), it is further alleged that MICHAEL GORDON DOUGLAS had previously been convicted in the Superior Court of California, County of San Diego of felony distribution of matter depicting person under 18 in sexual conduct, in violation of Cal. Penal Code § 311.1(a); felony possession of matter depicting person under 18 in sexual conduct, in violation of Cal. Penal Code § 311.1(a); and attempted harmful matter sent to minor via electronic means, in violation of Cal. Penal Code §§ 288.2(b) and 664.

## COUNT 8
### Attempted Enticement of Minor to Engage in Sexual Criminal Activity
### (18 U.S.C. § 2422(b))

Beginning on or about October 3, 2023, and continuing through on or about December 12, 2023, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant,

### MICHAEL GORDON DOUGLAS,

using a facility and means of interstate commerce, did knowingly attempt to persuade, induce, and entice an individual who had not attained the age of eighteen years to engage in sexual activity for which any person can be charged with a criminal offense, in violation of Title 18, United States Code, Section 2422(b).

A True Bill

_____
FOREPERSON

/s/ Markenzy Lapointe
_____
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

/s/ Gregory Schiller
_____
GREGORY SCHILLER
ASSISTANT UNITED STATES ATTORNEY