UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                               **DO NOT DESTROY**

MICHAEL GORDON DOUGLAS,

    Defendant.
_____/

### JURY NOTE

→ need EVIDENCE, associated with Count (4) (image/video)

※ Kik group chat

_____            5·12·25  2:18 pm
Foreperson's Signature            Date/Time

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MICHAEL GORDON DOUGLAS,

    Defendant.

_____/

<u>DO NOT DESTROY</u>

<u>JURY NOTE</u>

We Have Reached a verdict

_____            5.12.25
Foreperson's Signature               Date/Time