UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA )
)
v. )
)
)
MICHAEL GORDON DOUGLAS, )
)
Defendant. )
)

## VERDICT FORM

1. We, the Jury, unanimously find the Defendant, MICHAEL GORDON DOUGLAS, as to Count 1 of the Superseding Indictment:

   GUILTY ✓        NOT GUILTY ____

2. We, the Jury, unanimously find the Defendant, MICHAEL GORDON DOUGLAS, as to Count 2 of the Superseding Indictment:

   GUILTY ✓        NOT GUILTY ____

3. We, the Jury, unanimously find the Defendant, MICHAEL GORDON DOUGLAS, as to Count 3 of the Superseding Indictment:

   GUILTY ✓        NOT GUILTY ____

4. We, the Jury, unanimously find the Defendant, MICHAEL GORDON DOUGLAS, as to Count 4 of the Superseding Indictment:

   GUILTY ✓        NOT GUILTY ____

5. We, the Jury, unanimously find the Defendant, MICHAEL GORDON DOUGLAS, as to Count 5 of the Superseding Indictment:

   GUILTY ✓        NOT GUILTY ____

6.     We, the Jury, unanimously find the Defendant, MICHAEL GORDON DOUGLAS, as to Count 6 of the Superseding Indictment:

    GUILTY ✓          NOT GUILTY \_\_\_\_

7.     We, the Jury, unanimously find the Defendant, MICHAEL GORDON DOUGLAS, as to Count 7 of the Superseding Indictment:

    GUILTY ✓          NOT GUILTY \_\_\_\_

8.     We, the Jury, unanimously find the Defendant, MICHAEL GORDON DOUGLAS, as to Count 8 of the Superseding Indictment:

    GUILTY ✓          NOT GUILTY \_\_\_\_

SO SAY WE ALL.

5/12/2025
DATED                          FOREPERSON OF THE JURY