UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
CASE NO. 23-80219-CR-CANNON

UNITED STATES OF AMERICA,
    Plaintiff

v.

MICHAEL GORDON DOUGLAS,
    Defendant.

### RELEASE OF EXHIBITS

I, __Adam McMichael__, as counsel for the ~~plaintiff~~/defendant, __United States of America__, hereby acknowledge that the _____ hearing/trial has concluded and the exhibit(s) listed below have been returned by the Clerk:

[✓] **All non-documentary exhibits. (Contraband and non-documentary physical exhibits.)**

[ ] **Audio and/or video exhibits** unavailable for filing at the conclusion of the proceedings. Exhibit Nos. _____

_____

[ ] **Other:** _____

_____

Any original exhibits that have been returned to or retained by the filing party shall be kept for safe keeping until the conclusion of any appeals. Upon order of court, the filing party agrees to return the original exhibits to the Clerk of Court.

Signature of Counsel: _[signature]_    Date: 5/12/2025

Exhibits Released by: _[signature]_
        Deputy Clerk