# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 23-cr-80219-AMC

UNITED STATES OF AMERICA     )
    )
v.     )
    )
MICHAEL GORDON DOUGLAS,     )
    )
    Defendant.     )
    )

FILED BY _____ D.C.

MAY 2 2 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF CONVENTIONAL FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b)(3)(B), the United States hereby files the following trial exhibits physically with the Clerk of Court. The exhibits are provided on a Thumb Drive with the password **Justice123!**

| Exhibit Number | Description |
|---|---|
| 16 | Audio – Telephone Call on 12/12/2023 |
| 125 | Audio – Combined Audio Recorded Interview of Defendant and Rolling Transcript Redacted |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:     /s/ *Justin Chapman*
    JUSTIN CHAPMAN
    ASSISTANT UNITED STATES ATTORNEY
    Florida Bar No. 85778
    500 South Australian Avenue, Suite 400
    West Palm Beach, Florida 33401
    Tel: (561) 398-8871
    Justin.chapman4@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I conventionally filed the foregoing document and referenced Thumb Drive with the Clerk of the Court.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney