UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 1 | Screen Video Recording- Kik Communications 10-3-23 to 10-17-23 [substitute photo] |
| 1 | 1a | Image of penis sticking through child's legs- 771c45e6-ca63-4dd2-85f6-7d253bbc938c [substitute photo] |
| 1 | 1b | Image of young girl's vagina- bd3ed9a2-1c63-4c96-a005-97659ed5bfa3 [substitute photo] |
| 1 | 1c | Video of girl on top of man's penis – RCA- 378f3fcf-366f-4518-a238-1b56bb1a528b [substitute photo] |
| 1 | 1d | Image of young girl's vagina- 9abdfc12-e539-4e8e-a4a2-4ee382ecbd9b [substitute photo] |
| 1 | 1e | Video of girl and bondage- 2a149999-d65c-484b-835e-be86f7d6faa2 [substitute photo] |
| 1 | 1f | Video of two minor girls kissing- bbca17bb-3f9b-4b96-a418-1efbec9625e5 [substitute photo] |
| 1 | 1g | Video of girl playing with penis of adult man- e22b394c-f8fb-4828-bd36-03e709e593d8 [substitute photo] |
| 1 | 1h | Video of toddler on woman with boy- 07d587fc-dae1-4db0-8c3a-1fc7006e829a [substitute photo] |
| 1 | 1i | Image of young girl's vagina- 3feb4bfb-e664-4ba7-8ed7-c8ec3eb74ff4 [substitute photo] |

