UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF FILING OF TRIAL EXHIBITS**

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 29 | DaddyBreedsFam Kik profile |
| 2 | 30 | 6.saltbabe.9 Kik profile |
| 3 | 31 | Photograph of intersection and vehicles- IMG_3057 |
| 4 | 32 | Photograph of Highlander pinned, rear- IMG_3043 |
| 5 | 33 | Photograph of Highlander pinned, driver's side- IMG_3055 |
| 6 | 34 | Photograph of Highlander pinned, passenger side- IMG_3053 |
| 7 | 35 | Photograph of Highlander front window and light bar- IMG_3054 |
| 8 | 36 | Photograph of woman passenger- IMG_3041 |
| 9 | 37 | Photograph of defendant- IMG_3040 |
| 10 | 39 | Photograph of the defendant's clothes, back- IMG_0654 |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 40 | Photograph of defendant's items on roadway- IMG_0635 |
| 12 | 41 | Photograph of jacket- IMG_2956 |
| 13 | 42 | Photograph of Jacket and sliver butt plug- IMG_2958 |
| 14 | 43 | Photograph of wallet with defendant's driver's license- IMG_0644 Redacted |
| 15 | 44 | Photograph of wallet contents and money- IMG_0648 Redacted |
| 16 | 45 | Photograph of money- IMG_0645 |
| 17 | 46 | Photograph of closeup of wallet contents, firefighter card |
| 18 | 47 | Photograph of closeup of wallet contents, bank cards Redacted |
| 19 | 48 | Photograph of Highlander's driver seat- IMG_2951 |
| 20 | 49 | Photograph of Highlander's driver seat- IMG_0634 |
| 21 | 50 | Photograph of Highlander, phone of driver's floorboard- IMG_2950 |
| 22 | 51 | Photograph of Verizon cellphone- IMG_2971 |
| 23 | 52 | Photograph of green bag in trunk- 2EF0164D-E16E-4542-90AB-9F48BCDC24A9 |
| 24 | 53 | Photograph of green bag in trunk, unicorn- 123d9138-3540-43d5-8728-a0d899e7b60c |
| 25 | 54 | Photograph of green bag in trunk, unicorn- IMG_0646 |
| 26 | 55 | Photograph of green bag in trunk, unicorn removed- IMG_0647 |
| 27 | 56 | Photograph of trunk, black lingerie- 2AE412A7-7E59-4F35-BF8A-1159D2B7CD22 |
| 28 | 57 | Photograph of trunk, black shorts with white skull- IMG_2969 |
| 29 | 58 | Photograph of unicorn- IMG_2988 |
| 30 | 59 | Photograph of anal explorer kit- IMG_2984 |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 31 | 60 | Photograph of anal beads- IMG_2981 |
| 32 | 61 | Photograph of red lingerie- IMG_2996 |
| 33 | 62 | Photograph of Astroglide- IMG_2983 |
| 34 | 63 | Photograph of vibrator- IMG_2985 |
| 35 | 64 | Photograph purple dildo- IMG_2986 |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Justin Chapman*
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 398-8871
Justin.chapman4@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney