UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 65 | Photograph double headed dildo- IMG_2987 |
| 2 | 66 | Photograph of fake penis- IMG_2990 |
| 3 | 67 | Photograph of speculum, front- IMG_2999 |
| 4 | 68 | Photograph of speculum, back- IMG_3001 |
| 5 | 69 | Photograph of black lingerie- IMG_2998 |
| 6 | 70 | Photograph of silver butt plug- IMG_2993 |
| 7 | 71 | Verizon cellular telephone with Micro SD Card [physical- substitute photo] |
| 8 | 72 | Silver butt plug [physical- substitute photo] |
| 9 | 73 | Green Bag [physical- substitute photo] |
| 10 | 74 | Unicorn [physical- substitute photo] |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 75 | Dildo [physical- substitute photo] |
| 12 | 76 | Anal Beads [physical- substitute photo] |
| 13 | 77 | Red Lingerie [physical- substitute photo] |
| 14 | 78 | Astroglide [physical- substitute photo] |
| 15 | 79 | Vibrator [physical- substitute photo] |
| 16 | 80 | Purple Dildo [physical- substitute photo] |
| 17 | 81 | Double Headed Dildo [physical- substitute photo] |
| 18 | 82 | Fake Penis [physical- substitute photo] |
| 19 | 83 | Black Lingerie [physical- substitute photo] |
| 20 | 84 | Speculum [physical- substitute photo] |
| 21 | 85 | Photograph of mailbox, Space 75- DSC_0001 |
| 22 | 86 | Photograph of exterior stairs leading to door- DSC_0002 |
| 23 | 87 | Photograph of hallway to bedroom with Cubs door mat- DSC_0031 |
| 24 | 88 | Photograph of doorway leading into bedroom with Cubs door mat- DSC_0037 |
| 25 | 89 | Photograph of bathroom near Cubs door mat bedroom- DSC_0032 |
| 26 | 90 | Photograph of blue bathroom rug- DSC_0036 |
| 27 | 91 | Photograph of bedroom door next to bathroom- DSC_0038 |
| 28 | 92 | Photograph of door marked Room A- DSC_0108 |
| 29 | 93 | Photograph of inside Room A- DSC_0109 |
| 30 | 94 | Photograph of inside Room A, 2- DSC_0110 |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 31 | 95 | Photograph of inside Room A, 3- DSC_0111 |
| 32 | 96 | Photograph of inside Room A, 4- DSC_0112 |
| 33 | 97 | Photograph of inside Room A, 5- DSC_0113 |
| 34 | 98 | Photograph of inside Room A, 6- DSC_0114 |
| 35 | 99 | Photograph of closet in Room A- DSC_0115 |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   /s/ *Justin Chapman*
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 398-8871
Justin.chapman4@usdoj.gov

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney