UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 100 | Photograph of brown chair inside Room A- DSC_0039 |
| 2 | 101 | Photograph of brown chair inside Room A, 2- DSC_0081 |
| 3 | 102 | Photograph of brown chair inside Room A, 3- DSC_0072 |
| 4 | 103 | Photograph of bed and yellow helmet inside Room A- DSC_0043 |
| 5 | 104 | Photograph of nightstand in Room A- DSC_0051 |
| 6 | 105 | Photograph of closeup of nightstand in Room A- DSC_0052 |
| 7 | 106 | Photograph of Samsung cellphone on nightstand in Room A- DSC_0053 |
| 8 | 107 | Samsung cellphone device [physical- substitute photo] |
| 9 | 108 | Photograph of SDCCU Visa Card, name of Michael Douglas- DSC_0076 Redacted |
| 10 | 109 | Photograph of Capital One Card, name of Michael Douglas (back)- DSC_0083 Redacted |

| Attachment Number | Exhibit Number | Description |
| --- | --- | --- |
| 11 | 110 | Photograph of Capital One Card, name of P.D. (front)- DSC_0060 |
| 12 | 111 | Photograph of Capital One Card, name of P.D. (back)- DSC_0061 Redacted |
| 13 | 112 | Photograph of Chase Visa Card, name of P.D. (front)- DSC_0062 |
| 14 | 113 | Photograph of Chase Visa Card, name of P.D. (back)- DSC_0063 Redacted |
| 15 | 114 | Photograph of SDCCU Visa Card, name of P.D.- DSC_0064 Redacted |
| 16 | 115 | Photograph of blue Everest backpack outside- DSC_0054 |
| 17 | 116 | Photograph of contents of blue backpack- DSC_0056 |
| 18 | 117 | Photograph of information card in name of A.C.- DSC_0055 Redacted |
| 19 | 118 | Photograph of Carport and areas marked H and I- DSC_0143 |
| 20 | 119 | Photograph of area marked H- DSC_0142 |
| 21 | 120 | Photograph of door to shed marked I- DSC_0145 |
| 22 | 121 | Photograph of inside shed marked I- DSC_0146 |
| 23 | 124 | Transcript of audio recorded interview of Defendant Redacted |
| 24 | 128 | Samsung device- Cellebrite extraction report - Device Information (1 page) |
| 25 | 129 | Samsung device- GreyKey progress report (1 page) |
| 26 | 130 | Samsung device- Cellebrite extraction report - User Accounts (53 pages) |
| 27 | 131 | Samsung device- Copy of emails from Temu to rmfiorg@gmail.com (10 pages) |
| 28 | 132 | Samsung device- Cellebrite extraction report - Instant Message re: Samsung Pay (1 page) |
| 29 | 133 | Samsung device- Copy of email from noreply@samsungpaycash.com (1 page) |
| 30 | 134 | Samsung device- Copy of second email from noreply@samsungpaycash.com (2 pages) |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 31 | 135 | Samsung device- Cellebrite extraction report - Emails (page 2, 4) |
| 32 | 136 | Samsung device- Cellebrite extraction report - Installed Applications - Kik (1 page) |
| 33 | 137 | Samsung device- Cellebrite extraction report - Emails - MikeD14691@gmail.com (1 page) |
| 34 | 138 | Samsung device- Copy of email from Kik (2 pages) |
| 35 | 139 | Samsung device- Cellebrite extraction report - Contacts - Anna & Emma (1 page) |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Justin Chapman*
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 398-8871
Justin.chapman4@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney