



**Extraction Report** - Google Android Full File system

## Emails (38)

⚠ * These details are cross-referenced from this device's contacts

| # | Parties | Content | Other | Deleted |
|---|---------|---------|-------|---------|
| 1 | **Timestamp:** 7/22/2023 9:20:32 AM(UTC-4) **From:** miked14691@gmail.com miked14691@gmail.com **To:** chicagomikemgd@gmail.com chicagomikemgd@gmail.com **Direction:** Outgoing | **Subject:** No subject **Body:** https://nypost.com/2022/01/25/worlds-most-inbred-family-includes-four-generations-of-incest/amp/ **Email header:** **Body file:** mes-1.eml | **Status:** Default **Account:** miked14691@gmail.com **Snippet:** **MD5:** 13300d1447ab388be4ee66 9873314091 **Source file:** RFCR81ATRFK_files_full.zi p/data/user/0/com.google.a ndroid.gm/databases/bigTo pDataDB.1727890446 : 0x59F56 (Size: 2113536 bytes) | |
| 2 | **Timestamp:** 7/22/2023 9:20:32 AM(UTC-4) **From:** miked14691@gmail.com miked14691@gmail.com **To:** chicagomikemgd@gmail.com Michael Douglas* **Direction:** Outgoing | **Subject:** No subject **Body:** https://nypost.com/2022/01/25/worlds-most-inbred-family-includes-four-generations-of-incest/amp/ **Email header:** **Body file:** mes-2.eml | **Status:** Default **Account:** miked14691@gmail.com **Snippet:** **MD5:** 2ab99788df6330404fab943 5c8ce3f98 **Source file:** RFCR81ATRFK_files_full.zi p/data/data/com.google.and roid.gm/databases/bigTopD ataDB.1727890446 : 0x59F56 (Size: 2113536 bytes) | |
| 3 | **Timestamp:** 7/22/2023 12:58:58 AM(UTC-4) **From:** miked14691@gmail.com miked14691@gmail.com **To:** bellerocksa@gmail.com Belle Engelbrecht **Direction:** Outgoing | **Subject:** Re: Twitter DM limit **Body:** Let me download it hold on. On Fri, Jul 21, 2023, 21:57 Mike Engelbrecht <bellerocksa@gmail.com [mailto:bellerocksa@gmail.com] > wrote: we should be able to chat here on gmail chat On Fri, Jul 21, 2023 at 10:49 PM Mike D <miked14691@gmail.com [mailto:miked14691@gmail.com] > wrote: I have Wickr, Tox, Tele and Session I'm not sure if you saw this one. The one on the left was bred by her dad and she had the one on the right. The one on the right had a son 2 years ago. On Fri, Jul 21, 2023, 21:45 Belle Engelbrecht <bellerocksa@gmail.com [mailto:bellerocksa@gmail.com] > wrote: That sucks. we can try chatting here On Fri, Jul 21, 2023 at 10:32 PM Mike D <miked14691@gmail.com [mailto:miked14691@gmail.com] > wrote: I got hit with a limit **Email header:** Item was truncated due to length **Body file:** mes-3.eml | **Status:** Default **Account:** miked14691@gmail.com **Snippet:** **MD5:** 1340d9fff6dc1f798e8539a0f dbdccd2 **Source file:** RFCR81ATRFK_files_full.zi p/data/data/com.google.and roid.gm/databases/bigTopD ataDB.1727890446 : 0x9484F (Size: 2113536 bytes) | |
| 4 | **Timestamp:** 7/22/2023 12:49:15 AM(UTC-4) **From:** miked14691@gmail.com miked14691@gmail.com **To:** bellerocksa@gmail.com Belle Engelbrecht **Direction:** Outgoing | **Subject:** Re: Twitter DM limit **Body:** I have Wickr, Tox, Tele and Session I'm not sure if you saw this one. The one on the left was bred by her dad and she had the one on the right. The one on the right had a son 2 years ago. On Fri, Jul 21, 2023, 21:45 Belle Engelbrecht <bellerocksa@gmail.com [mailto:bellerocksa@gmail.com] > wrote: That sucks. we can try chatting here On Fri, Jul 21, 2023 at 10:32 PM Mike D <miked14691@gmail.com [mailto:miked14691@gmail.com] > wrote: I got hit with a limit **Email header:** **Attachments:** https://mail.google.com/mail/?ui=2&ik =2e655ae63e&attid=0.1&th=1897bee 315f17671&view=att&realattid=1897b ed611483792f481&zw B and C1.jpg (Empty File) **Body file:** mes-4.eml | **Status:** Default **Account:** miked14691@gmail.com **Snippet:** **MD5:** 7c9cd85a83ee621297cccc4 fabe7f145 **Source file:** RFCR81ATRFK_files_full.zi p/data/data/com.google.and roid.gm/databases/bigTopD ataDB.1727890446 : 0x944BE (Size: 2113536 bytes) | |

AO386-C

GOVERNMENT
EXHIBIT

CASE NO.  23-CR-80219-AMC

EXHIBIT NO.  GX 135

1

| # | | | |
|---|---|---|---|
| 14 | **Timestamp:**<br>6/28/2023<br>3:37:58 AM(UTC-4)<br>**From:**<br>miked14691@gmail.com<br>miked14691@gmail.com<br>**To:**<br>chicagomikemgd@gmail.com<br>Michael Douglas*<br>**Direction:**<br>Outgoing | **Subject:** No subject<br>**Body:**<br>https://www.google.com/search?client=ms-android-<br>verizon&q=sexy+pregnant+amateur+fucking&tbm=vid&sa=X&ved=2ahUKEwj1<br>rn-<br>mFuuX_AhXjOn0KHXiQBzwQ0pQJegQICxAB&biw=360&bih=560&dpr=2#ip=1<br>**Email header:**<br>**Body file:** mes-14.eml | **Status:** Default<br>**Account:**<br>miked14691@gmail.com<br>**Snippet:**<br>**MD5:**<br>8f5149b3cd20f30b90fb0740<br>81fde009<br>**Source file:**<br>RFCR81ATRFK_files_full.zi<br>p/data/data/com.google.and<br>roid.gm/databases/bigTopD<br>ataDB.1727890446 :<br>0x6B4D5 (Size: 2113536<br>bytes) | |
| 15 | **Timestamp:**<br>6/28/2023<br>2:13:39 AM(UTC-4)<br>**From:**<br>miked14691@gmail.com<br>miked14691@gmail.com<br>**To:**<br>chicagomikemgd@gmail.com<br>chicagomikemgd@gmail.com<br>**Direction:**<br>Outgoing | **Subject:** Movie<br>**Body:**<br>https://motherless.com/m/IamLayla<br>**Email header:**<br>**Body file:** mes-15.eml | **Status:** Default<br>**Account:**<br>miked14691@gmail.com<br>**Snippet:**<br>**MD5:**<br>443528afa711e373792d763<br>037e5a216<br>**Source file:**<br>RFCR81ATRFK_files_full.zi<br>p/data/user/0/com.google.a<br>ndroid.gm/databases/bigTo<br>pDataDB.1727890446 :<br>0x6A788 (Size: 2113536<br>bytes) | |
| 16 | **Timestamp:**<br>6/28/2023<br>2:13:39 AM(UTC-4)<br>**From:**<br>miked14691@gmail.com<br>miked14691@gmail.com<br>**To:**<br>chicagomikemgd@gmail.com<br>Michael Douglas*<br>**Direction:**<br>Outgoing | **Subject:** Movie<br>**Body:**<br>https://motherless.com/m/IamLayla<br>**Email header:**<br>**Body file:** mes-16.eml | **Status:** Default<br>**Account:**<br>miked14691@gmail.com<br>**Snippet:**<br>**MD5:**<br>86e06ee633f4ee028831567<br>446edc449<br>**Source file:**<br>RFCR81ATRFK_files_full.zi<br>p/data/data/com.google.and<br>roid.gm/databases/bigTopD<br>ataDB.1727890446 :<br>0x6A788 (Size: 2113536<br>bytes) | |
| 17 | **Timestamp:**<br>6/26/2023<br>2:34:52 PM(UTC-4)<br>**From:**<br>miked14691@gmail.com<br>miked14691@gmail.com<br>**To:**<br>chicagomikemgd@gmail.com<br>chicagomikemgd@gmail.com<br>**Direction:**<br>Outgoing | **Subject:** No subject<br>**Body:**<br>My dream is to have an incest family. One day get a mom and daughter (hoping<br>my own daughter) pregnant together. Raising our kids to know incest is okay<br>**Email header:**<br>**Body file:** mes-17.eml | **Status:** Default<br>**Account:**<br>miked14691@gmail.com<br>**Snippet:**<br>**MD5:**<br>08163108b6e7f7f85095c85<br>ee81b76f2<br>**Source file:**<br>RFCR81ATRFK_files_full.zi<br>p/data/user/0/com.google.a<br>ndroid.gm/databases/bigTo<br>pDataDB.1727890446 :<br>0x6E5F9 (Size: 2113536<br>bytes) | |
| 18 | **Timestamp:**<br>6/26/2023<br>2:34:52 PM(UTC-4)<br>**From:**<br>miked14691@gmail.com<br>miked14691@gmail.com<br>**To:**<br>chicagomikemgd@gmail.com<br>Michael Douglas*<br>**Direction:**<br>Outgoing | **Subject:** No subject<br>**Body:**<br>My dream is to have an incest family. One day get a mom and daughter (hoping<br>my own daughter) pregnant together. Raising our kids to know incest is okay<br>**Email header:**<br>**Body file:** mes-18.eml | **Status:** Default<br>**Account:**<br>miked14691@gmail.com<br>**Snippet:**<br>**MD5:**<br>f66ea81af9565bc1dc61dae<br>6b0a0ece3<br>**Source file:**<br>RFCR81ATRFK_files_full.zi<br>p/data/data/com.google.and<br>roid.gm/databases/bigTopD<br>ataDB.1727890446 :<br>0x6E5F9 (Size: 2113536<br>bytes) | |
| 19 | **Timestamp:**<br>6/23/2023<br>1:21:51 AM(UTC-4)<br>**From:**<br>miked14691@gmail.com<br>miked14691@gmail.com<br>**To:**<br>francois.dilf@gmail.com<br>Francois Dilf<br>**Direction:**<br>Outgoing | **Subject:** Yes a test<br>**Body:**<br>Has Daddy's slave tried to find him since he was suspended?<br>a FireDaddy4Fam isn't hard to figure out for an observant Slave.<br>On Sun, Jun 18, 2023, 9:30 AM Francois Dilf <francois.dilf@gmail.com><br>[mailto:francois.dilf@gmail.com] > wrote:<br>Hello Sir,Your slave from Europe<br>**Email header:**<br>**Body file:** mes-19.eml | **Status:** Default<br>**Account:**<br>miked14691@gmail.com<br>**Snippet:**<br>**MD5:**<br>bdb3e9e00450f209017a2af<br>276148aa8<br>**Source file:**<br>RFCR81ATRFK_files_full.zi<br>p/data/data/com.google.and<br>roid.gm/databases/bigTopD<br>ataDB.1727890446 :<br>0x6D228 (Size: 2113536<br>bytes) | |
| 20 | **Timestamp:**<br>6/21/2023<br>7:44:48 PM(UTC-4)<br>**From:**<br>miked14691@gmail.com<br>miked14691@gmail.com<br>**To:**<br>chicagomikemgd@gmail.com<br>chicagomikemgd@gmail.com<br>**Direction:**<br>Outgoing | **Subject:** No subject<br>**Body:**<br>**Email header:**<br>**Attachments:**<br>https://mail.google.com/mail/?ui=2&ik<br>=2e655ae63e&attid=0.1&th=188ee058<br>ade10b4bd&view=att&realattid=188e0<br>584adb56a467d61&zw<br>20230621_163424.jpg<br>(Empty File)<br>**Body file:** mes-20.eml | **Status:** Default<br>**Account:**<br>miked14691@gmail.com<br>**Snippet:**<br>**MD5:**<br>be683013b67a36fcc3e6948<br>d98d9b476<br>**Source file:**<br>RFCR81ATRFK_files_full.zi<br>p/data/user/0/com.google.a<br>ndroid.gm/databases/bigTo<br>pDataDB.1727890446 :<br>0x6C5E8 (Size: 2113536<br>bytes) | |

4/22/25