UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

UNITED STATES OF AMERICA )
)
v. )
)
MICHAEL GORDON DOUGLAS, )
)
Defendant. )
)

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 140 | Samsung device- Cellebrite extraction report - Chats with Anna & Emma (21 pages) |
| 2 | 141 | Samsung device- Cellebrite extraction report - Chats with new undercover number (3 pages) |
| 3 | 142 | Samsung device- images of screenshots of lingerie and details (3 pages) |
| 4 | 143 | Samsung device- Cellebrite extraction report - Snapchat messages (2 pages) |
| 5 | 144 | Samsung device- Cellebrite extraction report - Image of Screenshot from Kik (2 pages) |
| 6 | 145 | Samsung device- Cellebrite extraction report - Instant Messages Halloween Party (21 pages) |
| 7 | 147 | Samsung device- Cellebrite extraction report - GPS Locations - Home (1 page) |
| 8 | 148 | Samsung device- Cellebrite extraction report - Timeline 10/03/23 - 11/17/23 (32 pages) Redacted |
| 9 | 152 | Verizon device- Cellebrite extraction report - Device Information (1 page) |
| 10 | 153 | Verizon device- Cellebrite extraction report - User Accounts (8 pages) |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 154 | Verizon device- Cellebrite extraction report - Searched Items (12 pages) |
| 12 | 155 | Verizon device- Cellebrite extraction report - Web History (48 pages) |
| 13 | 156 | Verizon device- Cellebrite extraction report - Native Messages Anna & Emma (42 pages) |
| 14 | 157 | Verizon device- Cellebrite extraction report - (Image of lobby) from Exhibit 174 |
| 15 | 158 | Verizon device- Cellebrite extraction report - Kik Messenger Anna (2 pages) |
| 16 | 159 | Verizon device- Cellebrite extraction report - Native Messages Luxxx (61 pages) Redacted |
| 17 | 159a | Photograph of Womanizer Search |
| 18 | 160 | Verizon device- Cellebrite extraction report - Timeline 12/1/23 - 12/12/23 (9 pages) Redacted |
| 19 | 161 | Verizon device- Cellebrite extraction report - Web History Airbnb (27 pages) |
| 20 | 162 | Verizon device- Cellebrite extraction report - Emails Airbnb (3 pages) |
| 21 | 163 | Verizon device- Copies of emails from Airbnb (25 pages) |
| 22 | 164 | Verizon device- Cellebrite extraction report - Web History 12/10/23 - 12/11/23 (20 pages) |
| 23 | 165 | MicroSD Card from Verizon cellular telephone- Log Entry (3 pages) |
| 24 | 166 | MicroSD Card from Verizon Orobic cellular telephone- Folder Structure (2 pages) |
| 25 | 167 | CSAM Source Summary Table by S/A Unger Redacted |
| 26 | 169 | Samsung device- Cellebrite extraction report - .ru pictures (6 pages) Redacted |
| 27 | 175 | Photograph of Clear Bin with Contents |

**Defense Exhibit Filed electronically via CM/ECF on May 22, 2025**

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 28 | 1 | Map of Escondido California |

                                    Respectfully submitted,

                                    HAYDEN P. O'BYRNE
                                    UNITED STATES ATTORNEY

By:   /s/ *Justin Chapman*
        JUSTIN CHAPMAN
        ASSISTANT UNITED STATES ATTORNEY
        Florida Bar No. 85778
        500 South Australian Avenue, Suite 400
        West Palm Beach, Florida 33401
        Tel: (561) 398-8871
        Justin.chapman4@usdoj.gov

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                      /s/ *Justin Chapman*
                                      JUSTIN CHAPMAN
                                      Assistant United States Attorney