



**Extraction Report** - Google Android Full File system

## Participants



**7607919501**
**Israel***



## Conversation - Instant Messages (89)



(owner)
To: +17607919501 Israel
Who is this?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17607919501 Israel | | | |

Status: Sent

10/19/2023 7:17:45 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E36AF (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel
Kik
Status: Read

10/19/2023 7:17:54 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E3614 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel
Always_turnedup
Status: Read

10/19/2023 7:18:14 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E356F (Table: sms; Size: 4669440 bytes)



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 23-CR-80219-AMC

EXHIBIT NO. GX 145

1



(owner)
To: 7607919501 Israel

Okay cool, give me a few minutes I'm meeting someone can I call you in 15

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 7:18:21 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E3495 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Yes

Status: Read

10/19/2023 7:18:32 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E33FB (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 7:18:50 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E3363 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Liked "Thanks "

Status: Read

10/19/2023 7:19:05 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E32BA (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

Need 10 more minutes, sorry this person is over explaining

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 7:41:39 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E9F80
(Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

I'm free

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 7:54:58 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E9EE6 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Hey was ip
Status: Read

10/19/2023 8:15:37 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E9BBC (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

It's this place in Escondido?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 9:33:09 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E94EC (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Yes

Status: Read

10/19/2023 9:49:44 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E9453 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

That works what is the parking situation and I'll need to bring in chairs, air mattress and such correct

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 9:55:02 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2E929B (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Yes

Status: Read

10/19/2023 10:01:28 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E9201 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

By when would it happen

Status: Read

10/19/2023 10:01:37 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E9153 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Let me send you a video

Status: Read

10/19/2023 10:03:42 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2E90A5 (Table: sms; Size: 4669440 bytes)



From: 7607919501 Israel
To: 7608038825 Michael Douglas Douglas (owner)

Attachments:

Size: 980549
File name: 719460244.3gp
719460244.3gp

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7608038825 Michael Douglas Douglas | | | |

Status: Read

10/19/2023 10:05:39 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x151C0D (Table: pdu, addr, part; Size: 4669440 bytes)
RFCR81ATRFK_files_full.zip/data/user_de/0/com.android.providers.telephony/app_parts/PAR
T_1697767546724_719460244.3gp : (Size: 980549 bytes)



From: 7607919501 Israel
To: 7608038825 Michael Douglas Douglas (owner)

Attachments:

Size: 0
File name: 719460359.3gp
719460359.3gp

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7608038825 Michael Douglas Douglas | | | |

Status: Read

10/19/2023 10:06:39 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x151AEE (Table: pdu, addr, part; Size: 4669440 bytes)
RFCR81ATRFK_files_full.zip/data/user_de/0/com.android.providers.telephony/app_parts/PAR
T_1697767605427_719460359.3gp : (Size: 528698 bytes)



(owner)
To: 7607919501 Israel

Looking now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:07:03 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2ECFAF (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Ok

Status: Read

10/19/2023 10:11:49 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2ECF17 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Nice I think it will work

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:25:21 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2ECE6D (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

I'm speaking with the talent

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:25:29 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2ECD8F (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Ok just keep me updated

Status: Read

10/19/2023 10:28:02 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2ECD11 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Try to keep the spot super lowkey

Status: Read

10/19/2023 10:28:37 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2ECC5A (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Okay, we may need to bring some people in by van to do that. I know everyone and the place won't be trashed or anything but looking at 30 people roughly and 10 ladies who'll do anything you desire

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:32:19 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2ECB04 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

So 20 guys and 10 ladies?

Status: Read

10/19/2023 10:33:02 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2ECA54 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

I stay in the studio so i have access at whatever time. Im originally from el centro ca im just here during the week for work purposes so we're good to go

Status: Read

10/19/2023 10:34:47 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC924 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Maybe, haven't finalized the list there will be more girls their maybe 20 girls 10 workers, 10 kinky party girls and 10 guys

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:34:55 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC815 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Perfect

Status: Read

10/19/2023 10:35:09 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC777 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

Cool, I'm from Chicago, lived in Escondido & San Marcos 30 plus years was a DJ locally

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:35:36 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC5AE (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Nice

Status: Read

10/19/2023 10:35:49 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC513 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:39:04 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC47B (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Liked "Thanks "

Status: Read

10/19/2023 10:41:07 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC3D3 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

You dont know any female available right now

Status: Read

10/19/2023 10:41:25 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC311 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

I do if you're willing to pay usually $100 an hour. Otherwise the party girls are in college and aren't free to the weekend

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:43:04 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC205 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

No upfronts

Status: Read

10/19/2023 10:43:27 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC162 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Can i see a picture of you

Status: Read

10/19/2023 10:44:50 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EC0B1 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Just to know who im talking too

Status: Read

10/19/2023 10:45:08 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EEF97 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Me sure

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:47:25 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EEEFE (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

**Thanks**

Status: Read

10/19/2023 10:47:35 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EEE62 (Table: sms; Size: 4669440 bytes)



From: 7608038825 Michael Douglas Douglas (owner)
To: 7607919501 Israel

Attachments:

Size: 32511
File name: c323a127-9558-41a1-8743-930068b23478.jpg
c323a127-9558-41a1-8743-930068b23478.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:47:37 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x15185F (Table: pdu, addr, part; Size: 4669440 bytes)
RFCR81ATRFK_files_full.zip/data/user_de/0/com.android.providers.telephony/app_parts/PAR
T_1697770054376_c323a127-9558-41a1-8743-930068b23478.jpg :  (Size: 32511 bytes)



From: 7607919501 Israel
To: 7608038825 Michael Douglas Douglas (owner)

Attachments:

Size: 43602
File name: filtered-.3gp
filtered-.3gp

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7608038825 Michael Douglas Douglas | | | |

Status: Read

10/19/2023 10:47:53 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x15173F (Table: pdu, addr, part; Size: 4669440 bytes)
RFCR81ATRFK_files_full.zip/data/user_de/0/com.android.providers.telephony/app_parts/PAR
T_1697770078056_filtered-.3gp :  (Size: 43602 bytes)

From: 7607919501 Israel

Cool

Status: Read

10/19/2023 10:48:05 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EEDC7 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Thanks. Are you cool with party favors?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:48:31 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EED0F (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

You do what you do

Status: Read

10/19/2023 10:48:55 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EEC66 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Ok cool

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 10:51:24 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EEBCE (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Just keep me updated

Status: Read

10/19/2023 10:51:56 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EEB23 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

I will, will you need anything from me for hosting or just being there is good?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 11:00:56 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EEA43 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Just keep it as lowkey as possible only people that you really trust dont wanna get caught by the owner

Status: Read

10/19/2023 11:02:00 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EE945 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Of course, I don't want to be called on either.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 11:03:31 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EE883 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Perfect

Status: Read

10/19/2023 11:03:40 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EE7E6 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

I've held some crazy parties but this isn't one lf them

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/19/2023 11:04:06 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x2EE71D
(Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Ok cool

Status: Read

10/19/2023 11:04:46 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EE67F (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

Sorry one crazy night Holler if you need anything

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/20/2023 1:24:57 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x2EE4B7 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Sounds good

Status: Read

10/20/2023 1:25:14 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EE415 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Thank you

Status: Read

10/20/2023 1:25:17 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x2EE376 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

What's the address of the place so I can look it up, check on how hard discretion will be

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/21/2023 8:58:38 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x30275F (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Im not in town

Status: Read

10/21/2023 8:59:08 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3026BA (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Im in holtville California

Status: Read

10/21/2023 8:59:26 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x30260A (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

No worries I was only gonna look it up on a map

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/21/2023 8:59:30 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x302549 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/21/2023 8:59:33 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x3024B6 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

What part of town is it in so I have an idea what to work with

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/21/2023 9:07:46 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3023E6 (Table:
sms; Size: 4669440 bytes)

From: 7607919501 Israel

Its on 2nd on grand ave
Status: Read

10/21/2023 9:08:08 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x302338 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Okay, going to be good and bad. Let me know when you're back

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/21/2023 9:08:56 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x30226A (Table:
sms; Size: 4669440 bytes)

From: 7607919501 Israel

Ok sounds good

Status: Read

10/21/2023 9:09:13 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x3021C6 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Thanks

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 7607919501 Israel | | | |

Status: Sent

10/21/2023 9:10:51 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x30212E (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

You welcome

Status: Read

10/21/2023 9:11:04 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x30208E (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

I'll need location ao I can send it out earlier in the day. Looking at 8 pm to 4, maybe 6 or 8 am depending on location we don't want to get you in trouble

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 7607919501 Israel | | | |

Status: Sent

10/28/2023 3:12:40 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x26FD0F (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Im out of town

Status: Read

10/28/2023 4:06:21 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26FB3A (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Be back on mondat

Status: Read

10/28/2023 4:06:24 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26FA93 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Monday

Status: Read

10/28/2023 4:06:29 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26F9F7 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

Does thst mean we can't usebthst location for the party? It was supposed to be October 28 on Saturday when were thinking. Oct. 31st?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/28/2023 4:15:42 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x26F8E2 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

You never gave me a date

Status: Read

10/28/2023 4:16:12 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26F833 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

OMG! I didn't! I'm an idiot.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/28/2023 4:26:53 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26F786 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Can The 31st be done

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/28/2023 4:27:10 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26F6E0 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Yes

Status: Read

10/28/2023 4:31:34 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26F846 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

8pm

Status: Read

10/28/2023 4:31:37 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26F5AD (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Perfect thank you

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/28/2023 4:31:55 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x26F50A (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

What's the address people are getting nervous lol

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/30/2023 12:07:31 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x324408 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

May I have the address, or is there an issue?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/30/2023 4:43:09 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3312CB (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

No go? If so I need to know asap to make arrangements

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/30/2023 7:34:39 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x30778E
(Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Im still out of town
Status: Read

10/30/2023 8:49:38 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x307083 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

So you won't be back tomorrow then?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/30/2023 8:50:01 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x337F98 (Table: sms; Size: 4669440 bytes)

From: 7607919501 Israel

Ill be back on Thursday

Status: Read

10/30/2023 8:50:19 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x337EEB (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

Wow, okay ummm I'll have to make other Arrangements most likely

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/30/2023 8:58:29 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x337E1A (Table:
sms; Size: 4669440 bytes)

From: 7607919501 Israel

Yes my bad i just have family issues down here

Status: Read

10/30/2023 10:18:29 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x33AA95 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

I understand, of you're sure you'll be back on Thursday we can do a welcome home party for a guy getting outta jail and a birthday

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/30/2023 10:19:16 PM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x33A982 (Table: sms; Size: 4669440 bytes)



(owner)
To: 7607919501 Israel

Can we get the place Thursday night definitely or with the family issues is it a problem

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

10/31/2023 8:05:46 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x322D55 (Table: sms; Size: 4669440 bytes)

(owner)
To: 7607919501 Israel

What's up? Will you be back tomorrow?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7607919501 Israel | | | |

Status: Sent

11/2/2023 12:53:03 AM(UTC-4)

Source Info:
RFCR81ATRFK_files_full.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x24F160 (Table: sms; Size: 4669440 bytes)

4/22/25