


**Extraction Report - Google Android Full File system**

## GPS



Locations (1)    Open in Google Earth    Open in Google Maps

| # | Origin | Position | Info | Confidence | Category | Deleted |
|---|---|---|---|---|---|---|
| 1 | | (33.142240, -117.100714) | **Description:** Home<br>**Type:** Saved<br>**Time:** 5/1/2023 5:38:49 PM(UTC-7)<br>**Address:** 525 W El Norte Pkwy, Escondido, CA 92026<br>**Source:** Google Maps<br>**Source file:** RFCR81ATRFK_files_full.zip/data_mirror/data_ce/null/0/com.google.android.apps.maps/databases/gmm_myplaces.db : 0x3F0B (Table: sync_item; Size: 40960 bytes)<br>**Service Identifier:** | | Labelled | |



GOVERNMENT EXHIBIT
CASE NO. 23-CR-80219-AMC
EXHIBIT NO. GX 147

*[signature]*
4/22/25