



## Summary

| Cellebrite Physical Analyzer version | 7.64.0.38 |
|---|---|
| Report creation time | 4/23/2025 11:34:58 AM -04:00 |
| Time zone settings (UTC) | (UTC-08:00) Los_Angeles (America) |
| Examiner name | SA/CFA Unger |
| Location | West Palm Beach, FL |
| Case number | WP07QR24WP0001 |
| Case name | DOUGLAS |
| Evidence number | LI002 |
| Department | DHS |
| Organization | HSI |
| Investigator | SA Rahman |

## Source Extraction

| File System | |
|---|---|
| Extraction start date/time | 12/27/2023 11:59:06 AM(UTC-5) |
| Extraction end date/time | 12/27/2023 12:31:12 PM(UTC-5) |
| Unit identifier | 1405848051 |
| UFED version | 7.66.1.150 |
| Internal version | 7.66.1.150 |
| Selected manufacturer | Reliance Communications |
| Selected device name | RC608L |
| Machine name | WP-SUNGE-EXXACT |
| Connection type | Cable No. 100 or 170 |
| Extraction type | File System [ Android ADB ] |
| Extraction ID | B803CA63-5EEE-4893-BEA1-C3482BA46A06 |
| Extraction (UFD) file data integrity | Intact |

## Device Information

| Name | Value |
|---|---|
| File System | |
| Model | RC608L |
| OS | 12 |
| Vendor | Reliance Communications |
| Location Services Enabled | True |
| ICCID | 89148000007184871321 |
| IMSI | 311480680216999 |
| MSISDN | 7608038825 |
| ICCID | 89148000007223520749 |
| Carrier Name | Verizon |
| Advertising ID #1 | 0484b80a-78d3-4f29-8eeb-bc2e079e371e |
| Advertising ID #2 | 324a32f4-9f44-4d0f-91ac-22a4935c0a53 |
| IMSI | 311480683437354 |
| Detected Phone Model | qssi system image for arm64 |
| Detected Phone Model | RC608L |
| Detected Phone Vendor | qti |
| Detected Phone Vendor | Orbic |
| OS Version | 12 |
| Android fingerprint | Orbic/RC608L/RC608L:12/ORB608L_v1.0.39_BVZPP/jenkins230615:user/release-keys |



GOVERNMENT EXHIBIT
CASE NO. 23-CR-80219-AMC
EXHIBIT NO. GX 152

1

*[signature]*
4/23/25