

**Extraction Report** - Google Android Generic



GOVERNMENT EXHIBIT
CASE NO. 23-CR-80219-AMC
EXHIBIT NO. GX 153



Cellebrite
www.cellebrite.com

## User Accounts (52)

| # | User Account | Entries | Addresses | Notes | Additional info | Deleted |
|---|---|---|---|---|---|---|
| 1 | Creation time<br>Username: 5589284528<br><br>Service Type:<br>org.telegram.messenger<br><br>Source: Accounts | | | Source file: Reliance Communications_RC608L.zip/data/system_de/0/accounts_de.db : 0x3F20 (Table: accounts; Size: 65536 bytes) | | |
| 2 | Creation time<br>3/7/2023<br>4:20:38 AM(UTC+0)<br>Username: lindad5@usa.net<br><br>Password: SunnyMuffie1<br><br>Service Type:<br>https://www.peacocktv.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xEF78 (Table: logins; Size: 65536 bytes) | | |
| 3 | Creation time<br>3/15/2023<br>2:42:41 AM(UTC+0)<br>Username: rmfiorg@gmail.com<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://www.paramountplus.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xE8B0 (Table: logins; Size: 65536 bytes) | | |
| 4 | Creation time<br>3/15/2023<br>2:37:13 AM(UTC+0)<br>Username:<br>chicagomikemgd@gmail.com<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://www.netflix.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0x9980 (Table: logins; Size: 65536 bytes) | | |
| 5 | Creation time<br>12/8/2023<br>7:51:41 PM(UTC+0)<br>Username:<br>chicagomikemgd@gmail.com<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://www.intelius.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xD1D4 (Table: logins; Size: 65536 bytes) | | |
| 6 | Creation time<br>11/27/2023<br>4:40:38 AM(UTC+0)<br>Username: rmfiorg@gmail.com<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://www.dominos.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xD53E (Table: logins; Size: 65536 bytes) | | |

1

| # | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Creation time<br>3/7/2023<br>4:06:54 AM(UTC+0)<br>Username:<br>lindad5702@gmail.com<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://www.disneyplus.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xEA8A (Table: logins; Size: 65536 bytes) | | |
| 8 | Creation time<br>5/24/2023<br>3:06:24 AM(UTC+0)<br>Username: GypsyAvenger<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://www.cox.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0x9B4C (Table: logins; Size: 65536 bytes) | | |
| 9 | Creation time<br>4/8/2023<br>5:28:51 AM(UTC+0)<br>Username: 2XMFPt<br><br>Password: Sunshine1<br><br>Service Type:<br>https://www.amazon.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xE9A4 (Table: logins; Size: 65536 bytes) | | |
| 10 | Creation time<br>3/7/2023<br>4:16:51 AM(UTC+0)<br>Username: lindad5@usa.net<br><br>Password: Sunshine1!<br><br>Service Type:<br>https://www.amazon.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xEB7E (Table: logins; Size: 65536 bytes) | | |
| 11 | Creation time<br>12/8/2023<br>5:38:42 PM(UTC+0)<br>Username: Douglas<br><br>Password: 5Y38GdbVH@.4skd<br><br>Service Type:<br>https://www.airbnb.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xD45F (Table: logins; Size: 65536 bytes) | | |
| 12 | Creation time<br>12/3/2023<br>1:20:54 AM(UTC+0)<br>Username: chicagomike_SD<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://verified.capitalone.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xD0BC (Table: logins; Size: 65536 bytes) | | |
| 13 | Creation time<br>11/18/2023<br>3:11:37 AM(UTC+0)<br>Username: rmfi**********<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://verified.capitalone.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xB65B (Table: logins; Size: 65536 bytes) | | |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 14 | **Creation time**<br>11/18/2023<br>3:10:56 AM(UTC+0)<br>**Username:** Douglas<br><br>**Password:** 339640355<br><br>**Service Type:**<br>https://verified.capitalone.com/<br><br>**Source:** Chrome | | | **Source file:** Reliance Communications_RC608L.zip/ data/data/com.android.chrome/app_chrome/Default/Login Data : 0xB3D7 (Table: logins; Size: 65536 bytes) | | |
| 15 | **Creation time**<br>11/18/2023<br>2:56:23 AM(UTC+0)<br>**Username:** chicagomike<br><br>**Password:** SunnyMuffie1!<br><br>**Service Type:**<br>https://verified.capitalone.com/<br><br>**Source:** Chrome | | | **Source file:** Reliance Communications_RC608L.zip/ data/data/com.android.chrome/app_chrome/Default/Login Data : 0x9C47 (Table: logins; Size: 65536 bytes) | | |
| 16 | **Creation time**<br>3/7/2023<br>4:09:45 AM(UTC+0)<br>**Username:** lindad5@usa.net<br><br>**Password:** SunnyMuffie1!<br><br>**Service Type:**<br>https://tve.spectrum.net/<br><br>**Source:** Chrome | | | **Source file:** Reliance Communications_RC608L.zip/ data/data/com.android.chrome/app_chrome/Default/Login Data : 0x9F79 (Table: logins; Size: 65536 bytes) | | |
| 17 | **Creation time**<br>11/24/2023<br>8:26:55 PM(UTC+0)<br>**Username:** 7608038825<br><br>**Password:** SunnyMuffie1!<br><br>**Service Type:**<br>https://secure.verizon.com/<br><br>**Source:** Chrome | | | **Source file:** Reliance Communications_RC608L.zip/ data/data/com.android.chrome/app_chrome/Default/Login Data : 0xD608 (Table: logins; Size: 65536 bytes) | | |
| 18 | **Creation time**<br>11/19/2023<br>5:47:43 PM(UTC+0)<br>**Username:** rmfiorg@gmail.com<br><br>**Password:** SunnyMuffie1!<br><br>**Service Type:**<br>https://myaccount.draftkings.com/<br><br>**Source:** Chrome | | | **Source file:** Reliance Communications_RC608L.zip/ data/data/com.android.chrome/app_chrome/Default/Login Data : 0xB172 (Table: logins; Size: 65536 bytes) | | |
| 19 | **Creation time**<br>12/11/2023<br>6:21:58 PM(UTC+0)<br>**Username:** GypsyAvenger<br><br>**Password:** SunnyMuffie1!<br><br>**Service Type:**<br>https://login.cox.com/<br><br>**Source:** Chrome | | | **Source file:** Reliance Communications_RC608L.zip/ data/data/com.android.chrome/app_chrome/Default/Login Data : 0xFF7E (Table: logins; Size: 65536 bytes) | | |
| 20 | **Creation time**<br>3/7/2023<br>4:13:12 AM(UTC+0)<br>**Username:**<br>lindad5702@gmail.com<br><br>**Password:** SunnyMuffie1!<br><br>**Service Type:**<br>https://auth.hulu.com/<br><br>**Source:** Chrome | | | **Source file:** Reliance Communications_RC608L.zip/ data/data/com.android.chrome/app_chrome/Default/Login Data : 0xEC44 (Table: logins; Size: 65536 bytes) | | |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 21 | Creation time<br>11/19/2023<br>5:35:37 PM(UTC+0)<br>Username: rmfiorg@gmail.com<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>https://account.www.fanduel.com/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xB780 (Table: logins; Size: 65536 bytes) | | |
| 22 | Creation time<br>Account Name: Michael Douglas<br><br>Service Type: google<br><br>Source: Digital Wellbeing | Email:<br>rmfiorg@gmail.com | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.wellbeing/files/AccountData.pb : 0x166 (Size: 518 bytes) | | |
| 23 | Creation time<br>Account Name: Michael Douglas (Fire Marshall)<br><br>Service Type: google<br><br>Source: Digital Wellbeing | Email:<br>chicagomikemgd@gmail.com | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.wellbeing/files/AccountData.pb : 0x89 (Size: 518 bytes) | | |
| 24 | Creation time<br>Username: Phone<br><br>Service Type: com.verizon.phone | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/contacts2.db : 0x8FEA (Table: accounts; Size: 2228224 bytes) | | |
| 25 | Creation time<br>Username: rmfiorg@gmail.com<br><br>Service Type: com.google | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/contacts2.db : 0x8F9B (Table: accounts; Size: 2228224 bytes) | | |
| 26 | Creation time<br>Username: chicagomikemgd@gmail.com<br><br>Service Type: com.google | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/contacts2.db : 0x8FBF (Table: accounts; Size: 2228224 bytes) | | |
| 27 | Creation time<br>Username: rmfiorg@gmail.com<br><br>Account Name: Michael Douglas<br><br>Password:<br>aas_et/AKppINYAXq_Mundcsb2gUdjFkWZMsU4td93jJycW_x2pKj4B-qfq53LdmtxEVJ0E9XxrbJBs95LQO4Ng84Indv7m06WgYN9AI23B0Cg-Az71oUpvm6gGUmnjdts899abgHR-hmcrd4OnoTTg8TsQv-VTBQAIJObFTfAMSMHdyoFLDbCiAnXMtrbHcp4r0BRFhtPpB9FnKD1hKsDVFkKAL8M=<br><br>Service Type: com.google<br><br>Source: Accounts | | | Source file: Reliance Communications_RC608L.zip/data/system_ce/0/accounts_ce.db : 0x3DA9 (Table: accounts; Size: 536576 bytes) | | |
| 27(1) | Creation time<br>Username: rmfiorg@gmail.com<br><br>Service Type: com.google<br><br>Source: Accounts | | | Source file: Reliance Communications_RC608L.zip/data/system_de/0/accounts_de.db : 0x3F4E (Table: accounts; Size: 65536 bytes) | | |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 28 | Creation time<br>Username:<br>chicagomikemgd@gmail.com<br><br>Account Name: Michael Douglas<br><br>Password:<br>aas_et/AKppINYMOUuclej_x6Ay JGXX7WF-Jmcdjgm9lTNp06FbRZ608ZNTL EyoOnSSDQjn1QdkmtUkmO_-pmuQIFJ0Qkl0JqTqIXaTgjilmh1g UJb6B4-kfyU-GkPnVorcWxMoLpqVRumA4Pau pvtWl0ifhHth7Qgoy3ExZGmLYk wJNchqZ1WdKtFw_wsE03gzgA3 gRs7w3_U71_FMOvWfBKoZyBl =<br><br>Service Type: com.google<br><br>Source: Accounts | | | Source file: Reliance Communications_RC608L.zip/data/system_ce/0/accounts_ce.db : 0x3EFF (Table: accounts; Size: 536576 bytes) | | |
| 28(1) | Creation time<br>Username:<br>chicagomikemgd@gmail.com<br><br>Service Type: com.google<br><br>Source: Accounts | | | Source file: Reliance Communications_RC608L.zip/data/system_de/0/accounts_de.db : 0x3FD8 (Table: accounts; Size: 65536 bytes) | | |
| 29 | Creation time<br>Username: Messenger<br><br>Service Type:<br>com.facebook.messenger<br><br>Source: Accounts | | | Source file: Reliance Communications_RC608L.zip/data/system_de/0/accounts_de.db : 0x3EC1 (Table: accounts; Size: 65536 bytes) | | |
| 30 | Creation time<br>Username: 100013011181487<br><br>Service Type:<br>com.facebook.auth.login<br><br>Source: Accounts | | | Source file: Reliance Communications_RC608L.zip/data/system_de/0/accounts_de.db : 0x3F77 (Table: accounts; Size: 65536 bytes) | | |
| 31 | Creation time<br>11/19/2023<br>5:49:12 PM(UTC+0)<br>Username: rmfiorg@gmail.com<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>android://wbgrXxMAhNLJ-kiB60er8_lIn0Btju4VDkiIVtGlz-8fsbpNwpqWaUrN5agKzA2rYEiY SY1R7A9owjbXD5qtlA==@com. draftkings.dknativermgGP/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xD308 (Table: logins; Size: 65536 bytes) | | |
| 32 | Creation time<br>11/18/2023<br>12:39:33 PM(UTC+0)<br>Username: rmfiorg@gmail.com<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>android://frSZ5p4sSQrRW6PKBa 4DryFmgFaLh-gFv6Rc8NPBD_rWGR7NQMyMr ogY9vjGU-05DRSISh7Fy8tb7hQjBkE7YQ== @com.einnovation.temu/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xB500 (Table: logins; Size: 65536 bytes) | | |
| 33 | Creation time<br>11/18/2023<br>4:35:18 PM(UTC+0)<br>Username: DaddyBreedsFam<br><br>Password: SwordFish469!<br><br>Service Type:<br>android://Flj4hK7Np_w22zx8o5lb TkLyUNaFGLIf1ulGojsCjCiCWZ5 glzybyw7bqeLLhJfL-I4Q7l8gvUbToicTGYxTVQ==@ki k.android/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xB285 (Table: logins; Size: 65536 bytes) | | |

5

| # | | | | | | |
|---|---|---|---|---|---|---|
| 34 | **Creation time**<br>Username: +17608038825<br><br>Password: SunnyMuffe1!<br><br>Service Type:<br>android://BnX9M66KmaqmzgqWgQxmbrJB_wO0ST53-DUZCnxDdLwf4JAsUtM2kKGudjeBclJFUquAP2JTpypk9qobA6PGMA==@com.discord/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xED58 (Table: logins; Size: 65536 bytes) | | |
| 35 | **Creation time**<br>12/5/2023<br>5:42:03 AM(UTC+0)<br>Username: chic********<br><br>Password: SunnyMuffie1!<br><br>Service Type:<br>android://3bUYV5a6Sb_IkSZo4hofwpIXT4mRZuH3lzCoABL81hQKzeRB8pRngdkNWshKzjMaOgUq9-pghy7RLeBTWzKXJg==@com.konylabs.capitalone/<br><br>Source: Chrome | | | Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Login Data : 0xD72A (Table: logins; Size: 65536 bytes) | | |
| 36 | **Creation time**<br>Username:<br>17608038825@s.whatsapp.net<br><br>Account Name: Chicago Mike<br><br>Source: WhatsApp<br><br>Photos: photo1.jpg | Phone:<br>Mobile 17608038825<br>General +17608038825<br><br>User ID:<br>Additional Name Michael Douglas WhatsApp User Id 17608038825@s.whatsapp.net | | Source file: Reliance Communications_RC608L.zip/data/data/com.whatsapp/shared_prefs/com.whatsapp_preferences_light.xml : 0x4B54 (Size: 20898 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.whatsapp/shared_prefs/startup_prefs.xml : 0x2E5 (Size: 770 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.whatsapp/files/me.jpg : 0x0 (Size: 44396 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.whatsapp/databases/wa.db : 0x65F5F (Table: wa_contacts; Size: 937984 bytes) | About: Hey there! I am using WhatsApp. | |
| 37 | **Creation time**<br>Source: Google Home | Email:<br>Email chicagomikemgd@gmail.com<br>Email rmfiorg@gmail.com | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.chromecast.app/shared_prefs/com.google.android.apps.chromecast.app_preferences_no_backup.xml : 0x229 (Size: 646 bytes) | | |
| 38 | **Creation time**<br>Account Name:<br>rmfiorg@gmail.com<br><br>Source: Gmail | | | | | |
| 39 | **Creation time**<br>Account Name:<br>chicagomikemgd@gmail.com<br><br>Source: Gmail | | | | | |
| 40 | **Creation time**<br>Username: DaddyBreedsFam<br><br>Account Name:<br>DaddyBreedsFam<br><br>Password:<br>74682ebbf962cfd76f4cc304e80246d78a73f34f<br><br>Source: Kik Messenger<br><br>Photos: | User ID:<br>daddybreedsfam_gia@talk.kik.com<br><br>Profile Picture:<br>User profile photo http://profilepics.cf.kik.com/SwDQJNpOGvVjZle4OxI4R_DqQsA<br><br>Email:<br>MikeD14691@gmail.com | | Source file: Reliance Communications_RC608L.zip/data/data/kik.android/shared_prefs/f61d0d88-292c-40fc-9da0-6a5f9f892aad.KikPreferences.xml : 0x251D (Size: 19244 bytes)<br>Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x23BF7 (Table: KIKcontactsTable; Size: 1769472 bytes) | | |
| 41 | **Creation time**<br>Account Name: Michael Douglas<br><br>Source: Google Photos<br><br>Photos: | Profile Picture:<br>Profile Picture<br>https://lh3.googleusercontent.com/a/ACg8ocLJWZHFYABjT0FgAXvjArLTPIY5T-tUZUWuFks41Q | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.photos/databases/gphotos1.db : 0x39DDC (Table: envelope_members, actors; Size: 33927168 bytes) | | |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 42 | Creation time<br>Username: rmfiorg@gmail.com<br><br>Account Name: Michael Douglas<br><br>Source: Google Photos | | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.photos/shared_prefs/accounts.xml : 0xD076 (Size: 53689 bytes) | | |
| 43 | Creation time<br>Username: chicagomikemgd@gmail.com<br><br>Account Name: Michael Douglas (Fire Marshall)<br><br>Source: Google Photos | | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.photos/shared_prefs/accounts.xml : 0x1413 (Size: 53689 bytes) | | |
| 44 | Creation time<br>Username: rmfiorg@gmail.com<br><br>Account Name: Michael Douglas<br><br>Source: Google Drive | User ID: 101886983888434922209 | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.docs/databases/DocList.db : 0x41ECA (Table: Account249; Size: 299008 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.google.android.apps.docs/app_cello/rmfiorg@gmail.com/cello.db-wal : 0x1022FA (Size: 1413192 bytes) | | |
| 45 | Creation time<br>Username: chicagomikemgd@gmail.com<br><br>Account Name: Michael Douglas (Fire Marshall)<br><br>Source: Google Drive | User ID: 102341551531175076616 | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.docs/databases/DocList.db : 0x41F6B (Table: Account249; Size: 299008 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.google.android.apps.docs/app_cello/chicagomikemgd@gmail.com/cello.db-wal : 0x9F98A (Size: 1260752 bytes) | | |
| 46 | Creation time<br>Username: rmfiorg@gmail.com<br><br>Source: Google Calendar | User ID: 101886983888434922209 | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.calendar/databases/cal_v2a-wal : 0x6290D (Table: Accounts; Size: 524288 bytes) | | |
| 47 | Creation time<br>Username: chicagomikemgd@gmail.com<br><br>Source: Google Calendar | User ID: 102341551531175076616 | | Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.calendar/databases/cal_v2a-wal : 0x62938 (Table: Accounts; Size: 524288 bytes) | | |
| 48 | Creation time<br>Username: michaeldouglas<br><br>Account Name: Michael Douglas<br><br>Source: Facebook Messenger<br><br>Photos: | User ID:<br>Facebook Id 100013011181487<br><br>Profile Picture:<br>Pic Square https://scontent.xx.fbcdn.net/v/t39.30808-1/380706501_1771352823308407_3038784521673420141_n.jpg?_nc_cat=106&ccb=1-7&_nc_sid=5740b7&_nc_ohc=UnLMRdIkrqIAX-RGuWY&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=00_AfCTS3MqUfNnbMiadOoPoyF91q1_K5ex4Qcsjy8xcHE_eQ&oe=657DC268<br>profile_picture_url https://scontent.xx.fbcdn.net/v/t39.30808-1/380706501_1771352823308407_3038784521673420141_n.jpg?stp=dst-jpg_p100x100&_nc_cat=106&ccb=1-7&_nc_sid=5f2048&_nc_ohc=Vxz3QXAZUY4AX9fwYNc&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=00_AfCkrTkfEKXynr4414RCHMNKCUr7O09PnqYnicdWT5gmrw&oe=656801A8<br>profile_picture_large_url https://scontent.xx.fbcdn.net/v/t39.30808-1/380706501_1771352823308407_3038784521673420141_n.jpg?stp=dst-jpg_p160x160&_nc_cat=106&ccb=1-7&_nc_sid=5f2048&_nc_ohc=Vxz3QXAZUY4AX9fwYNc&_nc_ad=z-m&_nc_cid=0&_nc_ht=scontent.xx&oh=00_AfDMX5HV9E7xvIDWRMiTU_RuIxiK1RFREbmla1gmofjgSQ&oe=656801A8 | | Source file: Reliance Communications_RC608L.zip/data/data/com.facebook.orca/databases/msys_database_100013011181487 : 0x791941 (Table: contacts; Size: 9797632 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.facebook.orca/app_light_prefs/com.facebook.orca/logged_in_10001301118 1487 : 0x110 (Size: 1983 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.facebook.orca/app_light_prefs/com.facebook.orca/authentication : 0xE7 (Size: 479 bytes) | | |

| # | | | | |
|---|---|---|---|---|
| 49 | Creation time<br>Source: GoogleDuo | Phone:<br>+17608038825 | | Source file: Reliance Communications_RC608L.zip/ data/data/com.google.android. apps.tachyon/shared_prefs/co m.google.android.apps.tachyo n_preferences.xml : 0x3F7 (Size: 1552 bytes) |
| 50 | Creation time<br>11/14/2022<br>3:20:57 PM(UTC+0)<br>Username: ChicagoMikeMGD<br><br>Account Name: Michael Douglas<br><br>Source: CashApp<br><br>Photos: | Web address:<br>Cashtag URL<br>https://cash.app/$ChicagoMikeMGD<br>Cashtag QR Image<br>https://cash.app/qr/$ChicagoMikeMGD?v=1668439445000<br><br>User ID:<br>Profile ID C_hhead8mmg<br><br>Profile Picture:<br>Photo URL https://franklin-assets.s3.amazonaws.com/apps/imgs/dUkEJxv8Z3fRFJdjNIj2uB.jpeg<br><br>Phone:<br>Phone 7608038825 | USA | Source file: Reliance Communications_RC608L.zip/ data/data/com.squareup.cash/ databases/cash_money.db : 0xC5DBE (Table: profile, profileAlias; Size: 10448896 bytes) |

*[signature]*
4/23/25