

**Extraction Report** - Google Android Generic



AO386-C

**GOVERNMENT
EXHIBIT**

CASE
NO.        23-CR-80219-AMC

EXHIBIT
NO.        GX 154

## Searched Items (127)

| # | Timestamp | Source | Value | Parameters | Origin | Service Identifier | Deleted | Account |
|---|-----------|--------|-------|-----------|--------|-------------------|---------|---------|
| 1 | 12/13/2023 3:01:31 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x313EB5 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | econo lodge escondido | | Default | | | |
| 2 | 12/13/2023 2:58:57 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2FE1CD (Table: visits, keyword_search_terms; Size: 3244032 bytes) | econo lodge escondido | | Default | | | |
| 3 | 12/13/2023 2:58:47 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2FE1F4 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | pet friendly hotels escondido | | Default | | | |
| 4 | 12/13/2023 12:58:54 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2BBEA6 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | hotel rooms escondido | | Default | | | |
| 5 | 12/11/2023 7:51:56 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x27020C (Size: 3244032 bytes) | inbreeding issues not until 5th grn | | Unknown | | | |
| 6 | 12/11/2023 7:51:56 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x27020C (Table: visits, keyword_search_terms; Size: 3244032 bytes) | inbreeding issues not until 5th generation | | Default | | | |
| 7 | 12/11/2023 7:51:52 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x270232 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Inbreeding issues not until 5th generation reddit | | Default | | | |
| 8 | 12/11/2023 7:51:51 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x27025E (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Inbreeding issues not until 5th generation reddit | | Default | | | |
| 9 | 12/11/2023 7:51:05 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x270288 (Size: 3244032 bytes) | inbreeding issues not until 5th grn | | Unknown | | | |

1

| 10 | 12/11/2023 7:51:05 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x270288 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | inbreeding issues not until 5th generation | | Default | | | |
| 11 | 12/11/2023 7:50:16 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2705B4 (Size: 3244032 bytes) | inbreeding issues not until 5th grn | | Unknown | | | |
| 12 | 12/11/2023 7:50:16 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2705B4 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | inbreeding issues not until 5th generation | | Default | | | |
| 13 | 12/11/2023 5:11:51 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x270E68 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | 24' led white strobe lights for trucks | | Default | | | |
| 14 | 12/11/2023 4:58:14 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247762 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 15 | 12/11/2023 4:57:58 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247884 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 16 | 12/11/2023 4:57:56 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2478B1 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 17 | 12/11/2023 4:57:56 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2478DD (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 18 | 12/11/2023 4:57:01 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247909 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 19 | 12/11/2023 4:56:51 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247936 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 20 | 12/11/2023 4:56:49 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247963 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |

| 21 | 12/11/2023 4:55:48 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247A41 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 22 | 12/11/2023 4:55:41 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247A70 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 23 | 12/11/2023 4:55:38 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247B81 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 24 | 12/11/2023 4:54:47 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247D05 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 25 | 12/11/2023 4:54:29 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x247D34 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 26 | 12/11/2023 2:56:23 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x22769D (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 27 | 12/11/2023 2:56:03 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2276CB (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 28 | 12/11/2023 2:54:51 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x227816 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 29 | 12/11/2023 2:54:11 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2278F7 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 30 | 12/11/2023 2:54:11 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x227924 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 31 | 12/11/2023 2:54:00 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x22794E (Size: 3244032 bytes) | emergency light bar | | Unknown | | | |

| 32 | 12/11/2023 2:54:00 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x22794E (Table: visits, keyword_search_terms; Size: 3244032 bytes) | emergency light bar | | Default | | | |
| 33 | 12/10/2023 8:04:02 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1990E5 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | speculum | | Default | | | |
| 34 | 12/10/2023 8:04:00 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1992D3 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Callascope | | Default | | | |
| 35 | 12/10/2023 8:03:50 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1994A7 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Callascope obgyn | | Default | | | |
| 36 | 12/10/2023 8:03:49 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1994D4 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Callascope obgyn | | Default | | | |
| 37 | 12/10/2023 8:03:49 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1994FE (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Callascope | | Default | | | |
| 38 | 12/10/2023 8:03:40 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1996FE (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Callascope | | Default | | | |
| 39 | 12/10/2023 8:03:30 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x19972B (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Callascope | | Default | | | |
| 40 | 12/10/2023 8:03:30 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199758 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Callascope | | Default | | | |
| 41 | 12/10/2023 8:03:29 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199782 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | speculum | | Default | | | |
| 42 | 12/10/2023 8:03:21 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1998C2 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | speculum | | Default | | | |

| 43 | 12/10/2023 8:02:54 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1998EE (Table: visits, keyword_search_terms; Size: 3244032 bytes) | speculum | | Default | | | |
| 44 | 12/10/2023 8:02:53 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x19991B (Table: visits, keyword_search_terms; Size: 3244032 bytes) | speculum | | Default | | | |
| 45 | 12/10/2023 8:02:49 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199945 (Size: 3244032 bytes) | specullim | | Unknown | | | |
| 46 | 12/10/2023 8:02:49 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199945 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | speculum | | Default | | | |
| 47 | 12/10/2023 8:01:55 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199996 (Size: 3244032 bytes) | specullim | | Unknown | | | |
| 48 | 12/10/2023 8:01:55 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199996 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | speculum | | Default | | | |
| 49 | 12/10/2023 8:01:39 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1999BD (Size: 3244032 bytes) | girks 12 size into women | | Unknown | | | |
| 50 | 12/10/2023 8:01:39 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1999BD (Table: visits, keyword_search_terms; Size: 3244032 bytes) | girks 12 size into women | | Default | | | |
| 51 | 12/10/2023 2:37:23 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1999E4 (Size: 3244032 bytes) | girks 12 size into women | | Unknown | | | |
| 52 | 12/10/2023 2:37:23 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1999E4 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | girks 12 size into women | | Default | | | |
| 53 | 12/10/2023 12:31:06 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199E2E (Size: 3244032 bytes) | girks 12 size into women | | Unknown | | | |

| 54 | 12/10/2023 12:31:06 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199E2E (Table: visits, keyword_search_terms; Size: 3244032 bytes) | girks 12 size into women | | Default | | | |
|---|---|---|---|---|---|---|---|---|
| 55 | 12/8/2023 5:22:26 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x14E354 (Size: 3244032 bytes) | seckided hotel rooms or airbnb | | Unknown | | | |
| 56 | 12/8/2023 5:22:26 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x14E354 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | seckided hotel rooms or airbnb in escondido california | | Default | | | |
| 57 | 12/8/2023 5:22:11 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x14E927 (Size: 3244032 bytes) | seckided hotel rooms or airbnb | | Unknown | | | |
| 58 | 12/8/2023 5:22:11 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x14E927 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | seckided hotel rooms or airbnb in escondido california | | Default | | | |
| 59 | 12/8/2023 4:11:52 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x12C4DA (Size: 3244032 bytes) | sex toys online cheap | | Unknown | | | |
| 60 | 12/8/2023 4:11:52 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x12C4DA (Table: visits, keyword_search_terms; Size: 3244032 bytes) | sex toys online cheap | | Default | | | |
| 61 | 12/8/2023 4:10:12 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x12C7E8 (Size: 3244032 bytes) | sex toys online cheap | | Unknown | | | |
| 62 | 12/8/2023 4:10:12 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x12C7E8 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | sex toys online cheap | | Default | | | |
| 63 | 12/8/2023 4:09:28 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x12C982 (Size: 3244032 bytes) | sex toys online cheap | | Unknown | | | |
| 64 | 12/8/2023 4:09:28 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x12C982 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | sex toys online cheap | | Default | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 65 | 12/8/2023 4:06:51 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x12CEB4 (Size: 3244032 bytes) | sex toys online cheap | | Unknown | | |
| 66 | 12/8/2023 4:06:51 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x12CEB4 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | sex toys online cheap | | Default | | |
| 67 | 12/8/2023 4:42:30 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x11D0F1 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | 44 magnum bb gun | | Default | | |
| 68 | 12/7/2023 9:46:33 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x11D718 (Size: 3244032 bytes) | how long for meth to be out kf systek on drug test | | Unknown | | |
| 69 | 12/7/2023 9:46:33 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x11D718 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | how long for meth to be out kf systek on drug test | | Default | | |
| 70 | 12/7/2023 2:55:52 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x103C2B (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Hotels near Escondido, CA | | Default | | |
| 71 | 12/6/2023 6:30:44 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xF0220 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | .44 desert eagle california | | Default | | |
| 72 | 12/5/2023 3:16:12 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xA5361 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | airbnb | | Default | | |
| 73 | 12/4/2023 1:24:53 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xA5856 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | lancaster county fire alpha bravo charlie | | Default | | |
| 74 | 12/4/2023 10:47:44 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xA5BF6 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | tranq drug | | Default | | |
| 75 | 12/3/2023 3:57:03 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0xB7868 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | mom son breeding gif | | Default | | |

| 76 | 11/30/2023 2:47:46 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90146 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut underwear | | Default | | | |
|----|----|----|----|----|----|----|----|----|
| 77 | 11/30/2023 2:16:10 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9032F (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut underwear | | Default | | | |
| 78 | 11/30/2023 2:16:00 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90508 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut shorts | | Default | | | |
| 79 | 11/30/2023 2:12:16 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x906E3 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut shorts | | Default | | | |
| 80 | 11/30/2023 2:12:16 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9070A (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut shorts | | Default | | | |
| 81 | 11/30/2023 2:12:16 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90734 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut underwear | | Default | | | |
| 82 | 11/30/2023 2:12:10 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x9094C (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut underwear | | Default | | | |
| 83 | 11/30/2023 2:11:54 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90978 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut underwear | | Default | | | |
| 84 | 11/30/2023 2:11:45 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90ADC (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut underwear | | Default | | | |
| 85 | 11/30/2023 2:11:45 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90B06 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut underwear | | Default | | | |
| 86 | 11/30/2023 2:11:44 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90B30 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut | | Default | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 87 | 11/30/2023 2:11:40 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90C7F (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut | | Default | | | |
| 88 | 11/30/2023 2:11:16 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90CA9 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut | | Default | | | |
| 89 | 11/30/2023 2:11:16 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90CD4 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut | | Default | | | |
| 90 | 11/30/2023 2:11:14 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90CFC (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil cum slut | | Default | | | |
| 91 | 11/30/2023 2:10:44 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90D22 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy underwear | | Default | | | |
| 92 | 11/30/2023 2:10:44 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90D4D (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy underwear | | Default | | | |
| 93 | 11/30/2023 2:10:44 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90D77 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 94 | 11/30/2023 2:10:38 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90EB8 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 95 | 11/30/2023 2:10:32 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x90EE4 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 96 | 11/30/2023 2:10:17 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x86188 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 97 | 11/30/2023 2:09:56 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x86371 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |

| 98 | 11/30/2023 2:09:53 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x864B9 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 99 | 11/30/2023 2:09:50 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x86618 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 100 | 11/30/2023 2:09:34 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x86775 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 101 | 11/30/2023 2:09:34 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x867A0 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 102 | 11/30/2023 2:09:31 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x867C8 (Size: 3244032 bytes) | daddys fuck toy | | Unknown | | | |
| 103 | 11/30/2023 2:09:31 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x867C8 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | daddys fuck toy | | Default | | | |
| 104 | 11/29/2023 1:10:39 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x79835 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | airbnb san marcos | | Default | | | |
| 105 | 11/22/2023 1:16:00 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x5855A (Table: visits, keyword_search_terms; Size: 3244032 bytes) | federal district attorney | | Default | | | |
| 106 | 11/22/2023 1:14:19 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x585A8 (Size: 3244032 bytes) | fbi badge | | Unknown | | | |
| 107 | 11/22/2023 1:14:19 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x585A8 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | fbi badge picture | | Default | | | |
| 108 | 11/22/2023 1:03:18 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x585CF (Table: visits, keyword_search_terms; Size: 3244032 bytes) | fbi badge picture | | Default | | | |

| 109 | 11/22/2023 1:03:16 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x585F6 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | fbi badge picture | | Default | | | |
| 110 | 11/22/2023 1:03:10 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x5861E (Size: 3244032 bytes) | fbi badge | | Unknown | | | |
| 111 | 11/22/2023 1:03:10 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x5861E (Table: visits, keyword_search_terms; Size: 3244032 bytes) | fbi badge picture | | Default | | | |
| 112 | 11/21/2023 3:25:24 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x46F26 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | brass knuckles law california | | Default | | | |
| 113 | 11/21/2023 10:11:06 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x46F83 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | epidural | | Default | | | |
| 114 | 11/21/2023 7:44:39 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x4919F (Table: visits, keyword_search_terms; Size: 3244032 bytes) | homeless new mom san diego | | Default | | | |
| 115 | 11/20/2023 9:06:25 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x49283 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | gabapentin with norco | | Default | | | |
| 116 | 11/20/2023 8:11:54 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x49357 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | gabapentin with norco | | Default | | | |
| 117 | 11/20/2023 8:11:54 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x49376 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | gabapentin with norco | | Default | | | |
| 118 | 11/20/2023 8:11:53 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x49396 (Size: 3244032 bytes) | gabapat | | Unknown | | | |
| 119 | 11/20/2023 8:11:53 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x49396 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | gabapentin | | Default | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 120 | 11/20/2023 8:11:42 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x493B4 (Size: 3244032 bytes) | gabapat | | Unknown | | |
| 121 | 11/20/2023 8:11:42 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x493B4 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | gabapentin | | Default | | |
| 122 | 11/20/2023 8:11:40 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x493D1 (Size: 3244032 bytes) | gabapat | | Unknown | | |
| 123 | 11/20/2023 8:11:40 AM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x493D1 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | gabapentin | | Default | | |
| 124 | 11/19/2023 8:21:54 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x49791 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | cum here daddy please | | Default | | |
| 125 | 11/19/2023 8:21:01 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x49827 (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy's lil slut | | Default | | |
| 126 | 11/19/2023 12:40:26 PM(UTC+0) | Chrome **Source file:** Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x49BDD (Table: visits, keyword_search_terms; Size: 3244032 bytes) | Daddy creampiw gif | | Default | | |
| 127 | | Google Maps **Source file:** Reliance Communications_RC608L.zip/data/data/com.google.android.apps.maps/files/new_recent_history_cache_search.cs : 0x261A (Size: 12276 bytes) | Central Montessori School, North El Camino Real, Encinitas, CA **Search Results:** North El Camino Real, Encinitas, CA | | Default | | |

4/23/25