

**Extraction Report** - Google Android Generic



## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

### Native Messages (1)

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 12/10/2023 1:34:17 PM(UTC-5)<br>**Last Activity:** 12/12/2023 10:12:10 PM(UTC-5)<br>**Number of attachments:** 1<br>**Source:** Native Messages<br>**Source file:** Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3F078 (Table: sms, pdu, canonical_addresses; Size: 1454080 bytes)<br>**Body file:** chat-1.txt<br><br>Participants:<br><br>     +1561 ■■■■■<br>     Anna & Emma 1* | |

From: 561 ■■■■■ Anna & Emma 1
I just saw your hot vid on kik!
Status: Read
                                    12/10/2023 1:34:17 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F078 (Table: sms; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ■■■■■ Anna & Emma 1
Im going to slide the bottoms aside on the 2nd night and take Emma like I would an older woman
To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ■■■■■ Anna & Emma 1 | | | |

Status: Sent
                                    12/10/2023 1:38:15 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x53316 (Table: pdu, addr, part; Size: 1454080 bytes)

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-CR-80219-AMC
EXHIBIT NO. GX 156

1



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x53250 (Table: pdu, addr, part; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x5318A (Table: pdu, addr, part; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x53A63 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

She'd love you if you brought her a gift too. Like a stuffed animal or teddy bear or something like that . It would be a good ice breaker. Could u do that ?

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 2:46:04 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA3F65 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ███████ Anna & Emma 1

Already done

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 2:49:05 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms .db : 0xA3E75 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

Yay she will love it!!

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 2:50:29 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms .db : 0xA3DAF (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

**What kind of stuffy?**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

**Status:** Read

12/10/2023 2:50:38 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xA3CE9 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ███████ Anna & Emma 1

**A unicorn**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |

**Status:** Sent

12/10/2023 2:50:53 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xA3BF9 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

**Omg she loves unicorns**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

**Status:** Read

12/10/2023 2:51:17 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xA3B33 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561█████ Anna & Emma 1
To: +1561█████ Anna & Emma 1
To: +17608038825 (owner)

So I'll just hit u up when in the area on Tuesday and what hotel I pick

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 2:51:44 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA3A6D
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561█████ Anna & Emma 1
To: +1561█████ Anna & Emma 1
To: +17608038825 (owner)

Does that work

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 2:53:07 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xA39A7 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561█████ Anna & Emma 1

That'll work, id suggest closer to Escondido. I'm not sure what's going on but event having text and voicemail issues. This is just stupid. If I figure this out I'll pick a place tonight

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 2:53:59 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA38B6 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

Okay I'll see what I find and let you know!

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 2:57:05 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0xA37F0 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

Is that sexy black lingerie in ur vid an XS too or just the red one

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 2:57:18 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA372A
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ███████ Anna & Emma 1

They both say small but they're little enough I think they'll fit her. They black one may be too big for a few months but she'll grow into her with all the cum I fill her with

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:00:36 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA3639 (Table: pdu, addr, part;
Size: 1454080 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

Mmmm yes that'll work

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 3:04:30 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xA3573 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ████ Anna & Emma 1

I'm bringing a speculum too to help keep her open

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:05:26 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0xA3483 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

How the hell do you have one lol where do you even get that lol

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 3:06:04 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA33BD
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561▮▮▮▮▮ Anna & Emma 1

An Gynecologist I know gifted me one for fucking her daughter and helping induce labor

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561▮▮▮▮ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:09:12 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA32CD (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561▮▮▮▮ Anna & Emma 1

I'm going to open her up and you'll be able to see my cum inside her womb

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561▮▮▮▮ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:12:14 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA31DD (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561▮▮▮▮ Anna & Emma 1

I'm cumming inside her, she needs bareback and cum her first time.

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561▮▮▮▮ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:13:21 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xA30ED (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ■■■■■ Anna & Emma 1
To: +1561 ■■■■■ Anna & Emma 1
To: +17608038825 (owner)

Yesss and you're her lucky first cum too

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ■■■■■ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 3:19:22 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x130F65 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ■■■■■ Anna & Emma 1

I wish I could throw a small party with another mom and daughter I know and make her first time a special event bu

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ■■■■■ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:30:28 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x130E75 (Table: pdu, addr, part;
Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ■■■■■ Anna & Emma 1

But I love alone time too

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ■■■■■ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:30:41 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x130D85 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ███ Anna & Emma 1

I'll take hours to break her in

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561 ███ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:30:58 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x130C95 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ███ Anna & Emma 1

It's an all day fucking from check in till the next day. She'll have to eat while spared on my cock

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561 ███ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 3:32:11 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x130BA5 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███ Anna & Emma 1
To: +1561 ███ Anna & Emma 1
To: +17608038825 (owner)

Well I'd rather her first time be special and private anyways

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561 ███ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 4:06:27 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x130ADF (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 █████ Anna & Emma 1

Of course but she'll need a cumming out party at some point

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 4:07:10 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1309EF (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 █████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

All day affair

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 4:07:12 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x130929 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ████ Anna & Emma 1

I will break her in properly. I hope you cum a lot as I take her

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 4:08:34 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x130839 (Table: pdu, addr, part; Size: 1454080 bytes)









From: +1561 ███ Anna & Emma 1
To: +1561 ███ Anna & Emma 1
To: +17608038825 (owner)

Perfect. Nice and slow till she is ready

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561 ███ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 4:16:08 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x1304F6 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███ Anna & Emma 1
To: +1561 ███ Anna & Emma 1
To: +17608038825 (owner)

Can you bring lube please for her

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561 ███ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 4:16:15 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x130430 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +156 ███ Anna & Emma 1

Of course, I don't want to dry fuck her. Does she get wet at all?

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561 ███ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 4:17:02 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x130340
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561███████ Anna & Emma 1
To: +1561███ Anna & Emma 1
To: +17608038825 (owner)

Yes but a little bit. She needs lube

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561██████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/10/2023 9:31:01 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1300E0 (Table: pdu, addr, part; Size: 1454080 bytes)

---

From: +17608038825 (owner)
To: +1561███ Anna & Emma 1

I would never fuck a girl without lube even if she got wet

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561███ Anna & Emma 1 | | | |

Status: Sent

12/10/2023 9:36:31 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x129F3B (Table: pdu, addr, part; Size: 1454080 bytes)

---

From: +17608038825 (owner)
To: +1561███ Anna & Emma 1

Send a photo of you and Emma

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561███ Anna & Emma 1 | | | |

Status: Sent

12/11/2023 2:03:52 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1293D3 (Table: pdu, addr, part; Size: 1454080 bytes)

---

From: +1561███ Anna & Emma 1

12/11/2023 11:46:40 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x21BE28 (Table: messages; Size: 2572288 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db-wal : 0x3FE04 (Table: participants; Size: 524288 bytes)

From: +1561 ███ Anna & Emma 1

12/11/2023 11:46:58 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x21B7A5 (Table: messages; Size: 2572288 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db-wal : 0x3FE04 (Table: participants; Size: 524288 bytes)



From: +1561 ███ Anna & Emma 1
To: +1561 ███ Anna & Emma 1
To: +17608038825 (owner)

We'll be driving over starting in the morning!

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561 ███ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/11/2023 11:47:00 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x144F65 (Table: pdu, addr, part; Size: 1454080 bytes)

From: +17608038825 Michael Douglas (owner)

12/11/2023 11:47:00 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x21B6E6 (Table: messages; Size: 2572288 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db-wal : 0x3F489 (Table: participants; Size: 524288 bytes)

From: +17608038825 (owner)
To: +1561 ███ Anna & Emma 1

It should take 7 hours. Be safe. What area did you pick for a hotel

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561 ███ Anna & Emma 1 | | | |

Status: Sent

12/11/2023 11:53:37 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144E75
(Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21CBE3
(Table: messages; Size: 2572288 bytes)



From: +1561[redacted] Anna & Emma 1
To: +1561[redacted] Anna & Emma 1
To: +17608038825 (owner)

7??? Shit I thought 4 to 5 maybe. I'll leave early. I was thinking of rolling up to something kinda close to Legoland

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561[redacted] Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/11/2023 11:57:47 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144DAF (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561[redacted] Anna & Emma 1
To: +1561[redacted] Anna & Emma 1
To: +17608038825 (owner)

Goal is to try to get over there by like mid day or so to the hotel

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561[redacted] Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/11/2023 11:58:34 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144CE9 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561[redacted] Anna & Emma 1

Check-in is usually at 3 pm

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561[redacted] Anna & Emma 1 | | | |

Status: Sent

12/11/2023 11:59:28 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144BF9 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21C5A0 (Table: messages; Size: 2572288 bytes)



From: +1561 [redacted] Anna & Emma 1
To: +1561 [redacted] Anna & Emma 1
To: +17608038825 (owner)

True. Maybe they'll feel bad for a mom traveling solo with her young daughter haha. Some places do early check in so I'm not too worried

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:00:01 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144B33 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 [redacted] Anna & Emma 1

5 hours and 52 minutes or 6 hours and 2 minutes from the Phoenix area to Legoland

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |

Status: Sent

12/12/2023 12:01:30 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144A43 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21EB68 (Table: messages; Size: 2572288 bytes)



From: +1561 [redacted] Anna & Emma 1
To: +1561 [redacted] Anna & Emma 1
To: +17608038825 (owner)

Blah okay imma get to bed then so we can get driving early. You still ready for emma?

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:02:25 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14497D (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 [redacted] Anna & Emma 1

Cum by my place and use the hot tub

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |

Status: Sent

12/12/2023 12:02:49 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14488D (Table: pdu, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21E9E7 (Table: messages; Size: 2572288 bytes)



From: +1561 [redacted] Anna & Emma 1
To: +1561 [redacted] Anna & Emma 1
To: +17608038825 (owner)

I thought u had roommates

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:03:08 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1447C7 (Table: pdu, addr, part; Size: 1454080 bytes)

From: +17608038825 (owner)
To: +1561 [redacted] Anna & Emma 1

I do but the pool and hot tub isn't in my house it's a gated complex

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |

Status: Sent

12/12/2023 12:03:35 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1446D7 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21E56F (Table: messages; Size: 2572288 bytes)



From: +17608038825 (owner)
To: +156⬛⬛⬛⬛ Anna & Emma 1

Enema ready

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156⬛⬛⬛ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 12:04:04 AM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x149C0C (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x21E496 (Table: messages; Size: 2572288 bytes)



From: +156⬛⬛⬛ Anna & Emma 1
To: +156⬛⬛⬛ Anna & Emma 1
To: +17608038825 (owner)

Oooooh okay

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156⬛⬛ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:04:35 AM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x149B46 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +156⬛⬛⬛ Anna & Emma 1
To: +156⬛⬛⬛ Anna & Emma 1
To: +17608038825 (owner)

Well I guess if the hotel isn't ready for us when I get there then we could do that also. Or at some point while we are all here together

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156⬛⬛⬛ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:05:09 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x149A80 (Table: pdu, addr, part;
Size: 1454080 bytes)



From: +1561███████ Anna & Emma 1
To: +1561███████ Anna & Emma 1
To: +17608038825 (owner)

Lemme know where if u want. If not it's cool, I'll pick a hotel anyway

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:06:03 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1499BA
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561███████ Anna & Emma 1

Ik good anywhere, the better places are in Carlsbad but San Marcos or Escondido is more convenient locale to get around

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561███████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 12:11:01 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1498CA (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21F351 (Table: messages; Size: 2572288 bytes)

From: +1561███████ Anna & Emma 1
To: +1561███████ Anna & Emma 1
To: +17608038825 (owner)

Aw okay cause I was thinking of looking at Carlsbad and near Legoland. Carlsbad seemed nice. U can make any of those areas though? Carlsbad or San Marcos or Escondido?

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| +1561███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:13:22 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x149804 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +156█ ████ Anna & Emma 1
To: +156█ ████ Anna & Emma 1
To: +17608038825 (owner)

Also when are u free tomorrow anyway? I can't remember if u are working or have the day off

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156█ ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:14:50 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14973E (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +156█ ████ Anna & Emma 1

I'm off

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156█ ████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 12:38:43 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x149F3B (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x22394F (Table: messages; Size: 2572288 bytes)



From: +156█ ████ Anna & Emma 1
To: +156█ ████ Anna & Emma 1
To: +17608038825 (owner)

Few hours left of the drive! And I've fingered Emma a few times for you this morning so far like you asked. Getting her ready

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156█ ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 11:28:14 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x149444 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561‎ Anna & Emma 1

Good I have a mini bullet vibrator that I'll use with KY lube to get her ready

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561‎ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 11:53:48 AM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x149354 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x22D55A (Table: messages; Size: 2572288 bytes)



From: +1561‎ Anna & Emma 1
To: +1561‎ Anna & Emma 1
To: +17608038825 (owner)

Even better. Bring that too then

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561‎ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:44:05 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14928E (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561‎ Anna & Emma 1

I am even a double headed dildo

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561‎ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 12:51:46 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14919E (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x2327CA (Table: messages; Size: 2572288 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

Thats hot how are we going about that

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 12:52:20 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1490D8 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ████ Anna & Emma 1

How, after she is use to my size and filled with cum I'll slide in the double headed dildo in
before she closes up and then you can fuck her too

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 1:03:11 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14EF3A (Table: pdu, addr, part;
Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2325CE (Table: messages;
Size: 2572288 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

Damn thats hot. Gonna be a sexy busy day

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 1:27:10 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x14EE74 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561███████ Anna & Emma 1
To: +1561███████ Anna & Emma 1
To: +17608038825 (owner)

Well damn bring that and the other stuff. Her little vibrator and KY. Don't forget her sexy red outfit and her unicorn! She's gonna love you

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 1:28:02 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14EDAE (Table: pdu, addr, part; Size: 1454080 bytes)

From: +17608038825 (owner)
To: +1561███████ Anna & Emma 1

I'm not gonna forget

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561███████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 1:56:03 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14E87B (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2338AC (Table: messages; Size: 2572288 bytes)



From: +1561███████ Anna & Emma 1
To: +1561███████ Anna & Emma 1
To: +17608038825 (owner)

Almost there! I'm like less than 30 min away from Carlsbad

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 2:41:52 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14AC75 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

omg look how cute and cozy this lobby is. There's a pool here too

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 3:32:31 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14ABAF
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

Attachments:

Size: 555913
File name: 1000000371.jpg
1000000371.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 3:32:38 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14AAE6 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702413160524 :  (Size: 555913 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

I'm talking to the people at the counter now. I told them we've been driving a while and would really appreciate a room so Emma can nap. They said they can give me a room now from someone who checked out early. It's the Fairfield off of Palomar or something like that. I'll text u the address

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 3:34:36 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14AA20 (Table: pdu, addr, part;
Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

it's 1929 Palomar oaks way

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 3:41:55 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14A95A (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ███████ Anna & Emma 1

Too cute

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 4:25:50 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14A5EB (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x243C51 (Table: messages; Size: 2572288 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +17608038825 (owner)

It is. What time are you getting here? I can order pizza or something to be delivered for all of us

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 4:37:46 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14A525 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +156█ ████ Anna & Emma 1

I'm not able to head your way just yet. I'm a cab driver for a bit. My mom's car died.

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156█ ███ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 4:49:31 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14A257 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x24496B (Table: messages; Size: 2572288 bytes)



From: +156█ ████ Anna & Emma 1
To: +156█ ████ Anna & Emma 1
To: +17608038825 (owner)

Ohhh damn okay. Around when are u able to be free and head over here? This way i can figure out what to do with Emma till then

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156█ ███ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 4:53:14 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14A191 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +156█ ████ Anna & Emma 1
To: +156█ ████ Anna & Emma 1
To: +17608038825 (owner)

Yooo what's up cause I got an 8yo I'm trying to figure out wtf to do with lol

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156█ ███ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 5:28:44 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x157E1B (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ████ Anna & Emma 1

**Probably around 5-5:30**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 5:51:04 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x157D2B (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x244E5C (Table: messages; Size: 2572288 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

**Alright I'll feed her now then**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 5:54:56 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x157C65 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

**Maybe ill let her take a quick nap or something. Shes tired from the drive. FYI tho I don't want her up super late cause I wanna take her to Legoland tomorrow. So no late night fucking for her tonight**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 5:58:34 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x157B9F (Table: pdu, addr, part;
Size: 1454080 bytes)



From: +1561 ██████ Anna & Emma 1
To: +1561 ██████ Anna & Emma 1
To: +17608038825 (owner)

But let me know if ur coming or not cause if not then I'm doing my own thing with her, take her sight seeing the rest or the day or something fun

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ██████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 6:00:03 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x157AD9 (Table: pdu, addr, part; Size: 1454080 bytes)

From: +1561 ██████ Anna & Emma 1
To: +1561 ██████ Anna & Emma 1
To: +17608038825 (owner)

Actually, if you aren't coming then I'll just skip her nap now and take her out the rest of the day.

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ██████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 6:02:04 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x157A13 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ██████ Anna & Emma 1

I will be there, I'll come as soon as I'm done driving my mom around and let you know when that is as soon as I reach her place

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ██████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 6:08:22 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x157922 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x248844 (Table: messages; Size: 2572288 bytes)



From: +17608038825 (owner)
To: +1561█████ Anna & Emma 1

I'm planning to come and cum

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 6:06:35 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x157832 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x24876B (Table: messages; Size: 2572288 bytes)



From: +1561█████ Anna & Emma 1
To: +1561█████ Anna & Emma 1
To: +17608038825 (owner)

Haha yes you'll cum. Okay I'll feed her now then and get her ready for you. Let me know when ur getting ready to head over or when u think u will be here. Just please don't come super late. She's cranky at night. Her first time needs to be special and good

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 6:08:40 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15776C (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561█████ Anna & Emma 1

It does need to be special. I won't be too later

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 7:54:00 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x157473 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x24C4BD (Table: messages; Size: 2572288 bytes)



From: +1561████████ Anna & Emma 1
To: +1561████████ Anna & Emma 1
To: +17608038825 (owner)

It gets dark early as heck here. Oh OK u still leaving 5-5:30 ish?

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561████████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 7:55:47 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1573AD
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561████████ Anna & Emma 1

I hope so heading to drop my mom off

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561████████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 7:57:36 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1572BD (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x24CACC (Table: messages; Size: 2572288 bytes)



From: +1561████████ Anna & Emma 1
To: +17608038825 (owner)
To: +1561████████ Anna & Emma 1

I just realized it's already past 5

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +17608038825 | | | |
| +1561████████ Anna & Emma 1 | | | |

Status: Read

12/12/2023 8:05:46 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1571F7 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +1760████████ (owner)

Shit that's like 8pm my time back in florida. No wonder Emma is tired

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

**Status:** Read

12/12/2023 8:08:15 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x157131
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███████ Anna & Emma 1
To: +1561 ███████ Anna & Emma 1
To: +1760████████ (owner)

hey this whole thing seemed  exciting but I've been patient and stuck in this hotel with Emma for five hours now. On top of bothof us dealing with the time change. So if ur not coming or whatever just tell me now please.  I'll call it a day with her. get some sleep, I'll be taking her to Legoland tomorrow and then drive back go AZ right after

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |
| +17608038825 | | | |

**Status:** Read

12/12/2023 8:32:12 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15CCE6 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ███████ Anna & Emma 1

I'm sorry

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███████ Anna & Emma 1 | | | |

**Status:** Sent

12/12/2023 8:40:45 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x15CBF6 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x24D847 (Table: messages; Size: 2572288 bytes)



From: +1561 ███ Anna & Emma 1
To: +1561 ███ Anna & Emma 1
To: +17608038825 (owner)

It's OK I just need to know what's up because it's been a long day and it's getting late now.

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 8:41:47 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15CB30 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ███ Anna & Emma 1
To: +1561 ███ Anna & Emma 1
To: +17608038825 (owner)

I've been trying to keep her going. So what's up

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 8:42:36 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15CA6A (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ███ Anna & Emma 1

Let her get rest and tomorrow is her big day

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ███ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 8:44:12 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C97A (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x2596F0 (Table: messages; Size: 2572288 bytes)



From: +1561█████ Anna & Emma 1
To: +1561█████ Anna & Emma 1
To: +17608038825 (owner)

Okay well I'm taking her back to Arizona tomorrow after park.

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 8:44:57 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x15C8B4 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561█████ Anna & Emma 1
To: +1561█████ Anna & Emma 1
To: +17608038825 (owner)

So we wont be seeing yku tomotrow. So, you're not coming ?

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 8:45:33 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x15C7EE (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561█████ Anna & Emma 1

Let her get a nap and I'll come over. I need a shower and will be ob my way.

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 8:47:30 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C6FE (Table:
pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x259844 (Table:
messages; Size: 2572288 bytes)



From: +1561▮▮▮▮▮ Anna & Emma 1
To: +1561▮▮▮▮▮ Anna & Emma 1
To: +17608038825

Dude idk how to know if ur being serious or not. I don't want u to lead me on for no reason

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561▮▮▮▮ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 8:49:44 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C549 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561▮▮▮▮ Anna & Emma 1

I'm not leading you on. I thought you had a few day's here. I'm an idiot

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561▮▮▮▮ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 8:52:30 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C459
(Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x25EA32
(Table: messages; Size: 2572288 bytes)



From: +1561▮▮▮▮▮ Anna & Emma 1
To: +1561▮▮▮▮▮ Anna & Emma 1
To: +17608038825 (owner)

She wants to go back to her cousins after Legoland so I'm just gonna take her back tomorrow

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561▮▮▮▮ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 8:53:21 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C393 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561████ Anna & Emma 1
To: +1561████ Anna & Emma 1
To: +17608038825 (owner)

So if ur not coming over then just forget it  all good. We've been here all day just for u

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 8:54:13 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C2CD (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561████ Anna & Emma 1
To: +1561████ Anna & Emma 1
To: +17608038825 (owner)

I appreciate you calling me

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:03:41 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C207 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561████ Anna & Emma 1
To: +1561████ Anna & Emma 1
To: +17608038825 (owner)

I'll give Emma sugar

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:03:45 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C141 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ████ Anna & Emma 1

She'll taste sweet too

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156█ ████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 9:06:53 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x160F3B (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x26158E (Table: messages; Size: 2572288 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

Mm good point.

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:09:38 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x160E75 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

It's 1929 Palomar oaks way

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:23:03 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x160B16 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

Times flying dude, u leave yet? I didn't realize it was kinda a far drive too

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:24:06 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x160A50 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 ████ Anna & Emma 1

Heading out now. she'll pass out a few times and sleep with me inside her

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156 ████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 9:26:18 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x160960 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x26242B (Table: messages; Size: 2572288 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

Mmmm perfect. I'll have her ready for u

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:29:04 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x16089A (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 [redacted] Anna & Emma 1
To: +1561 [redacted] Anna & Emma 1
To: +17608038825 (owner)

U said it's like 30 something minutes for u?

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:29:32 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x1607D4 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561 [redacted] Anna & Emma 1

About that as I get close I'll text

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |

Status: Sent

12/12/2023 9:32:48 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1606E4 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x268844 (Table: messages; Size: 2572288 bytes)

From: +1561 [redacted] Anna & Emma 1
To: +1561 [redacted] Anna & Emma 1
To: +17608038825 (owner)

Cool

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 [redacted] Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:33:52 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x16061E (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

**U should be close**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:55:14 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x160558 (Table: pdu, addr, part; Size: 1454080 bytes)

From: +17608038825 (owner)
To: +1561 ████ Anna & Emma 1

**San Marcos Blvd**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 9:58:31 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x160468 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x267BE3 (Table: messages; Size: 257288 bytes)

From: +1561 ████ Anna & Emma 1
To: +1561 ████ Anna & Emma 1
To: +17608038825 (owner)

**How far is that**

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 9:59:16 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1603A2 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561█████ Anna & Emma 1
To: +1561█████ Anna & Emma 1
To: +17608038825 (owner)

It's been an hour since we talked dude ur really pushing it with Emma

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Read

12/12/2023 10:00:00 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1602DC
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +17608038825 (owner)
To: +1561█████ Anna & Emma 1

I'm hurrying, traffic sucks in California and I can't run code

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +156█████ Anna & Emma 1 | | | |

Status: Sent

12/12/2023 10:01:00 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x1601EC (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db :
0x267537 (Table: messages; Size: 2572288 bytes)



From: +1561█████ Anna & Emma 1
To: +1561█████ Anna & Emma 1
To: +17608038825 (owner)

So what's ur eta then

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561█████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Unread

12/12/2023 10:02:06 PM(UTC-5)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x160126 (Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ████████ Anna & Emma 1
To: +1561 ████████ Anna & Emma 1
To: +17608038825 (owner)

Dude what the heck you're killing me. I'd rather just u tell me the truth

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Unread

12/12/2023 10:11:02 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x160060
(Table: pdu, addr, part; Size: 1454080 bytes)



From: +1561 ████████ Anna & Emma 1
To: +1561 ████████ Anna & Emma 1
To: +17608038825 (owner)

Forget this

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +1561 ████████ Anna & Emma 1 | | | |
| +17608038825 | | | |

Status: Unread

12/12/2023 10:12:10 PM(UTC-5)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x161F65 (Table: pdu, addr, part; Size: 1454080 bytes)