

*[signature]*
4/23/25