


**Extraction Report** - Google Android Generic

## Chats (1)

### Kik Messenger (1)

daddybreedsfam_gia@talk.kik.com (1)

| # | | Deleted |
|---|---|---|
| 1 | Start Time: 12/11/2023 8:42:52 PM(UTC-8)<br>Last Activity: 12/11/2023 10:04:37 PM(UTC-8)<br>Number of attachments: 0<br>Source: Kik Messenger<br>Account: daddybreedsfam_gia@talk.kik.com<br>Source file: Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x119371 (Table: messagesTable, KIKcontactsTable; Size: 1769472 bytes)<br>Body file: chat-1.txt<br><br>**Participants:**<br><br>daddybreedsfam_gia@talk.kik.com<br>DaddyBreedsFam (owner)<br><br>6.saltbabe.9_edv@talk.kik.com<br>Anna . | |

---

From: daddybreedsfam_gia@talk.kik.com DaddyBreedsFam (owner)
To: 6.saltbabe.9_edv@talk.kik.com Anna .

Are you in AZ now?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 6.saltbabe.9_edv@talk.kik.com Anna . | | | |

12/11/2023 8:42:52 PM(UTC-8)

Source Info:
Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x119371 (Table: messagesTable, KIKcontactsTable; Size: 1769472 bytes)

---

From: 6.saltbabe.9_edv@talk.kik.com Anna .
To: daddybreedsfam_gia@talk.kik.com DaddyBreedsFam (owner)

Hell yeah, I'll be driving with her starting tomorrow morning over to Cali!

| Participant | Delivered | Read | Played |
|---|---|---|---|
| daddybreedsfam_gia@talk.kik.com DaddyBreedsFam | | | |

12/11/2023 8:51:01 PM(UTC-8)

Source Info:
Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x11AFDD (Table: messagesTable, KIKcontactsTable; Size: 1769472 bytes)

AO386-C
**GOVERNMENT EXHIBIT**
CASE NO. 23-CR-80219-AMC
EXHIBIT NO. GX 158

From: daddybreedsfam_gia@talk.kik.com DaddyBreedsFam (owner)
To: 6.saltbabe.9_edv@talk.kik.com Anna .

You should finger her for most of the drive

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 6.saltbabe.9_edv@talk.kik.com Anna . | | | |

12/11/2023 8:56:33 PM(UTC-8)

Source Info:
Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x11A701 (Table: messagesTable, KIKcontactsTable; Size: 1769472 bytes)

From: 6.saltbabe.9_edv@talk.kik.com Anna .
To: daddybreedsfam_gia@talk.kik.com DaddyBreedsFam (owner)

Oooh you want me to get her ready for you?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| daddybreedsfam_gia@talk.kik.com DaddyBreedsFam | | | |

12/11/2023 8:59:00 PM(UTC-8)

Source Info:
Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x11A4F3 (Table: messagesTable, KIKcontactsTable; Size: 1769472 bytes)

From: daddybreedsfam_gia@talk.kik.com DaddyBreedsFam (owner)
To: 6.saltbabe.9_edv@talk.kik.com Anna .

Yes I do,

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| 6.saltbabe.9_edv@talk.kik.com Anna . | | | |

12/11/2023 10:04:37 PM(UTC-8)

Source Info:
Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x7E989 (Table: messagesTable, KIKcontactsTable; Size: 1769472 bytes)

4/23/25