



**Extraction Report** - Google Android Generic

## Chats (1)

⚠ * These details are cross-referenced from this device's contacts

## Native Messages (1)

| # | | Deleted |
|---|---|---|
| 1 | **Start Time:** 12/7/2023 8:11:55 AM(UTC+0)<br>**Last Activity:** 12/13/2023 12:35:21 AM(UTC+0)<br>**Number of attachments:** 16<br>**Source:** Native Messages<br>**Source file:** Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1328AA (Table: pdu, sms, canonical_addresses; Size: 1454080 bytes)<br>**Body file:** chat-1.txt<br><br>Participants: | |



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1328AA (Table: pdu, addr, part, Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1701936714615_Projectile.amr : (Size: 314566 bytes)



A0386-C
GOVERNMENT
EXHIBIT

CASE
NO.

EXHIBIT
NO.    ｜ㄱㄱ

(owner)
To: +

Lady ___ are you doing better? At the casino?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

12/8/2023 9:25:18 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0xBDC73 (Table: sms; Size: 1454080 bytes)



From:

Who this

Status: Read

12/8/2023 10:18:55 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBDC16 (Table: sms; Size: 1454080 bytes)

(owner)
To: +

Michael Douglas

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

12/8/2023 10:19:19 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBDBB8 (Table: sms; Size: 1454080 bytes)

(owner)
To: +

Hope you were able to keep the car.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

12/8/2023 10:20:15 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBDB43 (Table: sms; Size: 1454080 bytes)



From:

Yeah I am

Status: Read

12/8/2023 10:20:30 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBDFC7 (Table: sms; Size: 1454080 bytes)



From:

Getting a car tomm

Status: Read

12/8/2023 10:20:47 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBDF62 (Table: sms; Size: 1454080 bytes)



From:

Can u cash app me

Status: Read

12/8/2023 10:20:54 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBDEFE (Table: sms; Size: 1454080 bytes)



From:

I Aldi got a bank

Status: Read

12/8/2023 10:21:11 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBDE99 (Table: sms; Size: 1454080 bytes)



From:

Chase hopefully thing look up

Status: Read

12/8/2023 10:21:27 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBDE29 (Table: sms; Size: 1454080 bytes)

From: ▓▓▓▓▓▓▓▓
Can u please
Status: Read

12/8/2023 10:35:03 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xED8E8 (Table: sms; Size: 1454080 bytes)

(owner)
To: + ▓▓▓▓▓▓▓▓
Okay on song

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓ | | | |

Status: Sent

12/8/2023 10:49:02 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBD890 (Table: sms; Size: 1454080 bytes)

From: +17608038825 (owner)
To: + ▓▓▓▓▓▓▓▓
Attachments:



Size: 314566
File name: recording000000.amr
recording000000.amr

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓ | | | |

Status: Sent

12/8/2023 10:51:08 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3422D (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702032668899_recording000000.amr :  (Size: 314566 bytes)

From: ▓▓▓▓▓▓▓▓
I'm at garage
Status: Read

12/8/2023 11:33:22 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBD82D (Table: sms; Size: 1454080 bytes)

From: [redacted]
Harrahs
Status: Read

12/8/2023 11:33:24 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xED7D2 (Table: sms; Size: 1454080 bytes)

From: [redacted]
lol
Status: Read

12/8/2023 11:55:57 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xED77B (Table: sms; Size: 1454080 bytes)

From: [redacted]
Wya
Status: Read

12/8/2023 12:01:53 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xED725 (Table: sms; Size: 1454080 bytes)

(owner)
To: [redacted]
I was at a strip club then running some deals getting fucked not in the good way now at my place

| Participant | Delivered | Read | Played |
|---|---|---|---|
| [redacted] | | | |

Status: Sent

12/8/2023 12:05:13 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xBD674 (Table: sms; Size: 1454080 bytes)

From: [redacted]
Hey u
Status: Read

12/8/2023 6:57:37 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xBD618 (Table: sms; Size: 1454080 bytes)



From:

Almost there

Status: Read

12/8/2023 7:21:06 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x8D5B8 (Table: sms; Size: 1454080 bytes)



From:

Ok maybe 7 min or less

Status: Read

12/8/2023 10:50:55 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5ABC0 (Table: sms; Size: 1454080 bytes)



From:

I low key need like 100-

Status: Read

12/8/2023 10:51:02 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5AB55 (Table: sms; Size: 1454080 bytes)



(owner)
To:

I haven't been able to go to the bank yet

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/8/2023 10:51:22 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.
db : 0x5AAD0 (Table: sms; Size: 1454080 bytes)

(owner)
To: +

The family card is with my mom at Walmart

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

Status: Sent

12/8/2023 10:51:43 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.d
b : 0x5AA62 (Table: sms; Size: 1454080 bytes)



From:
Smh
Status: Read

12/8/2023 10:52:48 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5AA0A (Table: sms; Size: 1454080 bytes)



From:
CN u ask her
Status: Read

12/8/2023 10:52:56 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A9AA (Table: sms; Size: 1454080 bytes)



(owner)
To: +

I can but she is in Vista. The soonest will be after dinner hour. If I have to roll up to Harrah's I
possibly could but will be good stuff or a nap

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

Status: Sent

12/8/2023 10:56:22 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x5A8C7 (Table: sms; Size:
1454080 bytes)



(owner)
To: ▮

**Are you almost here? Need to take off in a minute**

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/8/2023 11:11:51 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x5A604 (Table: sms; Size: 1454080 bytes)

(owner)
To: ▮

**Heading out**

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/8/2023 11:17:38 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A4EF (Table: sms; Size: 1454080 bytes)

From: ▮

**U never sent any**

Status: Read

12/9/2023 6:05:25 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A25F (Table: sms; Size: 1454080 bytes)

From: ▮

**Or got back to me**

Status: Read

12/9/2023 6:05:37 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A1FB (Table: sms; Size: 1454080 bytes)

From:

Smh

Status: Read

12/9/2023 6:30:14 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A1A5 (Table: sms; Size: 1454080 bytes)

(owner)
To: +

I'm still running. no way to send you any money but I have so e cash

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

Status: Sent

12/9/2023 7:16:00 AM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x5A459
(Table: sms; Size: 1454080 bytes)

(owner)
To :

I'll make my way up

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

Status: Sent

12/9/2023 7:16:38 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A143 (Table: sms; Size: 1454080 bytes)

(owner)
To :

Or not. I give up.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

Status: Sent

12/9/2023 8:53:10 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A862 (Table: sms; Size: 1454080 bytes)



**From:**
Smh
**Status:** Read
12/9/2023 10:22:05 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A3FF (Table: sms; Size: 1454080 bytes)



**From:**
I just woke up
**Status:** Read
12/9/2023 10:22:18 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A39E (Table: sms; Size: 1454080 bytes)



**From:**
U got some blankets
**Status:** Read
12/9/2023 10:22:23 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A337 (Table: sms; Size: 1454080 bytes)



**From:**
Freezing
**Status:** Read
12/9/2023 10:22:26 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A2DB (Table: sms; Size: 1454080 bytes)



(owner)
**To:**
Some where are you?

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

**Status:** Sent
12/9/2023 11:28:49 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A59F (Table: sms; Size: 1454080 bytes)



(owner)
To:

Shit never got these text until now

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/9/2023 11:30:01 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A7ED (Table: sms; Size: 1454080 bytes)

(owner)
To:

Please let me know you're okay. I'll warm you up if you can come to me, if not I'll come to you

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/9/2023 12:54:16 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x5A73C (Table: sms; Size: 1454080 bytes)



From:

I'll come

Status: Read

12/9/2023 3:15:38 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5A6DB (Table: sms; Size: 1454080 bytes)

From:

I'm starving

Status: Read

12/9/2023 3:15:40 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5AFC3 (Table: sms; Size: 1454080 bytes)



From:

Wya

Status: Read

12/9/2023 3:15:40 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x5AF6C (Table: sms; Size: 1454080 bytes)



From:
Or cab y come
Status: Read

12/9/2023 3:31:40 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCBA9 (Table: sms; Size: 1454080 bytes)



From:
Or cash app me
Status: Read

12/9/2023 3:31:54 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCB48 (Table: sms; Size: 1454080 bytes)

From:
No update
Status: Read

12/10/2023 12:52:39 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCAEB (Table: sms; Size: 1454000 bytes)



From:
?
Status: Read

12/10/2023 1:18:55 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCA97 (Table: sms; Size: 1454080 bytes)



From:
I can't even get my
Status: Read

12/10/2023 1:18:58 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCA30 (Table: sms; Size: 1454080 bytes)



From
Car out of valet
Status: Read
12/10/2023 1:19:06 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC9CD (Table: sms; Size: 1454080 bytes)



From
Shit
Status: Read
12/10/2023 1:19:23 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC976 (Table: sms; Size: 1454080 bytes)



From:
N didn't pay me
Status: Read
12/10/2023 1:19:33 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC913 (Table: sms; Size: 1454080 bytes)



From:
Plz come
Status: Read
12/10/2023 1:19:39 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC8B8 (Table: sms; Size: 1454080 bytes)



From
Phone gonna die
Status: Read
12/10/2023 1:19:55 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCFC1 (Table: sms; Size: 1454080 bytes)



From:
12%
Status: Read

12/10/2023 1:19:59 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCF68 (Table: sms; Size: 1454080 bytes)



From:
It will work
Status: Read

12/10/2023 1:33:19 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCF0A (Table: sms; Size: 1454080 bytes)



From:
I think hopefully
Status: Read

12/10/2023 1:33:25 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCEA5 (Table: sms; Size: 1454080 bytes)



From:
Phone bout to die can u just send 40
Status: Read

12/10/2023 1:33:37 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCE2E (Table: sms; Size: 1454080 bytes)



From:
If it works I'll tell I right away
Status: Read

12/10/2023 1:33:46 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCDB8 (Table: sms; Size: 1454080 bytes)



From:
Triplexluxxxie3
Status: Read

12/10/2023 1:34:07 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCD59 (Table: sms; Size: 1454080 bytes)



From:
Phone on 4%
Status: Read

12/10/2023 1:35:04 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCCF8 (Table: sms; Size: 1454080 bytes)



(owner)
To: +
At 711 it won't allow me to add money

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/10/2023 1:50:16 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCC83 (Table: sms; Size: 1454080 bytes)

From:
Ok
Status: Read

12/10/2023 1:52:18 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDCC2C (Table: sms; Size: 1454080 bytes)



From:
Just forget it
Status: Read

12/10/2023 1:52:23 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC7F3 (Table: sms; Size: 1454080 bytes)

From:
Of u can bring me the 200
Status: Read

12/10/2023 1:52:28 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC787 (Table: sms; Size: 1454080 bytes)

From:
Plz
Status: Read

12/10/2023 1:52:30 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC730 (Table: sms; Size: 1454080 bytes)

From:
I'll do dance for u later tonight
Status: Read

12/10/2023 1:52:38 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC6BC (Table: sms; Size: 1454080 bytes)

From
Or something
Status: Read

12/10/2023 1:52:40 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC65C (Table: sms; Size: 1454080 bytes)

(owner)
To: +
I will be there at 730

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/10/2023 1:53:07 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC5F7 (Table: sms; Size: 1454080 bytes)

(owner)
To:
**Maybe sooner**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

12/10/2023 1:53:59 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xDC599 (Table: sms; Size: 1454080 bytes)



From:
**Okay**
Status: Read

12/10/2023 2:01:13 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x109FCB (Table: sms; Size: 1454080 bytes)

(owner)
To:
**On way 0 out**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

12/10/2023 3:38:13 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x109DCA (Table: sms; Size: 1454080 bytes)

From:
**So how far away**
Status: Read

12/10/2023 3:41:01 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x109D10 (Table: sms; Size: 1454080 bytes)

(owner)
To :

https://www.google.com/maps/place/@/data=!4m2!3m1!1s0x8cdb8a2f0d68e065:0xcd
e95de1cd36a4b4

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/10/2023 3:43:05 AM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x109C68 (Table: sms;
Size: 1454080 bytes)

From

Just tell me

Status: Read

12/10/2023 3:48:29 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x109C04 (Table: sms; Size: 1454080 bytes)

(owner)
To :

Shoot in self parking I didn't see this until I parked

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/10/2023 4:05:11 AM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x109948 (Table: sms; Size: 1454080 bytes)

From :

Ok

Status: Read

12/10/2023 4:05:39 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1098EE (Table: sms; Size: 1454080 bytes)

From

If u can

Status: Read

12/10/2023 4:05:42 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x109892 (Table: sms; Size: 1454080 bytes)

From:

If u just wanna drive up

Status: Read

12/10/2023 4:06:29 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1095BF (Table: sms; Size: 1454080 bytes)

From:

No biggie

Status: Read

12/10/2023 4:06:31 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x109562 (Table: sms; Size: 1454080 bytes)

(owner)
To:

Give me a moment to get something's in order

| Participant | Delivered | Read | Played |

Status: Sent

12/10/2023 4:06:43 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x1094E6 (Table: sms; Size: 1454080 bytes)

From:

And okay I'm trying to catch plays and have

Status: Read

12/10/2023 4:06:48 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x109465 (Table: sms; Size: 1454080 bytes)

From:

Something u can sell for me if u want but plz can u just drop it and then do that

Status: Read

12/10/2023 4:07:22 AM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1093C0 (Table:
sms; Size: 1454080 bytes)



From:
Bc I look stupid as this bar
Status: Read
12/10/2023 4:07:30 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x465DD (Table: sms; Size: 1454080 bytes)



From:
With not even a drink
Status: Read
12/10/2023 4:07:36 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46674 (Table: sms; Size: 1454080 bytes)



From:
Or it's up to u
Status: Read
12/10/2023 4:08:01 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x465A0 (Table: sms; Size: 1454080 bytes)



From:
I'll meet u at elevator
Status: Read
12/10/2023 4:08:06 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46535 (Table: sms; Size: 1454080 bytes)



From:
If that's easier
Status: Read
12/10/2023 4:08:09 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x464D1 (Table: sms; Size: 1454080 bytes)



(owner)
To:

Sorry had to take knives off. Where shall we meet

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/10/2023 4:20:10 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x46450 (Table: sms; Size: 1454080 bytes)



(owner)
To:

I'm at parking 2H

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/10/2023 4:20:38 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46FC2 (Table: sms; Size: 1454080 bytes)



(owner)
To:

Tell me where you

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/10/2023 4:22:56 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46F5F (Table: sms; Size: 1454080 bytes)

(owner)
To: +

Leaving2h

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/10/2023 4:23:50 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46F05 (Table: sms; Size: 1454080 bytes)

From:
Ok
Status: Read

12/10/2023 4:24:26 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46EAE (Table: sms; Size: 1454080 bytes)



From:
I'll come smoke
Status: Read

12/10/2023 4:27:08 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46E4B (Table: sms; Size: 1454080 bytes)

From:
Outside
Status: Read

12/10/2023 4:27:05 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46DF0 (Table: sms; Size: 1454080 bytes)



From:
In a sex
Status: Read

12/10/2023 4:27:07 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46D94 (Table: sms; Size: 1454080 bytes)



From:
Sec
Status: Read

12/10/2023 4:27:07 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46D3E (Table: sms; Size: 1454080 bytes)





From:
To: 7608038825 (owner)

Attachments:

Size: 645006
File name: 723875647.jpg
723875647.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7608038825 | | | |

Status: Read

12/10/2023 4:34:21 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x607FF (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702182860973_723875647.jpg :  (Size: 645006 bytes)



From:

Call me back when u get it

Status: Read

12/10/2023 4:34:22 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46CD0 (Table: sms; Size: 1454080 bytes)



From:

U see

Status: Read

12/10/2023 4:36:01 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x46C78 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x606BA (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702182962458_IMG_0011.3gp : (Size: 153192 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3FD05 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3FCA6 (Table: sms; Size: 1454080 bytes)

From: 
I was supposed to save
Status: Read

12/10/2023 10:36:08 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3FC3C (Table: sms; Size: 1454080 bytes)

From:
**Prollu when I pulled it out**
Status: Read

12/10/2023 10:36:17 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3FBCD (Table: sms; Size: 1454080 bytes)

(owner)
To:

I'm sorry Lady Luxxx. I rest my head against yours and ask the universe to come through for you.

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/10/2023 10:38:14 AM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3FAC7 (Table: sms; Size: 1454080 bytes)

From: +17608038825 (owner)
To:

I'm going to ask you to do something strange. Think about the most perverted thought you've ever had. Once wet take your juices and rub it through your hair drawing in the men who caught your scent and your spell cast they'll give you what you need most.

Attachments:



Size: 279493
File name: image000000.gif
image000000.gif

To

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/10/2023 10:57:49 AM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x53405 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance Communications_RC608L.zip/data/data/user_de/0/com.android.providers.telephony/app_parts/PART_1702205869376_image000000.gif : (Size: 279493 bytes)

From:
**Not even close**
Status: Read

12/10/2023 2:51:24 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3FFC1 (Table: sms; Size: 1454080 bytes)

25



From:
Can u send that song
Status: Read

12/10/2023 3:09:38 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3FF59 (Table: sms; Size: 1454080 bytes)



From:
I sent u
Status: Read

12/10/2023 3:09:39 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3FEFE (Table: sms; Size: 1454080 bytes)



(owner)
To
Okay hold on

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/10/2023 6:13:56 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3FDC5 (Table: sms; Size: 1454080 bytes)

From: +17608038825 (owner)
To:
Attachments:

Size: 314566
File name: recording000000.amr
recording000000.amr

To

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/10/2023 6:14:59 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x53067 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702232099066_recording000000.amr :  (Size: 314566 bytes)



From:
Can u send me anything
Status: Read

12/10/2023 6:23:13 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F74F (Table: sms; Size: 1454080 bytes)



From:
Or ur out
Status: Read

12/10/2023 6:23:18 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F6F2 (Table: sms; Size: 1454080 bytes)



From:
Can't go home wit nothin
Status: Read

12/10/2023 6:23:27 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F687 (Table: sms; Size: 1454080 bytes)

From
Fml
Status: Read

12/10/2023 6:23:33 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F631 (Table: sms; Size: 1454080 bytes)



(owner)
To:
I gotch you. I have 31 in cash app I can send now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

12/10/2023 6:26:28 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db
: 0x3F5AF (Table: sms; Size: 1454080 bytes)



From:
Dam ok
Status: Read

12/10/2023 6:27:46 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F553 (Table: sms; Size: 1454080 bytes)



From:
Can u meet me at Harrahs
Status: Read

12/10/2023 6:28:05 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F4E7 (Table: sms; Size: 1454080 bytes)



From:
Or
Status: Read

12/10/2023 6:28:43 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F492 (Table: sms; Size: 1454080 bytes)



From:
Wanna buy a Mac book
Status: Read

12/10/2023 6:33:39 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F26F (Table: sms; Size: 1454080 bytes)



From:
For 400
Status: Read

12/10/2023 6:33:40 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F215 (Table: sms; Size: 1454080 bytes)



From
U just gotta unlock it
Status: Read

12/10/2023 6:33:47 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F1AB (Table: sms; Size: 1454000 bytes)



From
U can sell it for 1k
Status: Read

12/10/2023 6:33:51 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F144 (Table: sms; Size: 1454080 bytes)



From:
Prolly
Status: Read

12/10/2023 6:33:53 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x3F0EA (Table: sms; Size: 1454080 bytes)



(owner)
To:
Not a Mac guy but I know people who can unlock it and move it for you

| Participant | Delivered | Read | Played |
|---|---|---|---|
|  |  |  |  |

Status: Sent

12/10/2023 6:36:48 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x47CE8
(Table: sms; Size: 1454080 bytes)

From
It needs to be for sure
Status: Read

12/10/2023 6:39:26 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47C79 (Table: sms; Size: 1454080 bytes)



From:
N like confirmed
Status: Read

12/10/2023 6:39:31 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47EBC (Table: sms; Size: 1454080 bytes)



(owner)
To: +
I will confirm it. You want at least 400

Participant          Delivered        Read       Played

Status: Sent

12/10/2023 6:39:59 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47E45 (Table: sms; Size: 1454080 bytes)

From:
500 if possible
Status: Read

12/10/2023 6:40:35 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47DE0 (Table: sms; Size: 1454080 bytes)



(owner)
To:
What model or year

Participant          Delivered        Read       Played

Status: Sent

12/10/2023 6:41:57 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47D7E (Table: sms; Size: 1454080 bytes)



From: ▬▬▬▬▬▬
I'm at the pool
Status: Read

12/11/2023 3:03:16 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47BC8 (Table: sms; Size: 1454080 bytes)



(owner)
To: ▬▬▬▬▬▬
Walking down

Participant          Delivered       Read     Played

Status: Sent

12/11/2023 3:07:32 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x4786C (Table: sms; Size: 1454080 bytes)

(owner)
To: ▬▬▬▬▬▬
Did you have a better night?

Participant          Delivered       Read     Played

Status: Sent

12/11/2023 1:06:58 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47C0E (Table: sms; Size: 1454080 bytes)



From: ▬▬▬▬▬▬
No
Status: Read

12/11/2023 1:30:02 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47BB7 (Table: sms; Size: 1454080 bytes)



From
Can u cash app ur friend
Status: Read

12/11/2023 1:39:15 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47FB7 (Table: sms; Size: 1454080 bytes)



From
Still with home
Status: Read

12/11/2023 1:39:17 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47F54 (Table: sms; Size: 1454080 bytes)



(owner)
To: +
I need someone to forge a check at this point.

| Participant | Delivered | Read | Played |

Status: Sent

12/11/2023 2:32:08 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x477EC (Table: sms; Size: 1454080 bytes)



From
I feels
Status: Read

12/11/2023 2:44:41 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x4778F (Table: sms; Size: 1454080 bytes)



(owner)
To: +
I'm gonna start knee capping mofos who stole from you and me.

| Participant | Delivered | Read | Played |

Status: Sent

12/11/2023 2:47:58 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x47702
(Table: sms; Size: 1454080 bytes)



From

Can y car app ur friend 20

Status: Read

12/11/2023 2:56:41 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x47691 (Table: sms; Size: 1454080 bytes)



From

So I can take out

Status: Read

12/11/2023 2:56:58 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x4762D (Table: sms; Size: 1454080 bytes)



(owner)
To: +

I got 30 it shows

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/11/2023 2:57:28 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x475CC (Table: sms; Size: 1454080 bytes)



(owner)
To: +

I'll try sending it to Steve

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/11/2023 2:57:56 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x4755E (Table: sms; Size: 1454080 bytes)



(owner)
To:

30 sent...looks like I'm on the layaway 300 plan lol

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/11/2023 2:59:15 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x474D9 (Table: sms; Size: 1454080 bytes)

(owner)
To:

Have a drink, rub one out and cum, run your juices though your hair and at 757 you'll win

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/11/2023 3:02:10 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x4742D (Table: sms; Size: 1454080 bytes)



From:
Hub
Status: Read

12/11/2023 3:02:13 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x56621 (Table: sms; Size: 1454080 bytes)

From:
Huh
Status: Read

12/11/2023 3:02:14 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x565CB (Table: sms; Size: 1454080 bytes)



(owner)
To:

Stress relief trust me. Always orgasm before going out to gamble.

You're focused on the what ifs instead of trusting your instincts. Relax and bring home some bacon.

Show me the Money

| Participant | Delivered | Read | Played |
|---|---|---|---|
|  |  |  |  |

Status: Sent

12/11/2023 3:03:54 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x564C1 (Table: sms; Size: 1454080 bytes)



(owner)
To: +

You make it back?

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18582035001 Luxxx Hubbard |  |  |  |

Status: Sent

12/11/2023 8:38:17 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x56E45 (Table: sms; Size: 1454080 bytes)



From

Hardly

Status: Read

12/11/2023 8:40:07 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x56D80 (Table: sms; Size: 1454080 bytes)

From

I'm at pachenga

Status: Read

12/11/2023 8:40:09 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x56D1D (Table: sms; Size: 1454080 bytes)



(owner)
To: +

Wow, hope you have a red dress on and making money. Is [ ] ith you? If not I'll figure out how to make my way up there later on

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/11/2023 8:41:20 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x563EC (Table: sms; Size: 1454080 bytes)



From:

Not as of yet

Status: Read

12/11/2023 8:43:37 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x56CBC (Table: sms; Size: 1454080 bytes)



(owner)
To: +

I think I figured out who cursed you.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/11/2023 8:44:26 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x56374 (Table: sms; Size: 1454080 bytes)



From:

Who

Status: Read

12/11/2023 8:47:27 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x5831C (Table: sms; Size: 1454080 bytes)



From:

This has been happening since b4 I got here

Status: Read

12/11/2023 8:47:48 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x5829D (Table: sms; Size: 1454080 bytes)

(owner)
To:

You're daughter. She said "My mom hates me, and says I'm evil and sometimes I wish bad things happen to her." I asked her" For how long she had wished things and she said like for 4 years."

I think he is a she, and a powerful witchm I could be wrong but it fits.

It didn't register until sunrise as I thought it over.

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

Status: Sent

12/11/2023 8:51:18 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/ccm.android.providers.telephony/databases/mmssms.db : 0x5610D (Table: sms; Size: 1454080 bytes)

From:
Why would she say something like that
Status: Read

12/11/2023 8:56:49 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x56090 (Table: sms; Size: 1454080 bytes)

From:
I don't hate her
Status: Read

12/11/2023 8:56:52 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xAEFBF (Table: sms; Size: 1454080 bytes)

From:
Omg
Status: Read

12/11/2023 8:56:54 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xAEF68 (Table: sms; Size: 1454080 bytes)

From:
This is why I wanna die
Status: Read

12/11/2023 8:56:59 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xAEEFD (Table: sms; Size: 1454080 bytes)



From:
I hate she feels that way
Status: Read

12/11/2023 8:57:05 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAEE0C (Table: sms; Size: 1454080 bytes)



From:
Her dad use to tell her I hate her
Status: Read

12/11/2023 8:57:12 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAEE1A (Table: sms; Size: 1454080 bytes)

From:
I have told her things bad too but I also told her I'm human
Status: Read

12/11/2023 8:57:26 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0xAED8A (Table: sms; Size: 1454080 bytes)

From:
Fuck
Status: Read

12/11/2023 8:57:44 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAECB7 (Table: sms; Size: 1454080 bytes)

From:
I need gas to get back
Status: Read

12/11/2023 8:57:59 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAEB60 (Table: sms; Size: 1454080 bytes)



From:

Can u maybe pick up

Status: Read

12/11/2023 8:58:07 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAEAF9 (Table: sms; Size: 1454080 bytes)



From:

N bring her here

Status: Read

12/11/2023 8:58:16 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAEA95 (Table: sms; Size: 1454080 bytes)



From:

Or ur busy

Status: Read

12/11/2023 8:58:18 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAEA37 (Table: sms; Size: 1454080 bytes)

From:

I'm at pachenga

Status: Read

12/11/2023 8:58:22 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE9D4 (Table: sms; Size: 1454080 bytes)



(owner)
To:

I can't, I got 1/4 tank

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

Status: Sent

12/11/2023 8:58:31 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE96D (Table: sms; Size: 1454080 bytes)



(owner)
To: ▮

I'm trying to get money or gas right now.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18582035001 Luxxx Hubbard | | | |

Status: Sent

12/11/2023 8:58:40 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.d
b : 0xAE8F2 (Table: sms; Size: 1454080 bytes)



From ▮
Fuck
Status: Read

12/11/2023 8:58:41 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE898 (Table: sms; Size: 1454080 bytes)



(owner)
To: ▮

What time does ▮ get off school

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▮ | | | |

Status: Sent

12/11/2023 8:58:50 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE822 (Table: sms; Size: 1454080 bytes)

From ▮
2:40
Status: Read

12/11/2023 8:58:53 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE7C9 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE782 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE582 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE556 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xAE4FB (Table: sms; Size: 1454080 bytes)



From

**IDE prefer that**

Status: Read

12/11/2023 8:59:38 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x90FC0 (Table: sms; Size: 1454080 bytes)



From

**Please**

Status: Read

12/11/2023 8:59:46 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x90F66 (Table: sms; Size: 1454080 bytes)



(owner)
To: +

**Let me make some calls ASAP**

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/11/2023 8:59:53 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x90EFB (Table: sms; Size: 1454080 bytes)



(owner)
To: +

**What's your cash app**

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/11/2023 9:20:35 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x90CFF (Table: sms; Size: 1454080 bytes)



(owner)
To: +

Got 40

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +18582035001 Luxxx Hubbard | | | |

Status: Sent

12/11/2023 5:24:41 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x90B8B (Table: sms; Size: 1454080 bytes)

From: +17608038825 (owner)
To: +

Attachments:

Size: 59270
File name: image000000.png
image000000.png

To

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/11/2023 9:35:57 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0xFA5FD (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702330558363_image000000.png : (Size: 59270 bytes)

From:

...ungry
Status: Read

12/11/2023 11:09:50 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x90985 (Table: sms; Size: 1454080 bytes)



(owner)
To:

Okay, come over and I'll make something

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/11/2023 11:15:35 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x9090E (Table: sms; Size: 1454080 bytes)



(owner)
To:

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/11/2023 11:25:34 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x908B9 (Table: sms; Size: 1454080 bytes)



From

Ok
Status: Read

12/11/2023 11:25:48 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x90864 (Table: sms; Size: 1454080 bytes)



(owner)
To:

Food made

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/11/2023 11:49:00 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x9080C (Table: sms; Size: 1454080 bytes)



**Here**

Status: Read

12/11/2023 11:58:45 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x907B2 (Table: sms; Size: 1454080 bytes)



**We are parked at the**

Status: Read

12/11/2023 11:58:53 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x9074A (Table: sms; Size: 1454080 bytes)



**Bottom**

Status: Read

12/11/2023 11:58:55 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x906F0 (Table: sms; Size: 1454080 bytes)



**Top oh we're talking about location**

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

12/12/2023 1:11:55 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x9067D (Table: sms; Size: 1454080 bytes)



(owner)
To:

Still waiting

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 1:12:00 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x9061E (Table: sms; Size: 1454080 bytes)

From: +17608038825 (owner)
To:

Meanwhile this utility truck pulled up next to me

Attachments:

Size: 128003
File name: image000000.jpg
image000000.jpg

Size: 133862
File name: image000001.jpg
image000001.jpg

Size: 148854
File name: image000002.jpg
image000002.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 1:16:50 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0xEF642 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/data/user_de/0/com.android.providers.telephony/app_parts/PART_170234
3810582_image000000.jpg : (Size: 128063 bytes)
Reliance
Communications_RC608L.zip/data/data/user_de/0/com.android.providers.telephony/app_parts/PART_170234
3810620_image000001.jpg : (Size: 133862 bytes)
Reliance
Communications_RC608L.zip/data/data/user_de/0/com.android.providers.telephony/app_parts/PART_170234
3810643_image000002.jpg : (Size: 148854 bytes)

(owner)
To:

**On way**

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 1:38:22 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x905C7 (Table: sms; Size: 1454080 bytes)



From:

Can u get brook the phone
Status: Read

12/12/2023 2:40:01 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x90556 (Table: sms; Size: 1454080 bytes)

From

**Cheapest one**
Status: Read

12/12/2023 2:40:02 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x904F8 (Table: sms; Size: 1454080 bytes)



(owner)
To:

Hope you're safe, I'm now grounded lol

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 4:10:59 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x103EB8 (Table: sms; Size: 1454080 bytes)

From

Wow

Status: Read

12/12/2023 5:01:29 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x103B23 (Table: sms; Size: 1454080 bytes)

(owner)
To: +

Yeah, this sucks I'll have to steal it

| Participant | Delivered | Read | Played |
|---|---|---|---|
|  |  |  |  |

Status: Sent

12/12/2023 5:02:07 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x103AAE (Table: sms; Size: 1454080 bytes)

From

I can bring u

Status: Read

12/12/2023 5:35:53 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x10395C (Table: sms; Size: 1454080 bytes)

From

If u wanna come wit us

Status: Read

12/12/2023 5:36:00 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1038F2 (Table: sms; Size: 1454080 bytes)

From

But I really need some cash

Status: Read

12/12/2023 5:36:10 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x103883 (Table: sms; Size: 1454080 bytes)

From: ▓▓▓▓▓▓▓▓▓▓
We at ▓▓▓ rn
Status: Read

12/12/2023 5:36:11 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x10381F (Table: sms; Size: 1454080 bytes)

(owner)
To: +▓▓▓▓▓▓▓▓▓▓▓▓
I'm trying to move my quarter now

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | | | |

Status: Sent

12/12/2023 5:36:41 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x103/AE (Table: sms; Size: 1454080 bytes)

(owner)
To: +▓▓▓▓▓▓▓▓▓▓▓▓
My phone is fucked up

| Participant | Delivered | Read | Played |
|---|---|---|---|
| ▓▓▓▓▓▓▓▓ | | | |

Status: Sent

12/12/2023 5:59:40 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x103747 (Table: sms; Size: 1454080 bytes)

From: ▓▓▓▓▓▓▓▓▓▓
Hub
Status: Read

12/12/2023 10:02:28 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14CD47 (Table: sms; Size: 1454080 bytes)

From
Huh
Status: Read

12/12/2023 10:02:36 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14CCF1 (Table: sms; Size: 1454080 bytes)



(owner)
To:

Rje glass is broken, the speaker doesn't work it is only 32G

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |
| | | | |

Status: Sent

12/12/2023 10:49:22 AM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x14CC65 (Table: sms; Size: 1454080 bytes)



From
U got them
Status: Read

12/12/2023 11:02:47 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14CC04 (Table: sms; Size: 1454080 bytes)

From
Questioned "Rje glass is broken, the speaker doesn't work it i..."
Status: Read

12/12/2023 11:04:27 AM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x14CB68 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x149E41 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702379166617_video000000.mp4 :  (Size: 567382 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702379166684_image000001.jpg :  (Size: 169600 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702379166684_image000002.jpg :  (Size: 128259 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x149CFC (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702370303190_IMG_0026.jpg :  (Size: 867470 bytes)



From
To: 7608038825 (owner)

Attachments:

Size: 700526
File name: IMG_0025.jpg
IMG_0025.jpg

To

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
| 7608038825  |           |      |        |

Status: Read

12/12/2023 11:08:26 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1495F6 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702379306848_IMG_0025.jpg : (Size: 700526 bytes)



(owner)
To:

Got them

| Participant | Delivered | Read | Played |
|-------------|-----------|------|--------|
|             |           |      |        |

Status: Sent

12/12/2023 11:08:59 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14CB11 (Table: sms; Size: 1454080 bytes)

From

Try n get the max

Status: Read

12/12/2023 11:25:38 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14CAAA (Table: sms; Size: 1454080 bytes)

(owner)
To: +

I will

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 11:31:09 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14CA55 (Table: sms; Size: 1454080 bytes)



From

I got the machine I. Hold

Status: Read

12/12/2023 11:38:30 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14C9E7 (Table: sms; Size: 1454080 bytes)



From

R u on the way

Status: Read

12/12/2023 11:38:31 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14C985 (Table: sms; Size: 1454080 bytes)



From

If u come through I'll take care of u today

Status: Read

12/12/2023 11:38:45 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db
: 0x14C907 (Table: sms; Size: 1454080 bytes)



(owner)
To: +

I'm trying to leave everyone is awake, still have no clue how I can get cash got old cards and a check. I'm ready to go too

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 12:49:42 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14C83D (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14C799 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14CE94 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14CE06 (Table: sms; Size: 1454080 bytes)



Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14CD9F (Table: sms; Size: 1454080 bytes)



From

Hi

Status: Read

12/12/2023 8:12:27 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14C230 (Table: sms; Size: 1454080 bytes)



From

I just woke up

Status: Read

12/12/2023 8:12:46 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14C1CF (Table: sms; Size: 1454080 bytes)



From

Harrahs baby

Status: Read

12/12/2023 8:12:49 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14C170 (Table: sms; Size: 1454080 bytes)



From

I'm hungry fml

Status: Read

12/12/2023 8:14:38 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14C10F (Table: sms; Size: 1454080 bytes)



From

Legit have nothing

Status: Read

12/12/2023 8:14:40 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x14C0A9 (Table: sms; Size: 1454080 bytes)



From:
**Fuck my life**
Status: Read

12/12/2023 8:14:44 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152FC3 (Table: sms; Size: 1454080 bytes)



From:
**Just wanna die**
Status: Read

12/12/2023 8:14:49 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152F62 (Table: sms; Size: 1454080 bytes)



From:
**Hello**
Status: Read

12/12/2023 9:18:53 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152CF8 (Table: sms; Size: 1454080 bytes)

From:
**Smh**
Status: Read

12/12/2023 9:18:54 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152CA2 (Table: sms; Size: 1454080 bytes)

From:
**Can u bring me food**
Status: Read

12/12/2023 9:18:58 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152C3B (Table: sms; Size: 1454080 bytes)



No, mom has SUV her car is down

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 9:25:29 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/ccm.android.providers.telephony/databases/mmssms
.db : 0x152BCD (Table: sms; Size: 1454080 bytes)

From

Dan

Status: Read

12/12/2023 9:54:22 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152B75 (Table: sms; Size: 1454080 bytes)

From

I'm so sad

Status: Read

12/12/2023 10:17:31 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152B17 (Table: sms; Size: 1454080 bytes)

From

I hate this life

Status: Read

12/12/2023 10:17:33 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152AB3 (Table: sms; Size: 1454080 bytes)



(owner)
To:

I may have it later I'll let you know

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 10:52:26 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152A3E (Table: sms; Size: 1454080 bytes)



From

Can u plz go pick up

Status: Read

12/12/2023 10:53:06 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1529CF (Table: sms; Size: 1454080 bytes)



From

Or no

Status: Read

12/12/2023 10:53:09 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152976 (Table: sms; Size: 1454080 bytes)



From

I'm late n

Status: Read

12/12/2023 10:53:16 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152918 (Table: sms; Size: 1454080 bytes)



From

Won't make it in time

Status: Read

12/12/2023 10:53:20 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1528AF (Table: sms; Size: 1454080 bytes)



From
Office closes at 4
Status: Read

12/12/2023 10:53:24 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x15284A (Table: sms; Size: 1454080 bytes)



From
Or u don't have car
Status: Read

12/12/2023 10:56:09 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1527E3 (Table: sms; Size: 1454080 bytes)



From:
It's okay tho ima just smash there
Status: Read

12/12/2023 10:56:19 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x15276D (Table: sms; Size: 1454080 bytes)



(owner)
To:
I don't have the car at this point when I have access I'll let

| Participant | Delivered | Read | Played |
|---|---|---|---|

Status: Sent

12/12/2023 10:57:00 PM(UTC+0)

Source Info:
Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x1526DF (Table: sms; Size: 1454080 bytes)

From:
It's okay
Status: Read

12/12/2023 10:57:09 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x15267E (Table: sms; Size: 1454080 bytes)



From

Wish I had a toy

Status: Read

12/12/2023 11:27:14 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152618 (Table: sms; Size: 1454080 bytes)

From

That worked

Status: Read

12/12/2023 11:27:18 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1525BC (Table: sms; Size: 1454080 bytes)



(owner)
To:

My mom just arrived

| Participant | Delivered | Read | Played |
| --- | --- | --- | --- |

Status: Sent

12/12/2023 11:27:35 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152559 (Table: sms; Size: 1454080 bytes)



From

This the one u want lol

Status: Read

12/12/2023 11:28:37 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x1524ED (Table: sms; Size: 1454080 bytes)



From 
To: 7608038825 (owner)

Attachments:

Size: 372205
File name: IMG_0028.jpg
IMG_0028.jpg

To

| Participant | Delivered | Read | Played |
|---|---|---|---|
| 7608038825 | | | |

Status: Read

12/12/2023 11:28:39 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x157565 (Table: pdu, addr, part; Size: 1454080 bytes)
Reliance
Communications_RC608L.zip/data/user_de/0/com.android.providers.telephony/app_parts/PA
RT_1702423/19211_IMG_0028.jpg : (Size: 372205 bytes)



From 
I want
Status: Read

12/12/2023 11:47:43 PM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms
.db : 0x152493 (Table: sms; Size: 1454080 bytes)



(owner)
To: +

It'll look good in you. You'll wear it well.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| | | | |

Status: Sent

12/13/2023 12:35:21 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db :
0x152418 (Table: sms; Size: 1454080 bytes)

From: +17608038825 Michael Douglas (owner)

W
Status: Unsent

12/13/2023 3:49:44 AM(UTC+0)

Source Info:
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db : 0x26A177 (Table: messages, parts; Size: 2572288 bytes)
Reliance
Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugl
e_db-wal : 0x3F489 (Table: participants; Size: 524288 bytes)

4/25/25