


**Extraction Report** - Google Android Generic

**GOVERNMENT EXHIBIT**
CASE NO.
EXHIBIT NO. 178

## Timeline (83)

| # | Type | Direction | Attachments | Locations | Timestamp | Party | Description | Deleted | * |
|---|------|-----------|-------------|-----------|-----------|-------|-------------|---------|---|
| 1 | Searched Items | | | | 12/10/2023 7:31:06 AM(UTC-5) | | girks 12 size into women<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199E2E (Size: 3244032 bytes) | | |
| 2 | Web History | | | | 12/10/2023 7:31:20 AM(UTC-5) [Last Visited] | | What would a child's 10 to 12 clothing size be in womens? I want to buy my younger cousin some clothes at garage. She fits 10 12 in both pants and shirts. - Quora<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199E03 (Table: visits, urls; Size: 3244032 bytes) | | |
| 3 | Instant Messages | Incoming | | | 12/10/2023 1:33:53 PM(UTC-5) | From:<br>Participants:<br>(owner) | Prolly<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3F0EA (Table: sms; Size: 1454080 bytes) | | |
| 4 | Instant Messages | Incoming | | | 12/10/2023 1:34:17 PM(UTC-5) | From: 5618758640 Anna & Emma 1<br>Participants:<br>+15618758640 Anna & Emma 1, (owner) | I just saw your hot vid on kik!<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x3F078 (Table: sms; Size: 1454080 bytes) | | |
| 5 | Instant Messages | Outgoing | | | 12/10/2023 1:36:48 PM(UTC-5) | From: (owner)<br>To:<br>To: | Not a Mac guy but I know people who can unlock it and move it for you<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x47CE8 (Table: sms; Size: 1454080 bytes) | | |
| 6 | Call Log | Outgoing | | | 12/10/2023 1:40:24 PM(UTC-5) | To: | 00:05:27<br>Source:<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x2E4C0 (Table: calls; Size: 233472 bytes) | | 🏷 |
| 7 | Call Log | Incoming | | | 12/10/2023 1:51:42 PM(UTC-5) | From: | 00:00:00<br>Source:<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x2E368 (Table: calls; Size: 233472 bytes) | | 🏷 |
| 8 | Call Log | Incoming | | | 12/10/2023 1:55:46 PM(UTC-5) | From: | 00:00:00<br>Source:<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x2E619 (Table: calls; Size: 233472 bytes) | | 🏷 |
| 9 | Call Log | Outgoing | | | 12/10/2023 2:05:25 PM(UTC-5) | To: | 00:01:59<br>Source:<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x2ED6E (Table: calls; Size: 233472 bytes) | | 🏷 |
| 10 | Searched Items | | | | 12/10/2023 3:01:39 PM(UTC-5) | | girks 12 size into women<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1999BD (Table: visits, keyword_search_terms; Size: 3244032 bytes) | | |

| # | Type | Direction | | | Date/Time | From/To | Content/Source |
|---|---|---|---|---|---|---|---|
| 11 | Searched Items | | | | 12/10/2023 3:01:55 PM(UTC-5) | | speculum<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x199996 (Table: visits, keyword_search_terms; Size: 3244032 bytes) |
| 12 | Web History | | | | 12/10/2023 3:03:21 PM(UTC-5) [Last Visited] | | speculum - Google Shopping<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1998C2 (Table: visits, urls; Size: 3244032 bytes) |
| 13 | Web History | | | | 12/10/2023 3:03:50 PM(UTC-5) [Last Visited] | | Callascope obgyn - Google Shopping<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1994A7 (Table: visits, urls; Size: 3244032 bytes) |
| 14 | Web History | | | | 12/10/2023 3:04:07 PM(UTC-5) [Last Visited] | | Amazon.com: Arkahen Self-Checking Illuminated Speculum Adjustable Self-Illuminated Transparent : Industrial & Scientific<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1990BC (Table: visits, urls; Size: 3244032 bytes) |
| 15 | Web History | | | | 12/10/2023 3:06:10 PM(UTC-5) [Last Visited] | | Amazon.com : speculum<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1ABF19 (Table: visits, urls; Size: 3244032 bytes) |
| 16 | Web History | | | | 12/10/2023 3:06:51 PM(UTC-5) [Last Visited] | | Amazon Sign-In<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1ABE6B (Table: visits, urls; Size: 3244032 bytes) |
| 17 | Autofill | | | | 12/10/2023 3:06:57 PM(UTC-5) | | email : lindad5@usa.net<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/Web Data : 0x1D5FD (Table: autofill; Size: 163840 bytes) |
| 18 | Call Log | Incoming | | | 12/10/2023 3:53:39 PM(UTC-5) | From: [redacted] | 00:00:43<br>Source:<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x2E0BF (Table: calls; Size: 233472 bytes) |
| 19 | Web History | | | | 12/10/2023 4:53:39 PM(UTC-5) [Last Visited] | | Amazon.com: Transparent Speculum Tool : Industrial & Scientific<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1AB3BF (Table: visits, urls; Size: 3244032 bytes) |
| 20 | Web History | | | | 12/10/2023 4:53:46 PM(UTC-5) [Last Visited] | | Amazon.com Shopping Cart<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x1AB395 (Table: visits, urls; Size: 3244032 bytes) |
| 21 | Instant Messages | Outgoing | | | 12/10/2023 9:36:31 PM(UTC-5) | From: +17608038825 (owner)<br>To: +15618758640 Anna & Emma 1<br>To: +15618758640 Anna & Emma 1 | I would never fuck a girl without lube even if she got wet<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x129F3B (Table: pdu, addr, part; Size: 1454080 bytes) |
| 22 | Instant Messages | Outgoing | | | 12/10/2023 9:37:45 PM(UTC-5) | From: [redacted] (owner)<br>To: [redacted] | I'm not sure I'm taking care of my place today<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x129E4B (Table: pdu, addr, part; Size: 1454080 bytes) |
| 23 | Transfers | | | | 12/11/2023 9:58:29 AM(UTC-5) [DateSent] | Participants:<br>ChicagoMikeMGD<br>Michael Douglas<br>RVmanwood Steve Wood | 12/11/2023 9:58:29 AM(UTC-5)<br>Source: CashApp<br>Source file: Reliance Communications_RC608L.zip/data/data/com.squareup.cash/databases/cash_money.db : 0x9C0728 (Table: profile, customer; Size: 10448896 bytes) |

| # | Type | Direction | | | Date/Time | Parties | Content | |
|---|---|---|---|---|---|---|---|---|
| 24 | Emails | Incoming | | | 12/11/2023 10:04:03 AM(UTC-5) | From: cash@square.com Cash App To: rmfiorg@gmail.com rmfiorg@gmail.com | Subject: [redacted] ust accepted the $30 you sent Body: [redacted] ust accepted the $30 you sent on 12/11/23 [redacted] Payment to $RVmanwood $30.00 Completed Amount $30.00 Source Cash Identifier #6XYSE55 To [redacted] From Michael Douglas Report Problem [https://f5kbvc75.r.us-west-2.awstrack.me/L0/https:%2F%2Fcash.app%2Fsupport/1/0101018c5968174b-ba94239a-8b10-4c9a-8609-67a6dbce8a55-000000/ExkaW4RnmRxPldgoEf_tn9TjZVM=352] Email header: Item was truncated due to length Source: Gmail Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.gm/databases/bigTopDataDB.-515216297 : 0x209CE17 (Size: 35524608 bytes) | |
| 25 | Web History | | | | 12/11/2023 10:04:03 AM(UTC-5) [Last Visited] | | Source: Gmail | |
| 26 | Transfers | | | | 12/11/2023 10:04:07 AM(UTC-5) [DateProcessed] | Participants: ChicagoMikeMGD Michael Douglas RVmanwood Steve Wood | 12/11/2023 9:58:29 AM(UTC-5) Source: CashApp Source file: Reliance Communications_RC608L.zip/data/data/com.squareup.cash/databases/cash_money.db : 0x9C0728 (Table: profile, customer; Size: 10448896 bytes) | |
| 27 | Instant Messages | Outgoing | | | 12/11/2023 4:04:48 PM(UTC-5) | From: [redacted] | [redacted] if you have any money, I need some asap to get a mom gas money to get to her kid. I have cash app or can get cash please let me know ASAP Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xFAB7C (Table: pdu, addr, part; Size: 1454080 bytes) | 🏷 |
| 28 | Instant Messages | Outgoing | | | 12/11/2023 4:06:36 PM(UTC-5) | From: [redacted] (owner) T T T | [redacted] if you have any money, I need some asap to get a mom gas money to get to her kid. I have cash app or can get cash please let me know ASAP Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0xFAA8C (Table: pdu, addr, part; Size: 1454080 bytes) | |
| 29 | Instant Messages | Outgoing | 1 | | 12/11/2023 11:14:23 PM(UTC-5) | From: 100013011181487 Michael Douglas Participants: [redacted] Michael Douglas (owner) | https://temu.com/s/11PNpFVYaM9NGvfJ Attachment (Empty File) Source: Facebook Messenger Source file: Reliance Communications_RC608L.zip/data/data/com.facebook.orca/databases/msys_database_100013011181487 : 0x8F3841 (Table: messages, attachments; Size: 9797632 bytes) | |
| 30 | Instant Messages | Outgoing | | | 12/11/2023 11:42:52 PM(UTC-5) | From: daddybreedsfam_gia@talk.kik.com DaddyBreedsFam (owner) To: 6.saltbabe.9_edv@talk.kik.com Anna . To: 6.saltbabe.9_edv@talk.kik.com Anna . | Are you in AZ now? Source: Kik Messenger Source file: Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x119371 (Table: messagesTable, KIKcontactsTable; Size: 1769472 bytes) | |
| 31 | Instant Messages | Incoming | | | 12/11/2023 11:47:00 PM(UTC-5) | From: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1, To: +17608038825 (owner) To: +15618758640 Anna & Emma 1, To: +17608038825 (owner) | We'll be driving over starting in the morning! Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144F65 (Table: pdu, addr, part; Size: 1454080 bytes) | |
| 32 | Instant Messages | Incoming | | | 12/11/2023 11:49:05 PM(UTC-5) | From: Participants: [redacted] (owner) | I made chicken salad. Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x103C28 (Table: sms; Size: 1454080 bytes) | |

| # | Type | Direction | | | Date/Time | From/To | Content/Source |
|---|---|---|---|---|---|---|---|
| 33 | Instant Messages | Incoming | | | 12/11/2023 11:51:01 PM(UTC-5) | From: 6.saltbabe.9_edv@talk.kik.com Anna. To: daddybreedsfam_gia@talk.kik.com DaddyBreedsFam (owner) To: daddybreedsfam_gia@talk.kik.com DaddyBreedsFam (owner) | Hell yeah, I'll be driving with her starting tomorrow morning over to Cali! Source: Kik Messenger Source file: Reliance Communications_RC608L.zip/data/data/kik.android/databases/f61d0d88-292c-40fc-9da0-6a5f9f892aad.kikDatabase.db : 0x11AFDD (Table: messagesTable, KIKcontactsTable; Size: 1769472 bytes) |
| 34 | Instant Messages | Outgoing | | | 12/11/2023 11:51:15 PM(UTC-5) | From: (owner) To: To: | Ok Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x103BD6 (Table: sms; Size: 1454080 bytes) |
| 35 | Instant Messages | Outgoing | | | 12/11/2023 11:53:37 PM(UTC-5) | From: +17608038825 (owner) To: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1 | It should take 7 hours. Be safe. What area did you pick for a hotel Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144E75 (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21CBE3 (Table: messages; Size: 2572288 bytes) |
| 36 | Call Log | Outgoing | | | 12/11/2023 11:53:51 PM(UTC-5) | To: | 00:00:00 Source: Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x360D3 (Table: calls; Size: 233472 bytes) |
| 37 | Instant Messages | Incoming | | | 12/12/2023 12:01:29 AM(UTC-5) | From: Participants: | Wow Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x103B23 (Table: sms; Size: 1454080 bytes) |
| 38 | Instant Messages | Outgoing | | | 12/12/2023 12:01:30 AM(UTC-5) | From: +17608038825 (owner) To: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1 | 5 hours and 52 minutes or 6 hours and 2 minutes from the Phoenix area to Legoland Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x144A43 (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21EB68 (Table: messages; Size: 2572288 bytes) |
| 39 | Instant Messages | Outgoing | | | 12/12/2023 12:02:07 AM(UTC-5) | From: (owner) To: | Yeah, this sucks I'll have to steal it Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x103AAE (Table: sms; Size: 1454080 bytes) |
| 40 | Instant Messages | Incoming | | | 12/12/2023 12:02:25 AM(UTC-5) | From: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1, To: +17608038825 (owner) To: +15618758640 Anna & Emma 1, To: +17608038825 (owner) | Blah okay imma get to bed then so we can get driving early. You still ready for emma? Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14497D (Table: pdu, addr, part; Size: 1454080 bytes) |
| 41 | Instant Messages | Incoming | | | 12/12/2023 12:08:57 AM(UTC-5) | From: Participants: | Can u talk to          before 10 to see what water pump I should order? Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x103A15 (Table: sms; Size: 1454080 bytes) |
| 42 | Instant Messages | Outgoing | | | 12/12/2023 12:11:01 AM(UTC-5) | From: +17608038825 (owner) To: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1 | Ik good anywhere, the better places are in Carlsbad but San Marcos or Escondido is more convenient locale to get around Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1498CA (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x21F351 (Table: messages; Size: 2572288 bytes) |

| # | Type | Direction | | | Date/Time | From/To | Content |
|---|---|---|---|---|---|---|---|
| 43 | Instant Messages | Outgoing | | | 12/12/2023 12:11:12 AM(UTC-5) | From: (owner) To: To: | Okay<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1039BE (Table: sms; Size: 1454080 bytes) |
| 44 | Instant Messages | Incoming | | | 12/12/2023 12:36:10 AM(UTC-5) | From: | But I really need some cash<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x103883 (Table: sms; Size: 1454080 bytes) |
| 45 | Instant Messages | Incoming | | | 12/12/2023 12:36:11 AM(UTC-5) | | We at ▮▮▮ rn<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x10381F (Table: sms; Size: 1454080 bytes) |
| 46 | Instant Messages | Outgoing | | | 12/12/2023 12:36:41 AM(UTC-5) | From: (owner) | I'm trying to move my quarter now<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1037AE (Table: sms; Size: 1454080 bytes) |
| 47 | Instant Messages | Outgoing | | | 12/12/2023 12:38:43 AM(UTC-5) | From: +17608038825 (owner)<br>To: +15618758640 Anna & Emma 1<br>To: +15618758640 Anna & Emma 1 | I'm off<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x149F3B (Table: pdu, addr, part; Size: 1454080 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x22394F (Table: |
| 48 | Instant Messages | Outgoing | | | 12/12/2023 11:11:49 AM(UTC-5) | | 7NXJ256 license plate for ▮▮▮<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x149509 (Table: pdu, addr, part; Size: 1454080 bytes)<br>Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x22D9D2 (Table: messages; Size: 2572288 bytes) |
| 49 | Web History | | | | 12/12/2023 11:47:09 AM(UTC-5) [Last Visited] | | Capital One - Sign In<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2A55FD (Table: visits, urls; Size: 3244032 bytes) |
| 50 | Web History | | | | 12/12/2023 11:47:43 AM(UTC-5) [Last Visited] | | Sign in with your Capital One® Credentials<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2A5540 (Table: visits, urls; Size: 3244032 bytes) |
| 51 | Web History | | | | 12/12/2023 11:47:45 AM(UTC-5) [Last Visited] | | Connect with Capital One<br>Source: Chrome<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.chrome/app_chrome/Default/History : 0x2A54C6 (Table: visits, urls; Size: 3244032 bytes) |

| # | Type | Direction | | | Date/Time | From/To | Content |
|---|---|---|---|---|---|---|---|
| 52 | Emails | Incoming | | | 12/12/2023 11:48:00 AM(UTC-5) | From: capitalone@notification.capitalone.com Capital One To: chicagomikemgd@gmail.com chicagomikemgd@gmail.com | Subject: Google Pay is now linked to your Capital One account Body: Monitor the data you're sharing. ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░ ░░░░░░░░░░░░░░░░░░░░░░░░░░░░░░ ░░░░░ [https://click-notification.capitalone.com/f/a/7eESb02t07vI6XJDKkfKfw~~/AAAAAQA~/RgRnWxPAP0R1aHR0cDovL21pLmNhcGl0YWxvbmUuY29tL3AvY3ZjZmNDRhMmZkYjgyMGNmOS9jP3VybD1odHRwJTNBJTJGJTJGbWkuY2FwaXRhbG9uZS5jb20lMkZwJTJGcnAlMkZiZmGU2OTAzZWRhMWY2OGIxJTJGdXJsVwVjYmVubmVCcmF3l54ZVD6R5VSGGNoaWNhZ29taWtlbWdkQGdtYWlsLmNvbVgEAAAAAA~~] Sign in [https://click-notification.capitalone.com/f/a/7eESb02t07vI6XJDKkfKfw~~/AAAAAQA~/RgRnWxPAP0R1aHR0cDovL21pLmNhcGl0YWxvbmUuY29tL3AvY3ZjZmNDRhMmZkYjgyMGNmOS9jP3VybD1odHRwJTNBJTJGJTJGbWkuY2FwaXRhbG9uZS5jb20lMkZwJTJGcnAlMkZiZmGU2OTAzZWRhMWY2OGIxJTJGdXJsVwVjYmVubmVCcmF3 Email header: Item was truncated due to length Source: Gmail Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.gm/databases/bigTopDataDB.1963910171 : 0x30FABB (Size: 3252224 bytes) |
| 53 | Instant Messages | Outgoing | | | 12/12/2023 11:53:48 AM(UTC-5) | From: +17608038825 (owner) To: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1 | Good I have a mini bullet vibrator that I'll use with KY lube to get her ready Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x149354 (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x22D55A (Table: messages; Size: 2572288 bytes) |
| 54 | Instant Messages | Outgoing | | | 12/12/2023 11:54:07 AM(UTC-5) | | Where are you [REDACTED] Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14CE94 (Table: sms; Size: 1454080 bytes) |
| 55 | Instant Messages | Outgoing | | | 12/12/2023 11:54:43 AM(UTC-5) | | to "I got the machine I. Hold" Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14CE08 (Table: sms; Size: 1454080 bytes) |
| 56 | Instant Messages | Incoming | | | 12/12/2023 1:53:53 PM(UTC-5) | From: [REDACTED] (owner) | Give me an hour to get dressed Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14EC03 (Table: pdu, addr, part; Size: 1454080 bytes) |
| 57 | Instant Messages | Incoming | | | 12/12/2023 1:54:10 PM(UTC-5) | From: [REDACTED] (owner) | I'm gonna bus[REDACTED] Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14EB2E (Table: pdu, addr, part; Size: 1454080 bytes) |
| 58 | Instant Messages | Outgoing | | | 12/12/2023 1:54:45 PM(UTC-5) | | Okay, I may not be able to do that my mom's cars water pump went and she has an appointment at 1 pm Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14EA3F (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x233B45 (Table: messages; Size: 2572288 bytes) |
| 59 | Instant Messages | Incoming | | | 12/12/2023 1:54:57 PM(UTC-5) | | Oh Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14E96A (Table: pdu, addr, part; Size: 1454080 bytes) |

6

| # | Type | Direction | | | Timestamp | Party | Content |
|---|---|---|---|---|---|---|---|
| 60 | Instant Messages | Incoming | | | 12/12/2023 1:56:38 PM(UTC-5) | From: Participants: (owner) | m leaving at 12:15 for doctor. I will have to pay for it as u have no money. This makes no sense. Did [redacted] eave?<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14C566 (Table: sms; Size: 1454080 bytes) |
| 61 | Instant Messages | Outgoing | | | 12/12/2023 1:58:29 PM(UTC-5) | | Where did you need to go today<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14E5E1 (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x233529 (Table: messages; Size: 2572288 bytes) |
| 62 | Instant Messages | Incoming | | | 12/12/2023 1:58:31 PM(UTC-5) | | Made biscuits, ate half. Had carolers sing to my mom, they were funny<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14E50C (Table: pdu, addr, part; Size: 1454080 bytes) |
| 63 | Instant Messages | Incoming | | | 12/12/2023 1:59:19 PM(UTC-5) | From: (owner) | Call me<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14E273 (Table: pdu, addr, part; Size: 1454080 bytes) |
| 64 | Call Log | Outgoing | | | 12/12/2023 2:00:02 PM(UTC-5) | To: | 00:00:00<br>Source:<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x33B01 (Table: calls; Size: 233472 bytes) |
| 65 | Call Log | Incoming | | | 12/12/2023 2:00:03 PM(UTC-5) | From: | 00:10:45<br>Source:<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x33DA3 (Table: calls; Size: 233472 bytes) |
| 66 | Instant Messages | Outgoing | | | 12/12/2023 2:02:52 PM(UTC-5) | | Ok, it'll make sense because there are many pumps for Acura<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14C4D8 (Table: sms; Size: 1454080 bytes) |
| 67 | Instant Messages | Incoming | | | 12/12/2023 2:38:23 PM(UTC-5) | | Just FYI, I showed up at your house, apparently missed the show.<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14AE0F (Table: pdu, addr, part; Size: 1454080 bytes) |
| 68 | Instant Messages | Incoming | | | 12/12/2023 3:56:07 PM(UTC-5) | | The other Amazon package was delivered. Please get it and put it by the printer right away.<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x152E42 (Table: sms; Size: 1454080 bytes) |
| 69 | Instant Messages | Incoming | | | 12/12/2023 4:18:58 PM(UTC-5) | From: | Can u bring me food<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x152C3B (Table: sms; Size: 1454080 bytes) |
| 70 | Instant Messages | Outgoing | | | 12/12/2023 4:25:29 PM(UTC-5) | | No, mom has SUV her car is down<br>Source: Native Messages<br>Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x152BCD (Table: sms; Size: 1454080 bytes) |

| # | Type | Direction | | | Date/Time | From/To | Content |
|---|---|---|---|---|---|---|---|
| 71 | Instant Messages | Outgoing | | | 12/12/2023 4:25:50 PM(UTC-5) | From: +17608038825 (owner) To: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1 | Too cute Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x14A5EB (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x243C51 (Table: messages; Size: 2572288 bytes) |
| 72 | Instant Messages | Outgoing | | | 12/12/2023 5:57:00 PM(UTC-5) | | I don't have the car at this point when I have access I'll let Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x1526DF (Table: sms; Size: 1454080 bytes) |
| 73 | Instant Messages | Incoming | | | 12/12/2023 8:32:10 PM(UTC-5) | From: Participants: | Where's my car? Should b home by now. Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x152326 (Table: sms; Size: 1454080 bytes) |
| 74 | Call Log | Incoming | | | 12/12/2023 8:40:39 PM(UTC-5) | From: | 00:01:55 Source: Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x3731C (Table: calls; Size: 233472 bytes) |
| 75 | Instant Messages | Outgoing | | | 12/12/2023 8:40:45 PM(UTC-5) | From: +17608038825 (owner) To: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1 | I'm sorry Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15CBF6 (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x24D847 (Table: messages; Size: 2572288 bytes) |
| 76 | Instant Messages | Outgoing | | | 12/12/2023 8:49:02 PM(UTC-5) | | s having a meltdown lack of slow and the constant white noise is driving her insane Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C60E (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x25EBE4 (Table: messages; Size: 2572288 bytes) |
| 77 | Instant Messages | Outgoing | | | 12/12/2023 8:52:30 PM(UTC-5) | From: +17608038825 (owner) To: +15618758640 Anna & Emma 1 To: +15618758640 Anna & Emma 1 | I'm not leading you on. I thought you had a few day's here. I'm an idiot Source: Native Messages Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x15C459 (Table: pdu, addr, part; Size: 1454080 bytes) Reliance Communications_RC608L.zip/data/data/com.google.android.apps.messaging/databases/bugle_db : 0x25EA32 (Table: messages; Size: 2572288 bytes) |
| 78 | Applications Usage Log | | | | 12/12/2023 8:52:48 PM(UTC-5) [Start time] | | mobi.firedepartment Source: Digital Wellbeing Source file: Reliance Communications_RC608L.zip/data/data/com.google.android.apps.wellbeing/databases/app_usage : 0x879A6 (Table: events; Size: 9093120 bytes) |
| 79 | Call Log | Outgoing | | | 12/12/2023 8:58:05 PM(UTC-5) | To: +15618758640 Anna & Emma 1 | 00:00:05 Source: Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0x3706C (Table: calls; Size: 233472 bytes) |
| 80 | Call Log | Incoming | | | 12/12/2023 8:59:08 PM(UTC-5) | From: +15618758640 Anna & Emma 1 | 00:03:11 Source: Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0xFEF7 (Table: calls; Size: 233472 bytes) |
| 81 | Call Log | Incoming | | | 12/12/2023 10:09:44 PM(UTC-5) | From: +15618758640 Anna & Emma 1 | 00:00:00 Source: Source file: Reliance Communications_RC608L.zip/data/data/com.android.providers.contacts/databases/calllog.db : 0xF92B (Table: calls; Size: 233472 bytes) |

| 82 | Instant Messages | Incoming | | | 12/12/2023 11:16:03 PM(UTC-5) | | Where's my car? U were only going 2 b gone 15 mins.<br>**Source:** Native Messages<br>**Source file:** Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x158C2E (Table: sms; Size: 1454080 bytes) | |
| 83 | Instant Messages | Incoming | | | 12/13/2023 12:11:24 AM(UTC-5) | | She has my jacket, my backpack, and my God Damn flashlight<br>**Source:** Native Messages<br>**Source file:** Reliance Communications_RC608L.zip/data/data/com.android.providers.telephony/databases/mmssms.db : 0x158B05 (Table: sms; Size: 1454080 bytes) | |

4/23/25