



**Extraction Report - Google Android Generic**

## Emails (10)

| # | Parties | Content | Other | Deleted |
|---|---------|---------|-------|---------|
| 1 | Timestamp:<br>12/8/2023<br>9:38:35 AM(UTC-8)<br>From:<br>automated@airbnb.com<br>Airbnb<br>To:<br>rmfiorg@gmail.com<br>rmfiorg@gmail.com<br>Direction:<br>Incoming | Subject: Please confirm your email address<br>Body:<br>[https://www.airbnb.com/?c=.pi80.pkYm9va2luZy9hdXRoZW50aWNhdGlvbi9jb25maXJtX2VtYWlscw==&euid=39d780ac-e26d-111f-f4a5-d8403bb3ff2c]<br>Hi Michael,<br>Welcome to Airbnb! In order to get started, you need to confirm your email address.<br>Confirm email [https://www.airbnb.com/confirm_email?code=3ba4ee3b31e33dadb37f8eb9260a0213&redirect_params%5Baction%5D=account_activation&redirect_params%5Bcontroller%5D=verification&redirect_params%5Bskip_intro%5D=true&user_id=550087618]<br>Airbnb Ireland UC<br>8 Hanover Quay<br>Dublin 2, Ireland<br>Email header:<br>Body file: mes-1.eml | Status: Unread<br>Account:<br>rmfiorg@gmail.com<br>Snippet:<br>MD5:<br>f1adf0af424005d8be6702cb8257b840<br>Source file:<br>Reliance Communications_RC608L.zip/data/data/com.google.android.gm/databases/bigTopDataDB.-515216297 : 0x1FFE56E (Size: 35524608 bytes) | |
| 2 | Timestamp:<br>12/8/2023<br>10:17:16 AM(UTC-8)<br>From:<br>noreply-us@klarna.com<br>Klarna<br>To:<br>rmfiorg@gmail.com<br>rmfiorg@gmail.com<br>Direction:<br>Incoming | Subject: Thanks for choosing Klarna at Airbnb<br>Body:<br>When Airbnb processes your order, we'll collect your 1st payment.<br>[https://l.klarna.com/22XC/paebf32a?pid=TRX&c=US.PayInN.OrderConfirmation.Header&adset=Install&af_ad=Link.KlarnaBadge&af_param_forwarding=false] Thanks for choosing Klarna.<br>Hi Patricia! You've selected Klarna as your payment option at Airbnb.<br>When Airbnb processes your order, we'll collect your first payment and send you your payment plan details.<br>StatusOrder processingPayment plan details4 bi-weekly payments of $55.91Total$223.67View in Klarna app<br>[https://l.klarna.com/22XC/paebf32a?pid=TRX&c=US.PayInN.OrderConfirmation.viewOrder&af_adset=Install.viewOrderPrimaryCta&af_ad=CTA&af_dp=klarna%3A%2F%2F&deep_link_value=%2Ftransactions%2Finternal%2F373eb573-a7ff-419f-a04b-7cc2cc5ff2c7%2Fdetails&af_web_dp=https%3A%2F%2Fwww.klarna.com%2Fapp%2F&af_param_forwarding=false] Summary<br>AirbnbOrder numberWPHCKRJFOrder placedDecember 8Payment method****1572Payment optionPay in 4Order<br>Email header:<br>Item was truncated due to length<br>Body file: mes-2.eml | Status: Unread<br>Account:<br>rmfiorg@gmail.com<br>Snippet:<br>MD5:<br>c83f01b0ca8918d10a7228b770dbd925<br>Source file:<br>Reliance Communications_RC608L.zip/data/data/com.google.android.gm/databases/bigTopDataDB.-515216297 : 0xBE0E3C (Size: 35524608 bytes) | |
| 3 | Timestamp:<br>12/8/2023<br>10:22:02 AM(UTC-8)<br>From:<br>automated@airbnb.com<br>Airbnb<br>To:<br>rmfiorg@gmail.com<br>rmfiorg@gmail.com<br>Direction:<br>Incoming | Subject: Action required: Verify your identity to finish booking<br>Body:<br>We're holding your Escondido reservation for 12 hours<br>[https://www.airbnb.com/?c=.pi80.pkaWRIbnRpdHkvaWRlbnRpdHlfYm9va2luZzl9wcm9tcHQ=&euid=0a7d0e67-34f2-f67a-5f8a-6cae2e9ab1a9] Let's get your reservation confirmed<br>Verify your identity byDec 9 at 6:16 AM UTC+0to finish booking your Escondido trip. If you don't complete identity verification by this time, your reservation request will expire.<br>This one-time task should only take a few minutes. If you have questions about the privacy or security of your info, get details onhow ID verification works [https://www.airbnb.com/help/article/1237?c=.pi80.pkaWRIbnRpdHkvaWRlbnRpdHlfYm9va2luZzl9wcm9tcHQ=&euid=0a7d0e67-34f2-f67a-5f8a-6cae2e9ab1a9] .<br>Get verified [https://www.airbnb.com/account-fov?c=.pi80.pkaWRIbnRpdHkvaWRlbnRpdHlfYm9va2luZzl9wcm9tcHQ=&euid=0a7d0e67-34f2-f67a-5f8a-6cae2e9ab1a9&user_context=NOTIFICATION]<br>Pending reservation<br>Cozy private master bedroom with private entrance<br>Hosted by Daniela<br>Dec 12 –<br>Email header:<br>Item was truncated due to length<br>Body file: mes-3.eml | Status: Default<br>Account:<br>rmfiorg@gmail.com<br>Snippet:<br>MD5:<br>8d0fdf0a0f7ec08d8d70ea33433fca1f<br>Source file:<br>Reliance Communications_RC608L.zip/data/data/com.google.android.gm/databases/bigTopDataDB.-515216297 : 0xBE088A (Size: 35524608 bytes) | |



GOVERNMENT EXHIBIT

CASE NO. 23-CR-80219-AMC

EXHIBIT NO. GX 162

1

| 4 | **Timestamp:** 12/8/2023 4:17:00 PM(UTC-8) **From:** automated@airbnb.com Airbnb **To:** rmfiorg@gmail.com rmfiorg@gmail.com **Direction:** Incoming | **Subject:** Reminder: We need your selfie **Body:** [https://www.airbnb.com?eal_exp=1704673019&eal_sig=78c524096cb473 e6129295e45a6116c9784db21256cd1c772d31a1e3f510383a&eal_uid=55 0087618&eluid=0&euid=e4632000-2bb7-a4a3-3532-0d0c13d4dd1b] Take a photo of yourself Hi Michael, Just a reminder, you'll need to take a selfie for us byDec 9, 6:16 AM GMTto finish booking this listing. We match your selfie photo to the ID you gave us, to check that you're really you. We use the selfie to verify your identity—it will not be posted to your profile or shared with hosts. Once that verification is done, you'll be all set to finish your reservation. If it is not done, the booking will have to be canceled. Take a selfie [https://www.airbnb.com/account-fov?user_context=NOTIFICATION&is_mobile_handoff=false&completi on_destination=ITINERARY&notification_type=email] For more information on how and why Airbnb asks for an ID, visit ourHelp Center [https://www.airbnb.com/help/article/1237/how-does-pro **Email header:** Item was truncated due to length Body file: mes-4.eml | **Status:** Default **Account:** rmfiorg@gmail.com **Snippet:** **MD5:** ed5c3a81cba519f143d215f 06605cb90 **Source file:** Reliance Communications_RC608L.z ip/data/data/com.google.an droid.gm/databases/bigTop DataDB.-515216297 : 0xC3813F (Size: 35524608 bytes) | |
| 5 | **Timestamp:** 12/8/2023 8:17:00 PM(UTC-8) **From:** automated@airbnb.com Airbnb **To:** rmfiorg@gmail.com rmfiorg@gmail.com **Direction:** Incoming | **Subject:** Action required: Get verified to keep your Escondido reservation **Body:** It should only take a few minutes [https://www.airbnb.com/?c=.pi80.pkaWRIbnRpdHkvaWRIbnRpdHlfdmVyaWZp Y2F0aW9uX3JlbWluZGVyMTBocg==&euid=8c794e47-5b2b-7692-4f90-97c1dbfb0454] Verify your identity now Verify your identity by6:16 AM UTC+0or your reservation request for Escondido will expire. This required step shouldn't take long. If you have questions, get details onhow identity verification works [https://www.airbnb.com/help/article/1237?c=.pi80.pkaWRIbnRpdHkvaWRIbnRp dHlfdmVyaWZpY2F0aW9uX3JlbWluZGVyMTBocg==&euid=8c794e47-5b2b-7692-4f90-97c1dbfb0454] . Get verified [https://www.airbnb.com/account-fov?c=.pi80.pkaWRIbnRpdHkvaWRIbnRpdHlfdmVyaWZpY2F0aW9uX3JlbWluZGVy MTBocg==&euid=8c794e47-5b2b-7692-4f90-97c1dbfb0454&user_context=NOTIFICATION] Pending reservation Cozy private master bedroom with private entrance Hosted by Daniela Dec 12 – 14, 2023 You won't be charged until this reservation is confirmed. Review reservation details [https://www.airbnb.com/ **Email header:** Item was truncated due to length Body file: mes-5.eml | **Status:** Default **Account:** rmfiorg@gmail.com **Snippet:** **MD5:** aa2f311510a72cfb9e0b9db b7cdec035 **Source file:** Reliance Communications_RC608L.z ip/data/data/com.google.an droid.gm/databases/bigTop DataDB.-515216297 : 0xBB62C5 (Size: 35524608 bytes) | |
| 6 | **Timestamp:** 12/8/2023 10:17:00 PM(UTC-8) **From:** automated@airbnb.com Airbnb **To:** rmfiorg@gmail.com rmfiorg@gmail.com **Direction:** Incoming | **Subject:** Airbnb payment update **Body:** [https://www.airbnb.com?eal_exp=1704694619&eal_sig=088f96ed179c330 a2eeaa1feb3df6ee094ec93c873cdd912d2d119daf9323365&eal_uid=5500 87618&eluid=0&euid=818c610b-df79-e5e4-e349-dc5d262c2a4b] We've sent a refund to Klarna The authorization of $223.67 (USD) that had been placed on your credit card (Klarna) for reservation HMFPZAWZZK at Cozy private master bedroom with private entrance has now been voided. While this authorization void is immediate on our part, it can take up to seven business days for it to show on your statement. Thanks, The Airbnb team Common questions What is a payment authorization? [https://www.airbnb.com/help/article/313?c=.pi80.pkcGF5bWVudHMvYmlsbGluZ 19yZWZ1bmRfaXNzdWVk&euid=818c610b-df79-e5e4-e349-dc5d262c2a4b] What happens if my reservation request is declined or expires? [https://www.airbnb.com/help/article/315?c=.pi80.pkcGF5bWVudHMvYmlsbGluZ 19yZWZ1bmRfaXNzdWVk&euid=818c610b-df79-e5e4-e349-dc5d262c2a4b] How **Email header:** Item was truncated due to length Body file: mes-6.eml | **Status:** Unread **Account:** rmfiorg@gmail.com **Snippet:** **MD5:** 1fd760783c8da18a96a5bee f88943a6e **Source file:** Reliance Communications_RC608L.z ip/data/data/com.google.an droid.gm/databases/bigTop DataDB.-515216297 : 0xBB6521 (Size: 35524608 bytes) | |
| 7 | **Timestamp:** 12/8/2023 10:22:02 PM(UTC-8) **From:** automated@airbnb.com Airbnb **To:** rmfiorg@gmail.com rmfiorg@gmail.com **Direction:** Incoming | **Subject:** Your Escondido reservation request expired **Body:** [https://www.airbnb.com/?c=.pi80.pkaWRIbnRpdHkvaWRIbnRpdHlfdmVyaWZp Y2F0aW9uX3RpbWVvdXQ=&euid=4489299c-48a9-cd55-590f-c288e7fa224d] Your reservation request expired Escondido Hosted by Daniela Dec 12 – 14, 2023 Your identity wasn't verified in time. You won't be charged, or you'll get a full refund if you already paid. Get verified now so you're set to book next time. If you have questions, get details onhow identity verification works [https://www.airbnb.com/help/article/1237?c=.pi80.pkaWRIbnRpdHkvaWRIbnRp dHlfdmVyaWZpY2F0aW9uX3RpbWVvdXQ=&euid=4489299c-48a9-cd55-590f-c288e7fa224d] . Get verified [https://www.airbnb.com/account-fov?c=.pi80.pkaWRIbnRpdHkvaWRIbnRpdHlfdmVyaWZpY2F0aW9uX3RpbWVv dXQ=&euid=4489299c-48a9-cd55-590f-c288e7fa224d&user_context=NOTIFICATION] [https://www.airbnb.com/external_link?c=.pi80.pkaWRIbnRpdHkvaWRIbnRpdHlf dmVyaWZpY2F0aW9uX3RpbWVvdXQ=&euid=4489299c-48a9-cd55-590f-c288e7fa224d&url=https%3A%2F%2Fwww.facebook.com%2Fairbn **Email header:** Item was truncated due to length Body file: mes-7.eml | **Status:** Default **Account:** rmfiorg@gmail.com **Snippet:** **MD5:** 70af357b8dca69efcea5725 d158a0e7f **Source file:** Reliance Communications_RC608L.z ip/data/data/com.google.an droid.gm/databases/bigTop DataDB.-515216297 : 0x206A1F9 (Size: 35524608 bytes) | |

| | | | | |
|---|---|---|---|---|
| 8 | Timestamp:<br>12/9/2023<br>9:38:45 AM(UTC-8)<br>From:<br>discover@airbnb.com<br>Airbnb<br>To:<br>rmfiorg@gmail.com<br>rmfiorg@gmail.com<br>Direction:<br>Incoming | Subject: Welcome to Airbnb!<br>Body:<br>You're ready to start traveling<br><br>[https://www.airbnb.com/s/homes/?src_section=12970017320740&amp;c=.pi80.pkb21uaS80LzMwMDE0NTI3MTczMTMz&amp;euid=5165e842-29bf-7b1f-7c74-31cbfaf3f29d&amp;tab_id=home&amp;refinement_paths%5B%5D=%2Fhomes&amp;search_mode=flex_destinations_search&amp;category_tag=Tag%3A534 8]<br><br>[https://www.airbnb.com/s/homes/?src_section=12970017320740&amp;c=.pi80.pkb21uaS80LzMwMDE0NTI3MTczMTMz&amp;euid=5165e842-29bf-7b1f-7c74-31cbfaf3f29d&amp;tab_id=home&amp;refinement_paths%5B%5D=%2Fhomes&amp;search_mode=flex_destinations_search&amp;category_tag=Tag%3A534 8]<br>Welcome to Airbnb, Michael. Now that you're with us, you have access to over7 million places to stay—from individual rooms to entire homes—available in100,000 cities and townsin220+ countries and regions.<br>Get inspired<br>[https://www.airbnb.com/?src_section=12970017320740&amp;c=.pi80.pkb21uaS80LzMwMDE0NTI3MTczMTMz&amp;euid=5165e842-29bf-7b1f-7c74-31cbfaf3f29d]<br>Make Escondido your first<br>Email header:<br>Item was truncated due to length<br>Body file: mes-8.eml | Status: Unread<br>Account:<br>rmfiorg@gmail.com<br>Snippet:<br>MD5:<br>f5a4c8824a3bbb52eaf6725b568b6bba<br>Source file:<br>Reliance Communications_RC608L.zip/data/data/com.google.android.gm/databases/bigTopDataDB.-515216297 : 0xA08E61 (Size: 35524608 bytes) | |
| 9 | Timestamp:<br>12/9/2023<br>1:23:37 PM(UTC-8)<br>From:<br>automated@airbnb.com<br>Airbnb<br>To:<br>rmfiorg@gmail.com<br>rmfiorg@gmail.com<br>Direction:<br>Incoming | Subject: There was a problem with the photo you took of yourself<br>Body:<br>It's difficult to see you in the photo you took of yourself. To help us make sure it's you, the photo of your face needs to match the photo that's on your ID.<br><br>[https://www.airbnb.com?eal_exp=1704749015&amp;eal_sig=36e914593cbbf463044a18a2060920b64a520d55a6cfd1ac41e304ad50a9793e&amp;eal_uid=550087618&amp;eluid=0&amp;euid=652998be-13a7-07d0-9517-80fd06376e72]<br>Take a photo of yourself<br>Hi Michael,<br>It's difficult to see you in the photo you took of yourself. To help us make sure it's you, the photo of your face needs to match the photo that's on your ID.<br>Take another photo<br> [https://www.airbnb.com/account-fov?user_context=NOTIFICATION&amp;is_mobile_handoff=false&amp;completion_destination=HOME&amp;notification_type=email]<br>For more information on how and why Airbnb asks for an ID, visit ourHelp Center [https://www.airbnb.com/help/article/1237/how-does-it-work-when-airbnb-asks-for-an-id?c=.pi80.pkaWRlbnRpdHkvaWRlbnRpdHlfdmVyaWZpY2F0aW9uL2ZhaWxlZA%3D%3D&amp;euid=652998be<br>Email header:<br>Item was truncated due to length<br>Body file: mes-9.eml | Status: Default<br>Account:<br>rmfiorg@gmail.com<br>Snippet:<br>MD5:<br>f7574c76dccad3c2c913c9c35f641a6b<br>Source file:<br>Reliance Communications_RC608L.zip/data/data/com.google.android.gm/databases/bigTopDataDB.-515216297 : 0xBEC24F (Size: 35524608 bytes) | |
| 10 | Timestamp:<br>12/11/2023<br>6:14:07 PM(UTC-8)<br>From:<br>noreply-us@klarna.com<br>Klarna<br>To:<br>rmfiorg@gmail.com<br>rmfiorg@gmail.com<br>Direction:<br>Incoming | Subject: Payment plan canceled for Airbnb<br>Body:<br><br>[https://l.klarna.com/22XC/paebf32a?pid=TRX&amp;c=US.PayInN.OrderCanceled.Header&amp;af_adset=Install&amp;af_ad=Link.KlarnaBadge&amp;af_param_forwarding=false] Payment plan canceled.<br>Hi, Patricia. Your order at Airbnb has been canceled. As a result, we've canceled your payment plan. It may take 1–7 business days to remove the hold on your funds, but you can rest assured that you won't be charged.<br>If you have any questions about your canceled order, please reach out to Airbnb directly.<br>View in Klarna app<br>[https://l.klarna.com/22XC/paebf32a?pid=TRX&amp;c=US.PayInN.OrderCanceled.viewOrder&amp;af_adset=Install.viewOrderPrimaryCta&amp;af_ad=CTA&amp;af_dp=klarna%3A%2F%2F&amp;deep_link_value=%2Ftransactions%2Finternal%2F373eb573-a7ff-419f-a04b-7cc2cc5ff2c7%2Fdetails&amp;af_web_dp=https%3A%2F%2Fwww.klarna.com%2Fapp%2F&amp;af_param_forwarding=false] Summary<br>AirbnbOrder numberWPHCKRJFOrder placedDecember 8Payment method****1572Payment optionPay in 4SupportWhy was my order canceled?<br>If y<br>Email header:<br>Item was truncated due to length<br>Body file: mes-10.eml | Status: Unread<br>Account:<br>rmfiorg@gmail.com<br>Snippet:<br>MD5:<br>6ab64443fe280e8e7531f19e59662698<br>Source file:<br>Reliance Communications_RC608L.zip/data/data/com.google.android.gm/databases/bigTopDataDB.-515216297 : 0x2104553 (Size: 35524608 bytes) | |



*[signature]*
4/24/25