

Hi Michael,

Welcome to Airbnb! In order to get started, you need to confirm your email address.

Confirm email



Airbnb Ireland UC
8 Hanover Quay
Dublin 2, Ireland



AO386-C
**GOVERNMENT EXHIBIT**

CASE NO. 23-CR-80219-AMC

EXHIBIT NO. GX 163



# Thanks for choosing Klarna.

Hi Patricia! You've selected Klarna as your payment option at Airbnb.

 When Airbnb processes your order, we'll collect your first payment and send you your payment plan details.

| | |
|---|---|
| Status | **Order processing** |
| Payment plan details | **4 bi-weekly payments of $55.91** |
| Total | **$223.67** |

View in Klarna app

# Summary

 **Airbnb**

| | |
|---|---|
| Order number | **WPHCKRJF** |
| Order placed | **December 8** |
| Payment method | **\*\*\*\* 1572** |
| Payment option | **Pay in 4** |

## Order details

AIRBNB * HMFPZAWZZK                                    **$223.67**

Total                                                  **$223.67**

**View more details in the Klarna app**

## You're in! 🎮

Congrats for unlocking access to our Gift Factory game—which means you're in with a chance of winning $15 off your next Klarna purchase of $30 or more.

**Play now**

# Support

## Where can I view my orders and payments?

You can view your full order history and keep track of your upcoming and previous payments in the Klarna app.

**Visit Help Center for more support**

## Have a question? Contact us.

We are available 24/7 via chat.

**Chat with us**





Klarna Inc.
PO Box 8116
Columbus, OH 43201

Klarna.com

If you don't want any emails containing deals, inspiration or product news from
Klarna in the future you can opt-out by clicking here.



# Let's get your reservation confirmed

Verify your identity by **Dec 9 at 6:16 AM UTC+0** to finish booking your Escondido trip. If you don't complete identity verification by this time, your reservation request will expire.

This one-time task should only take a few minutes. If you have questions about the privacy or security of your info, get details on **how ID verification works**.

Get verified

---

## Pending reservation

 **Cozy private master bedroom with private entrance**
Hosted by Daniela
Dec 12 – 14, 2023

You won't be charged until this reservation is confirmed.

**Review reservation details**

  

Airbnb, Inc.
888 Brannan St.
San Francisco, CA 94103, USA



# Thanks for choosing Klarna.

Hi Patricia! You've selected Klarna as your payment option at Airbnb.

 When Airbnb processes your order, we'll collect your first payment and send you your payment plan details.

| | |
|---|---|
| Status | **Order processing** |
| Payment plan details | **4 bi-weekly payments of $55.91** |
| Total | **$223.67** |

View in Klarna app

# Summary

 **Airbnb**

| | |
|---|---|
| Order number | **WPHCKRJF** |
| Order placed | **December 8** |
| Payment method | **** 1572** |
| Payment option | **Pay in 4** |

## Order details

 AIRBNB * HMFPZAWZZK                    **$223.67**

Total                                              **$223.67**

**View more details in the Klarna app**

### You're in! 🎮

Congrats for unlocking access to our Gift Factory game—which means you're in with a chance of winning $15 off your next Klarna purchase of $30 or more.

**Play now**



# Support

## Where can I view my orders and payments?

You can view your full order history and keep track of your upcoming and previous payments in the Klarna app.

**Visit Help Center for more support**

## Have a question? Contact us.

We are available 24/7 via chat.

**Chat with us**





Klarna Inc.
PO Box 8116
Columbus, OH 43201

Klarna.com

If you don't want any emails containing deals, inspiration or product news from Klarna in the future you can opt-out by clicking here.



# Payment plan canceled.

Hi, Patricia. Your order at Airbnb has been canceled. As a result, we've canceled your payment plan. It may take 1–7 business days to remove the hold on your funds, but you can rest assured that you won't be charged.

 If you have any questions about your canceled order, please reach out to Airbnb directly.

View in Klarna app

## Summary

 **Airbnb**

Order number                          **WPHCKRJF**

Order placed                          **December 8**

Payment method                        **\*\*\*\* 1572**

Payment option                        **Pay in 4**

## Support

### Why was my order canceled?

If you have questions regarding your canceled order, we recommend you
to contact Airbnb.

**Visit Help Center for more support**



Klarna Inc.
PO Box 8116
Columbus, OH 43201

Klarna.com



# Take a photo of yourself

Hi Michael,

It's difficult to see you in the photo you took of yourself. To help us make sure it's you, the photo of your face needs to match the photo that's on your ID.

Take another photo

For more information on how and why Airbnb asks for an ID, visit our Help Center.

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103, USA





Welcome to Airbnb, Michael. Now that you're with us, you have access to over **7 million places to stay**—from individual rooms to entire homes—available in **100,000 cities and towns** in **220+ countries and regions.**

Get inspired

# Make Escondido your first stop

Home in Escondido
2 beds
Dec 11 – 16
$106 night

★ 4.92   Cabin in Temecula
3 beds
Dec 10 – 15
$239 night

Home in Temecula
2 beds
Dec 10 – 15

$144 night

Guest suite in Escondido      ★ 4.94
2 beds
Jan 1 – 6

$115 night

Explore more



# Try a top-rated Host

Superhosts have a track record of great reviews, which can help you feel more comfortable booking your first stay on Airbnb.

Explore Superhost stays



  

Airbnb, Inc.
888 Brannan St.
San Francisco, CA 94103, USA

Get the Airbnb app

 

Update your email preferences to choose which emails you get or unsubscribe from this type of email.



# We've sent a refund to Klarna

The authorization of $223.67 (USD) that had been placed on your credit card (Klarna) for reservation HMFPZAWZZK at Cozy private master bedroom with private entrance has now been voided. While this authorization void is immediate on our part, it can take up to seven business days for it to show on your statement.

Thanks,
The Airbnb team

## Common questions

What is a payment authorization?

What happens if my reservation request is declined or expires?

How much do I pay for a reservation?

You can track payments and refunds in your payments, or learn more in our Help Center.

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103, USA



# Your reservation request expired



**Escondido**

Hosted by Daniela

Dec 12 – 14, 2023

Your identity wasn't verified in time. You won't be charged, or you'll get a full refund if you already paid.

Get verified now so you're set to book next time. If you have questions, get details on **how identity verification works**.

Get verified



  

Airbnb, Inc.
888 Brannan St.
San Francisco, CA 94103, USA



# Verify your identity now

Verify your identity by **6:16 AM UTC+0** or your reservation request for Escondido will expire. This required step shouldn't take long.

If you have questions, get details on **how identity verification works**.

Get verified

## Pending reservation



**Cozy private master bedroom with private entrance**
Hosted by Daniela
Dec 12 – 14, 2023

You won't be charged until this reservation is confirmed.

**Review reservation details**





Airbnb, Inc.
888 Brannan St.
San Francisco, CA 94103, USA



# Let's get your reservation confirmed

Verify your identity by **Dec 9 at 6:16 AM UTC+0** to finish booking your Escondido trip. If you don't complete identity verification by this time, your reservation request will expire.

This one-time task should only take a few minutes. If you have questions about the privacy or security of your info, get details on **how ID verification works**.

Get verified

---

## Pending reservation

 **Cozy private master bedroom with private entrance**
Hosted by Daniela
Dec 12 – 14, 2023

You won't be charged until this reservation is confirmed.

**Review reservation details**

---

  

Airbnb, Inc.
888 Brannan St.
San Francisco, CA 94103, USA



# Take a photo of yourself

Hi Michael,

Just a reminder, you'll need to take a selfie for us by Dec 9, 6:16 AM GMT to finish booking this listing.

We match your selfie photo to the ID you gave us, to check that you're really you. We use the selfie to verify your identity—it will not be posted to your profile or shared with hosts.

Once that verification is done, you'll be all set to finish your reservation. If it is not done, the booking will have to be canceled.

Take a selfie

For more information on how and why Airbnb asks for an ID, visit our Help Center.

Cozy private master bedroom with private entrance

## Cozy private master bedroom with private entrance



Entire home/apt hosted by Daniela

Tuesday,
Dec 12, 2023



Thursday,
Dec 14, 2023

Pending ID confirmation
Finish last step to book

Airbnb, Inc., 888 Brannan St, San Francisco, CA 94103, USA

4/25/25