**United States District Court**
**Southern District of Florida**



Case Number: 23cr80219AMC

# SUPPLEMENTAL ATTACHMENT(S)

Please refer to supplemental "file" in the division where the Documents/Exhibits were submitted and filed.

Division Document/Exhibits Submitted and Filed: FTP 5/22/25

These Documents/Exhibits must <u>not</u> be placed in the "temp chron file".

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Scanned)**

___ • Poor quality scanned images (i.e. Handwritten, Photographs)

___ • Surety bonds

___ • Bound extradition papers

<u>Documents/Exhibits Retained in Supplemental Files</u>  **(Not Scanned)**

√ CD, DVD, USB drive. (i.e. Audio/Visual)
GX116  GX125

** All other documents and documentary exhibits are part of the CM/ECF Case Record in pdf format.

Date: 5/22/25

Revised: 2/20/2019





