UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cr-80219-AMC-1

FILED BY SCA D.C.
MAY 22 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES OF AMERICA,

Plaintiff(s),

vs.
Michael Gordon Douglas,

Defendant(s).
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives
Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")
Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami  [ ] FTL  [ ] WPB

[✓] Other (Explain): Gov't Exhibits from Jury Trial (DE# 169, 170, 171, 172, 173)

[ ] Attachments
(Exhibit list, Order of Court)

Signature: J. Mazari
Print Name: JESSICA MAZARI
Agency or Firm: USAO
Address: 101 S. US. Hwy 1. STE 3100
FORT PIERCE, FL 34950
Telephone: 772-466-0899
Date: 5/22/2025

Exhibits Released by:
Angela E Noble
S.Carlson
(Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| | ) |
| v. | ) |
| | ) |
| | ) |
| MICHAEL GORDON DOUGLAS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
| --- | --- | --- |
| 1 | 1 | Screen Video Recording- Kik Communications 10-3-23 to 10-17-23 [substitute photo] |
| 1 | 1a | Image of penis sticking through child's legs- 771c45e6-ca63-4dd2-85f6-7d253bbc938c [substitute photo] |
| 1 | 1b | Image of young girl's vagina- bd3ed9a2-1c63-4c96-a005-97659ed5bfa3 [substitute photo] |
| 1 | 1c | Video of girl on top of man's penis – RCA- 378f3fcf-366f-4518-a238-1b56bb1a528b [substitute photo] |
| 1 | 1d | Image of young girl's vagina- 9abdfc12-e539-4e8e-a4a2-4ee382ecbd9b [substitute photo] |
| 1 | 1e | Video of girl and bondage- 2a149999-d65c-484b-835e-be86f7d6faa2 [substitute photo] |
| 1 | 1f | Video of two minor girls kissing- bbca17bb-3f9b-4b96-a418-1efbec9625e5 [substitute photo] |
| 1 | 1g | Video of girl playing with penis of adult man- e22b394c-f8fb-4828-bd36-03e709e593d8 [substitute photo] |
| 1 | 1h | Video of toddler on woman with boy- 07d587fc-dae1-4db0-8c3a-1fc7006e829a [substitute photo] |
| 1 | 1i | Image of young girl's vagina- 3feb4bfb-e664-4ba7-8ed7-c8ec3eb74ff4 [substitute photo] |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 1j | Image of young girl's vagina- 46fddf04-dd95-41e0-87e4-5c2f4ec74475 [substitute photo] |
| 1 | 1k | Image of young girl's vagina- 3713d942-1f4a-4cb1-a636-505dcbb803ad [substitute photo] |
| 1 | 1l | Video of girl masturbating- 55a7f86f-48ed-4033-8a45-883ace5eccd8 [substitute photo] |
| 1 | 1m | Video of girl on top of man's penis – RCA- f3dab4e5-e0b0-416b-9e0b-51e14d077b5e [substitute photo] |
| 1 | 1n | Video of oral sex committed on female child- bbdd897c-eab3-4deb-b66f-6ae7b13b35ac [substitute photo] |
| 1 | 1o | Image of penis sticking through child's legs- 246de23a-ee63-4c5f-a472-3f1b07b4b24c [substitute photo] |
| 1 | 1p | Video of ejaculate on female child- abaa0f3e-29b6-4496-aeca-5a984f0b5c8c [substitute photo] |
| 1 | 1q | Video of girl masturbating- 1fa9316a-001d-4202-9ff6-b6530ac6c3bd [substitute photo] |
| 2 | 2 | Screen Video Recording- Kik Communications 10-17-23 to 10-19-23 [substitute photo] |
| 2 | 2a | Video of girl on top of man's penis – RCA- e01dce6b-c628-488c-b2f6-dc0870ab8957 [substitute photo] |
| 3 | 3 | Screen Video Recording- Kik Communications 10-19-23 to 10-22-23 [substitute photo] |
| 3 | 3a | Image of two girls in shower- 34b836e9-808b-4b5c-b46b-8858a2b4f0fb [substitute photo] |
| 3 | 3b | Video of girl masturbating- f5e25910-2af6-4785-a5df-f4446a1c85eb [substitute photo] |
| 3 | 3c | Video of boy having oral sex with girl- 68efafea-a134-43d8-aaea-c0c9b2cb3ac4 [substitute photo] |
| 3 | 3d | Video of female masturbating with boy- 52e658aa-05a8-4b97-babc-17680b98f220 [substitute photo] |
| 3 | 3e | Video of two minor girls kissing- of bb752408-c13d-4d91-a620-6b136ae80d72 [substitute photo] |
| 3 | 3f | Video of girl playing with penis of adult man- 607a1e40-ce0e-4d05-b0b4-b561903ac612 [substitute photo] |
| 3 | 3g | Image of young girl's vagina- 1bcf8943-5fe0-47f9-97fc-a97000c91206 [substitute photo] |
| 4 | 4 | Taboo Room Screenshots [substitute photo] |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 4 | 4a | Video of girl masturbating- Taboo Room Distributed Video [substitute photo] |
| 5 | 5 | Screen Video Recording- Kik Communications 10-22-23 to 10-24-23 [substitute photo] |
| 5 | 5a | Kik Communications 10-22-23 to 10-24-23 [substitute photo] |
| 5 | 5b | Video of Defendant masturbating- 6e89b15e-e203-49a7-8dcb-c94071b67a8c [substitute photo] |
| 6 | 6 | Screen Video Recording- Kik Communications 10-24-23 to 10-25-23 [substitute photo] |
| 6 | 6a | Kik Communications 10-24-23 to 10-25-23 [substitute photo] |
| 7 | 7 | Screen Video Recording- Kik Communications 10-25-23 to 10-26-23 [substitute photo] |
| 7 | 7a | Kik Communications 10-25-23 to 10-26-23 [substitute photo] |
| 7 | 7b | Video of Defendant's leg injury- 4b8db6d4-9eb1-480f-89c2-2655499611e3 [substitute photo] |
| 8 | 8 | Screen Video Recording- Kik Communications 10-26-23 to 10-30-23 [substitute photo] |
| 8 | 9 | Screen Video Recording- Kik Communications 10-30-23 to 11-06-23 [substitute photo] |
| 8 | 10 | Screen Video Recording- Kik Communications 11-06-23 to 11-27-23 [substitute photo] |
| 8 | 11 | Screen Video Recording- Kik Communications 12-06-23 to 12-12-23 [substitute photo] |
| 9 | 12 | Combined screenshots of Kik communications, Exhibits 8, 9, 10, & 11 Redacted |
| 10 | 12b | Screenshot of #nolimsfunn |
| 11 | 12a | Video of digital penetration of infant- 0475afc1-e3eb-4984-912b-fd5a77603f57 [substitute photo] |
| 11 | 12c | Video of Defendant masturbating- 0357259c-d515-4797-aeff-ef6d99945063 [substitute photo] |
| 11 | 12d | Video of woman performing oral sex on boy- 7ef3159e-262e-47a3-8e2e-34251fd39dc8 [substitute photo] |
| 11 | 12e | Video of girl performing oral sex on boy- ec75bbb8-44b0-4518-af65-b5e3b4552791 [substitute photo] |
| 11 | 12f | Video of boy performing oral sex on boy- 7ee93aaf-8130-4ce8-a1bd-f664bb266738 [substitute photo] |

3

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 12g | Video of children engaged in sex with man- 48556ed5-014f-4e6b-bb96-510f7fda9639 [substitute photo] |
| 11 | 12h | Video of Defendant masturbating- acaa329c-76c5-40a8-ad77-cd67c80327d9 [substitute photo] |
| 11 | 12i | Video of Defendant masturbating- f3ea9348-7b53-41eb-b085-cf1acab70215 [substitute photo] |
| 11 | 12j | Video of Defendant masturbating- 1fbb2068-787b-416b-9524-f819624ae3bd [substitute photo] |
| 12 | 13 ✓ | Text messages from undercover agent's cellphone |
| 13 | 13a ✓ | Images of lingerie from Text Messages from undercover agent's cellphone |
| 14 | 14 ✓ | Combined screenshots of Kik communications and text messages, Exhibits 9, 10, 11, 12, & 13 |
| 15 | 15 ✓ | Call log |
| 16 | 17 ✓ | Map of Escondido to Carlsbad, California |
| 17 | 18 ✓ | Summary Exhibit of Communications Redacted |
| 18 | 19 ✓ | Amazon Records Redacted |
| 19 | 20 ✓ | Kik Records - Subscriber-data-daddybreedsfam 10_03_23 - 10_30_23 |
| 20 | 20a ✓ | Kik Records - Subscriber-data-daddybreedsfam 10_03_23 - 10_30_23 (highlighted) |
| 21 | 21 ✓ | Kik Records - Subscriber-data-daddybreedsfam 10_30_23 - 12_12_23 |
| 22 | 21a ✓ | Kik - Subscriber-data-daddybreedsfam 10_30_23 - 12_12_23 (highlighted) |
| 23 | 22 | Cox Records - 98.176.180.40 (up to 11_15_2023) Redacted |
| 24 | 23 ✓ | Google Records - miked14691@gmail.com |
| 25 | 24 ✓ | Google Records - rmfiorg@gmail.com |
| 26 | 25 ✓ | Google Records - chicagomikemgd@gmail.com |
| 27 | 26 ✓ | Verizon Records - telephone number (***) ***-8825 including, IMEI ending 4710 Redacted |

| Attachment Number | Exhibit Number | Description |
| --- | --- | --- |
| 28 | 27✓ | Certified records of Defendant's prior criminal conviction - CA2006 |
| 29 | 28 ✓ | Map of Escondido travel on 12/12/2023 |
| 30 | 170a | Video of boy masturbating man over girl sent to (***) ***-1997) 1000039210 (#1) [substitute photo] |
| 31 | 171a | Image of penis sticking through child's legs- 5012897189088832518_121 [substitute photo] |
| 31 | 171b | Image of naked children having sex- 5015148988902519081_120 [substitute photo] |
| 31 | 171c | Video of boy performing oral sex on girl- 1_5028684839872627850 [substitute photo] |
| 31 | 171d | Video of two minor girls kissing- 1_5028684839872627852 [substitute photo] |
| 31 | 171e | Video of boy performing oral sex on girl- 1_5028684839872627864 [substitute photo] |
| 31 | 171f | Video of toddler on woman with boy- 1_5028684839872627862 [substitute photo] |
| 32 | 172 | Samsung device - CSAM video #3 [substitute photo] |
| 33 | 173 | Verizon device - CSAM video #4 [substitute photo] |
| 34 | 174 | MicroSD Card from Verizon device - CSAM video #5 [substitute photo] |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Justin Chapman*
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 398-8871
Justin.chapman4@usdoj.gov

5

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

UNITED STATES OF AMERICA )
)
v. )
)
)
MICHAEL GORDON DOUGLAS, )
)
Defendant. )
)

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 29 ✓ | DaddyBreedsFam Kik profile |
| 2 | 30 ✓ | 6.saltbabe.9 Kik profile |
| 3 | 31 ✓ | Photograph of intersection and vehicles- IMG_3057 |
| 4 | 32 ✓ | Photograph of Highlander pinned, rear- IMG_3043 |
| 5 | 33 ✓ | Photograph of Highlander pinned, driver's side- IMG_3055 |
| 6 | 34 ✓ | Photograph of Highlander pinned, passenger side- IMG_3053 |
| 7 | 35 ✓ | Photograph of Highlander front window and light bar- IMG_3054 |
| 8 | 36 ✓ | Photograph of woman passenger- IMG_3041 |
| 9 | 37 ✓ | Photograph of defendant- IMG_3040 |
| 10 | 39 ✓ | Photograph of the defendant's clothes, back- IMG_0654 |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 40 ✓ | Photograph of defendant's items on roadway- IMG_0635 |
| 12 | 41 ✓ | Photograph of jacket- IMG_2956 |
| 13 | 42 ✓ | Photograph of Jacket and sliver butt plug- IMG_2958 |
| 14 | 43 ✓ | Photograph of wallet with defendant's driver's license- IMG_0644 Redacted |
| 15 | 44 ✓ | Photograph of wallet contents and money- IMG_0648 Redacted |
| 16 | 45 ✓ | Photograph of money- IMG_0645 |
| 17 | 46 ✓ | Photograph of closeup of wallet contents, firefighter card |
| 18 | 47 ✓ | Photograph of closeup of wallet contents, bank cards Redacted |
| 19 | 48 ✓ | Photograph of Highlander's driver seat- IMG_2951 |
| 20 | 49 ✓ | Photograph of Highlander's driver seat- IMG_0634 |
| 21 | 50 ✓ | Photograph of Highlander, phone of driver's floorboard- IMG_2950 |
| 22 | 51 ✓ | Photograph of Verizon cellphone- IMG_2971 |
| 23 | 52 ✓ | Photograph of green bag in trunk- 2EF0164D-E16E-4542-90AB-9F48BCDC24A9 |
| 24 | 53 ✓ | Photograph of green bag in trunk, unicorn- 123d9138-3540-43d5-8728-a0d899e7b60c |
| 25 | 54 ✓ | Photograph of green bag in trunk, unicorn- IMG_0646 |
| 26 | 55 ✓ | Photograph of green bag in trunk, unicorn removed- IMG_0647 |
| 27 | 56 ✓ | Photograph of trunk, black lingerie- 2AE412A7-7E59-4F35-BF8A-1159D2B7CD22 |
| 28 | 57 ✓ | Photograph of trunk, black shorts with white skull- IMG_2969 |
| 29 | 58 ✓ | Photograph of unicorn- IMG_2988 |
| 30 | 59 ✓ | Photograph of anal explorer kit- IMG_2984 |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 31 | 60 ✓ | Photograph of anal beads- IMG_2981 |
| 32 | 61 ✓ | Photograph of red lingerie- IMG_2996 |
| 33 | 62 ✓ | Photograph of Astroglide- IMG_2983 |
| 34 | 63 ✓ | Photograph of vibrator- IMG_2985 |
| 35 | 64 ✓ | Photograph purple dildo- IMG_2986 |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Justin Chapman*
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 398-8871
Justin.chapman4@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

UNITED STATES OF AMERICA )
)
v. )
)
)
MICHAEL GORDON DOUGLAS, )
)
Defendant. )
)

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 65 ✓ | Photograph double headed dildo- IMG_2987 |
| 2 | 66 ✓ | Photograph of fake penis- IMG_2990 |
| 3 | 67 ✓ | Photograph of speculum, front- IMG_2999 |
| 4 | 68 ✓ | Photograph of speculum, back- IMG_3001 |
| 5 | 69 ✓ | Photograph of black lingerie- IMG_2998 |
| 6 | 70 ✓ | Photograph of silver butt plug- IMG_2993 |
| 7 | 71 | Verizon cellular telephone with Micro SD Card [physical- substitute photo] |
| 8 | 72 | Silver butt plug [physical- substitute photo] |
| 9 | 73 | Green Bag [physical- substitute photo] |
| 10 | 74 | Unicorn [physical- substitute photo] |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 75 | Dildo [physical- substitute photo] |
| 12 | 76 | Anal Beads [physical- substitute photo] |
| 13 | 77 | Red Lingerie [physical- substitute photo] |
| 14 | 78 | Astroglide [physical- substitute photo] |
| 15 | 79 | Vibrator [physical- substitute photo] |
| 16 | 80 | Purple Dildo [physical- substitute photo] |
| 17 | 81 | Double Headed Dildo [physical- substitute photo] |
| 18 | 82 | Fake Penis [physical- substitute photo] |
| 19 | 83 | Black Lingerie [physical- substitute photo] |
| 20 | 84 | Speculum [physical- substitute photo] |
| 21 | 85 ✓ | Photograph of mailbox, Space 75- DSC_0001 |
| 22 | 86 ✓ | Photograph of exterior stairs leading to door- DSC_0002 |
| 23 | 87 ✓ | Photograph of hallway to bedroom with Cubs door mat- DSC_0031 |
| 24 | 88 ✓ | Photograph of doorway leading into bedroom with Cubs door mat- DSC_0037 |
| 25 | 89 ✓ | Photograph of bathroom near Cubs door mat bedroom- DSC_0032 |
| 26 | 90 ✓ | Photograph of blue bathroom rug- DSC_0036 |
| 27 | 91 ✓ | Photograph of bedroom door next to bathroom- DSC_0038 |
| 28 | 92 ✓ | Photograph of door marked Room A- DSC_0108 |
| 29 | 93 ✓ | Photograph of inside Room A- DSC_0109 |
| 30 | 94 ✓ | Photograph of inside Room A, 2- DSC_0110 |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 31 | 95 ✓ | Photograph of inside Room A, 3- DSC_0111 |
| 32 | 96 ✓ | Photograph of inside Room A, 4- DSC_0112 |
| 33 | 97 ✓ | Photograph of inside Room A, 5- DSC_0113 |
| 34 | 98 ✓ | Photograph of inside Room A, 6- DSC_0114 |
| 35 | 99 ✓ | Photograph of closet in Room A- DSC_0115 |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By:   /s/ *Justin Chapman*
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 398-8871
Justin.chapman4@usdoj.gov

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

UNITED STATES OF AMERICA )
)
v. )
)
)
MICHAEL GORDON DOUGLAS, )
)
Defendant. )
)

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 100 ✓ | Photograph of brown chair inside Room A- DSC_0039 |
| 2 | 101 ✓ | Photograph of brown chair inside Room A, 2- DSC_0081 |
| 3 | 102 ✓ | Photograph of brown chair inside Room A, 3- DSC_0072 |
| 4 | 103 ✓ | Photograph of bed and yellow helmet inside Room A- DSC_0043 |
| 5 | 104 ✓ | Photograph of nightstand in Room A- DSC_0051 |
| 6 | 105 ✓ | Photograph of closeup of nightstand in Room A- DSC_0052 |
| 7 | 106 ✓ | Photograph of Samsung cellphone on nightstand in Room A- DSC_0053 |
| 8 | 107 ✓ | Samsung cellphone device [physical- substitute photo] |
| 9 | 108 ✓ | Photograph of SDCCU Visa Card, name of Michael Douglas- DSC_0076 Redacted |
| 10 | 109 ✓ | Photograph of Capital One Card, name of Michael Douglas (back)- DSC_0083 Redacted |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 110 ✓ | Photograph of Capital One Card, name of P.D. (front)- DSC_0060 |
| 12 | 111 ✓ | Photograph of Capital One Card, name of P.D. (back)- DSC_0061 Redacted |
| 13 | 112 ✓ | Photograph of Chase Visa Card, name of P.D. (front)- DSC_0062 |
| 14 | 113 ✓ | Photograph of Chase Visa Card, name of P.D. (back)- DSC_0063 Redacted |
| 15 | 114 ✓ | Photograph of SDCCU Visa Card, name of P.D.- DSC_0064 Redacted |
| 16 | 115 ✓ | Photograph of blue Everest backpack outside- DSC_0054 |
| 17 | 116 ✓ | Photograph of contents of blue backpack- DSC_0056 |
| 18 | 117 ✓ | Photograph of information card in name of A.C.- DSC_0055 Redacted |
| 19 | 118 ✓ | Photograph of Carport and areas marked H and I- DSC_0143 |
| 20 | 119 ✓ | Photograph of area marked H- DSC_0142 |
| 21 | 120 ✓ | Photograph of door to shed marked I- DSC_0145 |
| 22 | 121 ✓ | Photograph of inside shed marked I- DSC_0146 |
| 23 | 124 ✓ | Transcript of audio recorded interview of Defendant Redacted |
| 24 | 128 ✓ | Samsung device- Cellebrite extraction report - Device Information (1 page) |
| 25 | 129 ✓ | Samsung device- GreyKey progress report (1 page) |
| 26 | 130 ✓ | Samsung device- Cellebrite extraction report - User Accounts (53 pages) |
| 27 | 131 ✓ | Samsung device- Copy of emails from Temu to rmfiorg@gmail.com (10 pages) |
| 28 | 132 ✓ | Samsung device- Cellebrite extraction report - Instant Message re: Samsung Pay (1 page) |
| 29 | 133 ✓ | Samsung device- Copy of email from noreply@samsungpaycash.com (1 page) |
| 30 | 134 ✓ | Samsung device- Copy of second email from noreply@samsungpaycash.com (2 pages) |

2

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 31 | 135 ✓ | Samsung device- Cellebrite extraction report - Emails (page 2, 4) |
| 32 | 136 ✓ | Samsung device- Cellebrite extraction report - Installed Applications - Kik (1 page) |
| 33 | 137 ✓ | Samsung device- Cellebrite extraction report - Emails - MikeD14691@gmail.com (1 page) |
| 34 | 138 ✓ | Samsung device- Copy of email from Kik (2 pages) |
| 35 | 139 ✓ | Samsung device- Cellebrite extraction report - Contacts - Anna & Emma (1 page) |

Respectfully submitted,

HAYDEN P. O'BYRNE
UNITED STATES ATTORNEY

By: /s/ *Justin Chapman*
JUSTIN CHAPMAN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 85778
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel: (561) 398-8871
Justin.chapman4@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ *Justin Chapman*
JUSTIN CHAPMAN
Assistant United States Attorney

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-cr-80219-AMC

UNITED STATES OF AMERICA )
)
v. )
)
)
MICHAEL GORDON DOUGLAS, )
)
Defendant. )
_____ )

## NOTICE OF FILING OF TRIAL EXHIBITS

Pursuant to Local Rule 5.3(b), the United States hereby files and attaches hereto the following trial exhibits in this matter.

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 1 | 140 ✓ | Samsung device- Cellebrite extraction report - Chats with Anna & Emma (21 pages) |
| 2 | 141 ✓ | Samsung device- Cellebrite extraction report - Chats with new undercover number (3 pages) |
| 3 | 142 ✓ | Samsung device- images of screenshots of lingerie and details (3 pages) |
| 4 | 143 ✓ | Samsung device- Cellebrite extraction report - Snapchat messages (2 pages) |
| 5 | 144 ✓ | Samsung device- Cellebrite extraction report - Image of Screenshot from Kik (2 pages) |
| 6 | 145 ✓ | Samsung device- Cellebrite extraction report - Instant Messages Halloween Party (21 pages) |
| 7 | 147 ✓ | Samsung device- Cellebrite extraction report - GPS Locations - Home (1 page) |
| 8 | 148 ✓ | Samsung device- Cellebrite extraction report - Timeline 10/03/23 - 11/17/23 (32 pages) Redacted |
| 9 | 152 ✓ | Verizon device- Cellebrite extraction report - Device Information (1 page) |
| 10 | 153 ✓ | Verizon device- Cellebrite extraction report - User Accounts (8 pages) |

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 11 | 154 ✓ | Verizon device- Cellebrite extraction report - Searched Items (12 pages) |
| 12 | 155 ✓ | Verizon device- Cellebrite extraction report - Web History (48 pages) |
| 13 | 156 ✓ | Verizon device- Cellebrite extraction report - Native Messages Anna & Emma (42 pages) |
| 14 | 157 ✓ | Verizon device- Cellebrite extraction report - (Image of lobby) from Exhibit 174 |
| 15 | 158 ✓ | Verizon device- Cellebrite extraction report - Kik Messenger Anna (2 pages) |
| 16 | 159 ✓ | Verizon device- Cellebrite extraction report - Native Messages Luxxx (61 pages) Redacted |
| 17 | 159a ✓ | Photograph of Womanizer Search |
| 18 | 160 ✓ | Verizon device- Cellebrite extraction report - Timeline 12/1/23 - 12/12/23 (9 pages) Redacted |
| 19 | 161 ✓ | Verizon device- Cellebrite extraction report - Web History Airbnb (27 pages) |
| 20 | 162 ✓ | Verizon device- Cellebrite extraction report - Emails Airbnb (3 pages) |
| 21 | 163 ✓ | Verizon device- Copies of emails from Airbnb (25 pages) |
| 22 | 164 ✓ | Verizon device- Cellebrite extraction report - Web History 12/10/23 - 12/11/23 (20 pages) |
| 23 | 165 ✓ | MicroSD Card from Verizon cellular telephone- Log Entry (3 pages) |
| 24 | 166 ✓ | MicroSD Card from Verizon Orobic cellular telephone- Folder Structure (2 pages) |
| 25 | 167 ✓ | CSAM Source Summary Table by S/A Unger Redacted |
| 26 | 169 ✓ | Samsung device- Cellebrite extraction report - .ru pictures (6 pages) Redacted |
| 27 | 175 ✓ | Photograph of Clear Bin with Contents |

2

Defense Exhibit Filed electronically via CM/ECF on May 22, 2025

| Attachment Number | Exhibit Number | Description |
|---|---|---|
| 28 | 1 | Map of Escondido California |

                                Respectfully submitted,

                                HAYDEN P. O'BYRNE
                                UNITED STATES ATTORNEY

By:     */s/ Justin Chapman*
          JUSTIN CHAPMAN
          ASSISTANT UNITED STATES ATTORNEY
          Florida Bar No. 85778
          500 South Australian Avenue, Suite 400
          West Palm Beach, Florida 33401
          Tel: (561) 398-8871
          Justin.chapman4@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 22, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                */s/ Justin Chapman*
                                JUSTIN CHAPMAN
                                Assistant United States Attorney