FILED BY_____ D.C.

MAY 23 2025

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - FT. PIERCE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cr-80219-AMC-1

UNITED STATES OF AMERICA,

                    Plaintiff(s),

vs.

Michael Gordon Douglas,

                    Defendant(s).
_____/

## RELEASE OF EXHIBITS

The undersigned hereby acknowledges receipt of exhibit(s) listed below for the following reason(s):

[ ] Guns, jewelry, currency, drugs, explosives

    Item Nos. _____

[ ] Oversize records (larger than 10" x 12" x 15")

    Item Nos. _____

[ ] Stored by Records Section in: [ ] Miami [ ] FTL [ ] WPB

[✓] Other (Explain): Defendant's Exhibit from Jury Trial (DE# 173) Def Exh 1

[ ] Attachments
(Exhibit list, Order of Court)

Signature: Barbara De Santana
Print Name: Barbara De Santana
Agency or Firm: FPD
Address: 109 N 2nd Street
         Fort Pierce, FL 34950
Telephone: (772) 829-2123
Date: 5/23/25

Exhibits Released by:
Angela E Noble
S.Carlson
    (Deputy Clerk)

ORIGINAL - Court File
cc: Records Section
    Courtroom Deputy
    Counsel of Record