UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 23-80219-CR-CANNON

**UNITED STATES OF AMERICA**

v.

**MICHAEL GORDON DOUGLAS**,

    Defendant.
_____

## MINUTE ORDER ON MOTIONS *IN LIMINE*[1]

**THIS CAUSE** comes before the Court upon the parties' respective motions *in limine*, specifically, (1) the United States' Omnibus Motion *in Limine* filed in July 2024 [ECF No. 62 (United States' Motion); ECF No. 75 (Defendant's Opposition)], and (2) Defendant's untimely Motion *in Limine* submitted on the eve of trial in April 2025 [ECF No. 132 (Defendant's Motion); *see* ECF Nos. 41, 44, 80 (scheduling orders)]. The Court heard argument on the United States' Motion during a hearing on August 12, 2024 [ECF No. 91] and later ruled on the majority of the United States' motion during calendar call on April 29, 2025, reserving certain issues for further development and clarification in the context of trial [ECF No. 148 (calendar call Tr. pp. 13–27)]— and then addressing and making additional rulings during the trial itself [*see, e.g.*, ECF No. 152 Trial Day 3 Tr. pp. 2–3, 150–153, 257–266; ECF No. 169-28 (redacted conviction records for Defendant's prior conviction (redactions in white)); ECF No. 153 Trial Day 4 Tr. pp. 21–25, 76–

---

[1] A jury trial in this matter concluded in May 2025 with a guilty verdict on all eight counts of the Superseding Indictment [ECF Nos. 150–153, 160; ECF Nos. 55, 163].

84; ECF No. 173-8 (redacted Cellebrite extraction report)].[2] With respect to Defendant's late-filed Motion, the Court heard argument on that Motion during calendar call on April 29, 2025 [ECF No. 148 (calendar call Tr. pp. 27–54)] and made certain rulings; and also then supplemented those rulings in the context of the evidence presented at trial [*see, e.g.*, ECF No. 150 Trial Day 1 Tr. pp. 4–19; ECF 151 Trial Day 2 Tr. pp. 168–171, 198–202; ECF No. 152 Trial Day 3 Tr. pp 106–112; ECF No. 172-23 (transcript of Defendant's post-*Miranda* statement ordered redacted pursuant to Court order)].[3]

For the reasons stated in open Court during the foregoing pre-trial and trial proceedings, it is **ORDERED AND ADJUDGED** as follows:

1. The United States' Motion is **GRANTED IN PART**, **DENIED IN PART**, **AND DENIED AS MOOT IN PART** [ECF No. 62].

2. Defendant's Motion is **GRANTED IN PART AND DENIED IN PART** [ECF No. 132].

**ORDERED** in Chambers at Fort Pierce, Florida, this 7th day of July 2025.

_____
AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE

cc: counsel of record

---

[2] As of this writing, transcripts are not filed on CM/ECF. The Court cites to the relevant minute entry followed by the pages of the corresponding transcript as provided by the court reporter for the days in question.

[3] GX 125 is the actual recording of Defendant's redacted post-*Miranda* statement [ECF No. 179 (conventionally filed)].