UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80219-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MICHAEL DOUGLAS

    Defendant.
_____/

## RESPONSE TO GOVERNMENT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Section 2G2.2(b)(3)(E) provides for a seven-level increase where "the offense involved the distribution of child pornography *to a minor* that was intended to persuade, induce, entice, coerce, or facilitate the travel of the minor to engage in prohibited sexual conduct." USSG § 2G2.2(b)(3)(E) (emphasis added). Though the guideline language is unambiguous – the distribution must be "to a minor" – the government argues the commentary expands the definition of "minor" to include fictitious minors. Gov't Obj. at 4; *See* USSG § 2G2.2, app. n. 1. However, this Court may not look to the commentary to expand the meaning of an unambiguous guideline. *United States v. Dupree*, 57 F.4th 1269, 1273-77 (11th Cir. 2023). Here, Mr. Douglas distributed only to an adult undercover agent and thus, under the

1

plain language of the guideline, the increase does not apply.

>Respectfully submitted,
>
>HECTOR DOPICO
>FEDERAL PUBLIC DEFENDER
>
>*s/ Scott Berry*
>Scott Berry, B.C.S.
>Assistant Federal Public Defender
>Attorney for Defendant
>Bar Number: 0525561
>250 South Australian Avenue
>Suite 400
>West Palm Beach, Florida 33401
>Phone: (561) 833-6288
>Email: scott_berry@fd.org

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 12, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: *s/ Scott Berry*
>    Scott Berry