UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-CR-80219-CANNON

UNITED STATES OF AMERICA,

    Plaintiff,
vs.

MICHAEL DOUGLAS,

    Defendant.
_____/

## NOTICE OF ADDITIONAL TIME NEEDED FOR SENTENCING

Defendant, MICHAEL DOUGLAS, through counsel, and after conferring with the government, provides notice the parties expect sentencing will take longer than the 30 minutes this Court allotted. As grounds, he states:

    1.    This Court scheduled sentencing for August 25, 2025 at 10:00 a.m. and allotted 30 minutes for that hearing. [DE 166].

    2.    The parties have conferred and expect the sentencing hearing to last approximately 5 hours.

    3.    In addition to argument on PSR objections and argument regarding an appropriate sentence, the parties anticipate calling a total of five witnesses – two from the government and three from the defense.

WHEREFORE, Mr. Douglas respectfully notifies the Court that the parties expect the sentencing hearing will exceed the 30 minutes previously allotted and requests this Court allow five hours to complete the hearing.

                                        Respectfully submitted,

                                        HECTOR DOPICO
                                        FEDERAL PUBLIC DEFENDER

                                        s/ *Scott Berry*
                                        Scott Berry
                                        Assistant Federal Public Defender
                                        Attorney for the Defendant
                                        Florida Bar No. 0525561
                                        250 South Australian Avenue, Suite 400
                                        West Palm Beach, Florida 33401
                                        (561) 833-6288 - Telephone
                                        Scott_Berry@FD.org

## **CERTIFICATE OF SERVICE**

I HEREBY certify that on August 18, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: *s/Scott Berry*
Scott Berry