| Attachment Number | Exhibit Number | Description |
| --- | --- | --- |
| 1 | 1j | Image of young girl's vagina- 46fddf04-dd95-41e0-87e4-5c2f4ec74475 [substitute photo] |
| 1 | 1k | Image of young girl's vagina- 3713d942-1f4a-4cb1-a636-505dcbb803ad [substitute photo] |
| 1 | 1l | Video of girl masturbating- 55a7f86f-48ed-4033-8a45-883ace5eccd8 [substitute photo] |
| 1 | 1m | Video of girl on top of man's penis – RCA- f3dab4e5-e0b0-416b-9e0b-51e14d077b5e [substitute photo] |
| 1 | 1n | Video of oral sex committed on female child- bbdd897c-eab3-4deb-b66f-6ae7b13b35ac [substitute photo] |
| 1 | 1o | Image of penis sticking through child's legs- 246de23a-ee63-4c5f-a472-3f1b07b4b24c [substitute photo] |
| 1 | 1p | Video of ejaculate on female child- abaa0f3e-29b6-4496-aeca-5a984f0b5c8c [substitute photo] |
| 1 | 1q | Video of girl masturbating- 1fa9316a-001d-4202-9ff6-b6530ac6c3bd [substitute photo] |
| 2 | 2 | Screen Video Recording- Kik Communications 10-17-23 to 10-19-23 [substitute photo] |
| 2 | 2a | Video of girl on top of man's penis – RCA- e01dce6b-c628-488c-b2f6-dc0870ab8957 [substitute photo] |
| 3 | 3 | Screen Video Recording- Kik Communications 10-19-23 to 10-22-23 [substitute photo] |
| 3 | 3a | Image of two girls in shower- 34b836e9-808b-4b5c-b46b-8858a2b4f0fb [substitute photo] |
| 3 | 3b | Video of girl masturbating- f5e25910-2af6-4785-a5df-f4446a1c85eb [substitute photo] |
| 3 | 3c | Video of boy having oral sex with girl- 68efafea-a134-43d8-aaea-c0c9b2cb3ac4 [substitute photo] |
| 3 | 3d | Video of female masturbating with boy- 52e658aa-05a8-4b97-babc-17680b98f220 [substitute photo] |
| 3 | 3e | Video of two minor girls kissing- of bb752408-c13d-4d91-a620-6b136ae80d72 [substitute photo] |
| 3 | 3f | Video of girl playing with penis of adult man- 607a1e40-ce0e-4d05-b0b4-b561903ac612 [substitute photo] |
| 3 | 3g | Image of young girl's vagina- 1bcf8943-5fe0-47f9-97fc-a97000c91206 [substitute photo] |
| 4 | 4 | Taboo Room Screenshots [substitute photo] |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 4 | 4a | Video of girl masturbating- Taboo Room Distributed Video [substitute photo] |
| 5 | 5 | Screen Video Recording- Kik Communications 10-22-23 to 10-24-23 [substitute photo] |
| 5 | 5a | Kik Communications 10-22-23 to 10-24-23 [substitute photo] |
| 5 | 5b | Video of Defendant masturbating- 6e89b15e-e203-49a7-8dcb-c94071b67a8c [substitute photo] |
| 6 | 6 | Screen Video Recording- Kik Communications 10-24-23 to 10-25-23 [substitute photo] |
| 6 | 6a | Kik Communications 10-24-23 to 10-25-23 [substitute photo] |
| 7 | 7 | Screen Video Recording- Kik Communications 10-25-23 to 10-26-23 [substitute photo] |
| 7 | 7a | Kik Communications 10-25-23 to 10-26-23 [substitute photo] |
| 7 | 7b | Video of Defendant's leg injury- 4b8db6d4-9eb1-480f-89c2-2655499611e3 [substitute photo] |
| 8 | 8 | Screen Video Recording- Kik Communications 10-26-23 to 10-30-23 [substitute photo] |
| 8 | 9 | Screen Video Recording- Kik Communications 10-30-23 to 11-06-23 [substitute photo] |
| 8 | 10 | Screen Video Recording- Kik Communications 11-06-23 to 11-27-23 [substitute photo] |
| 8 | 11 | Screen Video Recording- Kik Communications 12-06-23 to 12-12-23 [substitute photo] |
| 9 | 12 | Combined screenshots of Kik communications, Exhibits 8, 9, 10, & 11 Redacted |
| 10 | 12b | Screenshot of #nolimsfunn |
| 11 | 12a | Video of digital penetration of infant- 0475afc1-e3eb-4984-912b-fd5a77603f57 [substitute photo] |
| 11 | 12c | Video of Defendant masturbating- 0357259c-d515-4797-aeff-ef6d99945063 [substitute photo] |
| 11 | 12d | Video of woman performing oral sex on boy- 7ef3159e-262e-47a3-8e2e-34251fd39dc8 [substitute photo] |
| 11 | 12e | Video of girl performing oral sex on boy- ec75bbb8-44b0-4518-af65-b5e3b4552791 [substitute photo] |
| 11 | 12f | Video of boy performing oral sex on boy- 7ee93aaf-8130-4ce8-a1bd-f664bb266738 [substitute photo] |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 12g | Video of children engaged in sex with man- 48556ed5-014f-4e6b-bb96-510f7fda9639 [substitute photo] |
| 11 | 12h | Video of Defendant masturbating- acaa329c-76c5-40a8-ad77-cd67c80327d9 [substitute photo] |
| 11 | 12i | Video of Defendant masturbating- f3ea9348-7b53-41eb-b085-cf1acab70215 [substitute photo] |
| 11 | 12j | Video of Defendant masturbating- 1fbb2068-787b-416b-9524-f819624ae3bd [substitute photo] |
| 12 | 13 | Text messages from undercover agent's cellphone |
| 13 | 13a | Images of lingerie from Text Messages from undercover agent's cellphone |
| 14 | 14 | Combined screenshots of Kik communications and text messages, Exhibits 9, 10, 11, 12, & 13 |
| 15 | 15 | Call log |
| 16 | 17 | Map of Escondido to Carlsbad, California |
| 17 | 18 | Summary Exhibit of Communications Redacted |
| 18 | 19 | Amazon Records Redacted |
| 19 | 20 | Kik Records - Subscriber-data-daddybreedsfam 10_03_23 - 10_30_23 |
| 20 | 20a | Kik Records - Subscriber-data-daddybreedsfam 10_03_23 - 10_30_23 (highlighted) |
| 21 | 21 | Kik Records - Subscriber-data-daddybreedsfam 10_30_23 - 12_12_23 |
| 22 | 21a | Kik - Subscriber-data-daddybreedsfam 10_30_23 - 12_12_23 (highlighted) |
| 23 | 22 | Cox Records - 98.176.180.40 (up to 11_15_2023) Redacted |
| 24 | 23 | Google Records - miked14691@gmail.com |
| 25 | 24 | Google Records - rmfiorg@gmail.com |
| 26 | 25 | Google Records - chicagomikemgd@gmail.com |
| 27 | 26 | Verizon Records - telephone number (***) ***-8825 including, IMEI ending 4710 Redacted |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 28 | 27 | Certified records of Defendant's prior criminal conviction - CA2006 |
| 29 | 28 | Map of Escondido travel on 12/12/2023 |
| 30 | 170a | Video of boy masturbating man over girl sent to (***) ***-1997) 1000039210 (#1) [substitute photo] |
| 31 | 171a | Image of penis sticking through child's legs- 5012897189088832518_121 [substitute photo] |
| 31 | 171b | Image of naked children having sex- 5015148988902519081_120 [substitute photo] |
| 31 | 171c | Video of boy performing oral sex on girl- 1_5028684839872627850 [substitute photo] |
| 31 | 171d | Video of two minor girls kissing- 1_5028684839872627852 [substitute photo] |
| 31 | 171e | Video of boy performing oral sex on girl- 1_5028684839872627864 [substitute photo] |
| 31 | 171f | Video of toddler on woman with boy- 1_5028684839872627862 [substitute photo] |
| 32 | 172 | Samsung device - CSAM video #3 [substitute photo] |
| 33 | 173 | Verizon device - CSAM video #4 [substitute photo] |
| 34 | 174 | MicroSD Card from Verizon device - CSAM video #5 [substitute photo] |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Justin Chapman*
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 398-8871
Justin.chapman4@usdoj.gov

5

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney